**No. 22-16195**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

ROBERT MILLER,

*Plaintiff-Appellant,*

v.

4INTERNET, LLC,

*Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Nevada
Hon. Jennifer A. Dorsey
No. 2:18-cv-02097

## APPELLANT'S EXCERPTS OF RECORD

Mathew K. Higbee
Ryan E. Carreon
Naomi M. Sarega
**HIGBEE & ASSOCIATES**
1504 Brookhollow Drive, Suite 112
Santa Ana, California 92705
Tel: 714-617-8336
mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com
nsarega@higbeeassociates.com

*Attorneys for Plaintiff-Appellant Robert Miller*

# TABLE OF CONTENTS

| Date | Document | Page Range |
|---|---|---|
| 11/1/21 | Declaration of Robert Miller | 4-8 |
| 11/1/21 | Declaration of Eugene Sadowski | 9-12 |
| 11/1/21 | Declaration of Ryan E. Carreon | 13-15 |
| 11/22/21 | Index of Exhibits and Evidence - Table of Contents | 16-18 |
| 11/22/21 | Photograph of Fred the Goat | 20 |
| 11/22/21 | Article from the New York Post dated August 9, 2018 titled "Rouge goat may have helped dozens of farm animals escape" | 22-24 |
| 11/22/21 | 4Internet, LLC's responses to First Set of Interrogatories | 26-35 |
| 11/22/21 | 4Internet, LLC's responses to First Set of Requests for Admission | 37-36 |
| 11/22/21 | 4Internet, LLC's responses to Second Set of Interrogatories | 48-55 |
| 11/22/21 | Excerpts from the Deposition of Robert Miller | 57-72 |
| 11/22/21 | Exhibit 1 to the Deposition of Robert Miller – New York Post Freelance Photographer Independent Contractor Agreement | 74-83 |
| 11/22/21 | Exhibit 5 to the Deposition of Robert Miller – Certificate of Registration VA 2-120-723, dated September 25, 2018 | 85-88 |
| 11/22/21 | Excerpts from Deposition of Eugene Sadowski | 90-99 |
| 11/22/21 | Exhibit 1 to the Deposition of Eugene Sadowski – Declaration of Eugene Sadowski dated May 7, 2019 and accompanying exhibits | 101-107 |
| 11/22/21 | Email dated August 31, 2018 at 4:26 p.m. from Eugene Sadowski to Robert Miller | 109 |
| 11/22/21 | Email dated August 31, 2018 at 9:11 p.m. from Eugene Sadowski to Robert Miller | 111 |
| 11/22/21 | Excerpts from 30(b)(6) Deposition of 4Internet, LLC | 113-173 |

| 11/22/21 | Exhibit 2 to 30(b)(6) Deposition of 4Internet, LLC – Screenshot from the WayBack Machine of www.4republican.com on August 30, 2018 | 174-175 |
|---|---|---|
| 11/22/21 | Exhibit 3 to 30(b)(6) Deposition of 4Internet, LLC – Full page screenshot of www.4jewish.com taken on August 31, 2018 | 177-179 |
| 11/22/21 | Exhibit 4 to 30(b)(6) Deposition of 4Internet, LLC – Full page screenshot of www.4jewish.com taken on September 21, 2018 | 181 |
| 11/22/21 | Exhibit 5 to 30(b)(6) Deposition of 4Internet, LLC – Screenshot from the WayBack Machine of the Terms of Use of the New York Post on August 9, 2018 | 183-191 |
| 11/22/21 | Exhibit 6 to 30(b)(6) Deposition of 4Internet, LLC – 4Internet, LLC's Amended Answer dated May 10, 2019, filed at Dkt. # 29 | 193-203 |
| 11/22/21 | Exhibit 7 to 30(b)(6) Deposition of 4Internet, LLC – Declaration of Michael Levy dated June 7, 2019 and accompanying exhibits, filed at Dkt. # 35-1 | 205-233 |
| 11/22/21 | WayBack Machine of Twitter terms of service dated August 31, 2018 | 235-252 |
| 11/22/21 | Screenshot of www.rightwing.com taken on August 31, 2018 | 254 |
| 11/22/21 | Corrected full page screenshot of www.4jewish.com taken on August 31, 2018 | 256-258 |
| 8/4/22 | Notice of Appeal; Representation Statement | 259-263 |
| 7/5/22 | Order Granting Summary Judgment for Defendant | 265-271 |
| 7/5/22 | Judgment | 273 |
| Undated | Civil Docket For Case 2:18-cv-02097-JAD-VCF | 274-286 |

Mathew K. Higbee, Esq., SBN 11158
Ryan E. Carreon, *pro hac vice*
**HIGBEE & ASSOCIATES**
2445 Fire Mesa St., Suite 150
Las Vegas, NV 89128
(714) 617-8373
(714) 597-6729 facsimile
Email: mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

Attorney for Plaintiff,
ROBERT MILLER

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| ROBERT MILLER, | Case No. 2:18-cv-02097-JAD-VCF |
| Plaintiff, | **DECLARATION OF ROBERT MILLER** |
| v. | |
| 4INTERNET, LLC; and DOES 1 through 10 inclusive, | |
| Defendants. | |

## <u>DECLARATION OF ROBERT MILLER</u>

I, Robert Miller, declare as follows:

1.    I am over the age of 18 years old. I have personal knowledge of all matters stated herein, and if called as a witness, I could and would competently testify thereto.

2.    I am the plaintiff in the above captioned matter.

3.    In 1991 I graduated with a B.F.A. from The Cooper Union and was accepted into the Eddie Adams Workshop by a juried selection of my photographs

4.    Since that time, I have been working as a professional photographer and sole proprietor.

5.    My work on 9/11 is in the permanent collection in The Library of Congress, published in several books was also included in a Bill Moyers *Frontline* documentary about 9/11 that appeared on PBS.

6.    My photographs have also been published in numerous magazines and newspapers such as *Time, Newsweek, LIFE, US News and World Report, Business Week, Stern, Der Speigel, Paris Match, Rolling Stone, Vanity Fair, Elle, People, New York Magazine, The London Times, The South China Morning Post, USA Today, The New York Times, NY Daily News, Newsday,* and *VOICE*.

7.    As part of my photography business, I work regular shifts each week for the publication the New York Post ("Post") as an independent contractor.

8.    Under this arrangement, I charge the Post a negotiated flat rate per shift for a non-exclusive editorial license to the photographs that I take during that shift, and in exchange I get to keep the copyrights to the photographs, which I can then license to third parties.

9.    This arrangement is beneficial to me because it allows me opportunities to build up my library of editorial photographs, which in turn leads to more opportunities to for me to license my photographs to third party publications.

10.    Often, I am able to take photographs of interesting or notable events,

and since I retain the copyrights to my photographs individually, I am able to command significant licensing value on the secondary market.

11. I typically never allow my photographs to be used without payment of a license fee.

12. Since photography is my sole job, I depend on the payment of license fees in order to make a living.

13. The unauthorized use of my photographs has led to a rapid decline in the number of paid licenses and impacts the overall value of my photographs by diminishing their exclusivity and causing me to have to devote significant amounts of time and money to detecting and pursuing infringements.

14. I am the sole creator of a photograph of "Fred the Goat" ("Goat Photograph").

15. A true and correct copy of the Goat Photograph is submitted as Exhibit 1.

16. On August 9, 2018, I was given an assignment by the Post to investigate the mass break out of dozens of goats and sheep from a slaughterhouse in Hackettstown, New Jersey.

17. Approximately one year earlier a goat that the locals nicknamed "Fred" had escaped from the same slaughterhouse and had been living in the area ever since.

18. After the mass breakout, police received a tip that Fred was also spotted in the area.

19. Police and residents were able to herd about 60 of the animals back to their pens, but many remained on the loose.

20. Sometime after the animals were rounded up, Fred was spotted headbutting the gate to their pen, apparently in an effort to help them escape again.

21. This second sighting of Fred led to speculation that Fred had facilitated the initial breakout.

22. On August 9, 2018, I packed two of my Cannon cameras and

approximately two or three different camera lenses and drove to Hackettstown.

23. When I arrived in Hackettstown, I drove through the middle of town but did not see any goats and I wound up near the train tracks.

24. I got out of my car and noticed a police officer speaking to a different media outlet. I listened as he described the area of town in Fred had been sighted.

25. Subsequently, as I was returning to my car, to my great surprise, I saw Fred the goat standing a few hundred feet in front of me.

26. I quickly chose the camera and lens that I thought would produce the most compelling photograph based on the circumstances and my experience an adjusted the settings such as the ISO and shutter speed.

27. Specifically, I knew that Fred the goat would be moving, and I chose the specific camera settings and lens to create a sharp focus and minimize blur -- ideally trying to keep the front of the goat's foot to the rear part of the goat's foot in focus, while dropping the background out of focus so that the goat pops out to the viewer.

28. I also used a low ISO setting, because low ISO creates less grain, whereas the more grain you have, the more contrast the image has making it less clear.

29. While photographing Fred, I determined the framing and angle of each of the shots. For example, I wanted to take a picture of Fred from the side as opposed to straight on, I also wanted to make sure that his whole body was in frame and that I was shooting from a perspective to take advantage of the best lighting possible, and I also tried to minimize the visual interference of any background elements.

30. I also used my professional skill and experience to determine the precise moment in time to take the photographs, for example, I waited to make sure Fred's head was raised up, and to make sure that his posture and positioning would create the most visually appealing shot.

31. After my assignment was completed, I submitted approximately 30

**DECLARATION OF ROBERT MILLER**

photographs to the Post, including the Goat Photograph.

32. Later that evening, the Post ran a story with the Goat Photograph titled "Rouge goat may have helped dozens of farm animals escape."

33. A true and correct copy of the Post article is submitted as Exhibit 2.

34. I subsequently registered the Goat Photograph with the United States Copyright Office on September 25, 2018 and was issued registration certificate VA 2-120-723.

35. A true and correct copy of issued registration certificate VA 2-120-723 is submitted as Exhibit 8.

36. The Goat Photograph is listed on registration certificate VA 2-120-723 as 8.9.18._FRed_the goat_.Miller.jpg.

37. I did not ever license my Goat Photograph to 4Internet, LLC, or otherwise give it permission to display the Goat Photograph on any of its websites.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at New York, New York.


Robert Miller

**DECLARATION OF ROBERT MILLER**                    ER-8

Mathew K. Higbee, Esq., SBN 11158
Ryan E. Carreon, *pro hac vice*
**HIGBEE & ASSOCIATES**
2445 Fire Mesa St., Suite 150
Las Vegas, NV 89128
(714) 617-8373
(714) 597-6729 facsimile
Email: mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

Attorney for Plaintiff,
ROBERT MILLER

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| ROBERT MILLER, | Case No. 2:18-cv-02097-JAD-VCF |
| Plaintiff, | **DECLARATION OF EUGENE SADOWSKI** |
| v. | |
| 4INTERNET, LLC; and DOES 1 through 10 inclusive, | |
| Defendants. | |

1

### DECLARATION OF EUGENE SADOWSKI

I, Eugene Sadowski, declare as follows:

1.      I am over the age of 18 years old and not a party to this action. I have personal knowledge of all matters stated herein, and if called as a witness, I could and would competently testify thereto.

2.      On or about August 31, 2018 I discovered the "Fred the Goat" photograph ("Goat Photograph") at issue in this case being displayed on two websites, www.4jewish.com and www.4rightwing.com.

3.      Upon discovering the Goat Photograph being displayed on www.4jewish.com I sent an email to Robert Miller informing him of what I had found.

4.      A true and correct copy of that email is submitted as Exhibit 11.

5.      Later that evening, I also discovered the Goat Photograph being displayed on www.4rightwing.com.

6.      Upon discovering the Goat Photograph being displayed on www.4rightwing.com I sent a second email to Robert Miller informing him of what I had found.

7.      A true and correct copy of that email is submitted as Exhibit 12.

8.      Upon discovering the Goat Photograph being displayed on www.4jewish.com  on August 31, 2018, I took a full page screenshot of the page where the Goat Photo was being displayed.

9.      A true and correct copy of that screenshot submitted as Exhibit 15.

10.     In order to take a full page screenshot of a webpage, I use programs such as PicPick or Greenshot.

11.     Although I don't specifically recall which program I used to take the screenshot in Exhibit 15, my understanding is that both programs use similar functionality.

12.     My understanding is that functionality these programs automatically

2

scrolls the length of a webpage and takes a series of individual snapshots which is then combined to create the full page screenshot.

13.    If my computer is running slow or there is a movement on my computer screen when the programs is running, the automatic scrolling and individual snapshot functionality gets disrupted.

14.    It appears that the fragmented appearance of the screenshot in Exhibit 15 is a result of a disruption to the program that I was using at the time the screenshot was taken.

15.    I understand that Robert Miller's counsel, Mr. Carreon, attempted to fix the fragmented appearance of the screenshot by way of the submission at Exhibit 22.

16.    To the best of my recollection, Exhibit 22 accurately reflects the way that the page displaying the Goat Photograph on www.4jewish.com appeared on August 31, 2018.

17.    Additionally, upon discovering the Goat Photograph being displayed on www.4rightwing.com on August 31, 2018, I took a screenshot of the page where the Goat Photo was being displayed.

18.    A true and correct copy of that screenshot submitted as Exhibit 21.

19.    On September 21, 2018, I again visited the page displaying the Goat Photograph on www.4jewish.com.

20.    I noticed that both the page displaying the Goat Photograph as well as the design of the www.4jewish.com website had changed.

21.    On September 21, 2018 I took a second screenshot of the page displaying the Goat Photograph.

22.    A true and correct copy of that screenshot submitted as Exhibit 16.


I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/ / /

**DECLARATION OF EUGENE SADOWSKI**                    ER-11

Executed on November 1, 2021 at Wayne New Jersey.

Eugene Sadowski

Eugene Sadowski

**DECLARATION OF EUGENE SADOWSKI** ER-12

Mathew K. Higbee, Esq., SBN 11158
Ryan E. Carreon, *pro hac vice*
**HIGBEE & ASSOCIATES**
2445 Fire Mesa St., Suite 150
Las Vegas, NV 89128
(714) 617-8373
(714) 597-6729 facsimile
Email: mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

Attorney for Plaintiff,
ROBERT MILLER

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| ROBERT MILLER, | Case No. 2:18-cv-02097-JAD-VCF |
| Plaintiff, | **DECLARATION OF RYAN E. CARREON** |
| v. | |
| 4INTERNET, LLC; and DOES 1 through 10 inclusive, | |
| Defendants. | |

# DECLARATION OF RYAN E. CARREON

I, Ryan E. Carreon, declare as follows:

1.    I am over the age of 18 years old and not a party to this action. I have personal knowledge of all matters stated herein, and if called as a witness, I could and would competently testify thereto.

2.    I am the attorney for Robert Miller in this action.

3.    Submitted herewith as Exhibit 3 is a true and correct copy of 4Internet, LLC's responses to Miller's First Set of Interrogatories.

4.    Submitted herewith as Exhibit 4 is a true and correct copy of 4Internet, LLC's responses to Miller's First Set of Requests for Admission.

5.    Submitted herewith as Exhibit 5 is a true and correct copy of 4Internet, LLC's responses to Miller's Second Set of Interrogatories.

6.    Submitted herewith as Exhibit 6 are true and correct excerpts from the deposition of Robert Miller.

7.    Submitted herewith as Exhibit 7 is a true and correct copy of Exhibit 1 to the deposition of Robert Miller.

8.    Submitted herewith as Exhibit 8 is a true and correct copy of Exhibit 5 to the deposition of Robert Miller.

9.    Submitted herewith as Exhibit 9 are true and correct excerpts from the deposition of Eugene Sadowski.

10.    Submitted herewith as Exhibit 10 is a true and correct copy of Exhibit 1 to the deposition of Eugene Sadowski.

11.    Submitted herewith as Exhibit 13 are true and correct excerpts from the 30(b)(6) deposition of 4Internet, LLC.

12.    Submitted herewith as Exhibit 14 is a true and correct copy of Exhibit 2 to the 30(b)(6) deposition of 4Internet, LLC.

13.    Submitted herewith as Exhibit 15 is a true and correct copy of Exhibit 3 to the 30(b)(6) deposition of 4Internet, LLC.

14. Submitted herewith as Exhibit 16 is a true and correct copy of Exhibit 4 to the 30(b)(6) deposition of 4Internet, LLC.

15. Submitted herewith as Exhibit 17 is a true and correct copy of Exhibit 5 to the 30(b)(6) deposition of 4Internet, LLC.

16. Submitted herewith as Exhibit 18 is a true and correct copy of Exhibit 6 to the 30(b)(6) deposition of 4Internet, LLC.

17. Submitted herewith as Exhibit 19 is a true and correct copy of Exhibit 7 to the 30(b)(6) deposition of 4Internet, LLC.

18. Submitted herewith as Exhibit 20 is a true and correct copy of the Twitter terms of service from August 31, 2018 that I obtained from the WayBack Machine.

19. Submitted herewith as Exhibit 22 is a corrected version of the screenshot submitted as Exhibit 15.

20. I created this Exhibit 22 by cropping out the portion of the screenshot that appear to have been supplicated due to a computer error.

21. I provided the native file of Exhibit 22 to counsel for 4Internet, LLC so that he could inspect my work and make any objections he deems appropriate.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 1, 2021 at Wilmington, Delaware.

Ryan E. Carreon

**DECLARATION OF RYAN E. CARREON**                    ER-15

1   Mathew K. Higbee, Esq., SBN 11158
    Ryan E. Carreon, *pro hac vice*
2   **HIGBEE & ASSOCIATES**
    2445 Fire Mesa St., Suite 150
3   Las Vegas, NV 89128
    (714) 617-8373
4   (714) 597-6729 facsimile
    Email: mhigbee@higbeeassociates.com
5   rcarreon@higbeeassociates.com

6   Attorney for Plaintiff,
    ROBERT MILLER

7

    **UNITED STATES DISTRICT COURT**
8         **DISTRICT OF NEVADA**
        **LAS VEGAS DIVISION**

9

10 ROBERT MILLER,          Case No. 2:18-cv-02097-JAD-VCF

           Plaintiff,      **INDEX OF EXHIBITS AND**
11                      **EVIDENCE**

12 v.

13 4INTERNET, LLC; and DOES 1 through
    10 inclusive,

14            Defendants.

15

16

17

18       **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19 Plaintiff Robert Miller ("Plaintiff") hereby submits the following exhibits in

20 support of his Motion for Summary Judgment:

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

| Exhibit Tab | Description of Document |
|:---:|:---|
| 1 | Photograph of Fred The Goat |
| 2 | Article from the New York Post dated August 9, 2018 titled "Rouge goat may have helped dozens of farm animals escape" |
| 3 | 4Internet, LLC's responses to First Set of Interrogatories |
| 4 | 4Internet, LLC's responses to First Set of Requests for Admission |
| 5 | 4Internet, LLC's responses to Second Set of Interrogatories |
| 6 | Excerpts from the Deposition of Robert Miller |
| 7 | Exhibit 1 to the Deposition of Robert Miller – New York Post Freelance Photographer Independent Contractor Agreement |
| 8 | Exhibit 5 to the Deposition of Robert Miller – Certificate of Registration VA 2-120-723, dated September 25, 2018 |
| 9 | Excerpts from Deposition of Eugene Sadowski |
| 10 | Exhibit 1 to the Deposition of Eugene Sadowski – Declaration of Eugene Sadowski dated May 7, 2019 and accompanying exhibits |
| 11 | Email dated August 31, 2018 at 4:26 p.m. from Eugene Sadowski to Robert Miller |
| 12 | Email dated August 31, 2018 at 9:11 p.m. from Eugene Sadowski to Robert Miller |
| 13 | Excerpts from 30(b)(6) Deposition of 4Internet, LLC |
| 14 | Exhibit 2 to 30(b)(6) Deposition of 4Internet, LLC – Screenshot from the WayBack Machine of www.4republican.com on August 30, 2018 |

**INDEX OF EXHIBITS AND EVIDENCE** ER-17

| 15 | Exhibit 3 to 30(b)(6) Deposition of 4Internet, LLC – Full page screenshot of www.4jewish.com taken on August 31, 2018 |
|----|----|
| 16 | Exhibit 4 to 30(b)(6) Deposition of 4Internet, LLC – Full page screenshot of www.4jewish.com taken on September 21, 2018 |
| 17 | Exhibit 5 to 30(b)(6) Deposition of 4Internet, LLC – Screenshot from the WayBack Machine of the Terms of Use of the New York Post on August 9, 2018 |
| 18 | Exhibit 6 to 30(b)(6) Deposition of 4Internet, LLC – 4Internet, LLC's Amended Answer dated May 10, 2019, filed at Dkt. # 29 |
| 19 | Exhibit 7 to 30(b)(6) Deposition of 4Internet, LLC – Declaration of Michael Levy dated June 7, 2019 and accompanying exhibits, filed at Dkt. # 35-1 |
| 20 | WayBack Machine of Twitter terms of service dated August 31, 2018 |
| 21 | Screenshot of www.rightwing.com taken on August 31, 2018 |
| 22 | Corrected full page screenshot of www.4jewish.com taken on August 31, 2018 |

Dated: November 1, 2021

Respectfully submitted,

**/s/ Ryan E. Carreon**
Ryan E. Carreon, Esq.
*Pro Hac Vice*
**HIGBEE & ASSOCIATES**
2445 Fire Mesa St., Suite 150
Las Vegas, NV 89128
(714) 617-8373
(714) 597-6559 facsimile
rcarreon@higbeeassociates.com

3

# Exhibit 1



# Exhibit 2

# NEW YORK POST

SECTIONS    SEARCH    TIPS    SIGN UP

RECOMMENDED

 Young girls groped by pack of men at water park: cops

 Professor arrested after wife's decomposing body found stuffed in...

 Driver in fatal hit-and-run feuded with neighbors for years: cops

 Former student charged after pretending to be doctor: cops

 White House ethics lawyer resigning

Ad closed by Google

Report this ad    Why this ad? ▷

**METRO**

# Rogue goat may have helped dozens of farm animals escape

By Jennifer Bain and Amanda Woods    August 9, 2018 | 7:44pm | Updated



"Fred" the goat
Robert Miller

Dozens of goats and sheep brought for slaughter escaped from a New Jersey livestock auction house Wednesday night — and the facility's manager believes another goat who had bolted to freedom more than a year ago helped them to make their getaway.

The animals escaped through an unsecured gate at the Hackettstown Livestock Auction House on West Stiger Street around 9:30 p.m., cops said.

It took about an hour for police and locals to herd about 60 of the livestock back to their pens with a rope and cracked corn, before police re-secured the gate with a piece of rope, police spokesman Sgt. Darren Tynan told the Post.

**SEE ALSO**



Farm animals make their great escape from livestock auction

Auction house manager Bouwe Postma said that those were the only animals who had escaped — but Tynan said that between 10 and 20 more were believed to still be on the loose.

Locals jokingly point the finger at another goat nicknamed Fred that escaped from the same auction market more than a year ago and sporadically pops

## TRENDING NOW ON NYPOST.COM

 78,635
Former 'ER' actress Vanessa Marquez shot dead by police

 34,647
Scientists 'can't rule out' alien life on Jupiter after shocking discovery

 32,088
America doesn't actually lead the world in mass shootings

 28,846
Meghan Markle secretly flew commercial to see best friend

shopbop

SHARE THIS ARTICLE:

SHARE THIS ARTICLE:

up around the town. In fact, cops received reports that Fred was in the area a couple of hours before the escape.

On Thursday afternoon, after the escape, Fred showed up at the facility and headbutted the gate holding newly corralled animals multiple times, in an apparent effort to let them back out.

Postma managed to shoo him away, but the sighting made him suspect that Fred was also behind Wednesday night's escape.

"It was him [last night]," Postma declared. "I think he's the culprit. He must have banged that fence and let him out last night. I'm almost positive. He must have put a lot of force into that."


A sheep and goat on the loose in Hackettstown, N.J., after escaping.
Hackettstown Police

The auction house holds sales every Tuesday, and this herd was purchased by one owner who hadn't picked up his haul yet due to a broken down truck.

"People tend to rally for the escapees," Hackettstown Mayor Maria DiGiovanni said. "I kind of like when they break free, but I see both sides. It is a business."

Tynan was thankful the animals' bolt for freedom didn't spark trouble on the roads.

"There could have been accidents — people could have crashed into them," he said. "We don't know the mind of a sheep or a goat or what they'll do."

The escape came less than a week after about 100 goats went on the lam in Idaho, munching their way through a suburban Boise, Idaho, neighborhood in an incident dubbed "Goat-a-Palooza 2018."

The animals were later wrangled onto a truck by the firm We Rent Goats, which appeared to have accidentally set the animals free.

— ADVERTISEMENT —

AdChoices

There is no known connection between the Hackensack and Boise incidents, Tynan said.


SPLASHY SWIMWEAR
Shop Now
Free Express Shipping

COLUMNISTS

Jennifer Gould Keil
Food Network star helps to support cancer nonprofit

Steve Cuozzo
Developer scores big win against union over Hudson Yards project

SEE ALL COLUMNISTS ›

TAKE CONTROL of your fence lines, gardens & walkways
FIND NEAR YOU
Ragan & Massey

NOW ON
Page Six

Lady Gaga storms 'A Star Is Born' premiere in pink Valentino feathers

Kaia Gerber has legs for days and more star snaps

Rudy Giuliani's estranged wife says he's become a 'different man'

# Exhibit 3

Troy L. Isaacson, Esq., NV Bar No. 6690
6671 S. Las Vegas Blvd.
Building D, Suite 210
Las Vegas, Nevada 89119
Telephone: (702) 529-5229
Facsimile: (702) 529-5228

Ryan L. Isenberg
Georgia Bar No. 384899
Isenberg & Hewitt, P.C.
6600 Peachtree Dunwoody Road
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 (Voice)
770-828-0100 (Fax)
ryan@ihlaw.us

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROBERT MILLER,

      PLAINTIFF,

V.

4INTERNET, LLC AND
JOHN DOES 1-10

      DEFENDANTS.

CIVIL ACTION FILE

NO. 2:18-cv-02097-JAD-VCF

**DEFENDANT 4INTERNET'S RESPONSES TO
PLAINTIFF'S INTERROGATORIES**

      COMES NOW 4Internet, LLC and herein responds to Plaintiff's Interrogatories as

follows:

**Objections to Plaintiff's Definitions.**

1. Defendant objects to Plaintiff's Definition of "WEBSITES" on the grounds that (1) there were

over two thousand other domains in the 4Internet network in 2018 (2) and the particular domains

1

identified in the definition appear to be calculated to prejudice Defendant in the minds of any audience who may read the definition and the admissions.

2. Defendant objects to the Plaintiff's Definition of "POSTS" on the grounds that (1) "posts" in relation to websites typically refer to published content or comments such as blogs or forums, which is inapposite here and (2) part of Exhibit E to Plaintiff's Complaint contains an image that that Defendant cannot authenticate.

**INTERROGATORY NO. 1:**

IDENTIFY the PERSONS who caused the POSTS to be published to YOUR WEBSITES.

Response:

Defendant objects to this Interrogatory on the grounds that it incorporates terms that are subject to objections, which are incorporated herein. Defendant further objects on the grounds that the phrase published is vague as it relates to the creation of search results. Subject to these objections, the only person involved in Defendant's business is Michael Levy, but the pages are created by automated software that downloads an XML data feed, for example, from the New York Post RSS feed located at https://nypost.com/feed/ on an hourly basis as specified in the feed:

&lt;sy:updatePeriod&gt;hourly&lt;/sy:updatePeriod&gt;

&lt;sy:updateFrequency&gt;1&lt;/sy:updateFrequency&gt;.

**INTERROGATORY NO. 2:**

State all facts concerning YOUR relationship to the PERSONS identified in the answer to Interrogatory No. 1.

Response:

Michael Levy is the Managing Member of 4Internet, LLC.

2

**INTERROGATORY NO. 3:**

Explain how YOUR technology works to allow content to appear on YOUR WEBSITES.

<u>Response:</u>

Content appears via an automated feed system.

**INTERROGATORY NO. 4:**

Identify all PERSONS who created YOUR technology that operates the WEBSITES.

Response:

Michael Levy.

**INTERROGATORY NO. 5:**

Explain how the POSTS appeared on your WEBSITES.

<u>Response:</u>

Defendant objects to this Interrogatory on the grounds that it incorporates terms that are subject to objections, which are incorporated herein. Defendant further objects to this interrogatory on the grounds and to the extent it assumes whatever Plaintiff refers to as a post appeared on every domain in Defendant's network. Subject to these objections, Defendant shows that the goat image page appeared as a result of content syndication from the New York Post.

**INTERROGATORY NO. 6:**

State all facts concerning YOUR policy for creating, selecting, and reviewing written or visual content that appears on the WEBSITES.

<u>Response:</u>

As described in response to Interrogatories 3 and 5 above there is no manual selection or review of content so this interrogatory is not applicable.

3

**INTERROGATORY NO. 7:**

IDENTIFY what steps YOU took to remove the IMAGE from the WEBSITES.

Response:

Defendant objects to this interrogatory on the grounds that it assumes that the IMAGE was on a website as opposed to viewable from the two domains. Subject to this objection, Defendant deleted the index item (page) from the index. Then followed up with a system that blocked any further display of images from the websites Plaintiff's content appears on.

**INTERROGATORY NO. 8:**

IDENTIFY the date that the POSTS first appeared on the WEBSITES.

Response:

Defendant objects to this Interrogatory on the grounds that it incorporates terms that are subject to objections, which are incorporated herein. Defendant further objects to this interrogatory on the grounds that it reflects a fundamental misunderstanding of what a search engine is or how it works. Subject to these objections, Defendant shows that the page at issue was only created after Plaintiff, his agents or attorneys, searched for the image and requested it from the server.

**INTERROGATORY NO. 9:**

IDENTIFY from where the IMAGE was originally obtained.

Response:

Defendant objects to this interrogatory on the grounds that the use of the word obtained is vague or ambiguous in that Defendant never "obtained" the image. Subject to this objection, Defendant shows that the image always resided on the New York Post server. In further response, the image URL was obtained from the RSS feed of the New York Post at

4

http://www.nypost.com/feed cross referenced with the "twitter:image" meta tag contained on the page of the article at hand.

**INTERROGATORY NO. 10:**

State all facts concerning YOUR policy for licensing content that appears on the WEBSITES.

Response:

Defendant objects to this interrogatory on the grounds that licenses can be express or implied and are a legal term of art. Subject to this objection, Defendant has no written policies other than those that appear on its site. In further response, only content that has been made available publicly, meaning through a tag or data feed, will appear on any of the Defendant's domains as this reflects the content itself is intended to be distributed.

**INTERROGATORY NO. 11:**

Explain how images are stored on YOUR WEBSITES.

Response:

Images are not stored. Only URLs to images are indexed in the search engine. If a thumbnail is needed, the image in the image URL is converted to a thumbnail and temporarily placed in cache upon the users request of the page.

**INTERROGATORY NO. 12:**

Are full-sized images stored on YOUR server?

Response:

Defendant objects to the use of the term "full-sized" as vague or ambiguous. Subject to this objection, Defendant does not store what it understands full-sized images to be on its server.

5

**INTERROGATORY NO. 13:**

Explain the decision-making process for determining whether an image, including but not limited to thumbnail images, will be stored on YOUR server versus the server for a third party.

Response:

Defendant objects to this interrogatory on the grounds that it based on a false premise. Subject to this objection, Defendant shows that only the URL of an image residing on an third party server is recorded in the index. A thumbnail is generated from the URL of the image upon user request of the page.

**INTERROGATORY NO. 14:**

IDENTIFY all officers of 4Internet, LLC.

Response:

Michael Levy

**INTERROGATORY NO. 15:**

IDENTIFY the total number of employees for 4Internet, LLC from 2018 to present.

Response:

None.

**INTERROGATORY NO. 16:**

IDENTIFY all sources of revenue for 4Internet, LLC.

Response:

The only source of revenue for 4Internet has been from the sale domain names. For clarity, no income is generated through search or advertising.

6

**INTERROGATORY NO. 17:**

What is the duration of YOUR relationship to YOUR counsel for services including but not limited to the instant litigation?

Response:

Defendant objects to this interrogatory on the grounds that is not relevant to any claim or defense and not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects on the grounds that this interrogatory appears intended to harass this Defendant because of its unwillingness to be functionally extorted by the Plaintiff and his lawyers. Subject to these objections, Defendant states that Ryan Isenberg has represented Michael Levy in other business interests and in personal matters since 2001. Before that Michael Levy's father Alvin Levy and his company Master Adhesives, Inc. was represented by Ryan Isenberg's mother and stepfather, Harriet Isenberg and Melvin L. Hewitt, Jr. dating back to probably the late 1980's.

**INTERROGATORY NO. 18:**

IDENTIFY whether any officers or employees of 4Internet, LLC have worked with its counsel before in any capacity.

Response:

Defendant objects to this interrogatory on the grounds that is not relevant to any claim or defense and not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects on the grounds that this interrogatory appears intended to harass this Defendant because of its unwillingness to be functionally extorted by the Plaintiff and his lawyers. Subject to these objections, the answer is yes as discussed above.

**INTERROGATORY NO. 19:**

IDENTIFY the page source for the POSTS.

7

Response:

Defendant incorporates its objection to the definition of POST as stated above.  Defendant

further objects on the grounds that the term "page source" is vague or ambiguous as it is not clear

what is meant by that term.  Subject to these objections, in an effort to respond, Defendant shows

that the URL which is plainly visible at the bottom of the screenshots in Pages 3 and 4 of Exhibit

E to the Complaint was https://nypost.com/2018/08/09/rogue-goat-may-have-helped-dozens-of-

farm-animals-escape/ contains the location of the article and image.

**INTERROGATORY NO. 20:**

Is your response to each request for admission served with this interrogatory an unqualified

admission? If not, for each response that is not an unqualified admission: (a) state the number of

the request; (b) state all facts upon which you base your response; (c) state the name, address,

and telephone number of each person who has knowledge of those facts; and (d) identify all

documents and other tangible things that support your response and state the name, address, and

telephone number of the person who has each document or thing.

Response:

Defendant objects to this interrogatory on the grounds that it is logically not possible to state

facts upon which a negative is based upon.  Defendant further objects on the grounds that that

given the objections and the number of requests that were based on false assumptions that it

would be unduly burdensome to explain "all facts" and every document upon which those

responses were based.

**INTERROGATORY NO. 21:**

 IDENTIFY the PERSONS responding to these Interrogatories.

8

Response:

Michael Levy

    This the 22nd day of January, 2021.

<div align="right">

/s/ Ryan Isenberg
Ryan L. Isenberg

</div>

### Certificate of Service

    This is to certify that I have this day served the within and foregoing Responses to Plaintiff's Interrogatories via electronic mail addressed as follows:

Mathew Higbee - mhigbee@higbeeassociates.com

Saba Basria - sbasria@higbeeassociates.com

<div align="right">

/s/ Ryan Isenberg
Ryan L. Isenberg

</div>

### Verification

    I, Michael A. Levy, declare, under penalty of perjury that (1) I am the Managing Member of 4Internet, LLC (2) I have personal knowledge of the information provided in these Responses and (3) that the information in these Responses is true and correct.

Dates this the 22nd day of January, 2021.

<div align="right">

_____
Michael A. Levy

</div>

9

ER-34

Case 2:18-cv-02093-JAD-VCF Document 265-1 Filed 01/22/21 Page 36 of 243

Response:

Michael Levy

    This the 22nd day of January, 2021.

                        /s/ Ryan Isenberg
                        Ryan L. Isenberg

**Certificate of Service**

    This is to certify that I have this day served the within and foregoing Responses to Plaintiff's Interrogatories via electronic mail addressed as follows:

Mathew Higbee - mhigbee@higbeeassociates.com

Saba Basria - sbasria@higbeeassociates.com

                        /s/ Ryan Isenberg
                        Ryan L. Isenberg

**Verification**

    I, Michael A. Levy, declare, under penalty of perjury that (1) I am the Managing Member of 4Internet, LLC (2) I have personal knowledge of the information provided in these Responses and (3) that the information in these Responses is true and correct.

Dates this the 22nd day of January, 2021.

                        Michael A. Levy

9

# Exhibit 4

1  Troy L. Isaacson, Esq., NV Bar No. 6690
2  6671 S. Las Vegas Blvd.
   Building D, Suite 210
3  Las Vegas, Nevada 89119
   Telephone: (702) 529-5229
4  Facsimile: (702) 529-5228

5  Ryan L. Isenberg
   Georgia Bar No. 384899
6  Isenberg & Hewitt, P.C.
   6600 Peachtree Dunwoody Road
7  600 Embassy Row, Suite 150
   Atlanta, Georgia 30328
8  770-351-4400 (Voice)
   770-828-0100 (Fax)
9  ryan@ihlaw.us

10              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
11

12 ROBERT MILLER,                    CIVIL ACTION FILE

13        PLAINTIFF,                  NO. 2:18-cv-02097-JAD-VCF

14 V.

15

16 4INTERNET, LLC AND
   JOHN DOES 1-10
17
          DEFENDANTS.
18  _____

19        **DEFENDANT 4INTERNET'S RESPONSES TO
          PLAINTIFF'S REQUEST FOR ADDMISSIONS**
20

21        COMES NOW 4Internet, LLC and herein responds to Plaintiff's Request for Admissions

22 as follows:

23 **Objections to Plaintiff's Definitions.**

24 1. Defendant objects to Plaintiff's Definition of "WEBSITES" on the grounds that (1) there were

25 over two thousand other domains in the 4Internet network and (2) the particular domains

26

27                                    1

28

identified in the definition appear to be calculated to prejudice Defendant in the minds of any

audience who may read the definition and the admissions.

2.  Defendant objects to the Plaintiff's Definition of "POSTS" on the grounds that (1) "posts" in

relation to websites typically refer to published content or comments such as blogs or forums,

which is inapposite here and (2) part of Exhibit E to Plaintiff's Complaint contains an image that

that Defendant cannot authenticate.

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU own the WEBSITES.

Response:

Admitted that 4Internet is the owner of 4jewish.com and 4rightwing.com and all other domains

that it owns.

**REQUEST FOR ADMISSION NO. 2:**

Admit that YOU have the right and ability to control the WEBSITES.

Response:

Defendant objects to this request on the grounds that it is based on a false premise.  In

furtherance of this objection, Defendant admits that it has the technical, legal right and ability to

control the domains it owns.

**REQUEST FOR ADMISSION NO. 3:**

Admit that YOU have the right to review any content before it appears on the WEBSITES.

Response:

Defendant objects to this request on the grounds that the use of the words "right" and "review"

are vague or ambiguous.  Defendant further objects on the grounds that the content on its

2

websites is the result of an automated process and the content cannot be reviewed before it appears.  In light of the foregoing, this request is denied.

**REQUEST FOR ADMISSION NO. 4:**

Admit that YOU have the right to cause any content that appears on the WEBSITES to be removed.

<u>Response:</u>

Defendant admits it has the legal right to remove any content from any of its domains.

**REQUEST FOR ADMISSION NO. 5:**

Admit that YOU review all content before it appears on the WEBSITES.

<u>Response:</u>

Denied.

**REQUEST FOR ADMISSION NO. 6:**

Admit that YOU published the POSTS to YOUR WEBSITES.

<u>Response:</u>

Defendant objects to this request on the grounds that it is based on a false premise and relies on terms that are either misunderstood or intentionally mispresented.  Subject to this objection, Defendant admits only that the picture, without regard to its display size which would be dependent on the viewer's browser settings, that appears at Document 1-5 Page 3 of 4 would have been visible if it was responsive to a query, along with a short description of the article and a link to the New York Post site.

**REQUEST FOR ADMISSION NO. 7:**

Admit that YOU reviewed the POSTS before they appeared on the WEBSITES.

<u>Response:</u>

3

Defendant objects to this request on the grounds that it is based on a false premise and relies on terms that are either misunderstood or intentionally mispresented. Subject to these objections, Defendant shows that it is not possible to review the content in advance and as a result this request is denied.

**REQUEST FOR ADMISSION NO. 8:**

Admit that YOU did not purchase a license for the IMAGE.

Response:

Defendant admits it did not "purchase" a license, but that one was granted by the New York Post.

**REQUEST FOR ADMISSION NO. 9:**

Admit that the IMAGE was obtained from the New York Post website.

Response:

Defendant objects on the grounds that this request is based on a fundamental misunderstanding of how a search engine works. Subject to this objection, Defendant admits that it received the image and article location from the New York Post RSS data feed. In further response, as Plaintiff can see from the location bar on the bottom of the page, the images on pages 3 and 4 of Doc. 1-5 to his Complaint were located on the New York Post server.

**REQUEST FOR ADMISSION NO. 10:**

Admit that YOU receive revenue from the WEBSITES.

Response:

Denied.

**REQUEST FOR ADMISSION NO. 11:**

Admit that YOU received revenue from the POSTS.

4

Response:

Denied.

**REQUEST FOR ADMISSION NO. 12:**

Admit that YOU caused the IMAGE to be removed from the WEBSITES.

Response:

Defendant objects to the request to the extent that the term "removed" is vague. Subject to this objection, Defendant admits that in lay terms, it removed the image.

**REQUEST FOR ADMISSION NO. 13:**

Admit that a primary purpose of YOUR ownership of the WEBSITES is to gain a financial return.

Response:

Defendant objects to this request on the grounds that it is vague and on the grounds that the use of the word WEBSITES is misleading. Subject to these objections, Defendant shows that the individual domains, 4Jewish.com and 4rightwing.com were primarily intended to gather information.

**REQUEST FOR ADMISSION NO. 14:**

Admit that YOU receive a direct financial benefit from the WEBSITES.

Response:

Denied.

**REQUEST FOR ADMISSION NO. 15:**

Admit that YOU receive an indirect financial benefit from the WEBSITES.

Response:

5

Defendant objects to this request on the grounds that "indirect financial benefit" from the WEBSITS is vague.

**REQUEST FOR ADMISSION NO. 16:**

Admit that the WEBSITES do not have a DMCA registered agent.

Response:

Defendant objects to this request on the grounds that there is no third-party publication at issue in this case and this request is therefore not relevant to any claim or defense in this case.

**REQUEST FOR ADMISSION NO. 17:**

Admit that the WEBSITES did not have a DMCA registered agent in 2018.

Response:

Defendant objects to this request on the grounds that there is no third-party publication at issue in this case and this request is therefore not relevant to any claim or defense in this case.

**REQUEST FOR ADMISSION NO. 18:**

Admit that YOU store full-sized images to YOUR server.

Response:

Denied.

**REQUEST FOR ADMISSION NO. 19:**

Admit that YOU stored the IMAGE to YOUR server.

Response:

Defendant admits only that it may have stored a "thumbnail" of the image in its cache for some very limited period of time. Otherwise, this request is denied.

**REQUEST FOR ADMISSION NO. 20:**

Admit that the IMAGE has been displayed on YOUR WEBSITES.

Response:

Defendant incorporates its definitional objection to WEBSITES and further objects to this request on the grounds that the use of the term display is ambiguous and is a term of art in the context of copyright law. Subject to this objection, if the request is whether the image could be viewed through the two domains identified by Plaintiff, the answer is yes – but only by viewing the page.

**REQUEST FOR ADMISSION NO. 21:**

Admit that the POSTS have been displayed on YOUR WEBSITES.

Response:

Defendant incorporates its definitional objections to POSTS and WEBSITERS above and further objects to the term displayed as ambiguous because it is a term of art in the context of copyright law. Subject to these objections, Defendant admits only that a user could view the copyrighted image at issue in this case through the two domains identified by Plaintiff.

**REQUEST FOR ADMISSION NO. 22:**

Admit that YOU have made no offers in this case.

Response:

Defendant objects to this request on the grounds that it is not relevant to any claim or defense. Defendant further objects on the grounds that the term offers is vague. Subject to these objections, the request is denied as Defendant offered to and did in fact, in lay terms, remove the image.

**REQUEST FOR ADMISSION NO. 23:**

Admit that YOU have made no efforts to settle this case.

7

ER-43

Response:

Defendant objects to this request on the grounds that it is not relevant to any claim or defense. Subject to this objection, the request is denied as Defendant offered to and did in fact, in lay terms, remove the image, which should have resolved this case.

**REQUEST FOR ADMISSION NO. 24:**

Admit that photographs are subject to copyright protection.

Response:

Defendant admits only that certain photographs are entitled to copyright protection.

**REQUEST FOR ADMISSION NO. 25:**

Admit that animal photographs, including but not limited to wildlife photos, are subject to copyright protection.

Response:

Defendant objects to this request on the grounds that it is over broad. Defendant further objects to the categorization of photographs based on what may or may not be visible in the photograph has being irrelevant. Subject to these objections, Defendant admits only that pictures that have animals in them may be entitled to copyright protection.

**REQUEST FOR ADMISSION NO. 26:**

Admit that the IMAGE is subject to copyright protection.

Response:

Denied.

**REQUEST FOR ADMISSION NO. 27:**

Admit that Robert Miller is the copyright holder of the IMAGE.

Response:

8

Defendant admits only that Plaintiff has produced what appears to be a copyright certificate that has been issued to a Robert Miller that appears to include the picture that is the subject of Plaintiff's complaint.

**REQUEST FOR ADMISSION NO. 28:**

Admit that YOU copied the New York Post article with the IMAGE verbatim.

Response:

Defendant objects to this request on the grounds that it demonstrates a fundamental misunderstanding of its search engine. Subject to this objection, this request is denied.

**REQUEST FOR REQUEST FOR ADMISSION NO. 29:**

Admit that YOU did not have a license to use the IMAGE.

Response:

Denied. In further response, as asserted in Defendant's Amended Answer, inter alia, Defendant had a license through the RSS feeds and the fact that the image was published using Twitter and Facebook.

**REQUEST FOR ADMISSION NO. 30:**

Admit that YOU did not contact Robert Miller to license the IMAGE.

Response:

Defendant admits never having contacted any Robert Miller, but denies there was any obligation or requirement to do so.

**REQUEST FOR ADMISSION NO. 31:**

Admit that YOU displayed the IMAGE on your WEBSITE.

Response:

Defendant incorporates its definitional objection to WEBSITES and further objects to this request on the grounds that the use of the term display is ambiguous and is a term of art in the context of copyright law. Subject to this objection, the image was displayed using an <img src=" …"> where the source was on a third party server.

**REQUEST FOR ADMISSION No. 32:**

Admit that YOU displayed the entire IMAGE on your WEBSITE.

Response:

Defendant objects to this request on the grounds that it appears based on a fundamental misunderstanding of how search engine result pages are created and how image results are displayed. Subject to these objections, Defendant admits that the image, which was located on the New York Post server, was visible through the two specific domains as a result of search engine mechanism.

      This the 22<sup>nd</sup> day of January, 2021.

                           /s/ Ryan Isenberg
                           Ryan L. Isenberg

### Certificate of Service

      This is to certify that I have this day served the within and foregoing Responses to Plaintiff's Request for Admissions via electronic mail addressed as follows:

Mathew Higbee - mhigbee@higbeeassociates.com

Saba Basria - sbasria@higbeeassociates.com

                           /s/ Ryan Isenberg
                           Ryan L. Isenberg

# Exhibit 5

Troy L. Isaacson, Esq., NV Bar No. 6690
6671 S. Las Vegas Blvd.
Building D, Suite 210
Las Vegas, Nevada 89119
Telephone: (702) 529-5229
Facsimile: (702) 529-5228

Ryan L. Isenberg
Georgia Bar No. 384899
Isenberg & Hewitt, P.C.
6600 Peachtree Dunwoody Road
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 (Voice)
770-828-0100 (Fax)
ryan@ihlaw.us

<div align="center">

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

</div>

| | |
|---|---|
| ROBERT MILLER, | CIVIL ACTION FILE |
| PLAINTIFF, | NO. 2:18-cv-02097-JAD-VCF |
| V. | |
| 4INTERNET, LLC AND JOHN DOES 1-10 | |
| DEFENDANTS. | |

<div align="center">

**DEFENDANT 4INTERNET'S RESPONSE TO
PLAINTIFF'S SECOND INTERROGATORIES**

</div>

COMES NOW, Defendant 4Internet, LLC, and serves these Responses to Plaintiff's

Second Interrogatories, and shows this Court as follows:

**INTERROGATORY NO. 22:**

DESCRIBE IN DETAIL the factual and legal basis for YOUR Fourth Defense.

**Response:**

Defendant objects to this interrogatory on the grounds that these interrogatories were

served on September 2, less than 33 days from the discovery deadline of October 4 and are

<div align="center">1</div>

therefore untimely. See, e.g. *Gray v. Cox*, No. 214CV01094JADPAL, 2016 WL 4367236, at *2 (D. Nev. Aug. 12, 2016) (Discovery requests are generally considered timely if they are made at least 33 days prior to the discovery cutoff (including three days for mailing), which ensures that the other party has sufficient time to respond) citations omitted. Defendant further objects to this interrogatory on the grounds that it is overbroad, unduly burdensome, and not proportional to the needs of the case in light of the fact that Plaintiff depose Defendant for approximately 7 hours on September 24, 2021. See *Zeitlin v. Bank of Am., N.A.*, No. 218CV01919RFBDJA, 2020 WL 4586865, at *2 (D. Nev. Aug. 10, 2020) (Moreover, further supplementation of the interrogatory answers to either address the objections provided or add more details to the response is not proportional. Plaintiffs may proceed with depositions to obtain additional narrative responses, but the Court finds that Rule 33 does not require further expansion on the answers provided by Defendant at this time as it would not be proportional to the needs of the case to comply with Plaintiffs' overly broad requests). Further, "contention interrogatories should not require a party to provide the equivalent of a narrative account of its case, including every evidentiary fact, details of testimony of supporting witnesses, and the contents of supporting documents." *Aldapa v. Fowler Packing Co. Inc.*, 310 F.R.D. 583, 591 (E.D. Cal. 2015) (citation omitted).

Subject to these objections, Defendant shows that (1) no one has licensed the image at issue (2) Plaintiff has not produced any evidence that he has ever received payment for any license that was not preceded by a legal demand or lawsuit, and (3)without re-stating the deposition testimony of Robert Miller, Christopher Sadowski, and Eugene Sadowski, Plaintiff simply uses the mere fact that he takes pictures that he is able to get published by the New York Post, and then has Eugene Sadowski spend seven days a week searching for any potential claim of infringement.

1  **INTERROGATORY NO. 23:**

2  DESCRIBE IN DETAIL the factual and legal basis for YOUR Sixth Defense.

3  **Response:**

4       Defendant objects to this interrogatory on the grounds that these interrogatories were

5  served on September 2, less than 33 days from the discovery deadline of October 4 and are

6  therefore untimely.  See, e.g. *Gray v. Cox*, No. 214CV01094JADPAL, 2016 WL 4367236, at *2

7  (D. Nev. Aug. 12, 2016) (Discovery requests are generally considered timely if they are made at

8  least 33 days prior to the discovery cutoff (including three days for mailing), which ensures that

9  the other party has sufficient time to respond) citations omitted.  Defendant further objects to this

10  interrogatory on the grounds that it is overbroad, unduly burdensome, and not proportional to the

11  needs of the case in light of the fact that Plaintiff depose Defendant for approximately 7 hours on

12  September 24, 2021.  See *Zeitlin v. Bank of Am., N.A.*, No. 218CV01919RFBDJA, 2020 WL

13  4586865, at *2 (D. Nev. Aug. 10, 2020) (Moreover, further supplementation of the interrogatory

14  answers to either address the objections provided or add more details to the response is not

15  proportional. Plaintiffs may proceed with depositions to obtain additional narrative responses,

16  but the Court finds that Rule 33 does not require further expansion on the answers provided by

17  Defendant at this time as it would not be proportional to the needs of the case to comply with

18  Plaintiffs' overly broad requests.).  Further, "contention interrogatories should not require a party

19  to provide the equivalent of a narrative account of its case, including every evidentiary fact,

20  details of testimony of supporting witnesses, and the contents of supporting documents." *Aldapa*

21  *v. Fowler Packing Co. Inc.*, 310 F.R.D. 583, 591 (E.D. Cal. 2015) (citation omitted).

3

ER-50

1    Subject to these objections, Defendant that shows that (1) no one has licensed the image

2    at issue (2) Plaintiff has not produced any evidence that he has ever received payment for any

3    license that was not preceded by a legal demand or lawsuit, and (3) Plaintiff could include in the

4    metadata a copyright notice, but instead simply identifies his images as press photos that cannot

5    be used for advertising.  These facts coupled with the license granted to the New York Post for

6    all of Plaintiff's pictures that allows the NYP to use and distribute the photos anyway it wants to,

7    and the distribution of the photos online lead any search engine operator to conclude that there is

8    an implied license to index the image and display it if requested in a search.

9

10   **INTERROGATORY NO. 24:**

11   DESCRIBE IN DETAIL the factual and legal basis for YOUR Seventh Defense.

12

13   **Response:**

14        Defendant objects to this interrogatory on the grounds that these interrogatories were

15   served on September 2, less than 33 days from the discovery deadline of October 4 and are

16   therefore untimely.  See, e.g. *Gray v. Cox*, No. 214CV01094JADPAL, 2016 WL 4367236, at *2

17   (D. Nev. Aug. 12, 2016) (Discovery requests are generally considered timely if they are made at

18   least 33 days prior to the discovery cutoff (including three days for mailing), which ensures that

19   the other party has sufficient time to respond) citations omitted.  Defendant further objects to this

20   interrogatory on the grounds that it is overbroad, unduly burdensome, and not proportional to the

21   needs of the case in light of the fact that Plaintiff depose Defendant for approximately 7 hours on

22   September 24, 2021.  See *Zeitlin v. Bank of Am., N.A.*, No. 218CV01919RFBDJA, 2020 WL

23   4586865, at *2 (D. Nev. Aug. 10, 2020) (Moreover, further supplementation of the interrogatory

24   answers to either address the objections provided or add more details to the response is not

25   proportional. Plaintiffs may proceed with depositions to obtain additional narrative responses,

4

but the Court finds that Rule 33 does not require further expansion on the answers provided by Defendant at this time as it would not be proportional to the needs of the case to comply with Plaintiffs' overly broad requests.). Further, "contention interrogatories should not require a party to provide the equivalent of a narrative account of its case, including every evidentiary fact, details of testimony of supporting witnesses, and the contents of supporting documents." *Aldapa v. Fowler Packing Co. Inc.*, 310 F.R.D. 583, 591 (E.D. Cal. 2015) (citation omitted).

Subject to these objections, Defendant shows that

(1) Plaintiff granted a license to the New York Post that permitted the New York Post to distribute the image at issue in any way it wanted to, including through Twitter and on its website.

(2) The New York Post published the image on its website.

(3) The New York Post distributed the image and article through its RSS Feed at the same time it was distributed to Twitter.

(4) The image that was rendered by Eugene Sadowski's browser on August 31, 2018 was the same image that Twitter displayed as shown by the following html:

<meta property="og:image" content=https://thenypost.files.wordpress.com/2018/08/fred-the-goat-breakout.jpg?quality=90&amp;strip=all&amp;w=1200 />

meta name="twitter:image" content="https://thenypost.files.wordpress.com/2018/08/fred-the-goat-breakout.jpg?quality=90&amp;strip=all&amp;w=664&amp;h=441&amp;crop=1" />

<meta name="twitter:image:src" content="https://thenypost.files.wordpress.com/2018/08/fred-thegoat-breakout.jpg?quality=90&amp;strip=all&amp;w=664&amp;h=441&amp;crop=1" />

<meta name="twitter:card" content="summary_large_image" />

5

**INTERROGATORY NO. 25:**

DESCRIBE IN DETAIL the factual and legal basis for YOUR Ninth Defense.

**Response:**

      Defendant objects to this interrogatory on the grounds that these interrogatories were served on September 2, less than 33 days from the discovery deadline of October 4 and are therefore untimely. See, e.g *Gray v. Cox*, No. 214CV01094JADPAL, 2016 WL 4367236, at *2 (D. Nev. Aug. 12, 2016) (Discovery requests are generally considered timely if they are made at least 33 days prior to the discovery cutoff (including three days for mailing), which ensures that the other party has sufficient time to respond) citations omitted. Defendant further objects to this interrogatory on the grounds that it is overbroad, unduly burdensome, and not proportional to the needs of the case in light of the fact that Plaintiff depose Defendant for approximately 7 hours on September 24, 2021. See *Zeitlin v. Bank of Am., N.A.*, No. 218CV01919RFBDJA, 2020 WL 4586865, at *2 (D. Nev. Aug. 10, 2020) (Moreover, further supplementation of the interrogatory answers to either address the objections provided or add more details to the response is not proportional. Plaintiffs may proceed with depositions to obtain additional narrative responses, but the Court finds that Rule 33 does not require further expansion on the answers provided by Defendant at this time as it would not be proportional to the needs of the case to comply with Plaintiffs' overly broad requests.). Further, "contention interrogatories should not require a party to provide the equivalent of a narrative account of its case, including every evidentiary fact, details of testimony of supporting witnesses, and the contents of supporting documents." *Aldapa v. Fowler Packing Co. Inc.*, 310 F.R.D. 583, 591 (E.D. Cal. 2015) (citation omitted).

      Subject to these objections, Defendant shows that

(1) it operates a search engine

6

(2) the search engine process (meaning the crawling of the internet, and indexing and storage of metadata) is an automated technical process

(3) the search engine as it was working in August 2018 did not make any changes to any of the data that was indexed

(4) the image at issue, which always only resided on the server for the New York Post, was only transmitted at the request of Eugene Sadowski

(5) 4Internet did not select any recipient of any material, but served up information and to the extent the image was displayed, the image was displayed at the request of the user

(6) 4Internet does not copy or store images. Any image that was rendered as a result of a user search is only stored in the system cache for a period of time that would not exceed 48 hours and likely less.

(7) the image at issue was made available by the New York Post

(8) the image at issue would only have been seen by Eugene Sadowski at his request. No one other than the Plaintiff, Eugene Sadowski who works for Plaintiff looking for infringers, the Plaintiff's counsel (and/or his firm employees), Defendant's Managing Member, and Defendant's counsel, ever rendered the image at issue. To the extent any of these individuals caused their browser to render the image as viewable it was at the request of such person.

(9) There were no conditions or technologies relating to the availability or return of the image. The New York Post website makes its content available to search engines to index through an RSS feed. The 4Internet system automatically indexed the New York Post website and stored the metadata that would allow a user doing a search to render the image at issue upon request.

This the 1<sup>st</sup> day of <u>October</u>, 2021

<div style="text-align:center">

/s/ Ryan Isenberg
Ryan L. Isenberg

**Verification**

</div>

I, Michael A. Levy, declare, under penalty of perjury that (1) I am the Managing Member of 4Internet, LLC (2) I have personal knowledge of the information provided in these Responses and (3) that the information in these Responses is true and correct.

Dated this the 1<sup>st</sup> day of <u>October</u>, 2021.


__/Michael A Levy__
Michael A. Levy

<div style="text-align:center">

**Certificate of Service**

</div>

This is to certify that I have this the 3<sup>rd</sup> day of October, 2021, served the within and foregoing Responses to Plaintiff's Second Interrogatories by delivering a copy of same via e-mail to the following counsel of record for Plaintiff:

Ryan Carreon
rcarreon@higbeeassociates.com

Mathew Higbee
mhigbee@higbeeassociates.com

<div style="text-align:center">

/s/ Ryan Isenberg

</div>

8

# Exhibit 6



Deposition of:

# Robert Miller

*September 13, 2021*

In the Matter of:

# Robert Miller Vs. 4Internet, LLC, Et Al.

Veritext Legal Solutions
800.808.4958 | calendar-atl@veritext.com | 770.343.9696

Page 1

```
 1              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
 2         CIVIL ACTION FILE NO. 2:18-cv-02097-JAD-VCF

 3
           ------------------------
 4    ROBERT MILLER,          :       VIDEOTAPED
                                      DEPOSITION OF:
 5             Plaintiff,  :
                                      ROBERT MILLER
 6       V.                    :

 7    4INTERNET, LLC AND       :
      JOHN DOES 1-10,
 8                             :

                Defendants.
 9         ------------------------:

10

11

12

13        TRANSCRIPT of testimony as taken by and

14    before PATRICIA A. SANDS, a Shorthand Reporter

15    and Notary Public of the States of New York and

16    New Jersey, via VERITEXT VIRTUAL, and all other

17    parties at the offices of VERITEXT, 7 Times

18    Square, New York, New York, on Monday,

19    September 13, 2021, commencing at 10:05 in the

20    forenoon.

21

22

23

24    Job No. ATL 4790873

25
```

Page 2

```
 1        A P P E A R A N C E S:

 2

 3        HIGBEE & ASSOCIATES

          3481 E. Sunset Road, Suite 100

 4        Las Vegas, NV  89120

          714 617-8300

 5        BY:  RYAN E. CARREON, ESQ.

               TARYN MURRAY, ESQ.

 6        For the Plaintiff

 7

 8        ISENBERG & HEWITT, PC

          6600 Peachtree Dunwoody Road

 9        600 Embassy Row, Suite 150

          Atlanta, Georgia 30328

10        770 351-4400

          BY:  RYAN L. ISENBERG, ESQ.

11        For the Defendant

12

13

14

15        ALSO PRESENT:

16          Michael Levy, Corporate Representative

17          Deverell Wright, Videographer

18

19

20

21

22

23

24

25
```

Page 13

1          A     Yeah.

2          Q     This is not a memory test, that's

3     fine.

4          A     I'm using my memory.

5          Q     Where did you attend high school?

6          A     Lawrence High School.

7          Q     Where is that?

8          A     It's in Nassau County.  I also

9     attended a fine arts high school in Syossett.

10         Q     Did you attend any school after high

11    school?

12         A     Yes.

13         Q     Where did you go?

14         A     Cooper Union and Fashion Institute of

15    Technology.

16         Q     Did you get degrees or certificates

17    from either of those institutions?

18         A     Yes, from both.

19         Q     And what did you get from each?

20         A     Cooper Union, bachelor of fine arts.

21    From FIT, associate of applied science.

22         Q     And can you give me the years for

23    those?

24         A     I believe Cooper Union was 1991, FIT

25    I believe it was 1987.  I have taken other

Case 2:18-cv-02060-JAD-VCF Document 65-1 Filed 11/22/21 Page 486 of 243
Robert Miller                    September 13, 2021
Robert Miller Vs. 4Internet, LLC, Et Al.

Page 14

```
1    classes at other colleges, but not part of a
2    degree program.
3         Q    For classes that you have paid to
4    attend or auditing -- do you know what the
5    difference is?
6         A    I do.
7         Q    So were these paid courses?
8         A    Well, Cooper Union was a scholarship
9    tuition-free college, you have to be admitted
10   based upon your talent.  So I did not have to
11   pay tuition.
12        Q    I apologize, and this is going to
13   happen during the course of the deposition.
14   I'm going to ask questions that I'm thinking
15   I'm asking one question and you might be
16   answering another, a different question.
17        The courses that you took other than
18   Cooper Union and other than the Fashion
19   Institute, after, I guess 1991, did you take --
20   have you taken -- did I understand correctly
21   you have taken some classes after that?
22        A    Yes.
23        Q    Okay.  And what kind of classes were
24   those?
25        A    I took some science and math classes.
```

Robert Miller                    September 13, 2021
Robert Miller Vs. 4Internet, LLC, Et Al.

Page 26

```
1        thing as getting an assignment that doesn't get

2        published?

3             A     There is.

4             Q     Does that have a different vernacular

5        other than a completed assignment?

6             A     Not in my vernacular.

7             Q     Okay.

8             A     My vernacular is I get an assignment,

9        I take the photographs, and it's up to the

10       client to publish it or not.

11            Q     All right.  What else can you

12       remember about -- moving past the late '90s --

13       in terms of who you were freelancing for?

14            A     In terms of those years, that's all I

15       remember now.

16            Q     Okay.  So after those years where did

17       you go?

18            A     I showed a portfolio of my work to

19       the New York Post.

20            Q     Do you recall about when that was?

21            A     2000, 2001, at the beginning of the

22       year.

23            Q     Were you still shooting on film in

24       2001?

25            A     I was.
```

Page 27

```
1           Q      Do you recall who you met with at the
2      New York Post?
3           A      I don't remember her name.
4           Q      Do you recall what her title was?
5           A      She was the photo editor in the New
6      York Post photo department.
7           Q      And have you been a freelance
8      photographer for the New York Post since then?
9           A      I have.
10          Q      And are you still today?
11          A      I still am.
12          Q      And do you do freelance work for any
13     other publications?
14          A      The New York Post keeps me busy.
15          Q      Is that not really, or no?
16          A      I'm available.
17          Q      Understood.  When did you -- and
18     again, I'm not asking you for a specific date
19     or even a year -- when did you make the switch
20     from film to digital?
21          A      Sometime around 2002, 2003, I
22     believe.  Off the top of my head.
23          Q      Yes.  And how is that different from
24     shooting on film?
25          A      More immediate, you see the results
```

Case 2:18-cv-02097-JAD-VCF Document 25-1 Filed 11/22/21 Page 436 of 243
Robert Miller                    September 13, 2021
Robert Miller Vs. 4Internet, LLC, Et Al.

                                                    Page 28

```
 1         right away.
 2              Q    How, if at all, did that change your
 3         work?
 4              A    You become more mobile.  You become
 5         more mobile.  You don't have to bring film into
 6         an office.
 7              Q    Do you currently have a contract with
 8         the New York Post?
 9              A    I do.
10              Q    Do you have a contract with anybody
11         else?
12              A    No.
13              Q    How do you get assignments from the
14         New York Post currently?
15              A    Currently email, text, phone call.
16         Primarily text, email since Covid.
17              Q    And what about going back a few
18         years, 2018, same?
19              A    More on the telephone.
20              Q    Telephone meaning a call or a text?
21              A    A call.  Not much text, not much
22         email.
23              Q    Who would have called you?
24              A    Photo editors for the New York Post.
25              Q    And is that a job that multiple
```

Page 52

1    what that was.

2         I think you said earlier that you didn't

3    know the number of claims that have been

4    presented on your behalf; is that correct?

5         A    By whom are you referring to?

6         Q    By -- well, I'm not limiting it, so

7    let me just ask it more broadly.  It was in the

8    context of when I was asking you how many

9    lawsuits you have been a party to.

10        Do you know how many claims for

11   infringement have been presented on your behalf

12   since, let's say 2017?

13            MR. CARREON:  Objection, vague.

14            THE WITNESS:  I can say that I'm a

15        working photographer in New York, I work

16        an average of five days a week covering

17        many assignments in New York City.  And a

18        lot of the stories that happen in New York

19        City, you know, ripple across the country

20        and the world.  So there is a lot of

21        attention to the photos that are published

22        in the New York Post.  I don't have a

23        number off the top of my head of the

24        amount of infringements.

25        Q    I'm not asking you about the amounts

ER-65

Case 2:18-cv-02097-JAD-VCF Document 25-1 Filed 11/22/21 Page 66 of 243

Robert Miller                    September 13, 2021
Robert Miller Vs. 4Internet, LLC, Et Al.

Page 60

1       Mr. Sadowski about the copyright management

2       that he's doing for you?

3            A    I talk to him rarely.

4            Q    Do you communicate with him by any

5       email or text message or other platform?

6            A    We have communicated, you know, by

7       text, but that is often about an assignment or,

8       you know, not so much, ah -- little

9       communication with him.

10           Q    Does he have access to the

11      spreadsheet for your cases that are at Higbee &

12      Associates?

13           A    I am not sure, I think he may.  You

14      would best ask him.

15           Q    All right.  Let's talk about, I guess

16      we'll call him Fred the Goat.

17                THE COURT REPORTER:  I'm sorry, call

18           him what?

19                MR. ISENBERG:  Fred the Goat.

20                MR. CARREON:  I'm sure the court

21           reporter was not expecting that.  What was

22           it, Ed the Horse?

23                MR. ISENBERG:  That's right, Mr. Ed,

24           the horse, yes.

25           Q    All right.  So do you recall being

Page 61

1    asked to go take a picture of whatever was

2    going on with Fred?

3         A    I was given an assignment by the New

4    York Post, it was a report of goats in the town

5    the night before or the day before, and I was

6    asked to go to the town and find the goats.

7    Find the goats and photograph them.

8              MR. ISENBERG:  All right, and I'm

9         going to mark this as Exhibit 2.  Okay.

10             (Exhibit 2 marked for

11        identification/referenced.)

12        Q    I'm going to show you this email, it

13   looks like from Mr. Rachman to you.

14        Do you recall receiving this?

15        A    I don't recall receiving it, but I do

16   see it in front of me.  I was unable to open up

17   the email, it came up as an error.

18        Q    So do you recall whether you would

19   have had a separate conversation with

20   Mr. Rachman?

21        A    I don't recall.  It's possible, yeah.

22        Q    There is nothing in this email that

23   says go take pictures or go find out anything,

24   or anything of that nature.  That's why I'm --

25        A    No, there is nothing in this email

Case 2:18-cv-02097-JAD-VCF Document 65-1 Filed 11/22/21 Page 536 of 243
Robert Miller                                September 13, 2021
Robert Miller Vs. 4Internet, LLC, Et Al.

Page 64

1       A    I believe there may be a record.  I
2    don't recall if that record was turned over to
3    my attorney.  But it may have been, I don't
4    recall.  But if the EasyPass was used and I
5    didn't pay cash, there should be a record.
6         Q    Do you recall what camera you took
7    with you, or cameras?
8         A    Well, I recall the brand of the
9    camera, it's not a camera I use today.  It was
10   a Cannon camera.  I used two Cannon cameras and
11   two different lenses on the assignment, perhaps
12   three lenses.  Digital camera.
13        Q    Do those cameras have the ability to
14   identify geo-location?
15        A    I don't know.
16        Q    Tell me what you did when you got to
17   Hackettstown.
18        A    I believe I drove down probably
19   what's called Main Street to look for the
20   goats, and I didn't see the goats on Main
21   Street.  I wound up near the train tracks,
22   where I believe it was a representative from
23   the local police department, I believe he was a
24   lieutenant who was speaking to another media
25   outlet.  I pulled up there, and that's how I

Page 65

1          started getting information from the officer
2          about the goats.
3              Q    I believe, from the New York Post
4          records, that this is the entry relating to
5          August 9th.
6              A    Okay.
7              Q    And it says that you were paid $420
8          for that day; is that correct?
9              A    It appears, yes.
10             Q    And do you know what the midtown west
11         reference is?
12             A    The midtown west reference would be
13         to listening to the radio, the police scanner
14         in midtown west, starting the day there.  The
15         first assignment for the day.
16             Q    And as we sit here, are you able to
17         identify the, what looks like approximately $95
18         additional fee that day?
19             A    I am not able to specifically say
20         what that $95 actually represents.
21             Q    Okay.
22             A    It could be extra work time, it could
23         be extra expense, mileage, toll, gas.
24             Q    Would that information have been
25         included on the invoice?

Robert Miller                                    September 13, 2021
Robert Miller Vs. 4Internet, LLC, Et Al.

Page 66

1          A     I don't believe so.

2          Q     How would they have known to pay you

3     more than the --

4          A     Well, they were aware I was going to

5     New Jersey, they were aware of the extra time.

6          Q     Tell me about the camera settings for

7     the pictures that you took that day.

8          A     For all of the pictures or the goat

9     picture?

10         Q     Well, let's start with just the

11    picture that was published.

12         A     Okay.  Fred the Goat.

13         Q     Fred the Goat picture.  Your camera

14    was selected on something called auto, or

15    program AE?

16         A     That's incorrect.

17         Q     All right.  Well, what was it?

18         A     It was in a manual mode.  And I

19    believe the photograph of that metadata -- if

20    that's the correct word, I don't know -- but it

21    was a screen shot that was submitted to you

22    showing the camera setting.

23         And they were manual camera settings that

24    I chose, based upon the nature of the

25    assignment and my experience with those kinds

Page 67

1      of assignments over the years.

2           If you have an object moving and you want

3      to create a sharp focus of the object that's

4      moving, you don't want a blur, you want from

5      the -- ideally from the front of the goat's

6      foot to the rear part of the goat's foot in

7      focus, and you would like the background to

8      drop out of focus.  This way the goat pops out

9      to the viewer.  That's a distraction, the

10     background.

11          And I also used a low ISO setting, because

12     low ISO creates less grain.  The more grain you

13     have, the more contrasty an image is, and it's

14     not as clear.

15          Q    Let's take a look at -- this is a

16     document that I will describe as a file name,

17     IMG_2985.  And I think this is one of the

18     photographs, a screen shot that was provided.

19          A    Yes.

20          Q    Did you take this picture?

21          A    I did.

22          Q    And you sent it to your lawyer, who

23     sent it to me; right?

24          A    I believe the lawyer sent it to you,

25     I sent it to my lawyers.

Page 168

1                    C E R T I F I C A T E

2

3            I, PATRICIA A. SANDS, a Shorthand Reporter

4       and Notary Public of the States of New York and

5       New Jersey, do hereby certify that prior to the

6       commencement of the examination the witness was

7       sworn by me to testify the truth, the whole

8       truth and nothing but the truth.

9

10           I do further certify that the foregoing is

11      a true and accurate transcript of the testimony

12      as taken stenographically by and before me at

13      the time, place, and on the date hereinbefore

14      set forth.

15

16           I do further certify that I am neither of

17      counsel nor attorney for any party in this

18      action, and that I am not interested in the

19      event nor outcome of this litigation.

20

21

22

23      New York Certificate No.:  01SA4974309

24      New Jersey Certificate No.:  2109345

25

# Exhibit 7

## <u>DECLARATION OF CUSTODIAN OF RECORDS</u>

I, AMY ROMAN, declare and state as follows:

1.     I am over the age of 18 years and am not a party to *Robert Miller v.*

*4Internet, LLC*, Civil Action No. 2:18-cv-02097-JAD-VCF (D. Nev.) (the

"Action").

2.     My employment or business title is Payroll Director for the *New York*

*Post*, which is owned and operated by NYP Holdings, Inc. ("NYP").

3.     Counsel for Defendant 4Internet, LLC in the Action has served NYP

with a Subpoena to Produce Documents, Information, or Objects, dated July 24,

2020.

4.     Pursuant to the agreement between counsel for NYP and counsel for

Defendant 4Internet, LLC, I hereby produce and authenticate the following two

documents, each of which is a business record of NYP:

(a) Annexed hereto as Exhibit A is a true and correct copy of the New York

Post Freelance Photographer Independent Contractor Agreement between

Robert Miller and NYP, dated August 7, 2017.

(b) Annexed hereto as Exhibit "B" is a true and correct copy of a computer-

generated spreadsheet that shows all payments made by NYP to Miller for

freelance assignments between January 1, 2017 and December 31, 2019.

The information in this computer-generated spreadsheet was extracted from



**Defendant**

**1**

Exhibit

a database maintained by authorized employees or agents of NYP who routinely enter data into the database in the ordinary course of business as part of their job responsibilities on or about the date the information is created or received.

5. The documents annexed as Exhibits A and B are kept by me or personnel of NYP in the ordinary course of our responsibilities. Making and maintaining such records is a regular practice of NYP in conducting its ordinary business.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 20, 2021

By: _____
Amy Roman

# EXHIBIT A

<div align="center">

**New York Post**
**Freelance Photographer**
**Independent Contractor Agreement**

</div>

This Freelance Photographer Independent Contractor Agreement (the "Agreement"), dated 08/07/2017_____, (the "Effective Date"), sets forth the entire understanding between Robert Miller____ with an address at 301 W 118st, Unit 5K, NY,NY 10026_____ ("Freelancer") and NYP Holdings, Inc., publisher of the *New York Post* newspaper, websites, mobile applications and other media properties, with an address at 1211 Avenue of the Americas New York, NY 10036 ("NYP") regarding the freelance photography services Freelancer may be commissioned to provide on assignment for NYP.

### 1.   TERM.

This Agreement commences on the Effective Date and remains in effect until the Agreement is terminated by either party pursuant to Section 10 below ("Term").

### 2.   SERVICES.

During the Term, if Freelancer is interested in providing freelance services to NYP, Freelancer shall email NYP at photodesk@nypost.com, on a Sunday and state Freelancer's availability for the upcoming week. In response to such emails, NYP may offer to Freelancer the opportunity to shoot events, persons and/or stories in accordance with Freelancer's stated availability. If Freelancer chooses to accept such offered opportunity, Freelancer will shoot such opportunity utilizing Freelancer's skill, knowledge and experience, free of NYP's direction and supervision. And, once Freelancer has completed such shoot, Freelancer will deliver to NYP a selection of digital photographs, files, recorded images, video, moving images, film, negatives and/or other materials resulting from the assignment, as well as complete and accurate information for captions (collectively, the "Work"). Freelancer will be solely responsible for making and submitting such selection. Freelancer will maintain and store all Work for a period of thirty (30) days from the date of each assignment. At NYP's request during that thirty (30) day period, Freelancer will provide any and all Work to NYP. NYP is not obligated to publish the Work, and will not be responsible for the loss of or damage to the Work. Freelancer understands that execution of this Agreement is not a guarantee of any future opportunities with NYP.

Freelancer will use his/her discretion, judgment, expertise, experience and industry knowledge in choosing how to perform the services and take the best, most newsworthy and publishable photographs and videos. Freelancer acknowledges, understands and agrees that he/she is not bound by any instructions or guidelines from NYP as to how to perform such services. NYP is relying on Freelancer to be able to successfully execute each assignment without NYP having to provide Freelancer with instructions or guidelines.

### 3.   PAYMENT.

(a)      For each successful assignment performed by Freelancer on behalf of NYP during the Term, NYP shall pay Freelancer his/her standard all-inclusive rate as published by such Freelancer from time-to-time (for the particular type of assignment) that Freelancer charges NYP and to which NYP agrees (with confirmation in writing, email sufficing). NYP may elect to not pay Freelancer where Freelancer's photographs and/or videos are deemed unpublishable or incomplete by NYP due to their poor quality, and NYP may also elect to pay Freelancer a reduced rate where Freelancer submits poor quality photographs or video, or incomplete work that is published.

(b)      NYP shall use commercially reasonable efforts to pay Freelancer within thirty (30) days

<div align="center">1</div>

Form July 2017

of submission of the Work, provided the Work fulfills Freelancer's assignment and is of a quality acceptable for publication in a newspaper. In the event that Freelancer does not receive payment within this thirty (30) day period, then Freelancer shall, within ninety (90) days after completion of an assignment, submit an invoice to NYP, which shall be paid by NYP within thirty (30) days after receipt. Any terms appearing in an invoice that add or change the terms of this Agreement will not be binding. Invoices submitted later than ninety (90) days after the completion of an assignment will not be considered for payment. Unless otherwise agreed, all payments will be made directly to Freelancer. Payments made at Freelancer's request to a third-party-payee designated by Freelancer will discharge all of NYP's payment obligations hereunder.

(c)     If NYP terminates this Agreement before completion of the assignment, pursuant to Section 10 of this Agreement, and provided that Freelancer is not in breach of his/her obligations hereunder, Freelancer will be compensated on a pro-rata basis for the services performed up to the date of termination.

## 4.     EXPENSES.

NYP does not reimburse independent contractors for expenses they incur while providing services to NYP. If Freelancer believes he/she will incur extraordinary and unusual expenses in the provision of services and would like to be compensated for such unusual expenses separate and apart from the rate they wish to charge on a particular assignment, then prior to Freelancer providing services to NYP, Freelancer must discuss with the Photo Editor of the *New York Post* or his/her designee any anticipated necessary unusual expenses that will be incurred in the provision of such services. If the Photo Editor grants approval in writing (by email) to Freelancer to incur any such expenses, then Freelancer may submit to NYP an invoice and appropriate supporting documentation for such expenses within sixty (60) days of submission of the Work for which the expenditure is incurred, and NYP will compensate Freelancer for such agreed upon and documented expenses. Freelancer will not be compensated for incurring any expenses that were not approved by NYP in advance or not submitted within 60 days.

## 5.     RIGHTS.

(a)     Freelancer hereby grants to NYP a non-exclusive, irrevocable, royalty-free, fully paid-up (other than payments due in accordance with Sections 3 and 4 of this Agreement) right and license:

(i)     to reproduce, display, distribute, perform, sell and transmit, and create derivate works (including, without limitation, videos) of, the Work throughout the world, in any media now known or later developed and in any and all formats, in connection with the current and future business of NYP, which includes, but is not limited to, the *New York Post* newspaper, NYP's websites and mobile applications and affiliated publications, audio visual programming, social media platforms, distribution on third party platforms and sites, and the creation of archives, databases, digital editions and electronic versions of the *New York Post* newspaper;

(ii)     to sublicense the rights set forth in Subsection 5(a)(i) to third parties; and

(iii)     to promote, advertise and publicize, in connection with the business of NYP, the *New York Post* newspaper, NYP's websites and apps and affiliated publications, and NYP and its affiliated companies.

(b)     As used in paragraph 5(a)(i), the term "business of NYP" does not include the sale of individual photographs taken by the Freelancer, operating as a stock house for the licensing of individual

NYP_000005          Doc ID: 718c38e471078ec3cd78f48545f9b9885180e41c
ER 78

photographs taken by the Freelancer, or operating as a wire service for individual photographs taken by the Freelancer.

(c)     Freelancer hereby grants to NYP the right of first publication, which means the exclusive right to reproduce, display, distribute, perform, sell and transmit, and create derivative works of, the Work throughout the world, in any media now known or later developed until 24 hours following first publication of the work by NYP in either newsprint or electronically or digitally on the World Wide Web, unless Freelancer receives prior written approval from the Photo Editor of the New York Post. Notwithstanding the foregoing, if the Work is not 'unique,' meaning that Freelancer is not the sole photographer to obtain images of very similar or identical content at an assignment, then Freelancer grants to NYP the option of first publication, which means that Freelancer may grant rights to a third party publication (subject to paragraph 5(d) hereof) beginning at 4 pm on the day of print publication in the *New York Post* newspaper.

(d)     In addition, Freelancer grants to NYP the right to designate photographs submitted to NYP as "Unique and Exclusive", and if NYP so designates within 24 hours of receipt or first publication of such photographs, then Freelancer agrees not to grant any rights in such photographs to the *New York Daily News*, *The New York Times*, or *Newsday* for ninety days in exchange for NYP doubling Freelancer's original fee for such Work.

(e)     NYP has the right to retain and reuse the Work as permitted hereunder with no additional compensation to Freelancer.

(f)     To the extent that Freelancer collects third party materials (i.e., photographs, drawings and graphic materials (the "Materials")) in connection with an assignment, NYP has the right, subject to any notification under paragraph 7(b), to use, in its sole discretion, all Materials in the same manner and to the same extent as it is permitted to use the Work pursuant to this Agreement.

(g)     Freelancer owns the copyright in the Work, and, subject to the rights granted to NYP and the limited restrictions contained herein, may exercise all of the rights that exist in and to the Work.

(h)     By signing this Agreement, Freelancer is retroactively granting all of the rights listed in paragraphs (a) – (f) hereof to NYP in all Works previously submitted to NYP pursuant to assignments completed for NYP by Freelancer. NYP and Freelancer agree that the terms of this Agreement supersede any previous agreement(s) entered into between the parties.

6.    **CREDIT.**

NYP will use reasonable efforts to give Freelancer credit for each published Work. For such purposes, Freelancer grants to NYP the right to use Freelancer's name, likeness and/or biography in connection with any use of Freelancer's Work.

7.    **WARRANTY.**

(a)     Freelancer represents and warrants that he/she will use his/her best efforts to fulfill each assignment and to provide NYP complete and accurate information about each assignment and Work. Freelancer further represents and warrants that each Work submitted to NYP will be original and unaltered, and that it will not infringe any third party's rights, contain unlawful material or be obtained by unlawful actions.

(b)     Freelancer represents and warrants that he/she shall inform NYP in writing of any known restrictions relating to any Work and/or Materials gathered in connection with an assignment at the time of submission.

3

NYP_000006          Doc ID: 718c38e471078ec3cd78f48545f9b9835b189e41c

(c)     Freelancer further represents and warrants that he/she (i) has the right to enter into and perform his/her obligations under this Agreement and that he/she has not entered nor shall enter into any arrangement or agreement which will interfere or conflict with the rights granted to NYP hereunder or any terms of this Agreement, or which would prohibit Freelancer from entering into and fully performing this Agreement, (ii) has not accepted and will not accept, in connection with any assignment, monetary or other compensation from a source or subject of any Work; (iii) understands that NYP does not pay people or organizations for information that may be used in stories and will comply with that practice and (iv) shall comply with all applicable laws in connection with all of his/her activities in the performance of each assignment.

## 8.     ENFORCEMENT; THIRD-PARTY CLAIMS.

(a)     If a third party makes any complaint or claim relating to any Work at any time, whether by a formal legal complaint or otherwise, Freelancer will fully cooperate with NYP in responding to and defending against that complaint or claim. NYP and Freelancer will each notify the other promptly of any complaint or claim.

(b)     If NYP believes that the copyright in a Work has been infringed during the period of NYP's exclusive license, NYP has the first right to determine the nature of and undertake the legal response, including whether to institute legal proceedings and whether to settle a claim. Any such action will be at NYP's expense. For these purposes, Freelancer will fully cooperate with NYP, including providing evidence at reasonable times and places as requested by NYP. NYP has the right to register in Freelancer's name the copyright in any Work that NYP publishes and Freelancer agrees to cooperate with NYP's reasonable request for assistance in doing so.

(c)     NYP and Freelancer will share any monies obtained arising from enforcement of any claim relating to the Work, except that NYP will be entitled to first recover all expenses incurred in connection with the enforcement. Freelancer will retain any monies obtained arising from enforcement at his/her expense of any claim relating to the Work.

## 9.     INDEPENDENT CONTRACTOR.

(a)     Freelancer represents, warrants, covenants and agrees: (i) that he/she is an independent contractor and will not be considered an employee of NYP for any purpose; (ii) as an independent contractor, Freelancer shall not be eligible to participate in any benefit plan carried or offered by NYP for its employees; and (iii) Freelancer shall not be entitled to participate in any plans, arrangements or distributions by NYP pertaining to or in connection with any insurance, pension, stock, bonus, profit-sharing or similar benefits available to persons with employee status.

(b)     Any and all claims of unemployment benefits and/or claims for workers' compensation benefits are hereby expressly waived by Freelancer. Freelancer shall be responsible for the payment of all taxes and other governmental assessments with respect to amounts paid to him/her hereunder and shall not be entitled to any statutory or fringe benefits or to participate in any other employee benefit plans provided by NYP to its employees.

(c)     Freelancer acknowledges and agrees that: (i) Freelancer may set his/her own hours and may control the manner and place in which he/she performs his/her photography services; (ii) throughout the Term of this Agreement, Freelancer has the right to provide photography services to any and all third parties at any time and as often as he/she would like to, without limitation; and (iii) Freelancer may elect to turn down offered photo shoots from NYP, in his/her own discretion. Should Freelancer choose to perform photography services for a direct competitor of NYP when not on assignment on behalf of NYP, NYP will not hold that against Freelancer and that will not in any way effect Freelancer's ability to obtain

4

NYP_000007     Doc ID: 718c38e471078ec3cd78f48545f9b98651c0c41c

future engagements from NYP. Freelancer also represents, warrants and covenants that Freelancer holds himself/herself out to the public as an independent contractor-freelance photographer available for hire. Freelancer further acknowledges and agrees that he/she will at all times be using his/her own equipment and not that of NYP, and will be free from supervision by NYP. Freelancer acknowledges and agrees that he/she will not be on any type of schedule with NYP and that subject only to NYP's deadlines for receipt of photographs, Freelancer has complete discretion as to how much time to spend on each accepted photo-shoot.

**10. BREACH AND TERMINATION.**

Either party may terminate this Agreement upon thirty (30) days written notice to the other. The provisions set forth in Sections 5, 6, 7, 8, 9, 10, 11, 12 and 13 survive any termination of this Agreement.

**11. SUCCESSORS AND ASSIGNS.**

This Agreement inures to the benefit of and is binding upon NYP, its successors and assigns, except as hereinafter provided. NYP may at any time during the Term assign its rights hereunder solely to an entity that controls or is controlled by NYP but in no event to a publication other than the *New York Post*. Freelancer may not assign this Agreement or his/her rights and obligations under it to any third party, except to a corporation or other entity formed by Freelancer so long as Freelancer will be completing all freelance assignments for NYP. Any assignment in violation hereof is null and void.

**12. CONFIDENTIALITY.**

Prior to NYP's use of the Work, the subject of Freelancer's assignments under this Agreement and all details relating to such assignments will be held confidential by Freelancer and may be discussed by Freelancer only with those individuals necessary for the preparation of the Work. Freelancer shall keep confidential, and shall not at any time divulge to any person or entity, any confidential information with regard to the business, editorial or financial affairs or business methods of NYP, any subsidiary or affiliate thereof, or any employee of the aforementioned. Freelancer shall not disclose facts relating to, or make statements about, NYP or any corporate subsidiary or affiliate thereof or the business, operations, personnel, policies or procedures of any of them, calculated in any way to be deleterious to, or to denigrate, such business, operations, personnel, policies or procedures, provided that NYP shall be reasonable in enforcing this provision.

**13. GENERAL.**

This Agreement constitutes the entire understanding between the parties regarding Freelancer's independent photography services from this date forward, and supersedes all prior agreements on this subject matter, including without limitation previously executed freelance photography agreement and any previously issued or publicized memorandum concerning production standards or photography guidelines. No amendment or waiver is valid unless in writing and signed by both Freelancer and NYP. This Agreement is made in accordance with New York State laws and will be construed and enforced under those laws without reference to the principles of conflicts of laws. Any action to enforce this Agreement must be brought exclusively in the federal or state courts in the County of New York, State of New York. The parties hereby consent irrevocably to the exclusive jurisdiction of those courts and waive any right to transfer venue, whether on the grounds of inconvenience or otherwise.

[Signature Page Follows]

5

NYP_000008          Doc ID: 718c38e471078ec3cd78f48545f9b988d180e41c

ER_81

**Agreed and Accepted:**

NYP HOLDINGS, INC.

Name: Michael Racano

Title: EVP & CFO

FREELANCER

_____
Signature

Robert Miller
Print Name

Form July 2017

NYP_000009        Doc ID: 718c38e471078ec3cd78f48545f9b9b29188d59c5ea8c

# ▼ HELLOSIGN

# Audit Trail

**TITLE**             The NYP Photographer Agreement

**FILE NAME**         NYP Freelance Pho...l July 2017).docx

**DOCUMENT ID**       718c38e471078ec3cd78f48545f9b9835180e41c

**STATUS**            ● Completed

## Document History

| | | |
|---|---|---|
| ◎ **VIEWED** | **08/07/2017** 11:37:33 UTC-5 | Viewed by - (robertmillerphotographer@gmail.com) IP: 70.214.116.226 |
| ⤋ **SIGNED** | **08/07/2017** 11:56:57 UTC-5 | Signed by - (robertmillerphotographer@gmail.com) IP: 70.214.116.226 |
| ⊘ **COMPLETED** | **08/07/2017** 11:56:57 UTC-5 | The document has been completed. |

# Exhibit 8

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tesla*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-120-723

**Effective Date of Registration:**
September 25, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published: June 28, 2018 to September 24, 2018

### Title

|  |  |
|---|---|
| **Title of Group:** | Robert Miller |
| **Number of Photographs in Group:** | 35 |

- **Individual Photographs:** 6.28.18, Alexandria Cortez, Miller.jpg,
  **Published:** June 2018

- **Individual Photographs:** 7.1.18, Stabbing at phone store, Miller.jpg, 7.10.18, Bill de Blasio, Miller.jpg, 7.11.18, De Blasio, Miller.jpg, 7.12.18, Construction area, Miller.jpg, 7.14.18, Eva Moskowitz, Miller.jpg, 7.17.18, Idris Abdul-Muhaymin, Miller.jpg, 7.17.18, James ONeill, Miller.jpg, 7.17.18, Nathaniel Rios,Miller.jpg, 7.2.18, Lawsuit over Homless, Miller.jpg, 7.27.18, Relaxation Garden, Miller.jpg, 7.27.18. Gus Kassimis. Miller.jpg, 7.27.18. Rat on streets. Miller.jpg, 7.6.18, Idling Bus Driver, Miller.jpg, 7.7.18, Cops Standing, Miller.jpg, 7.7.18, Idling Trucks, Miller.jpg, 7.8.18, Jumaane Williams, Miller.jpg, 7.9.18, Susan James, Miller.jpg,
  **Published:** July 2018

- **Individual Photographs:** 8.10.18. Mary Rose. Miller.jpg, 8.14.18 Port Authoirty Scanner. Miller.jpg, 8.14.18. Cleaning Titanosaur. Miller.jpg, 8.15.18. Cop. Miller.jpg, 8.15.18. MEdical Examiner 2. Miller.jpg, 8.15.18. Medical Examiners. Miller.jpg, 8.15.18. Wolcot Hotel. Miller.jpg, 8.28.18. David Fallarino. Miller .jpg, 8.28.18. Vornado Realty Trust. Miller.jpg, 8.31.18. JR Smith Walking. Miller.jpg, 8.4.18. Zombie Racoon. Miller.jpg, 8.8.18. Equinox Gym Front. Miller.jpg, 8.9.18. _FRed_ the goat_. Miller.jpg,
  **Published:** August 2018

- **Individual Photographs:** 9.11.18. Beam Slipped through Crane. Miller.jpg, 9.18.18. deBlasio hugging Cuomo. Miller.jpg, 9.20.18. Andrwe Cuomo. Miller.jpg, 9.24.18. Marc Molinaro. Miller.jpg,
  **Published:** September 2018

### Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2018 |
| **Earliest Publication Date in Group:** | June 28, 2018 |
| **Latest Publication Date in Group:** | September 24, 2018 |
| **Nation of First Publication:** | United States |

**Defendant**

**5**

Exhibit

Page 1 of 2

ER-85

## Author

- **Author:** Robert Miller
- **Author Created:** photographs
- **Work made for hire:** No
- **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Robert Miller
301 West 118th Street, Unit 5K, New York, NY, 10026, United States

## Certification

**Name:** Richard Liebowitz
**Date:** September 25, 2018

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



**Registration #:** VA0002120723
**Service Request #:** 1-6751896185

Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States



# Exhibit 9

**ROBERT MILLER vs 4INTERNET, LLC, ET AL.**
Eugene Sadowski on 09/29/2021

```
 1            UNITED STATES DISTRICT COURT
                  DISTRICT OF NEVADA
 2


 3
     ROBERT MILLER,                    )
 4                                     )
                 Plaintiff,            )
 5                                     )
        vs.                            )   CIVIL ACTION NO.:
 6                                     )2:18-cv-02097-JAD-VCF
     4INTERNET, LLC AND                )
 7   JOHN DOES 1-10,                   )
                                       )
 8              Defendants.            )

 9
                               -   -   -
10

11

12                     WEBCAM DEPOSITION OF
                          EUGENE SADOWSKI
13                       CONDUCTED REMOTELY
                        SEPTEMBER 29, 2021
14                          10:30 A.M.

15

16

17

18
             REPORTED BY:
19                STEVE HUSEBY, RPR
                     CCR-B-1372
20

21

22

23

24

25
```

ER-90

```
 1    APPEARANCES OF COUNSEL:

 2        On Behalf of the Plaintiff:

 3            (Appearance via webcam)
              RYAN E. CARREON, Esq.
 4            Higbee & Associates
              1504 Brookhollow Dr.
 5            Suite 112
              Santa Ana, CA 92705
 6            (714) 617-8300
              Rcarreon@higbeeassociates.com

 7

 8        On Behalf of the Defendants:

 9            (Appearance via webcam)
              RYAN L. ISENBERG, Esq.
10            Isenberg & Hewitt, P.C.
              6600 Peachtree Dunwoody Road
11            600 Embassy Row, Suite 150
              Atlanta, Georgia 30328
12            (770) 351-4400
              ryan@isenberg-hewitt.com

13

14

15

16

17                      -   -   -

18

19

20

21

22

23

24

25
```

ER-91

**ROBERT MILLER vs 4INTERNET, LLC, ET AL.**
Eugene Sadowski on 09/29/2021                           Page 10

```
 1        A.    That kind of -- that kind of stuff, yeah.
 2        Q.    Got it.  All right.  How long were you at
 3   the company that made the bearings?
 4        A.    I'd say about 15 years.  I -- I joined Nachi
 5   in 1987, and I think they let us go in 2001 because
 6   little by little the Chinese bearings would be so
 7   cheap that we couldn't compete.  So we kept losing
 8   business, losing business, losing business, and they
 9   couldn't keep up the warehouse sales office here in
10   New Jersey, but they owned land in Indianapolis so
11   they folded up here and went there.  They offered me
12   to go and I said no.
13        Q.    Understood.  Very good.  Okay, let's -- let
14   me ask you this.  Can you explain to me what your role
15   is as it relates to Robert Miller?
16        A.    Okay.  So I search for Robert Miller's
17   images off of -- I'm supplied with the New York Post
18   links of Robert's published images.  I click that link
19   of the Post, see what photos Robert Miller's -- the
20   photos on the New York Post website.  I click on that,
21   I click on the image.  I do a reverse search, see
22   where these images are on the internet.
23        They could be -- they could be here in the U.S.,
24   they could be here -- they could be overseas.  But of
25   course there's no jurisdiction, you know, for
```

1    copyright infringement overseas.  And I search his

2    out.  I check out the company, see if it's a viable

3    company for Higbee to pursue.  And I take it from

4    there.  I'll email Robert Miller and I'll say, Robert,

5    I found this image, should I pursue, yes, no.  You

6    know, I wait for him to say, you know, give me -- nine

7    times out of ten he will say pursue, and I pursue it.

8         Q.    All right.  When you say you click on an

9    image and do a reverse search --

10        A.    Right.

11        Q.    -- is that -- can you -- is that where you

12   use the mouse and you right click on the image and

13   there's a --

14        A.    Exactly.  It's all manual done by me.  It's

15   no -- you know, no -- I have no program.  You know,

16   I'm the program.

17        Q.    And when you said you're looking to see if a

18   claim is viable, what does that mean?

19        A.    Just if it's a -- you know, some images end

20   up on a blog, a personal blog.  We're not going to --

21   we're not going to bother with that, you know, or --

22   or something like on Facebook or something like that.

23        Q.    So if Mr. -- if you send Mr. Miller the

24   email and he says yes, pursue, what happens after

25   that?

**ROBERT MILLER vs 4INTERNET, LLC, ET AL.**
Eugene Sadowski on 09/29/2021                        Page 20

```
 1    looking for infringements?

 2         A.    No, very -- probably very little if any.

 3         Q.    As we sit here, do you recall any?

 4         A.    I do not.

 5         Q.    All right.  So in the documents that I

 6    emailed you, there is a document that says E. Sadowski

 7    Exhibit 1.

 8         A.    Yes.

 9         Q.    Okay, you got that open?

10         A.    Yes, yes.

11                     (Exhibit Number 1

12                      marked for identification).

13    BY MR. ISENBERG:

14         Q.    So what I'd like you to do is take a look at

15    paragraph 3 for me.  First of all, let me ask you,

16    have you seen Exhibit 1 before?

17         A.    Probably -- I probably briefly looked it

18    over.

19         Q.    All right.  Paragraph 3.

20         A.    Paragraph 3.

21         Q.    It says, On or about August 31, 2018 I

22    discovered the alleged infringing use of the

23    Image, 8.9.18_Fred_the goat_Miller.jpg registered to

24    Robert Miller under registration number VA 2-120-723

25    on two 4Internet, LLC websites, www.4jewish.com and
```

1    www.4rightwing.com.

2           Do you see that?

3           A.    Yes, yes, I do.

4           Q.    All right.  Is that accurate?

5           A.    Yes, yes, it is.

6           Q.    Okay.  Do you know whether the photo that

7    you identified as having been found was the same

8    photograph that was registered by the copyright

9    office?

10          A.    Yes.

11          Q.    Yes, as far as you know they are the same?

12          A.    They are the same.

13          Q.    Okay.  Have you ever heard the term

14   derivative in the context of copyright infringement?

15          A.    No.

16          Q.    Okay.  Do you know if what is registered in

17   this copyright is the image that was taken by

18   Mr. Miller or the image that was published by the New

19   York Post?

20          A.    Okay, say that one more time.

21          Q.    Sure.  Do you know whether the image that

22   was registered was the picture, the original picture

23   taken by Mr. Miller --

24          A.    Yes.

25          Q.    -- or the picture as it was published by the

**ROBERT MILLER vs 4INTERNET, LLC, ET AL.**
Eugene Sadowski on 09/29/2021                          Page 39

1      A.    2 of 4, okay, sorry.  Okay.  All right.  So

2   this is -- this is a scrolling screenshot.

3      Q.    All right.  So this is something that you

4   did?

5      A.    Yes.

6      Q.    All right.  And do you see that the image

7   is -- if you look at the -- go --

8      A.    Kind of overlapped?

9      Q.    Yeah.

10      A.    Yes.

11      Q.    And if you can blow up the words big enough,

12   you'll see that some of the words repeat?

13      A.    Right.

14      Q.    Can you explain sort of how you made this?

15      A.    Made this, okay.  So my computer is slow,

16   it's very slow.  I wait a long time, you know, for

17   images to load and whatnot.  So when I finally get

18   into it and I do this full-page screenshot, perhaps

19   the -- the device that I use, like PicPick, you know,

20   or Greenshot or whatever, it could be too fast for my

21   computer and it zips through my computer -- you know,

22   it does a lot of times this -- this overlapping.  I

23   try and I try again, I try again, and sometimes I just

24   give up and say hey, that's -- that's the best I can

25   do with this.

1    Q.    So do you agree with me that the page that
2    you were looking at didn't look like what we see on
3    page 2 of 4?
4    A.    Correct, yeah, and it's just only because,
5    you know, a lot of times if there's movement -- oops.
6    If there's movement with the screen, you know, where
7    it's -- it's going to give me trouble.
8    Q.    So did you have the save as file for this
9    page?
10    A.    Yes, yes.
11    Q.    And that should have been provided to the
12    Higbee firm?
13    A.    That's correct.
14    Q.    Okay.  All right.  Now let's look at page 3
15    of 4.
16    A.    Uh-huh.  Okay.
17    Q.    And tell me what this is.
18    A.    So this is a full-page screenshot of
19    4Jewish.com with Fred the Goat.
20    Q.    And do you see the bottom of the computer is
21    what I think is referred to as the task bar?
22    A.    Right.
23    Q.    Just above the task bar, there is a URL.
24    Are you familiar with the term URL?
25    A.    Uh-huh, yes.

```
 1                C E R T I F I C A T E

 2

 3

 4   G E O R G I A:

 5   FULTON COUNTY:

 6

 7            I hereby certify that the

 8       foregoing deposition/hearing/trial was

 9       reported, as stated in the caption,

10       and the questions and answers and

11       testimony thereto were reduced to the

12       written page under my direction; that the

13       foregoing pages represent a true and

14       correct transcript of the evidence given.

15            I further certify that I

16       am not in any way financially interested

17       in any result or award of said case.

18            Pursuant to Rules and Regulations

19       of the Board of Court Reporting of the

20       Judicial Council of Georgia, I make the

21       following disclosure:

22            I am a Georgia Certified Court

23       Reporter.  I am a Registered Professional

24       Reporter.  I am here as an independent

25       contractor for Huseby, Inc.
```

1         I was contacted by the offices of

2    Huseby, Inc. to provide court reporting

3    services for this deposition/hearing/

4    trial.  I will not be taking this

5    deposition under any contract that is

6    prohibited by O.C.G.A. 15-14-7 (a) or (b).

7         I do not have any written

8    contract to provide reporting services

9    with any party to the case, any counsel or

10   firm in the case, or any reporter or

11   reporting agency from whom a referral

12   might have been made to cover this

13   deposition/hearing/trial.

14        I will charge my usual

15   and customary rates to all parties in the

16   case.

17

18        This, the 5th day of October, 2021.

19

20   _____
     STEVE S. HUSEBY, CCR-B-1372
21   My Commission Expires
     December 3, 2022.
22

23

24

25

ER-99

# Exhibit 10

1  Mathew K. Higbee, Esq., SBN 11158
2  **HIGBEE & ASSOCIATES**
   2445 Fire Mesa St., Suite 150
3  Las Vegas, NV 89128
4  (714) 617-8350
   (714) 597-6729 facsimile
5  Email: mhigbee@higbeeassociates.com
6
   Attorney for Plaintiff,
7  ROBERT MILLER
8
9            **UNITED STATES DISTRICT COURT**
                **DISTRICT OF NEVADA**
10               **LAS VEGAS DIVISION**
11
12  ROBERT MILLER,                    Case No. 2:18-cv-02097-JAD-VCF
13                 Plaintiff,
14  v.                                **DECLARATION OF**
                                      **EUGENE SADOWSKI**
15
16  4INTERNET, LLC; and DOES 1 through 10
    inclusive,
17
18                 Defendants.
    AND
19
20  4INTERNET, LLC,
21                 Counterclaimant,
22
23  v.
24  ROBERT MILLER; MATHEW HIGBEE; THE
    LAW FIRM OF HIGBEE & ASSOCIATES, APC;
25  and CHRISTOPHER SADOWSKI;
26
27                 Counterclaim Defendants.
28

**Exhibit**

**1**

E. Sadowski

1

# DECLARATION OF EUGENE SADOWSKI

I, Eugene Sadowski, declare as follows:

1.  I am an agent for Plaintiff Robert Miller and Counterclaim Defendant Christopher Sadowski, as well as other photographers similarly situated. I do not have any formal or informal working relationship any news agency and provide the described services in an independent capacity. I assist photographers with keeping track of their intellectual property by discovering unauthorized uses of their photographs.

2.  I make this Declaration in support of Counterclaim Defendants' Motion to Dismiss. I have personal knowledge of the following facts, and if called as a witness, I could and would testify as follows:

3.  On or about August 31, 2018 I discovered the alleged infringing use of the Image, 8.9.18_Fred_the goat_Miller.jpg registered to Robert Miller under registration number VA 2-120-723 on two 4Internet, LLC websites, www.4jewish.com and www.4rightwing.com.

4.  These alleged infringing uses were found through a manual image search using Google reverse image search. No reverse image search services such as CopyPants or any others were used to discover these uses.

5.  When I discover uses through a manual image search, I search for any given photographer's published images by uploading them to Google images, which uses a mathematical algorithm to search for matching websites.

6.  Upon finding matches for websites and published images, I list them in a spreadsheet and give them an internal case number. Attached hereto as Exhibit A is an example of this spreadsheet.

7.  I then take screenshots of the image, the full page where it is found, a high definition image, and the text of the document showing the URL.

8.  I also conduct a GoDaddy WHOIS search and Secretary of State business entity search to find the website owner's contact information.

ER-102

9.     For this case, I found the information for 4Internet, LLC through a GoDaddy WHOIS search.  *See* Exhibit B.

       I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.  Executed on May 7, 2019 at Wayne, New Jersey.

                                        **/s/ Eugene Sadowski**
                                        Eugene Sadowski

ER-103

# Exhibit "A"

# RM-Photos Published Online

Rogue Goat May Have Helped Farm Animals To Escape

| Publishing Date | Story | Web Address |
|---|---|---|
| 07/09/2018 | emt-suing-doctor-for-walking-back-insurance-fraud-claims-that-got-her-fired | https://nypost.com/2018/07/09/emt-suing-doctor-for-walking-back |
| 07/10/2018 | judge-tosses-acs-contract-given-to-unqualified-firm | https://nypost.com/2018/07/10/judge-tosses-acs-contract-given-to |
| 07/11/2018 | donovan-demands-probe-into-de-blasios-use-of-nypd-spy-plane | https://nypost.com/2018/07/11/donovan-demands-probe-into-de-b |
| 07/12/2018 | construction-worker-dies-after-being-struck-by-falling-pipe | t https://nypost...ivate-donors/ ☑ '/construction-worker-dies-after-bein |
| 07/14/2018 | Charter-school-ceos-get-massive-paychecks-thanks-to-private-donors | https://nypost.com/2018/07/14/charter-school-ceos-get-massive-p |
| 07/17/2018 | Stabbing Victims Family Curses Out Killer in Court | https://nypost.com/2018/07/17/stabbing-victims-family-curses-out |
| 07/17/2018 | NYPD To Assign More Investigators To Sex Assault Cases | https://nypost.com/2018/07/17/nypd-to-assign-more-investigators |
| 07/18/2018 | NYPD Commissioner Used Anti Terror Plane | https://nypost.com/2018/07/18/nypd-commissioner-i-used-anti-ter |
| 07/27/2018 | Relaxation Gardens Turns Into An Eyesore | https://nypost.com/2018/07/27/relaxation-garden-turns-into-abanc |
| 07/27/2018 | Diner Owner Furious He Settled Fraudulent Lawsuit | https://nypost.com/2018/07/27/diner-owner-furious-he-settled-frau |
| 08/02/2018 | Prosecutors Laid Out Charges to Norman Seabrook | https://nypost.com/2018/08/02/norman-seabrook-muttered-bulls-t |
| 08/04/2018 | More Zombie Raccoons Die In Central Park | https://nypost.com/2018/08/04/more-zombie-raccoons-die-in-cent |
| 08/09/2018 | Rogue Goat May Have Helped Farm Animals To Escape | https://nypost.com/2018/08/09/rogue-goat-may-have-helped-doze |
| 08/10/2018 | Mom Who Survived Crash Arrives At Wake In Stretcher | https://nypost.com/2018/08/10/mom-who-survived-crash-that-kille |
| 08/14/2018 | Dinosaur Gets Bath At Museum of Natural History | https://nypost.com/2018/08/14/dinosaur-gets-bath-at-museum-of- |
| 08/14/2018 | PA Tests New Security Device that Scans Passerbys | https://nypost.com/2018/08/14/port-authority-tests-new-security-te |
| 08/15/2018 | Woman Leaps to Her Death From Midtown Hotel | https://nypost.com/2018/08/15/woman-leaps-to-her-death-from-m |
| 08/16/2018 | Former Crew Members Celebrate USS Intrepid 75th Anniversary | https://nypost.com/2018/08/16/former-crew-members-celebrate-u |

# Exhibit "B"

https://www.4jewish.com/nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york-post/


Domain Name: 4JEWISH.COM
Registry Domain ID: 1778802746_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-02-07T13:32:13Z
Creation Date: 2013-02-06T19:54:44Z
Registrar Registration Expiration Date: 2019-02-06T19:54:44Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/
epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/
epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/
epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/
epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Michael Levy
Registrant Organization: 4Internet, LLC
Registrant Street: 8275 South Eastern Avenue
Registrant Street: Suite 200-265
Registrant City: Las Vegas
Registrant State/Province: Nevada
Registrant Postal Code: 89123
Registrant Country: US
Registrant Phone: +1.8005684638
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: 4internet.com@gmail.com

# Exhibit 11

**From:** **Eugene Sadowski** njsentra1951@gmail.com
**Subject:** Infringer
**Date:** August 31, 2018 at 4:26 PM
**To:** robert miller robertmillerphotographer@gmail.com

ES

R

Hows it going?

Check this out

https://www.4jewish.com/nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york-post/

Thanks
Gene

# Exhibit 12

**From:** **Eugene Sadowski** njsentra1951@gmail.com
**Subject:** Infringer
**Date:** August 31, 2018 at 9:11 PM
**To:** robert miller robertmillerphotographer@gmail.com



R

Check it out   Fred the Goat is poplar

http://www.4rightwing.com/nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york-post/

 Thanks
Gene

# Exhibit 13

Deposition Transcript

Case Number: 2:18-cv-02097-JAD-VCF
Date: September 24, 2021

In the matter of:

# Miller v 4internet, LLC

## Michael A. Levy

**CERTIFIED COPY**

**Reported by:**
Angela Campagna
CCR No. 495



Steno
Official Reporters

1100 Glendon Ave.
Suite 1850
Los Angeles, CA 90024
concierge@steno.com
(310) 573-8380

```
 1                 UNITED STATES DISTRICT COURT

 2                      DISTRICT OF NEVADA

 3

 4    ROBERT MILLER,                 )
                                     )
 5               Plaintiff,          )
                                     )
 6         vs.                       )  CASE NO.
                                     )  2:18-cv-02097-JAD-VCF
 7    4INTERNET, LLC,                )
                                     )
 8                                   )
                 Defendants.         )
 9

10

11    ^

12               DEPOSITION OF MICHAEL A. LEVY

13

14                      Taken Remotely

15

16               Friday, September 24, 2021
                         7:06 a.m.

17

18

19

20

21

22

23

24

25    Reported by:  Angela Campagna, CCR #495
```

MICHAEL A. LEVY                                                    JOB NO. 184375
SEPTEMBER 24, 2021

```
 1   APPEARANCES:

 2   For the Plaintiff:       RYAN E. CARREON, ESQ.
                              Higbee & Associates
 3                            1504 Brookhollow Drive
                              Suite 112
 4                            Santa Ana, CA  92705
                              Rcarreon@
 5                            Higbeeassociates.com

 6

 7   For the Defendant:      RYAN ISENBERG, ESQ.
                             Isenberg & Hewitt
 8                           6600 Peachtree Dunwoody
                             Road
 9                           600 Embassy Row
                             Suite 150
10                           Atlanta, GA 30328
                             Ryan@ihlaw.us
11
     Also Present:           ELEKTRA KNIGHT
12                           Steno Technician

13

14

15

16

17

18

19

20

21

22

23

24

25
```

MICHAEL A. LEVY
SEPTEMBER 24, 2021

JOB NO. 184375

1   searched.  And that's a search engine.

2           Q.   And so you mentioned that there's bias

3   in the search engines.  And you mentioned it's an

4   algorithm that goes through all of this compiled

5   information, this index, to pull the relevant search

6   results?

7           A.   Correct.  It all starts with the index.

8   The algorithm can only search what has been indexed

9   and how it has been indexed.  So if you stacked

10  up -- let me give you an example.  Let's say you had

11  a bunch of Lego blocks and they were blue, red, and

12  green.  And you decided to throw -- you took 100 and

13  you decided to throw 20 reds and 50 greens and 30

14  blues, you know, into a box, now you went to go

15  search for the reds.  Okay.  Well, your results are

16  going to be different than if you had a different

17  number of reds in there, a different number of blues

18  and different number of greens.

19                  So the algorithm could then take

20  all the reds and could decide, you know, based upon

21  that Lego block, you know, which Lego of the red

22  Lego blocks it likes best, but it can only search

23  from what's -- the blocks that's it's got.  And that

24  had to all happen in advance, long before anybody

25  put in the search.

MICHAEL A. LEVY
SEPTEMBER 24, 2021

JOB NO. 184375

1    Q.   And so the indexing and the search
2    algorithm, those would be, I assume, coded by some
3    type of human somewhere?
4         A.   So it is -- the web crawler and the
5    mechanisms obviously have to be written by a human.
6    Because the machine is not writing them.  So yeah, I
7    guess that answers your question.
8         Q.   And so --
9         A.   The machine -- keep in mind that a
10   machine -- it's not as simple as just saying -- see,
11   it's a very dynamic system.  And so this web crawler
12   is going around the internet and it's picking and
13   choosing based upon what is presented to it.  So the
14   web crawler depends upon what other people are
15   putting out there for it to pick from.  And, you
16   know, the way it really works is it just goes around
17   and -- like Google does it, they just try to index
18   everything and start throwing stuff out.
19                  I don't have enough power to do
20   that.  So my algorithm, I think, is a little bit
21   more selective.  Google does decide to skip over
22   some stuff, but -- you know, again, it's all
23   algorithmic.  It often is dependant upon what it
24   found last as it crawled the internet.
25        Q.   So I know we're jumping around a little

1   here.  You mentioned that Google's crawler basically

2   just tries to crawl everything and then they filter

3   out what they think is not relevant?

4         A.    They have more crawling power.

5   Necessity is the mother of invention.  Google used

6   to be highly selective about what it spent its time

7   on.  It still is highly selective, I guess, in

8   comparison to the amount that they crawl.  But

9   again, like all search engines, it's all web

10  crawlers.  All it can do is take from what it's

11  given.  And other people have the ability to insert

12  their information into it, and it's all moving at

13  high speed.

14        Q.    So you mentioned, though, that your

15  search -- and I'm assuming that's through 4Internet,

16  the technology, through 4Internet; is that correct?

17  That's what you're referring to?

18        A.    Yes.

19        Q.    And you mentioned that your four search

20  engine is much more selective then Google?

21        A.    So it crawls the internet and it

22  basically -- I don't know.  I mean, I don't work for

23  Google.  I don't really know what they're doing.  I

24  like to think that it is.  I do something -- I look

25  very closely at items like metadata, like entities.

1          Let me explain something about
2   metadata.  Metadata can be stuff that people put
3   into the web page through meta tags.  It can be
4   stuff that's been, you know, classified using LBJ
5   son and things like that, that the person who wrote
6   the page wants you to take.  And then it can be
7   things that you have to infer out of that.  So I
8   focus very much on things like people, places,
9   things, ideas, entities, stuff like that.  I'm
10  trying to get down to the meat of what something is.
11  I'm trying to -- you know, I don't have the
12  resources Google does, so I want to be able to
13  algorithmically figure out where I need to end the
14  crawl.
15          So I guess that would be a better
16  way of putting it.  It's where the crawl stops for
17  me.  Because I can't crawl if I don't have the
18  resources to crawl everything.  Google, they can
19  crawl everything if they want to.  They don't.  I
20  probably say they discard probably 90 percent of
21  things, throw it into a basket where -- I guess if
22  you're doing an exact phrase query, maybe it will go
23  search as a last resort, but it probably just
24  disappears into nowhere.  I guess the way you can
25  look at it, when does a crawl stop?

```
 1   what was the first project that you did through the
 2   LLC?
 3            A.    Search engines.
 4            Q.    Has it been essentially the same type
 5   of business since then to present?
 6            A.    Pretty much.  I mean, I know there were
 7   some domain sales in there.  I attempted domain
 8   leasing.  Nobody wanted to do it.  I sold a few
 9   domain names.
10            Q.    Has 4Internet ever employed anyone
11   besides yourself?
12            A.    No.
13            Q.    Okay.  So it's just been you basically?
14            A.    Yes.
15            Q.    So if you can describe what type of
16   business 4Internet, LLC, does, how would you
17   describe that?
18            A.    It's a web host.  It registers domains.
19   It sells domains.  It hosts the web servers.  It's
20   really all that -- that's what physically it does.
21            Q.    So I understand -- and I apologize, is
22   it the 4Search network or is it the 4Internet
23   network?
24            A.    The 4Internet, I believe, is just a --
25   one of the very many search engines.  4Search is
```

1    really probably the main one.  The 4Internet happens

2    to be what I named it.  I can't say that these

3    things are really carved in stone.  I mean --

4             Q.    Sure.  But there's a network of domains

5    in search engines under the 4Internet umbrella?

6             A.    I just refer to it as the 4Search

7    network.

8             Q.    How many domains approximately are in

9    the 4Search network?

10            A.    Over a thousand.  Not all of them are

11    displaying the search engine right now, you know,

12    but that's --

13            Q.    And do all of them have the naming

14    convention with the number four and then some type

15    of word after?

16            A.    Yes.

17            Q.    Okay.  And those thousand domain names

18    in the network, were those all just registered over

19    time or --

20            A.    Yes.

21            Q.    -- was there a period -- okay.

22                  And can you describe that process?

23    Did you just think up things like 4Internet,

24    4Jewish, 4Republican, and then you would register it

25    or how would that work?

1          A.   I was looking for topics.  This kind of

2    gets back to search engines.  Okay.  It's like

3    Google starts from a singular point of view.  It

4    doesn't matter if you're looking for shoes or if

5    you're looking for when the movie starts, you're

6    starting from Google and an empty box.  And there's

7    a big problem with that from a search standpoint,

8    because Google doesn't know what your objective is

9    until you start typing.  And everything that happens

10   after that depends on how well you type and a myriad

11   of information that you have left all over the

12   internet by virtue of searching and looking at

13   things and, for lack of a better way of putting it,

14   how well Google can spy on you.  And you don't have

15   any way to change that.

16               So what I was trying to do is

17   think of search forms, and there was a lot of

18   analysis that I did.  Looking at search key phrases,

19   looking at, you know, topics in academe, Wikipedia,

20   and just trying to come up with those topics and

21   then key them to a domain name where people would

22   self-select in, and then there was a starting point

23   for the search.

24               And so affinity types ended up

25   turning out to be a very, very good way of doing

1    this.  And so, you know, people tend to identify

2    things like their city or their religion or their

3    political point of view.  And as it turns out, the

4    search results that people want to see can change

5    quite a bit based upon that.  And this is a way of

6    using inference that does not rely upon spying.  It

7    allows people to self-select.  It allows people to

8    reveal that information or not reveal that

9    information.

10           Q.   And you mentioned affinity types.  So

11   that would be, like in your example, political

12   party, religion, geographic location, things like

13   that?

14           A.   Correct.  Or it could be professions.

15   I found that people can really identify with their

16   professions, especially law enforcement people.

17   It's the brotherhood of law enforcement.  They think

18   alike, they're proud of it.  The results that they

19   want to see in a search can be very, very different

20   from the West Coast technologist.  So that was the

21   idea behind it.

22                    And now in products it's fairly

23   obvious.  You go to a site called 4Shoes.com, you're

24   probably pretty interested in shoes.  I know exactly

25   how to narrow down that set of data to search based

1    upon the website you chose to go to.  You type it

2    in, you click the link, probably pretty -- you're

3    looking for shoes.  So now all the search results

4    can be tuned for that.  That's much more powerful

5    and a much better way of doing it than always

6    starting at one site whose name nobody even seems to

7    understand.  Google, what is it?  It's a very big

8    number.  Means nothing.

9           Q.    How does 4Internet make money?

10          A.    Right now it doesn't.  I've been

11   utterly terrible at making money.  It's

12   embarrassing.  Every once in a while I sell a

13   domain.  And that's really it.  A few month ago, I

14   guess about six months ago, I decided to try and do

15   some advertising.  I can't say that that's really

16   worked out that well, because I have to go to Google

17   in order to get that advertising because they

18   control the entire advertising market.  So my users

19   don't like that and they don't click on the ads.

20   And in the end, it doesn't really make much of any

21   money.  I also signed a contract with a very

22   politically centric advertiser and they've done

23   about as well as Google.  But they are having

24   terrible problems because Google is controlling

25   everything.

```
 1              So it's been a terrible problem.
 2   Honestly, I just kind of -- on the side I invest in
 3   technology companies that are publically traded and
 4   their stock goes up, and hopefully their stock keeps
 5   going up.  And this has been nothing but a big money
 6   pit for me.
 7         Q.   So the hope for 4Internet is that
 8   someday it will make money, you just haven't figure
 9   out how to do it yet?
10         A.   All I've got to do is beat Google at
11   their own game.  That's all I've got to do.
12         Q.   Sounds easy to me.
13         A.   Yeah.  I've got them right where I want
14   them.  Going to happen any moment.
15         Q.   What is the most popular domain in the
16   4Search network?
17         A.   4Conservative.
18         Q.   Approximately how many visitors does
19   that domain receive in a month?
20         A.   Unique visitors?
21         Q.   Sure.
22         A.   I would have to run a search on it.  I
23   think the daily uniques might be in the 1,000 to
24   1,500 range, and I don't know how much crossover
25   that is over the course of the month.  So I would
```

1  have to look it up.  I could probably give you an

2  idea.

3          Q.    Okay.

4          A.    I have some repeat users.

5          Q.    And across the entire 4Search network,

6  how many unique visitors does it receive?

7          A.    The next one that gets traffic is

8  4Search itself, and I would say it's roughly one

9  half of what -- one third to one half of what

10 4Conservative does.  There is a lot of crossover

11 between the two.  People jump back and forth between

12 their political view algorithm and the wide view

13 algorithm.

14               So, you know, I know I didn't -- I

15 could have looked -- I didn't prepare.  I didn't

16 think that question was coming.  So, you know, 500

17 or so per day.  Probably a third to a half of what

18 4Conservative does.

19         Q.    Okay.  Just trying to get a general

20 sense from you.  So that I can understand.

21         A.    Right.

22         Q.    So we talked about the different

23 domains on the 4Search network.  That includes

24 4Jewish and 4Rightwing; is that correct?

25         A.    Correct.

1   I'll ever make money.  Twitter has never made money.

2   Think about that.  How long has it been around?

3   Technology companies are -- especially internet

4   companies, the vast majority of them never make a

5   dime.  So what are you really doing?  You're

6   creating technology.  You're pushing the ball

7   forward for society.

8                      Look at the people who are

9   involved in this, a lot of them have made their

10  money elsewhere.  And they've gone through the exact

11  same thought process that I did when I had my

12  midlife crisis.  What is it that you -- when you

13  look back on your life, what are you going to --

14  what's going to be meaningful?  So that's what

15  you're doing.

16          Q.   Okay.  We're going to look at another

17  exhibit here.  I just put it in the chat box.  This

18  is going to be Exhibit 2.

19                  (Exhibit 2 marked.)

20  BY MR. CARREON:

21          Q.   And just let me know when you have that

22  up.  That will kind of be the flow of the

23  deposition.  I'll put it in the chat box, and then

24  just let me know when you have it up.  And if you

25  need a second to review it, I'm happy to pause for a

1    second.

2                A.    Right.  Okay.

3                Q.    Okay.  So this is -- are you familiar

4    with the Wayback Machine?

5                A.    Yes.

6                Q.    Okay.  So that is a website that my

7    understanding attempts to show you what websites

8    looked like in past; is that --

9                A.    Correct.

10               Q.    Sounds accurate?

11               A.    Yes.

12               Q.    So this is -- we mentioned before that

13   4Rightwing and 4Republican are the same domain, you

14   occasionally switch back and forth?

15               A.    Right.

16               Q.    So this is a shot of a page on the

17   4Republican site, 4Republican.com/news --

18               A.    Yeah.

19               Q.    -- in August of 2018.  Does that appear

20   to be correct?

21               A.    Right.

22               Q.    Okay.  So I want to look at this.  So

23   let's look at -- sorry, let me back up.

24                     Does this appear to be what the

25   4Republican/4Rightwing website would have looked

1    like in August of 2018, to your recollection?

2            A.   August 30th I -- you know, it could

3    have.  It changed so much back then, because I'm

4    trying to figure out what did people respond to.  So

5    literally this can change day to day, hour to hour.

6    So at that particular moment in time, it could have

7    looked like that.  I can't say I have any

8    recollection of it.

9            Q.   So when you say it could change, are

10   you referring to specific domains in the 4Search

11   umbrella or are you just referring to the 4Search

12   network in general?

13           A.   So it's one system.  So if I make a

14   change to one, it's probably making the change to

15   all -- it would be making the change to all.  Unless

16   I was to put a direct statement in it.  Like I could

17   just say if domain original equals this and then --

18   you know, then I could make a very specific change.

19                But I can't say I remember what I

20   was doing when I was actively developing.  If

21   suddenly I looked in my system and I had what

22   appeared to be human traffic, I might go and say,

23   well, I've got something now that I can see whether

24   a person can respond to this or to this.  And it can

25   literally change click to click.

```
1   Microsoft Bing from that point forward to do the
2   search.
3              Q.   Okay.  And how about the news section,
4   which is what I clicked on to generate this page,
5   what would -- can you describe what the news section
6   of the website is?
7              A.   So that's my search index.  And so
8   that's what I'm building that crawls the web.  And
9   when you run a search on that, you're pulling from
10  my search instance, my search index.  I learned very
11  early on I can basically do, like, news sites and
12  blog sites.  I learned I can't index the world
13  myself.  I have to divide it up.  If I want to go
14  broad or do more, I've got to get Microsoft's help.
15  But in the news, I can search that.  Because it's a
16  smaller set of data.
17             Q.   Okay.  So you say it's your index, and
18  forgive me if I'm using the wrong terms here.  But
19  for lack of a better term, you coded the algorithm
20  to create the index that would then be used for --
21  to populate this page?
22             A.   It did not write itself.
23             Q.   Okay.
24             A.   I don't know if I agree with everything
25  that you just said, but I can assure you that the
```

MICHAEL A. LEVY
SEPTEMBER 24, 2021

JOB NO. 184375

1  code does not write itself.

2          Q.   What don't you agree with in my

3  statement?

4          A.   So the way a web crawler works is that

5  it's going around the web.  Now, it can start a

6  couple different ways.  So the web crawler starts

7  from a seed point, okay, and then it starts to

8  branch out from there.  And when it is bringing in

9  data, it is basically bringing in HTML code,

10  metadata from other places, and then that code is

11  being used to make decisions.  So it is an

12  interactive process.  It's not just what I'm

13  writing.  It's also what all those people on the

14  internet are writing.  And that combined, you know,

15  is what helps form an index.  You can't really

16  predict that up front.  Not entirely.

17          Q.   For example, on this page that we're

18  looking at, I see it says Newsmax.com, Ammoland.com,

19  looks like CNSnews.com.  I mean, somebody had to

20  tell the 4Republican/4Rightwing page that that is

21  something to crawl; right?

22          A.   So basically what happens is that these

23  things -- there is a seed point and somebody has to

24  say where do you start crawling, but where it crawls

25  from that point forward is based upon a series of

```
 1   conditions.  And I can't predict exactly what

 2   conditions it's going to need.

 3                   I know this.  Let's say a page has

 4   a whole bunch of entities on it, really good

 5   entities, people, places, things.  I'm very good at

 6   entity parsing.  I might be the best at entity

 7   parsing of all the search engines.  So if I find a

 8   collection of entities that would indicate that this

 9   is a -- this crawler is finding good information,

10   you know, it's not finding junk.  It's finding

11   something with some meat to it.  It's going to keep

12   crawling and it's going to keep bringing it in.  And

13   then we're going to have to assume that because of

14   this linking structure, that whoever linked to this

15   other thing, that it seems to match up with what --

16   you know, the type of material that came before and

17   it's got good quality.  So that spider is going to

18   keep looking for stuff.  I can't tell you if every

19   single one of those actually was on the list or what

20   is a crawl point start point.  It could have been.

21   That's the way web crawlers find stuff.

22                   And that's what builds the list is

23   a web crawler.  And if it finds enough good stuff

24   starting from certain domains, it adds it to the

25   list.  And it's very simple machine learning, but
```

1    it's very effective.  And that's the way web

2    crawlers work.

3            Q.    That originates from a start point that

4    you would -- a seed point -- sorry.  Let me back up.

5    What is a seed point?

6            A.    Start point, seed point, that's a good

7    way.  It doesn't matter.  We just call them seed

8    points.  You know, starting point.

9            Q.    And so the human, so you, would decide

10   what the seed point or start point would be and

11   where it goes from there?

12           A.    Yes.  Yes.  A person has to pick the

13   very initial start point.  But after that, it's

14   machine learning from that point forward.

15           Q.    So one of downsides of the Wayback

16   Machine, as I'm sure you can see, is while it

17   endeavors to capture everything that was on a page

18   on a certain date, sometimes the links are broken or

19   it doesn't really populate it exactly correctly.  So

20   I see here on the top left, that Newsmax link there

21   is a photograph and a headline, it says "After

22   Church Service, McCain to Leave Arizona for Last

23   Time."  It looks like -- on the one to the right,

24   the Ammoland one, there was a photograph there, but

25   the link is broken or it wasn't populating.

```
1   4Internet system does not change the size of that

2   JPEG, it just adjusts the percentage of how it would

3   be displayed on the 4Republican/4Rightwing website?

4          A.    That's called a card in Twitter

5   Bootstrap.  And it's a card for a fairly common

6   concept.  You see them on Twitter all the time.  You

7   see them on Facebook.  So that's just a card size.

8   It's a card.

9          Q.    Okay.  So I guess what I'm trying to

10  get at here is, the 4Internet system does not

11  actually adjust the file size of the JPEG, because

12  it does not sit on a server controlled by 4Internet;

13  is that correct?

14         A.    No.  Back during the development times,

15  I believe it was just brought in the source from the

16  outside and just gave it a URL, that was it, and the

17  HTML markup.  And then after that the browser had to

18  do everything.  And it couldn't adjust the -- the

19  browser can do it.  The browser can do all sorts of

20  things.  Especially modern browsers, they're trying

21  to limit bandwidth.  But 4Search doesn't have

22  anything -- can't do anything further with it.

23         Q.    Okay.  So 4Search just points it to a

24  URL where the photo is.  And whatever size that is

25  on that server, 4Search doesn't -- can't adjust it;
```

1    is that correct?

2            A.    Can't do anything about it, no.

3            Q.    Okay.  And that would be the file that

4    it's pointing to, that would be the one that's

5    displayed on, for example, this Exhibit 2?

6            A.    It's most likely sitting on -- I don't

7    know, maybe it's the Newsmax server.  Maybe it's in

8    a CDN someplace.  Maybe it's in your browser.

9    Because I -- this is a screenshot; right?

10           Q.    Yes.

11           A.    So your browser is loaded with

12   pictures.  And, you know, it's encountered a picture

13   with that signature before, it's not going to go out

14   and get it because it's got it already.

15           Q.    Okay.  So my other question --

16           A.    Do you have the code that you can show

17   me?  I might be better able to tell you, but right

18   now it's a picture.

19           Q.    I think we'll go over that in a little

20   bit.  So you mentioned that these pictures are

21   called cards on the Twitter Bootstrap?

22           A.    Uh-huh.

23           Q.    And so why did you decide to display

24   cards with these results as opposed to just

25   headlines or something else?

1  You're all making money together, right?

2         Q.   Well, I mean, we represent a large host

3  of clients.  So I guess if that's what you

4  categorize working together as, but...

5                    Let's go back to the question

6  about how these pages appeared on the 4Search sites.

7  So let's specifically talk about 4Rightwing, since

8  you brought that up as one where you're certain that

9  the New York Post would have been a part of the

10 search index.  Who added the New York Post to the

11 search algorithm or index?

12        A.   It came up -- it started -- the seed

13 point of that was Wikipedia.  And so there was an

14 initial study that was done, Wikipedia topics and

15 how they classified the news.  And if you go to

16 Wikipedia -- I haven't included this, but I'm pretty

17 sure you can do it -- if you look up the New York

18 Post, it says either right-wing conservative or

19 something like that in there.  And I don't know if

20 I've even ever seen a New York Post before that day.

21        Q.   So you told the system, hey, look at

22 this Wikipedia page that says that all of these

23 publications are right-wing publications and include

24 that in the 4Rightwing search algorithm?

25        A.   I think it was more roundabout than

1    that.  I know that Wikipedia makes the entire site
2    available online for download in a database.  And I
3    did a lot of sorting and stuff like that, and
4    discovered an algorithm and kind of spits it out,
5    and then that's what becomes -- you know, a lot
6    faster to do it like that than try to sit there and
7    add them one by one.  That's the way it came out.
8           Q.   I'm trying to understand.  So you wrote
9    an algorithm based on the information that you were
10   able to download from Wikipedia that identified the
11   New York Post as a right-wing news outlet?
12          A.   Yeah.  Yeah.  I did an analysis that
13   included algorithms and generated lists within
14   categories.
15          Q.   Okay.  Let's look at Exhibit 4, which
16   is the one that 4Internet provided.  This page, how
17   would this information come to exist on either
18   4Rightwing or 4Jewish?
19          A.   So if the site has an RSS feed -- so
20   the first thing a web crawler is going to look for
21   is an RSS feed.  I don't do a whole lot with site --
22   I have to because sites are not chronological.  An
23   RSS feed is chronological.  It's why it's really
24   still to this day the backbone of the internet for
25   all the search engines.  And that's one of the

MICHAEL A. LEVY                                    JOB NO. 184375
SEPTEMBER 24, 2021

1              It looks at the entities that are

2   on that page and it starts to make decisions about

3   is this really a good source, a good document that

4   it's just found.  And if it is, then it will follow

5   the links.  And it will index the next one.  It just

6   spiders its way out.  It crawls its way out from

7   there until finally it hits something that says, oh,

8   you've crawled far enough.  Not getting good content

9   anymore.  It doesn't take very long typically to hit

10  that, usually within four or five links.

11              So anyway, that's the process by

12  which, you know, data is coming in.

13          Q.   You mentioned an RSS feed.  RSS,

14  that's real --

15          A.   Yeah.  RSS, so like Robert, Sarah,

16  Sarah.  It stands for Really Simple Syndication.

17          Q.   Yeah.  That's what I thought.  Can you

18  explain what your understanding of an RSS feed is?

19          A.   Yes.  So publishers of websites want

20  their content to be read.  And they want it to be

21  followed, they want it be to distributed.  Now, back

22  in the old days of the internet, the RSS feeds were

23  originally designed to go to feed readers so that

24  people could read them.  That changed over the last

25  25 years.  Feed readers have been gone for a long

1   time, but RSS has expanded.  In fact, we're now on

2   the second version of RSS.  At least the second.

3   There is multiple types.

4              And what these new types really

5   are designed for is so that search engines,

6   aggregators, social networks, the entire modern

7   distribution system can get these pages out into the

8   search engines, into the ecosystem, and people can

9   be discovered.  Because that's what it's all about

10  these days.  It's all about having your content

11  discovered.  It doesn't really matter if you just

12  write something or do something and you're the only

13  person that ever sees it.  So that's what RSS is

14  for.  In the modern age, internet age.

15      Q.   And you mentioned that certain RSS

16  feeds could automatically have downloaded to the

17  4Search sites, on regular intervals automatically;

18  is that correct?

19      A.   Yes.

20      Q.   Okay.  So like, for example, this one

21  that we're looking at in Exhibit 4 --

22      A.   That's not an RSS feed.

23      Q.   Well, so what I'm going to ask is, that

24  page may have been generated based on this automatic

25  downloading of an RSS feed as opposed to being

1  50 items.  So basically you look at how many

2  stories, how many new pages and how often they're

3  updating the RSS feed.  These two things can't be

4  connected three weeks apart.  Not even close.

5       Q.    So I guess what I'm trying to ask, this

6  web page that we're looking at in Exhibit 4, how did

7  it come into existence on the 4Jewish site?

8       A.    Probably three weeks beforehand the

9  automated system downloaded the RSS feed, and then

10  the RSS feed informed the system of the new pages

11  that the New York Post wanted indexed into the

12  index, and then it proceeded to index them.  It

13  probably did that within a day.  That's my guess.

14  System was moving slow, maybe a day or two.  And

15  then three weeks later somebody searched for it.

16       Q.    And so when someone searched for it and

17  returned a result, this would be the result that was

18  returned?

19       A.    Yeah.  This is the result.  It's a

20  result page.  You know how like when you return

21  results from a search engine you get a list, okay,

22  so Google's list and Bing's list moves that side

23  bar -- what you see on the side bar, it's all in one

24  column.  Okay.  This would have like the number one

25  result.  All right.  So just imagine this other

MICHAEL A. LEVY                                          JOB NO. 184375
SEPTEMBER 24, 2021

1    stuff moved underneath it, it'd probably be exactly

2    what you're used to looking at.

3                        I personally disagree with that

4    way that they display things.  I don't think things

5    have to be one-dimensional, but that -- this is the

6    search result.

7          Q.   So you're -- just so I understand your

8    example, you're saying if I were to search "escaped

9    goat" into Google, I would get a page that's just

10   text that shows, you know, the headline of the web

11   page or whatever and you would just get one vertical

12   column?

13          A.   So at that time, yeah, it would have

14   been a vertical column.  This would have been one of

15   the search results.  There was a button -- now it

16   says more coverage or something.  I finally just --

17   I submitted to Google's way of doing things.  They

18   say more coverage underneath theirs and then you get

19   the list.  And so basically this is the more

20   coverage.  This shows you the first result, and then

21   it shows you all the other ones that are related to

22   that one.

23          Q.   Okay.

24          A.   Rather than one-dimensional, it's

25   two-dimensional.  Anyway, that's probably for

```
 1   another conversation.
 2          Q.   So in contrast to the way Google did it
 3   at this time, your search system would create this
 4   multidimensional page that has the top results as --
 5   which in this case is the goat story from the New
 6   York Post with the headline, the photo and the
 7   little blurb, and then the more coverage other
 8   results on that side bar there?
 9          A.   Right.  So what's happening here is
10   that -- it's just trying to improve the search.  A
11   lot of times people don't really know how to search.
12   So, you know, I don't know what this search came in
13   as, because it would have -- actually, the terms
14   would have been put in there by JavaScript if we'd
15   seen the original or somebody searched on it.  We
16   don't have that.  And so the bottom line is this, it
17   then went through and found a whole bunch of other
18   goat stories.
19                 I think if you look on the one
20   that you submitted, there's some -- at the very
21   bottom, I want to say there's some -- Star Wars
22   jumped in there.  I think at the bottom of both of
23   them Star Wars jumped in.  Probably because the word
24   "rogue" was in there and it had to consider -- had
25   to consider the word "rogue," because it's a fairly
```

1    unique word.  My guess is that the Sadowskis or

2    whoever it is at the New York Post buys a good

3    little SEO themselves, because I think Rogue

4    Squadron was coming out or Rogue One was coming out

5    at that time.  They were able to gather some

6    traffic.

7                      This is a common clickbait story,

8    by the way.  Goats escape.  Goats -- you know.  Goat

9    saves chicken, I think, ran a few weeks ago.  I saw

10   that.  Goats got loose in Central Park.  Goats are

11   doing stuff all over.  It's a common story, you

12   know.

13          Q.   How did you decide how to format this

14   page?

15          A.   I was trying to figure out what people

16   responded to.  And, you know, these Twitter cards

17   are what people respond to.  They have been

18   programmed by Twitter and by Facebook to look for

19   this format.  So I went with the Twitter cards.

20   That was what it was, conventions.

21          Q.   Okay.  And on the right where it says

22   discovered stories, that's the Twitter cards you're

23   talking about?

24          A.   Yeah.

25          Q.   And the main story, the goat story,

MICHAEL A. LEVY
SEPTEMBER 24, 2021

JOB NO. 184375

1  would you consider that to be a Twitter card?

2         A.   That is not a Twitter card.  I think

3  I'd have to look at the HTML.  I don't think it is a

4  Twitter card.  I don't consider it to be a Twitter

5  card, no.

6         Q.   How did you decide that the main result

7  was going to be formatted this way like we're

8  looking at in Exhibit 4?

9         A.   Experimentation.  Just something to

10  start with.  In the end it turned out not to be what

11  was, you know, eventually adopted.

12         Q.   Okay.  And so it has the headline on

13  the top there, "Rogue goat may have helped dozens of

14  farm animals escape, New York Post"?

15         A.   Yes.

16         Q.   And that's pulled from the New York

17  Post website?

18         A.   That is -- yeah, from the -- that has

19  been pulled from the -- at first it would have tried

20  to take from the RSS feed.  And then what was not

21  found in the RSS feed would then be taken from the

22  meta tags.  Then there is a final comparison as to

23  which one is better.  And I can look at the HTML of

24  the meta tags and I can actually tell you what it

25  is.

1    Q.   Okay.

2         A.   It's also been taken from the title tag

3    on the page as well.  Title is considered to be a

4    very important piece of meta information.  The

5    title, by the way, is not displayed.  I just want to

6    make sure that you understand I'm talking about the

7    meta title tag, not what you think of as a headline.

8         Q.   Right.  The meta title tag is words

9    that are part of the HTML that aren't displayed on

10   the page that is generated in the browser?

11        A.   Right.  It's designed to tell the

12   search engines what to say, what to call the title.

13        Q.   Okay.  And -- okay.  So we have the

14   headline.  And the goat photograph there, where did

15   that come from?

16        A.   So that is actually a source URL.  That

17   is from the meta, it's an -- I think it leads to

18   maybe three different meta tags.  The New York Post

19   is trying really hard, I know we produced something

20   on this, to give as many meta tags as it can.  I

21   know that it gives an open graph meta tag, a Twitter

22   meta tag, and I think a regular image meta tag which

23   all specify a URL.  So that is what the system saves

24   is the URL, and then it's -- as we discussed before,

25   it's used as a source.

1        Q.   And the URL being the location on the

2   New York Post server where the actual physical copy

3   of the jpeg resides?

4        A.   You could probably think of it as a web

5   address.  It's a uniform resource web page area.

6   It's the web address of that image.

7        Q.   Okay.  And so the 4Internet system

8   doesn't actually make a copy.  It just simply uses

9   that URL to then display the photograph as part of

10  this results?

11       A.   There was one time -- there was a

12  period of time where I attempted to make a

13  thumbnail, but not something for the main image.  I

14  don't think that at this time any thumbnails were

15  being used.

16       Q.   Okay.  And you never would have used a

17  thumbnail for the main image anyway.  Is that what

18  your testimony is?

19       A.   No.  It would have been --

20       Q.   Why is that?

21       A.   Well, a thumbnail is really small.  And

22  again, this is a responsive design, and so it

23  doesn't really work very well in a responsive

24  design.  And I can't really store anything very

25  large.  I could shove stuff into cache, you know,

MICHAEL A. LEVY
SEPTEMBER 24, 2021

JOB NO. 184375

 1   momentarily, but in the end, you know -- like I do

 2   use very small thumbnails now.  I kind of relented

 3   on it.  But, you know, the main image would have

 4   just used that very simple source.  Because it's --

 5   it's just a heck of a lot easier.

 6          Q.   So just so I make sure I understand.

 7   At the time that this Exhibit 4 was generated, you

 8   weren't using thumbnails at all?

 9          A.   I think there could have been

10   thumbnails at some time that could have been used in

11   cards, but I don't think there's anything going on

12   here.  Again, it's a development system.  It's

13   something that I worked on.  It's something that

14   later became what I now use as thumbnails.  But at

15   this time it was more about just creating, just

16   developing software.  So I don't think they ever

17   actually got used very much.

18          Q.   Okay.  And your recollection is that

19   the goat photo is not a thumbnail?

20          A.   It's definitely not a thumbnail.  It's

21   an image source tag to the New York Post.

22          Q.   Okay.  And you mentioned that you had

23   never used a thumbnail for a main imagine.  Is that

24   just because the thumbnails were too small, too low

25   quality?

MICHAEL A. LEVY
SEPTEMBER 24, 2021

JOB NO. 184375

1    A.    Yeah.   Again, it's a development server

2    and it's just -- they were originally designed for

3    two purposes, those little cards on the side.   And

4    because Facebook -- if somebody was to share

5    something, I thought that Facebook wanted a

6    thumbnail.   I turned out to be wrong.   They wanted

7    the exact opposite of a thumbnail.   And as a result,

8    they rejected all the shares.   But that's the only

9    time anything's been used as a thumbnail.

10    Also, there's a little something,

11   I don't know if we ever went over it, but thumbnail

12   -- the thumbnail is actually inside the picture.

13   It's a meta item.

14   Q.   Can you explain what you mean when you

15   say that?

16   A.   It's a meta item.   It's something

17   that's not very well understood by a lot of people.

18   But inside every digital photograph is a thumbnail,

19   just like there is all that meta information.   So,

20   you know, sometimes the meta thumbnail can be

21   extracted directly out.   And so basically you're not

22   downloading the main image, you're downloading the

23   thumbnail.   You just don't realize it...

24   Q.   But that's not what's being displayed

25   here in Exhibit 4?

1   Miller.

2          A.   Okay.  So again, it sources first from

3   the RSS and then from the meta tags, which is the

4   meta tag description.  And then in the event that

5   that isn't present or isn't good enough, I think it

6   will take the first 140 characters of the source

7   text.  My guess is that I can look at the -- yeah, I

8   can look at the meta tags, but my guess is it just

9   comes straight from the meta tags.

10         Q.   Okay.

11         A.   I actually don't have an original copy

12  of the RSS, but I could go look at the RSS that the

13  New York Post output, and I believe the RSS

14  description matches the meta tag description.  So it

15  could come from either one of them.

16         Q.   Okay.  And you mentioned that there was

17  a character limit, I think you said 140?

18         A.   I think it was a 140.  It was something

19  like that.  There was a character limit.

20         Q.   Okay.  Did you -- how did you come up

21  with 140 character limit?

22         A.   I want to say -- and I may not be right

23  on the exact character limit.  I know there is a

24  character limit, and that's maybe sticking in my

25  mind because at that time that was the Twitter text.

1    So maybe it was from that.  I just know that there

2    was a limitation on it and it chained down in order.

3           Q.    Was the limitation always around 140

4    characters?

5           A.    Yeah.  It was something like that.

6    Maybe there were times where I experimented and got

7    up to 200.  And, you know -- but again, this is for

8    something like if you haven't already been provided

9    some decent stuff in the description or the RSS

10   feed.  I don't have the original RSS feed post.

11          Q.    Now that we've basically gone --

12          A.    The description in the RSS feed was

13   longer than that.  It might go with the entire

14   description.  It might go with whatever they put in.

15   Because that's not something that I ever really

16   considered.  If they put a long piece of text, and I

17   actually have seen people do this, I've seen type

18   put the whole thing in the description.  And, you

19   know, I don't know if I accounted for that, because

20   that's something that the publisher is directly

21   saying to use.  But there was a limitation in there.

22          Q.    But that limitation could be, for lack

23   of better term, bypassed if the publisher put a

24   longer description in the RSS feed?

25          A.    They would have to put it in there and

1         Q.   Okay.  Thank you for that.  Let's go

2 back to Exhibit 3 and 4.  I have one more question

3 and then we'll move on.  Do you know what date that

4 the page in Exhibit 3 would have first appeared on

5 the website?

6         A.   In Exhibit 3?

7         Q.   Yeah.

8         A.   It would have been when you requested

9 it on 08-31.  There's no -- there's nothing in the

10 logs that show any request before that date for that

11 article.  I can go double-check.  Because I know we

12 produced it, but I think it's 08-31.

13         Q.   So let me ask you this question.  So

14 08-31, the page gets pulled and gets generated on

15 4Jewish.  If you were to query that exact same

16 article on one of the other 4Search sites, would it

17 just pull from the one that was already generated on

18 August 31st?

19         A.   Okay.  I didn't quite follow your

20 question.

21         Q.   Sure.  So let me, I guess, back up.  So

22 there's two sites kind of that we've been talking

23 about.  There is 4Jewish and 4Rightwing.  And both

24 of them have this goat story on them, as we've been

25 looking at these screenshots; is that correct?

MICHAEL A. LEVY
SEPTEMBER 24, 2021

JOB NO. 184375

1    A.    Right.

2         Q.    And so obviously one of them was first;

3    right?

4         A.    Right.

5         Q.    So the one that was first generates the

6    page and -- you know, like we've been talking about

7    and looking at.  And when the second site goes to

8    pull that exact same page, does it just pull the

9    same thing that's already been generated or does it

10   generate a brand new page?

11        A.    Both times it's going to have to query

12   the index.  So it's going to generate the page

13   again.

14        Q.    Okay.

15        A.    Nothing exists until you pull it.

16        Q.    So these ones on the right of Exhibit

17   4, the discovered stories column, none of those

18   existed until someone pulled them?

19        A.    Correct.  Nothing exists.  It doesn't

20   generate anything until it needs to.  And then it

21   will store in cache that exact same page for a

22   moment -- about five minutes or something like that.

23   That's just so if somebody keeps banging the search

24   key, you know, they don't overload the system with

25   that.  But it's not designed to held long term.

1  It's just cache.

2          Q.   Okay.  I know we've been looking at

3  these screenshots from 4Jewish.  But just to

4  confirm, everything we've talked about in terms of

5  how the page is generated through the RSS feed and

6  the meta tags and all that, that same concept would

7  apply to 4Rightwing; is that correct?

8          A.   I still don't quite understand.  You

9  said the page was generated through the RSS feed.  I

10  think that's kind of a misconception.  So the page

11  was discovered through the RSS feed.  Okay.  It was

12  indexed with meta information from the RSS feed and

13  from the page and from the web crawler, okay?  And

14  that all gets indexed, and then at a later date

15  somebody turns it into this by viewing it.  But it's

16  all just little bits of information for that.

17          Q.   Thank you for correcting.  I apologize

18  I wasn't precise.  So all of that goes into the

19  index through the RSS feed?

20          A.   Right.  Everything is broken up into

21  its respective fields.  And then I believe we

22  produced something about that that kind of explains

23  how it is that things really look on the -- in an

24  index.  Doesn't look like anything you see here.

25  It's a collection of errors, okay, but it all goes

1    into that index.  And then when somebody requests

2    it, it gets built on demand back in something that a

3    human would use.

4         Q.   So that index that we're talking about,

5    is that a singular index that's used for the entire

6    4Search family of websites?

7         A.   So there are multiple indexes.  There

8    are multiple search indices.  So it's broken up in

9    different ways.  Sometimes it's broken up by months,

10   and sometimes it's broken up by subject and

11   category.  It's broken up and there are lots of

12   different indexes.

13        Q.   So I guess what I'm trying to

14   understand, if you remember one of my first

15   questions, was how is this page generated.  And you

16   described that whole process of how it goes on the

17   index and where the index gets the information from,

18   and then at a later date somebody does some type of

19   search that then pulls that information and creates

20   the page into the browser?

21        A.   Uh-huh.

22        Q.   That process you described for the

23   4Jewish screenshots that we were looking at, is it

24   the same process for 4Rightwing?

25        A.   So it wouldn't be exactly the same

```
 1   people were using and I put it there, because I
 2   wanted them to -- felt it was a good idea.  And it's
 3   also in the terms of use as well.
 4           Q.   Okay.  Similar language is in the terms
 5   of use?
 6           A.   Yeah.
 7           Q.   Okay.
 8           A.   It's other places, yeah.
 9           Q.   Okay.  I'm going to read three
10   sentences, starting in the middle of the disclaimer,
11   where it says "content displayed may contain."  Do
12   you see that?
13           A.   Uh-huh.
14           Q.   It says, "Content displayed may contain
15   copyrighted material the use of which has not always
16   been specifically authorized by the copyright
17   holder.  We are making such material available in
18   our efforts to report the news, advance
19   understanding of the issues, and discover content.
20   We believe this constitutes fair use of any such
21   copyrighted material."
22                Did anyone at 4Internet ever
23   contact the New York Post to gain express permission
24   to reproduce the photograph or text on this page?
25           A.   No.  I didn't need to.
```

1     Q.    Why didn't you need to?

2     A.    Because the New York Post says right on

3  its website that, you know, they get the RSS feeds,

4  they put it in Twitter.  They very clearly want it

5  to be distributed.  I believe that's why they

6  actually bought the rights to it from Robert Miller.

7     Q.    Bought the rights to what?

8     A.    Robert Miller, I believe, testified

9  that the New York Post bought the rights from him.

10    Q.    The rights to what?

11    A.    To the picture.

12    Q.    Okay.

13    A.    I mean, the New York Post wants it

14  distributed, they want the traffic.  They put it in

15  the RSS feed.  They put it in the meta tags.

16  They've already given permission.  Why would I call

17  and ask?  Who would I call?

18    Q.    Just give me one second here.  Sorry.

19  I'm going to mark another exhibit here, if I can get

20  my e-mail to work here.  We're going to mark this as

21  Exhibit 5.

22              (Exhibit 5 marked.)

23  BY MR. CARREON:

24    Q.    Let me know when you have that pulled

25  up.

1          A.    No.

2          Q.    So you don't think the definition which

3    includes all content, features and functionality

4    would include the New York Post RSS feed?

5          A.    No.

6          Q.    Why not?

7          A.    Well, first of all, this applies to a

8    user.  4Internet is not a user.  Okay.  But the RSS

9    feed expressly states that the RSS feed is for

10   purposes -- well, think of it this way.  There is a

11   place in the RSS feed where you can say what it

12   applies to, and the New York Post has not restricted

13   the use of the RSS feed.  So there is actually a

14   portion in the header of that that is meant to

15   basically restrict the use of an RSS feed.

16              An RSS is not something that is

17   meant for human consumption.  It's meant for machine

18   consumption.  And this entire contract applies to

19   humans.  It doesn't apply to machines.

20         Q.    But didn't you testify earlier that you

21   were the one that coded the 4Internet algorithm?

22         A.    So it didn't write itself.

23         Q.    Right.  And you coded the 4Internet

24   algorithm, at least as it applies to 4Rightwing, to

25   search certain right-leaning news websites?

1    A.    To index -- to index new sites that it

2  found, websites it found good material on that

3  applied to that category.  By -- an algorithm, a

4  search algorithm -- the websites are given meta

5  data, but I can't tell you in advance what the data

6  is.  I can tell you that everything that you're

7  reading in this terms of use, that's meant for a

8  human.  It's not meant for a machine.  I don't think

9  I've ever even seen the New York Post until the day

10  that your people contacted me.

11    Q.    So --

12    A.    And the New York Post, if I might add,

13  we've spoken to them.  I know we have.  And they

14  haven't told us -- told 4Internet to stop.  So I'm

15  not exactly sure where you're going with this.

16    Q.    Well, but didn't you testify earlier

17  that you already voluntarily stopped?

18    A.    No.  I took out the articles that --

19  out of the index that you wanted.  And what I did do

20  is I decided -- since I can't predict in advance how

21  Robert Miller, what he's going to do and how he's

22  going to complain, I just decided that -- because

23  these lawsuits are so financially devastating and,

24  you know, that I would just -- and there's a group

25  of trolls that are trying to basically bait, you

1    think, what you're trying to get at.

2           Q.   So an index is just an organized

3    compilation of information?

4           A.   Right.  That's a good summary of what

5    search needs, an organized compilation of

6    information.  Lots of little -- being able to

7    quickly access lots of little terms, score it using

8    an algorithm, and then produce a set of results.

9    And then you're going to go build off of your set of

10   results.  And in fact --

11          Q.   So within --

12          A.   -- what you need to build out of the

13   database.  That said, I actually rely on everything

14   out of the index at this time.  But, you know, who

15   knows, when traffic load goes up and overwhelms

16   SSDs, maybe that will change.

17          Q.   Sure.  So just a yes or no answer.

18   Exhibit 4 that we're looking at, that is not --

19   we're not looking at the index; right?

20          A.   You're in part looking at the index,

21   yeah.  See all these search terms that's being

22   returned from the index, it was found using the

23   index.  But these little --

24          Q.   Okay.  But this page is not the index;

25   is that correct?

```
 1              A.   The index is what --

 2              Q.   I'm just asking for a yes or no

 3    response.  This page --

 4              A.   Part of it is the index and part of it

 5    is not.  You can't separate these things out.

 6    Because you see all these search results, that all

 7    needed the index.  You can't separate it out.  One

 8    of them has to tell you what rec IDs you need to go

 9    retrieve out of the MySQL database, out of columnar

10    database, and these two things are working in

11    unison.  So it's not a simple yes or no.  I can't

12    give you a simple yes or no because --

13              Q.   Okay.  So let me ask you this question.

14    The page in Exhibit 4, which you testified it was

15    generated weeks after it was indexed --

16              A.   Uh-huh.

17              Q.   -- how did -- so sorry, let me back up.

18                   You testified that this page in

19    Exhibit 4 was generated weeks after it was indexed;

20    is that correct?

21              A.   Right.  The page was generated by the

22    web server weeks after.

23              Q.   Sure.  This page we're looking at was

24    generated weeks after it was indexed?

25              A.   Correct.
```

1    Q.    Okay.

2    A.    All of the information that went into

3    this, that happened three weeks earlier.

4    Q.    Sure.  So that's my question, right, is

5    when the page was generated, there needed to be some

6    type of instructions to the index to say retrieve

7    this information and assemble it in a certain way;

8    is that correct?

9    A.    It did.  I think the question you're

10   getting at is when did the MySQL data get put --

11   inserted into the columnar database, and the answer

12   is that at the same time the index was three weeks

13   prior.

14   Q.    So I guess what I'm saying, though, is

15   when this page got generated, right, something told

16   the index, I want you to retrieve this information

17   from the RSS feed, or the meta tag or whatever, and

18   I want you to place it at the top here and have

19   it --

20   A.    No.

21   Q.    Okay.

22   A.    It doesn't work like that.  The index

23   doesn't tell anything other than search results.

24   Q.    That's not what I was saying.  I was

25   saying when the page is generated, something pulled

```
 1   but that's not what's going on.
 2           Q.   Let me ask you this question.  Exhibit
 3   4 we're looking at, right, and you testified earlier
 4   that there's approximately 140 characters of text?
 5           A.   Something like that.
 6           Q.   You know, and that appears below this
 7   photograph of a goat; is that right?
 8           A.   Uh-huh.  Something like that.  I
 9   haven't bothered to count it, but it's not the
10   whole --
11           Q.   Sorry.  What I'm trying to make sure is
12   that you're giving a verbal response.  You said
13   uh-huh, but I want to make -- you said uh-huh when I
14   asked you, I want to make sure that's a clear yes or
15   no.  So it's clear for the court reporter.
16           A.   Let's just start at the beginning.  Go
17   ahead.  And then I'll give you the answer.
18           Q.   Okay.  So you testified earlier that
19   approximately 140 characters of text gets placed
20   onto this page that we're looking at in Exhibit 4;
21   is that correct?
22           A.   Something in that realm.  I could go
23   back and look at the coding, get you an exact
24   formula.
25           Q.   I don't care about the number.
```

MICHAEL A. LEVY
SEPTEMBER 24, 2021

JOB NO. 184375

1        A.    It's not the entire -- there's

2   something that is not the entire article that is

3   placed below there.  And it's fairly short.

4        Q.    Okay.  And that text, you testified, is

5   retrieved from the index?

6        A.    So that is part of the text that is

7   queried against to create a search result.

8        Q.    Okay.  The way that that text was put

9   into the index is a result of the New York Post

10  putting it as part of the information that's in the

11  RSS feed?

12        A.    Yes.  Or meta tag.

13        Q.    So the information that's in the meta

14  tag or the RSS feed, that it gets pushed up on the

15  New York Post, it gets indexed, and then it sits in

16  this index, this 4Internet index?

17        A.    Yes.

18        Q.    Okay.  And then at some point someone

19  comes along and performs a search or something, and

20  the page that we're looking at in Exhibit 4 gets

21  generated?

22        A.    If somebody comes along and does a

23  search or does something, yes.  Then it gets

24  generated when their browser requests it.

25        Q.    So what I'm getting at, 4Internet could

MICHAEL A. LEVY
SEPTEMBER 24, 2021

JOB NO. 184375

1    say, instead of saying 140 characters, we only want

2    50?

3            A.    Yes.

4            Q.    Okay.  So even though there might be

5    more 140 characters or more that's sitting in the

6    index, 4Internet is able to manipulate the type of

7    information that then gets generated onto the page?

8            A.    So it could, yeah.  I mean, whatever it

9    was given -- like let's say it gave 140 characters

10   but now it only wanted to show 50, it could show 50

11   if I set the limit at 50, but if it's only 140 or

12   200, that's all it's got.

13           Q.    And you testified that you -- after

14   result of, I guess, receiving a letter from my firm,

15   that you disabled the ability for the New York --

16   for New York Post stories to have a photo attached

17   to them in the 4Internet system; is that correct?

18           A.    Well, no.  It was -- I disabled the URL

19   source.  So basically it just doesn't display the --

20   it doesn't display the source of any image from New

21   York Post.  Basically it's a -- it's a domain ban on

22   that.  And the reason why I decided to do that is

23   because I was tired of your clients complaining.

24   It's just not, you know, important enough to spend

25   thousands and thousands of dollars.  And you guys

1  are just trolling the heck out of me and I don't

2  want to -- I did it as an accommodation.  I did it

3  to make you happy.  Now Mr. Miller --

4        Q.   So let me move on with my question.

5  I'm not done with my line of questioning.  So even

6  though that SRC code that has the link to the

7  photograph might exist in the index, you were able

8  to cause it so that when a page is generated that

9  link does not appear on the page?

10       A.   I don't think it gets indexed at all.

11 It would just be -- I think I just basically at that

12 part, I put that item in that just says don't even

13 bother indexing it.

14       Q.   So even though the New York Post is

15 presumably still pushing that information out

16 through their RSS feed and their meta tag, you wrote

17 or deleted some type of code that says -- you know,

18 the result for which says don't index these anymore,

19 because we're not going to use them on the 4Search

20 platform?

21       A.   Yeah.  Well, trying to remember if I

22 restricted it to the group of trolls or -- yeah, I

23 can't even tell you right offhand.  I can tell you

24 that it's an accommodation and to -- you know, to

25 not have to keep, you know, spending tens of

1    A.   Let me give you an example,

2 Mr. Carreon.  What if somebody inserts an image URL

3 in the description, now things suddenly start to get

4 a little bit more complex; correct?  What if

5 somebody, you know --

6    Q.   In that example you gave, Mr. Levy, if

7 someone inserts an image URL in the description, you

8 still have the ability to shut off the description

9 from being used on your website, don't you?

10    A.   Well, I -- wouldn't be a very good

11 idea.

12    Q.   But you can do it.  I'm not asking if

13 it's a good idea.

14    A.   I can turn the whole website off.  I

15 could shut it all down.  Look --

16    Q.   That's what I'm trying to get at.  I'm

17 not asking --

18    A.   I have control over what I have control

19 over.

20    Q.   I'm trying to understand, Mr. Levy, is

21 certain data that you don't have control over gets

22 provided and gets indexed.  But once it sits in that

23 index, you can control which types of that data,

24 depending on the tags or whatever, ultimately make

25 it onto website; is that correct?

1      A.   So I can control at a high level with

2 enough reasonable certainty that it would make sense

3 to turn something on or off.  If you're trying to

4 get at who writes the code, I've already told you it

5 doesn't write itself, okay?  So, you know, I could

6 turn the machine off.  I could turn a field off.  I

7 could turn it on.  But why -- you could do a lot of

8 things.  You know, you could -- you could not look

9 before you cross the street, but I'm not going to

10 say it's a good idea.

11                If you're just trying to say do

12 you -- you know, do you have the ability to turn off

13 something?  I could turn off something.  But it

14 wouldn't make any sense to do that.  It would -- you

15 know, it may or may not make sense to do that.  You

16 know.

17      Q.   So here is my question, Mr. Levy.

18      A.   Of course I can turn the web server

19 off.

20      Q.   Here's my question, Mr. Levy.

21      A.   But I don't know if I have the data to

22 actually do that and make a good decision.  I can be

23 bullied into doing things.

24      Q.   Here is my question, Mr. Levy.  Just

25 because someone like the New York Post pushes

1  the original size.  Because I think the size is

2  huge.  I think it's something like -- I know you can

3  go to the DuckDuckGo website and click on it and it

4  blows out the whole screen.  It would have been

5  however the browser chose to display the CSS

6  instructions.

7                      I think that's in there.  We can

8  cover it if you want.

9        Q.   Yeah.  And I'm just trying to make sure

10  that I -- you know, that we understand the context

11  of these allegations.  So there would be no

12  alteration of the photograph in any way by

13  4Internet, it's just simply an inline link?

14        A.   Yeah.  For the image source, it's the

15  inline URL.  We're not even touching it.  Now, for a

16  jpeg -- sorry, for a thumbnail, then, you know,

17  there's a crop that has to -- it has to be resampled

18  and it has to be cropped today.  That's what you see

19  on the website today.

20        Q.   Okay.  But you said if it's a

21  non-thumbnail image that's inline linked, then

22  4Internet doesn't touch it?

23        A.   Doesn't touch it.  Correct.

24        Q.   Okay.  Let's go to the seventh defense.

25  It's on the bottom -- starts at the bottom of page 8

1    of this Exhibit 6.

2            A.    Okay.

3            Q.    Can you read that out loud, please?

4            A.    "The New York Post placed the subject

5    image on Twitter, and so doing, the terms and

6    conditions found that HTTPSTwitter.com has provided

7    that the license granted to Twitter authorizes us to

8    make your content available to the rest of the world

9    and to let others do the same.  Emphasis added,

10   plaintiffs' claims are therefore by express

11   license."

12           Q.    Didn't you testify earlier that the

13   goat photograph that you reviewed in Exhibit 4, that

14   was inline linked from the New York Post website; is

15   that correct?

16           A.    Correct.

17           Q.    So it was not -- it wasn't pulled from

18   Twitter?

19           A.    Correct.

20           Q.    Okay.  So why would the Twitter terms

21   and services apply to an image that was not pulled

22   from Twitter?

23       MR. ISENBERG:  Object to form.

24   BY MR. CARREON:

25           Q.    You can answer.

1    standpoint, there is no line of code that says go
2    get New York Post.  There is just a database, go
3    with seed points, that were determined by a machine
4    learning and an algorithm.  And that happens to be
5    one of them.
6                Q.   But a person would need to code the
7    seed points; right?
8                A.   A person would need to write the
9    program that contains the seed points, and a person
10   would need to upload all those seed points.  But it
11   was machines that picked the seed points.
12               Q.   What I'm saying, the machines were
13   activated by the person that entered that code;
14   right?
15               A.   They're activated.  I don't think they
16   activated themselves, so yeah.  I write code.  But I
17   don't differentiate between the New York Post or any
18   other website.  It's just an algorithm.
19               Q.   Right.  But that algorithm wouldn't
20   function or wouldn't exist unless you coded it?
21               A.   Right.  I had to write it.  It didn't
22   write itself.
23               Q.   Right.  Okay.
24               A.   To make it clear, I didn't write -- the
25   words "New York Post" don't appear anywhere in that

```
1    code.  They appear in the page.
2             Q.   Sure.  I'm not -- I apologize if my
3    question was confusing.  I'm not saying that it was.
4    I guess what I'm saying is that the result of the
5    New York Post RSS feed being used at some point to
6    put content onto the 4Internet system occurred
7    because you coded the system to go out and search
8    for certain things?
9             MR. ISENBERG:  Object to the form.
10                    You can answer.
11            THE WITNESS:  I wrote the system.  I think we
12   have a misunderstanding as to the level of
13   granularity in here.  But I wrote the system, it
14   didn't write itself.
15   BY MR. CARREON:
16            Q.   Right.  So I guess what I'm saying is
17   that the -- and correct me if I'm wrong, but isn't
18   it true that the New York Post RSS feed information
19   that appeared on the 4Internet site appeared there
20   because somebody coded -- a human coded an algorithm
21   that eventually found and indexed that RSS feed
22   information?
23            A.   Well, it didn't write itself.  So I
24   guess yes.  But I think it's kind of very vague and
25   broad.  That's all.
```

REPORTER'S CERTIFICATE

STATE OF NEVADA    )
                   )  ss.
COUNTY OF CLARK    )

         I, Angela Campagna, a certified court reporter in Clark County, State of Nevada, do hereby certify:

         That I reported the taking of the remote deposition of the witness, MICHAEL A. LEVY, on Friday, September 24, 2021, commencing at the hour of 7:06 a.m.

         That prior to being examined, the witness was by me first duly sworn to testify to the truth, the whole truth, and nothing but the truth.

         That I thereafter transcribed my said shorthand notes into typewriting and that the typewritten transcript of said deposition is a complete, true, and accurate transcription of shorthand notes taken down at said time.

         I further certify that I am not a relative or employee of an attorney or counsel of any of the parties, nor a relative or employee of any attorney or counsel involved in said action, nor a person financially interested in said action.

         IN WITNESS WHEREOF, I have hereunto set my hand in my office in the County of Clark, State of Nevada, this 8th day of October 2021.

*Angela Campagna*

ANGELA CAMPAGNA, CCR #495

# Exhibit 14

INTERNET ARCHIVE
WayBackMachine
http://www.4Republican.com/news
30 captures
14 Sep 2018 – 11 Aug 2019

Michael Levy

**EXHIBIT**
**02**

Angela Campagna

# 4Republican.com
Republican Search Engine & News

🔍 SEARCH   📰 NEWS   👥 SOCIAL   🛒 SHOP   ⚙ SERVICES

Republican Search...   🔍



NEWSMAX.COM

**After Church Service, McCain to Leave Arizona for Last Time**
Aug 30, 2018 11:52 AM · 14 minutes, 57 seconds ago

Top Terms in Story: (click to add to search.)
Army National Guard   Panama Canal Zone   daughter   Meghan McCain   Washington National Cathedral   church service   Frank Sinatra   signature song   Doug Ducey   fellow politicians   recessional music   Wednesday afternoon   John McCain   Southern California

John Jillard Interview – This Week on Gun For Hire
AMMOLAND.COM

**John Jillard Interview – This Week on Gun For Hire Radio #378 – VIDEO**
Aug 30, 2018 11:46 AM · 20 minutes, 56 seconds ago

Top Terms in Story: (click to add to search.)
New Jersey   Second Amendment rights   trailblazer John Jillard   gun law books   friends John Jillard   New Jersey State   John Jillard Interview   Facebook event page   Cumberland County College   NRA Board Members   Master Firearms Trainer   Second Amendment wasteland   United States Army battleground state

Does Cloning Pets Bring Us One Step Closer to
CNSNEWS.COM   ?

**Does Cloning Pets Bring Us One Step Closer to Cloning Humans?**
Aug 30, 2018 11:37 AM · 24 minutes, 56 seconds ago

Top Terms in Story: (click to add to search.)
Vanity Fair   New York Times   Stem Cell Program   science fiction   Many ethicists   Hwang hasn   hormone treatments   body parts   Boston Children   family members   personality   Kazuo Ishiguro   Phoenix University   Double Trouble   billionaire founder



NEWSMAX.COM

**NYT: Trump Wanted to Buy Decades of Dirt on Himself From National Enquirer**
Aug 30, 2018 11:42 AM · 24 minutes, 56 seconds ago

Top Terms in Story: (click to add to search.)
Justice Department lawyer   Michael Cohen   friend David Cohen   stuff   integrity section   Related Stories

USMC Poolees, Already Effecting Positive Change
AMMOLAND.COM

**USMC Poolees, Already Effecting Positive Change**
Aug 30, 2018 11:36 AM · 30 minutes, 56 seconds ago

Top Terms in Story: (click to add to search.)
defense Training International   Defense Training International   Change Ammoland Inc   DTI Instructors   USMC Poolees   fellow Poolee   John Farnam   sighting systems   Ft Collins   USMC Poolee   Planet Earth

goTenna joins the Ridge Road Outdoor Marketplace & Order Fulfillment Center
AMMOLAND.COM

**goTenna joins the Ridge Road Outdoor Marketplace & Order Fulfillment Center**
Aug 30, 2018 11:26 AM · 40 minutes, 56 seconds ago

Top Terms in Story: (click to add to search.)
STATIONARY RELAY MODE   GPS LOCATION MAPPING   network MESH NETWORKING   order fulfillment operation   goTenna Key Features   Revolutionary mesh networking   Union Square Ventures   Walden Venture Capital   goTenna Mesh   brand showcase   MentorTech Ventures   email protected   BBG Ventures   Bloomberg Beta   GoTenna products   membership savings



NEWSMAX.COM

**Freedom Watch Sues Google, Facebook, Twitter, Apple**
Aug 30, 2018 11:18 AM · 48 minutes, 58 seconds ago

Top Terms in Story: (click to add to search.)
Freedom Watch   Robert Mueller cartel   Freedom Watch   Larry Kudlow   search results   trump tweeted   witch hunt   James Comey   James Clapper   John Brennan   Hillary Clinton   President Trump   Trump presidency   interest cartel   government watchdog   interest groups   Larry Klayman   Related Stories

HMM: Photo with Slate's tweet saying Trump 'doesn't'
TWITCHY.COM   causes confusion – twitchy.com

**HMM: Photo with Slate's tweet saying Trump 'doesn't use computers' causes confusion – twitchy.com**
Aug 30, 2018 11:18 AM · 48 minutes, 58 seconds ago

Top Terms in Story: (click to add to search.)

Polk County (FL) Sheriff: Uber Shooting Video Shows
THETRUTHABOUTGUNS.COM   e – Die - The Truth About Guns

**Polk County (FL) Sheriff: Uber Shooting Video Shows How Fast You Decide to Live or Die - The Truth About Guns**
Aug 30, 2018 11:12 AM · 54 minutes, 57 seconds ago

ER-174

press conference yesterday   Uber driver   Westlake shot Boek
Florida sheriffs   text messages   ground case   Sheriff Judd
cell phone   Jason Boek   Uber car   ground law   inebriated
woman   morning hours   Robert Westlake   Winter Haven
right thing



**Police arrest Montgomery teen after bomb threats**
YELLOWHAMMERNEWS.COM

**Forced Unionism Still Extremely Unpopular in 2018**
CNSNEWS.COM

**Police arrest Montgomery teen after bomb threats**
Aug 30, 2018 11:08 AM  -  58 minutes, 57 seconds ago

Top Terms in Story: (click to add to search.)
Alabama Farmers Federation   police arrest Montgomery   Ivy
League pedigree   Senators Richard Shelby   business
reporters report   Wednesday morning   plan high school shootings
child abuse charges   Trump fights Google   President
Donald Trump   Muslim terror compound   Key Ivey reports
Montgomery Public Schools   Alabama schools   Facebook
employees   Google   PE teachers

**Forced Unionism Still Extremely Unpopular in 2018**
Aug 30, 2018 11:02 AM  -  1 hour, 4 minutes, 57 seconds ago

Top Terms in Story: (click to add to search.)
Labor Day weekend   Missouri airwaves week   Senior
Research Associate   Public Opinion Strategies   Big Labor
fearmongering   Consumer Price Index   union dues   Work
propaganda blitzes   Labor Relations Research   Work law
union bosses   Work Oklahoma   Work laws   government
workers   landmark victory   union spokesmen   Missouri
victory

NEWSMAX.COM

**NSA Leaker Reality Winner Thanks Trump for 'Unfair' Comment**
Aug 30, 2018 11:02 AM  -  1 hour, 4 minutes, 57 seconds ago

Top Terms in Story: (click to add to search.)
President Donald Trump   prison for   Russian election
president Trump   Last Friday   Trump tweeted   Hillary
Clinton   Espionage Act   Russian efforts   Related Stories

See More

Home   About   Contact   Advertise   Add Website   Partner   Terms   Privacy

© 2018 4Internet, LLC. Patent Pending.

We use cookies to make sure you can have the best experience on our website. If you continue to use this site we assume that you will be happy with it.   Ok

# Exhibit 15



**4Jewish.com**
Jewish Search Engine & News

Michael Levy    09/24/2021

**EXHIBIT**
**03**

Angela Campagna

🔍 SEARCH    📰 NEWS    👤 SOCIAL    🛒 SHOP    ☎ SERVICES

Search in all verticals...    🔍

**Rogue goat may have helped dozens of farm animals escape - New York Post**
**°°Source: nypost.com**

Aug 9, 2018 7:44 PM PM · 3 weeks, 20 hours, 37 minutes, 32 seconds ago

🔗 📘 🐦 💬 🔴 ✉ 💬 G



**Discovered Stories**



NYPOST.COM

**Rogue goat may have helped dozens of farm animals escape**
Aug 9, 2018 7:56 PM · 3 weeks, 20 hours, 25 minutes, 33 seconds ago

**Rogue goat may have helped dozens of farm animals escape**
Aug 9, 2018 7:56 PM · 3 weeks, 20 hours, 25 minutes, 33 seconds ago



NYTIMES.COM

**Tassi the Goat Gives Birth to Goat Twins During Goat Yoga**
May 24, 2018 7:08 PM · 3 months, 6 days, 21 hours, 12 minutes, 40 seconds ago



SUN-SENTINEL.COM

**Man faces felony charges after 304 animals rescued from goat farm**
Aug 13, 2018 7:52 PM · 2 weeks, 3 days, 20 hours, 29 minutes, 33 seconds ago

**Man faces felony charges after 304 animals rescued from goat farm**
Aug 13, 2018 7:52 PM · 2 weeks, 3 days, 20 hours, 29 minutes, 33 seconds ago



BUSTLE.COM

**Tassi The Goat Gave Birth To Twins During Goat Yoga & It's The Sweetest Story Ever**
May 26, 2018 5:38 PM · 3 months, 4 days, 2 hours, 43 minutes, 20 seconds ago



THEEAGLE.COM

**The Eagle**
43 minutes, 20 seconds ago

THEEAGLE.COM

**The Eagle**

**Description:**

Rogue goat may have helped dozens of farm animals escape

"Fred" the goat.

Robert Miller

Dozens of goats and sheep brought for slaughter escaped from a New Jersey livestock auction house Wednesday night — and the facility's manager believes another goat who had bolted to freedom more than a year ago helped them to make their getaway.

The animals escaped through an unsecured gate at the Hackettstown Livestock Auction House on West Stiger Street around 9:30 p.m., cops said.

see also

A small New Jersey town became an open pasture for... It took about an hour for police and locals to herd about 60 of the livestock back to their pens with a rope and cracked corn, before police re-secured the gate with a piece of rope, police spokesman Sgt. Darren Tynan told the Post.

Auction house manager Bouwe Postma said that those were the only animals who had escaped — but Tynan said that between 10 and 20 more were believed to still be on the loose.

Locals jokingly point the finger at another goat nicknamed Fred that escaped from the same auction market more than a year ago and sporadically pops up around the town. In fact, cops received reports that Fred was in the area a

A small New Jersey town became an open pasture for... It took about an hour for police and locals to herd about 60 of the livestock back to their pens with a rope and cracked corn, before police re-secured the gate with a piece of rope, police spokesman Sgt. Darren Tynan told the Post.

Auction house manager Bouwe Postma said that those were the only animals who had escaped — but Tynan said that between 10 and 20 more were believed to still be on the loose.

Locals jokingly point the finger at another goat nicknamed Fred that escaped from the same auction market more than a year ago and sporadically pops up around the town. In fact, cops received reports that Fred was in the area a couple of hours before the escape.

On Thursday afternoon, after the escape, Fred showed up at the facility and headbutted the gate holding newly corralled animals multiple times, in an apparent effort to let them back out.

Postma managed to shoo him away, but the sighting made him suspect that Fred was also behind Wednesday night's escape.

"It was him [last night]," Postma declared. "I think he's the culprit. He must have banged that fence and let him out last night. I'm almost positive. He must have put a lot of force into that."

A sheep and goat on the loose in Hackettstown, N.J. after escaping.Hackettstown Police

The auctionhouse holds sales every Tuesday, and this herd was purchased by one owner who hadn't picked up his haul yet due to a broken down truck.

"People tend to rally for the escapees," Hackettstown Mayor Maria DiGiovanni said. "I kind of like when they break free, but I see both sides. It is a business."

Tynan was thankful the animals' bolt for freedom didn't spark trouble on the roads.

"There could have been accidents — people could have crashed into them," he said. "We don't know the mind of a sheep or a goat or what they'll do."

The escape came less than a week after about 100 goats went on the lam in Idaho, munching their way through a suburban Boise neighborhood in an incident dubbed "Goat-a-Palooza 2018."

The animals were later wrangled onto a truck ...

**Read the Article, CLICK HERE.**

"There could have been accidents — people could have crashed into them," he said. "We don't know the mind of a sheep or a goat or what they'll do."

The escape came less than a week after about 100 goats went on the lam in Idaho, munching their way through a suburban Boise neighborhood in an incident dubbed "Goat-a-Palooza 2018."

The animals were later wrangled onto a truck ...

**Read the Article, CLICK HERE.**

All Extracted Terms (Click to add to search.) Rogue goat may have helped dozens of farm animals escape - New York Post   police spokesman Sgt   Robert Miller Dozens   accidents people   West Stiger Street   New Jersey town   Rogue goat   Rent Goats   Boise neighborhood   Wednesday night   Thursday afternoon   auction market   Darren Tynan   farm animals



**45th Annual Sheep and Goat Field Day, Texas Sheep and Goat Expo set for Aug. 17-18 | Agrilifetoday | theeagle.com**
Jul 24, 2018 8:24 PM -   1 month, 6 days, 21 hours, 57 minutes, 33 seconds ago

NEWSHERALD.COM

**Goat vote: Panama City man brings goat to vote in Florida**



**Goat vote: Panama City man brings goat to vote in Florida Primary - News - Panama City News Herald - Panama City, FL**
Aug 29, 2018 1:52 PM -   2 days, 2 hours, 29 minutes, 31 seconds ago

THENATION.COM

**Claudia Gómez González Wasn't Killed by a Rogue Border Agent—She Was Killed by a Rogue Agency | The Nation**
May 31, 2018 12:54 AM -   3 months, 15 hours, 27 minutes, 19 seconds ago

**Claudia Gómez González Wasn't Killed by a Rogue Border Agent—She Was Killed by a Rogue Agency | The Nation**
May 31, 2018 12:54 AM -   3 months, 15 hours, 27 minutes, 19 seconds ago

markets.businessinsider.com

**Antelope Valley Nissan showcases features, capabilities of 2018 Nissan Rogue vs. Rogue Sport | Markets Insider**
Aug 1, 2018 11:33 AM -   4 weeks, 2 days, 4 hours, 49 minutes, 32 seconds ago

bizjournals.com

**Antelope Valley Nissan showcases features, capabilities of 2018 Nissan Rogue vs. Rogue Sport**
Aug 1, 2018 12:17 PM -   4 weeks, 2 days, 4 hours, 9 minutes, 33 seconds ago



WHATCULTURE.COM

minutes, 33 seconds ago



WHATCULTURE.COM

**Star Wars: Rogue Squadron IS Named After Rogue One Team**
Aug 2, 2018 4:52 AM -   4 weeks, 1 day, 11 hours, 29 minutes, 33 seconds ago



markets.businessinsider.com

**As Wildfires in Southern Oregon Threaten the Rogue River Region, Morrisons Rogue Wilderness Adventures Carries On | Markets Insider**

Aug 12, 2018 7:26 AM - 2 weeks, 5 days, 8 hours, 55 minutes, 33 seconds ago

NYPOST.COM

**Adventures Carries On | Markets Insider**

Aug 12, 2018 7:26 AM - 2 weeks, 5 days, 8 hours, 55 minutes, 33 seconds ago

NYPOST.COM

**Nearly 75 animals escape from livestock auction in New Jersey**

Aug 9, 2018 2:16 PM - 3 weeks, 1 day, 2 hours, 5 minutes, 33 seconds ago

**See More**

**The statements and opinions expressed are solely those of the author and do not necessarily reflect those of this website or it's affiliates. The opinions expressed here should not be understood as advocated by or sanctioned by this website or it's affiliates. Information contained on this site is provided on an "as is" basis with no guarantees of completeness, accuracy, usefulness or timeliness and should not be relied upon. You use this website, information, and content at your own risk. This includes information and content linked to and from this website. Content displayed may contain copyrighted material the use of which has not always been specifically authorized by the copyright owner. We are making such material available in our efforts to report the news, advance understanding of the issues, and discover content. We believe this constitutes fair use of any such copyrighted material. Content is removed on a case by case basis. To request that content be removed, contact us using the following form: not be relied upon. You use this website, information, and content at your own risk. This includes information and content linked to and from this website. Content displayed may contain copyrighted material the use of which has not always been specifically authorized by the copyright owner. We are making such material available in our efforts to report the news, advance understanding of the issues, and discover content. We believe this constitutes fair use of any such copyrighted material. Content is removed on a case by case basis. To request that content be removed, contact us using the following form: Contact Us. 4Internet LLC, its members, owners, employees, contractors, customers, users, agents, affiliates, and/or assigns, will not be liable for any damages.**

Home    About    Contact    Advertise    Add Website    Partner    Terms    Privacy

© 2018 4Internet, LLC. Patent Pending.

# Exhibit 16

EXHIBIT 4

JEWISH

HOME

Jewish Search Engine & News Discovery

Home | Stories | Tweets | More ▼

### Rogue goat may have helped dozens of farm animals escape - New York Post

Source: nypost.com

Aug 8, 2018 7:44 PM · 1 mon, 1 week, 6 day, 7 hour, 57 min ago

Read the Story, CLICK HERE.



**Excerpt:** Rogue goat may have helped dozens of farm animals escape

"Fred" the goat.

Robert Miller

Dozens of goats and sheep brought for slaughter escaped from a New Jersey livestock auction house Wednesday night — and the facility's manager believes another goat who had bolted to freedom more than a year ago helped them to make their getaway.

The animals escaped through an unsecured gate at the Hackettstown Livestock... Read More, CLICK HERE.

Searchable Terms: (Click to add to search.)

#### Discovered Stories

nypost.com
Rogue goat may have helped dozens of farm animals escape
1 mon, 1 week, 6 day, 7 hour, 48 min ago

nytimes.com
Tassi the Goat Gives Birth to Goat Twins During Goat Yoga
1 mon, 1 week, 3 day, 3 hour, 11 min ago

sun-sentinel.com
Man faces felony charges after 304 animals rescued from goat farm
1 mon, 1 week, 7 day, 8 hour, 3 min ago

locatoyr.com
'Goat yoga' held at farm for rescue animals
1 week, 1 day, 17 hour, 19 min ago

bustle.com
Tassi The Goat Gave Birth To Twins During Goat Yoga & It's The Sweetest Story Ever
1 mon, 1 week, 10 day, 3 hour, 4 min ago

theeagle.com
45th Annual Sheep and Goat Field Day, Texas Sheep and Goat Expo set for Aug. 17-18 | AgriliFetoday | theeagle.com
1 mon, 2 week, 2 hour, 17 min ago

newsherald.com
Goat vote: Panama City man brings goat to vote in Florida Primary - News - Panama City News Herald - Panama City, FL
2 week, 1 day, 15 hour, 42 min ago

npr.org
Goat Yoga Is More Fun Than A Barrel Full Of Kids : Goats and Soda : NPR
1 week, 5 day, 20 hour, 10 min ago

thenation.com
Claudia Gómez González Wasn't Killed by a Rogue Border Agent—She Was Killed by a Rogue Agency | The Nation
3 day, 3 week, 1 hour, 47 min ago

markets.businessinsider.com
Antelope Valley Nissan showcases features, capabilities of 2018 Nissan Rogue vs. Rogue Sport | Markets Insider
1 mon, 1 week, 6 day, 4 hour, 5 min ago

bizjournals.com
Antelope Valley Nissan showcases features, capabilities of 2018 Nissan Rogue vs. Rogue Sport
1 mon, 1 week, 6 day, 18 hour, 10 min ago

whatculture.com
Star Wars: Rogue Squadron IS Named After Rogue One Team
1 mon, 1 week, 4 day, 22 hour, 44 min ago

See More

**The statements and opinions expressed are solely those of the author and do not necessarily reflect those of this website or it's affiliates. The opinions expressed here should not be understood as advocated by or sanctioned by this website or it's affiliates. Information contained on this site is provided on an "as is" basis with no guarantees of completeness, accuracy, usefulness or timeliness and should not be relied upon. You use this website, information, and content at your own risk. This includes information and content linked to and from this website. Content displayed may contain copyrighted material the use of which has not always been specifically authorized by the copyright owner. We are making such material available in our efforts to report the news, advance understanding of the issues, and discover content. We believe this constitutes fair use of any such copyrighted material. Content is removed on a case by case basis. To request that content be removed, contact us using the following form: Contact Us. @internet LLC, its members, owners, employees, contractors, customers, users, agents, affiliates, and/or assigns, will not be liable for any damages.

Home | About | Contact | Advertise | Add Website | Terms | Privacy

© 2018 @internet, LLC. Patent Pending.

Back to top

ER-181

# Exhibit 17

https://nypost.com/terms/    Go

5,051 captures
9 Sep 2013 – 16 Feb 2021

JUL  AUG  SEP
◀ 09 ▶
2017  2018  2019
About this capture

Michael Levy          09/24/2021

EXHIBIT
05

Angela Campagna

## MENU

**TERMS OF USE**

MOBILE APPS

CONTACTS

CUSTOMER SERVICE

APPS HELP & FAQ

RSS FEEDS

HOME DELIVERY

TERMS

PRIVACY

TIPS

*Last Updated: March 23, 2017*

**Please read these TERMS OF USE ("Terms") carefully. Your access to and/or use of the Services (as defined below) constitutes your legally binding agreement to be bound by these Terms.**

**THESE TERMS CONTAIN A MANDATORY ARBITRATION CLAUSE AND A WAIVER OF CLASS ACTION CLAUSE. PLEASE REFER TO AND READ SECTION 19 OF THESE TERMS.**

These Terms govern your use of the websites, applications and software operated by NYP Holdings, Inc. ("Company", "we", "us" or "our"), publisher of the New York Post, to which these Terms are linked or referenced to, including all content, features and functionality, and related services such as emails, newsletters, sweepstakes and promotions (collectively, the "Services"). These Terms apply whether you are accessing the Services via a personal computer, wireless or mobile device, or any other technology or device (each, a "Device"). These Terms do not cover other services, websites or any corresponding content, features, and activities made available by any other company or third party, unless specifically stated. If you do not agree to these Terms, do not access or use the Services.

These Terms apply to all users of the Services, whether or not you have registered for one or more of the Services, and by using the Services you agree to comply with these Terms and any additional terms and conditions that we provide to you in connection with your use of or access to same ("Additional Terms"). The Services may also provide rules of participation for certain activities within the Services, including, without limitation, contests, sweepstakes, and other initiatives ("Rules"). The Privacy Policy, the Additional Terms and the Rules together form a part of these Terms.

We reserve the right, at any time and from time to time, temporarily or permanently, in whole or in part, to modify, suspend or discontinue the Services; charge fees in connection with the Services; modify and/or waive any fees charged in connection with the Services; and/or make available opportunities to some or all users of the Services. You agree that neither we nor any of our affiliates shall be liable to you or to any other person for any modification, suspension or discontinuance of the Services or any component thereof.

1. Term. These Terms shall remain in full force and effect while you use the Services. You may terminate your use of or registration for the Services at any time, for any reason, and Company may terminate your use of or registration to the Services at any time, for any or no reason, with or without prior notice or explanation, and without liability or obligation to you or any third party. These Terms shall continue to apply to your previous access and/or use of the Services after any such termination.

https://nypost.com/terms/                                    Go          JUL   AUG   SEP
5,051 captures                                                            ◀   09   ▶
9 Sep 2013 – 16 Feb 2021                                                 2017  2018  2019      ▼ About this capture

it will signify your agreement to be bound by the changes. We recommend that you check back frequently and review these Terms regularly so you are aware of the most current rights and obligations that apply to you. The Last Updated legend at the top of this page indicates when these Terms was last revised.

3. Eligibility; Compliance. Use of the Services is limited to users 13 years of age and older. By using the Services, you represent and warrant that (a) you are 13 years of age or older and (b) your use of the Services does not violate any applicable law, rule or regulation. Certain features of the Services may be subject to heightened age and/or other eligibility requirements. If you provide information that is untrue, inaccurate, not current or incomplete, or Company suspects that such information is untrue, inaccurate, not current or incomplete, Company has the right to suspend or terminate your registration (in whole or in part) and refuse any and all current or future use of the Services (or any portion thereof), in our sole discretion, with or without notice to you, and without liability or obligation to you. Company is based in the United States and the Services are provided from the United States. Company makes no representation or warranty that the Services or the Content (as defined herein) are appropriate or available for use in other locations. If you use the Services from a jurisdiction other than the United States, you agree to do so at your own risk, and you are responsible for complying with any and all local laws applicable to your use of the Services.

4. User Registration. In order to access and use certain content, features, or functionality of the Services, we may require that you register for the applicable Services and have a unique username and password combination ("User Credentials") and provide certain additional information, which may include, without limitation, your email address, legal name, country of residence, zip code, etc., and, for fee-based transactions and purchases offered by us, your physical address, telephone number(s), applicable payment data and information (collectively, a "User Account"). You represent and warrant that all registration and account information you submit is truthful and accurate and you shall maintain and promptly update the accuracy of such information. Further, if you elect to become a registered user of the Services, you are responsible for maintaining the confidentiality of your User Credentials, and you shall be responsible and liable for any access to or use of the Services by you or any person or entity using your User Credentials, whether or not such access or use has been authorized by you or on your behalf, and whether or not such person or entity is your employee or agent, including, without limitation, any fee-based transactions. It is therefore critical that you do not share your User Credentials with anyone. You agree to immediately notify Company of any unauthorized use of your User Credentials or User Account, or any other breach of security. It is your sole responsibility to (a) control the dissemination and use of your User Credentials and User Account, (b) update, maintain and control access to your User Credentials and User Account, and (c) cancel your User Account on the Services. We reserve the right to deny access, use and registration privileges to any user of the Services if we believe there is a question about the identity of the person trying to access any account or element of the Services. Company shall not be responsible or liable for any loss or damage arising from your failure to comply with this

**Section 4.**

5. Personal Information. We respect your privacy and the use and protection of your personal information. In the course of your use of the Services, you may be asked to provide certain personal information to us. Our information collection and use policies with respect to the privacy of such personal information are set forth in the Privacy Policy. We encourage you to read the Privacy Policy, and to use it to help make informed decisions. You acknowledge and agree that you are solely responsible for the accuracy and content of personal information. The Privacy Policy is available at https://nypost.com/privacy/.

6. Payment, Pricing, and Related Terms. You must be 18 years of age or older to make any purchase (e.g., subscriptions, one-time purchases, etc.) of the Services, Content (as defined herein) or any other product or service offered through the Services by us. If you are less than 18 years of age, and want to make any such purchase, please ask your parent or guardian to complete the purchase on your behalf. You hereby agree to pay in full the prices and fees (including, without limitation, all applicable taxes) for any purchases that are made using your User Account(s) or other information you supply to us via an authorized payment method at the time of purchase. Company or its designees reserves the right to change any and all prices for any Services and Content, for any reason. Purchases may be governed by Additional Terms. Purchases may also be controlled, handled, processed and/or fulfilled by third parties not affiliated with Company (a "Third-Party Processor"). Where a Third-Party Processor is responsible for controlling, handling, processing or fulfilling a purchase, all payment and other obligations regarding such purchase may be governed by the terms of use/service and privacy policy(ies) of the Third-Party Processor. Accordingly, you should familiarize yourself with the applicable terms and policies imposed by any Third-Party Processor. Company makes no warranty, and accepts no liability for loss or damage whatsoever, relating to purchases with a Third-Party Processor and you are solely responsible for any and all transactions utilizing your information (personal, financial or otherwise) with a Third-Party Processor, including, but not limited to any and all fees and charges. Moreover, you acknowledge and agree that in the event a Third-Party Processor

ER-184

https://nypost.com/terms/    Go

JUL  AUG  SEP
◀  **09**  ▶
2017  **2018**  2019

5,051 captures
9 Sep 2013 – 16 Feb 2021

About this capture

## 7. Proprietary Rights.

7.1 As between you and Company, Company owns, solely and exclusively, all right, title and interest in and to the Services and all content contained and/or made available through the Services ("Content"), and all such Content is protected, without limitation, under U.S. Federal and State, as well as applicable foreign laws, rules, regulations and treaties. The term "Content" includes, without limitation, all audio/visual content, artwork, photographs, illustrations, graphics, logos, copy, text, computer code, software, music (including the musical compositions therein), data, user interfaces, visual interfaces, information, materials, and all copyrightable or otherwise legally protectable elements of the Services, including, without limitation, the design, selection, sequence, look and feel, and arrangement of the Services, and any copyrights, trademarks, service marks, trade names, trade dress, patent rights, database rights and/or other intellectual property and/or proprietary rights therein (including with respect to any content contained and/or made available in any advertisements or information presented to you via the Services). Unless the context clearly requires otherwise or we explicitly set forth in writing, the term "Services" includes "Content" as well.

7.2 The Services are to be used solely for your non-exclusive, non-assignable, non-transferable and limited personal use and for no other purposes. You must not alter, delete or conceal any copyright, trademark, service mark or other notices contained on the Services, including, without limitation, notices on any Content you transmit, download, display, print, stream or reproduce from the Services. Except as expressly authorized by Company and set forth in Additional Terms (e.g., Services that allow for the use of embeddable or viral features, applications, etc.), you shall not, nor shall you allow any third party (whether or not for your benefit or otherwise) to, frame, reproduce, modify, create derivative works from, display, perform, publish, distribute, disseminate, broadcast or circulate to any third party (including, without limitation, on or via a third-party website or platform), or otherwise use, any Content without the express, prior written consent of Company or its owner if Company is not the owner. Requests for permission to reproduce or use any of the Content can be made by contacting Company in writing at:

NYP Holdings, Inc.
Attn: Permissions Department
1211 Avenue of the Americas
New York, New York 10036

Any unauthorized or prohibited use of any Content may subject you to civil liability, criminal prosecution, or both, under applicable federal, state, local laws, or applicable foreign laws, rules, regulations and treaties. We require users to respect our copyrights, trademarks, and other intellectual property rights and shall enforce same. We likewise respect the intellectual property of others. If you believe that the Services contain elements that infringe your copyrights in your work, please follow the procedures set forth in Section 10 below. You further agree to abide by exclusionary protocols (e.g., Robots.txt) that may be used in connection with the Services. You may not access parts of the Services to which you are not authorized, or attempt to circumvent any restrictions imposed on your use of or access to the Services.

8. User Conduct. You are solely responsible for your conduct in connection with the Services. We want to keep the Services enjoyable for everyone and the use of the Services for unlawful or harmful activities is not allowed. While using the Services, you will not:

- (a) engage in or encourage conduct that would violate any applicable law, rule, regulation, judicial or government order or give rise to civil liability or violate or infringe upon any intellectual property, proprietary, privacy, moral, publicity or other rights of ours or of any other person or entity;
- (b) submit, post, email, display, transmit or otherwise make available through the Services any material or take any action that is or is likely to be unlawful, harmful, threatening, abusive, tortious, defamatory, libelous, deceptive, fraudulent, invasive of another's privacy or publicity rights, harassing, profane, obscene, vulgar or that contains explicit or graphic imagery, descriptions or accounts of excessive violence or sexual acts (including, without limitation, sexual language of a violent or threatening nature directed at another individual or group of individuals), contains a link to an adult website or is patently offensive, promotes racism, bigotry, hatred or physical harm of any kind against any group or individual;
- (c) submit, post, email, display, transmit or otherwise make available through the Services any material that you do not have a right to make available under any law, rule or regulation or under contractual or fiduciary relationships (such as inside information, proprietary or confidential information learned or disclosed as part of employment relationships or under nondisclosure agreements), or otherwise creates a security or privacy risk for any other person or entity;
- (d) engage in or encourage conduct that affects adversely or reflect negatively on Company, its affiliates, or parent company, the Services, our goodwill, name or reputation or causes duress, distress or discomfort to us or anyone else, or discourage any person or

https://nypost.com/terms/    Go     JUL AUG SEP
5,051 captures      ◀ **09** ▶
9 Sep 2013 – 16 Feb 2021     2017 **2018** 2019    About this capture

worm, spyware, Trojan horse or other computer code, file or program designed to interrupt, impair, destroy or limit the functionality of any computer software or hardware or telecommunications equipment;

- (f) use the Services for commercial or business purposes, including, without limitation, engaging in barter arrangements, pyramid schemes, advertising, marketing or offering goods or services or exploiting information or material obtained on, through or in connection with the Services, whether or not for financial or any other form of compensation or through linking with another website or service;

- (g) modify, disrupt, impair, alter or interfere with the use, features, function, operation or maintenance of the Services or the rights or use or enjoyment of the Services by any other user;

- (h) impersonate any person or entity or falsely state or otherwise represent your affiliation with a person, or entity;

- (i) forge headers or otherwise manipulate identifiers in order to disguise the origin of any content transmitted on, through or in connection with the Services;

- (j) solicit passwords or personal identifying information for commercial or unlawful purposes from other users or engage in spamming, flooding, harvesting of email addresses or other personal information, "spidering", "screen scraping", "phishing", "database scraping", or any other activity with the purposes of obtaining lists of other users or other information; or

- (k) modify, reverse engineer, decompile or disassemble any part of the Services, whether in whole or in part, or create any derivative works from any part of the Services, or encourage, assist or authorize any other person to do so.

Company assumes no responsibility for monitoring the Services for inappropriate content or conduct. If at any time Company chooses in its sole discretion to monitor the Services, Company nonetheless assumes no responsibility for User Postings (as defined herein), assumes no obligation to modify or remove any User Postings, and assumes no responsibility for the conduct of any user. Company reserves the right to investigate and take appropriate legal action against anyone who, in Company's sole discretion, violates, or is suspected of violating, this Section 8, including, without limitation, reporting you to law enforcement authorities. Further, you acknowledge, consent and agree that Company may access, preserve and disclose your account and registration information and any other content or information if required to do so by law or if based on a good faith belief that such access, preservation or disclosure is reasonably necessary to (a) comply with the law or legal process; (b) enforce these Terms; (c) respond to claims that any content or information violates the rights of any third party; (d) respond to your requests for customer or technical service; or (e) protect the rights, property or personal safety of Company, users or any third parties including acting in urgent circumstances.

Company assumes no responsibility for monitoring the Services for inappropriate content or conduct. If at any time Company chooses in its sole discretion to monitor the Services, Company nonetheless assumes no responsibility for User Postings (as defined herein), assumes no obligation to modify or remove any User Postings, and assumes no responsibility for the conduct of any user. Company reserves the right to investigate and take appropriate legal action against anyone who, in Company's sole discretion, violates, or is suspected of violating, this Section 8, including, without limitation, reporting you to law enforcement authorities. Further, you acknowledge, consent and agree that Company may access, preserve and disclose your account and registration information and any other content or information if required to do so by law or if based on a good faith belief that such access, preservation or disclosure is reasonably necessary to (a) comply with the law or legal process; (b) enforce these Terms; (c) respond to claims that any content or information violates the rights of any third party; (d) respond to your requests for customer or technical service; or (e) protect the rights, property or personal safety of Company, users or any third parties including acting in urgent circumstances.

9. User Postings.

9.1 The Services may provide you and other users with an opportunity to participate in blogs, forums and other message, comment and communication features and may provide you with the opportunity to submit, post, email, display, transmit or otherwise make available comments, reviews, links, materials, ideas, opinions, messages and other content and information via the Services (each, a "User Posting", and collectively, "User Postings"). You understand, acknowledge and agree that all User Postings are the sole responsibility of the person from which such User Postings originated. This means that you are solely and entirely responsible for the consequences of all User Postings that you submit, upload, post, email, display, transmit or otherwise make available. User Postings do not reflect the views of Company, its affiliates or parent company, and you understand that by using the Services, you may be exposed to other people's User Postings that could be offensive, indecent or objectionable and, as such, Company does not guarantee the accuracy, integrity, quality or content of any User Postings. Under no circumstances shall Company be liable in any way for User Postings, including, without limitation, errors or omissions in any User Postings, or any loss or damage of any kind incurred as a result of any User Postings submitted, uploaded, posted, emailed, displayed, transmitted or otherwise made available.

ER-186

https://nypost.com/terms/                                    Go
5,051 captures
9 Sep 2013 – 16 Feb 2021
JUL  AUG  SEP
◀  09  ▶
2017  2018  2019
About this capture

without notice to you, for any reason or for no reason whatsoever, any User Postings, including, without limitation, any Unauthorized Postings; provided, however, that Company shall have no obligation or liability to you or any third party for failure to do so or for doing so in any particular manner. As used herein, the term "Unauthorized Posting" means any User Posting that is or may be construed as violating these Terms, including, without limitation, Section 8 herein, or is deemed to be unacceptable to Company, as determined in Company's sole discretion.

9.3 In connection with all User Postings you submit, post, email, display, transmit or otherwise make available, you grant to Company the unrestricted, worldwide, non-exclusive, irrevocable, perpetual, fully paid-up and royalty-free right and license, in any form or format, on or through any media or medium and with any technology or devices now known or hereafter developed, in whole or in part, to host, cache, store, maintain, use, reproduce, distribute, display, exhibit, perform, publish, broadcast, transmit, modify, prepare derivative works of, adapt, reformat, translate, and otherwise exploit all or any portion of your User Posting on the Services and any other websites, channels, services, and other distribution platforms, whether currently existing or developed in the future, for any purpose whatsoever (including, without limitation, for any promotional purposes) without accounting, notification, credit or other obligation to you, and the right to license and sub-license and authorize others to exercise any of the rights granted hereunder to Company, in our sole discretion. For the avoidance of doubt, the rights, licenses and privileges described in these Terms and granted to Company shall commence immediately upon submission of your User Posting and shall continue thereafter perpetually and indefinitely, regardless of whether you use the Services as a registered user or not.

9.4 Company does not acquire any title or ownership rights in the User Postings that you submit and/or make available. After you submit, post, email, display, transmit or otherwise make available any User Posting, you continue to retain any such rights that you may have in such User Posting, subject to the rights, licenses and privileges granted herein. You also represent, warrant and covenant that (a) you own the User Posting posted by you or otherwise have the right to grant the rights, licenses and privileges described in these Terms and to perform and comply with all of the requirements set forth herein; (b) your submission, uploading, posting, emailing, displaying, transmission and/or making available of User Postings does not violate these Terms, any rights of any other party or entity, any of your obligations, any law, rule or regulation or infringe upon, misappropriate or violate any intellectual property, proprietary, privacy, moral, publicity or other rights of any party or entity; (c) you have the legal right and capability to enter into these Terms and perform and comply with all of its terms and conditions; and (d) you hold and shall continue to hold all the ownership, license, proprietary and other rights necessary to enter into, authorize, grant rights and perform your obligations under these Terms and shall pay for all royalties, fees, and any other monies owing to any person or entity by reason of your User Postings.

10. Digital Millennium Copyright Act. If you are a copyright owner or an agent thereof and believe that any content on the Services infringes upon your copyrights, your may submit a notification pursuant to the Digital Millennium Copyright Act ("DMCA") by providing our Designated Agent (as set forth below) with the following information in writing (see 17 U.S.C. 512(c)(3) for further details):

- A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;
- Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works on the Services are covered by a single notification, a representative list of such works on the Services;
- Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit us to locate the material;
- Information reasonably sufficient to permit us to contact you, such as an address, telephone number, and e-mail address;
- A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent or the law; and
- A statement that the information in the notification is accurate, and under penalty of perjury, that you are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Written notification of claimed infringement must be submitted to the following Designated Agent:

NYP Holdings, Inc.
Copyright Agent
c/o News Corporation
Attn. Legal Department
1211 Avenue of the Americas
New York, NY 10036

ER-187

https://nypost.com/terms/ Go

5,051 captures
9 Sep 2013 – 16 Feb 2021

JUL AUG SEP
◀ 09 ▶
2017 2018 2019

About this capture

For clarity, only DMCA notices should be sent to the Designated Agent and any other feedback, comments, requests for technical support, and other communications should be directed to Company customer service by sending an email to help@nypost.com. The Company has a policy of terminating repeat infringers' access to its Services in appropriate circumstances.

11. Certain Services Terms and Requirements.

11.1 Availability. You acknowledge that Company licenses some or all of the Content under agreement from third parties, and that Company may add, delete or disable Content, and/or add, delete, disable or modify some or all of the Services, at its sole election, and you acknowledge: (a) that you may no longer be able to use the Services to the same extent, or at all, as prior to such change or discontinuation, and (b) that Company shall have no obligation or liability to you in such case. In no event shall Company be liable for the removal of, or disabling of access to, any Content, the Services, materials or any features or portions of the Services. Company may also impose limits on the use of or access to certain features or portions of the Content or the Services, in any case and without notice or liability to you.

11.2 Device Requirements and Terms. In order to access and use the Services and the Content, you may be required to use Device(s) and other technology meeting certain system, configuration and other requirements established by Company, its content partners, licensors and other third parties (e.g., storefront, network, website, platform and other operators, etc.) (collectively, "Operators"), and you are responsible for ensuring that your Device(s) and other technology meet all such requirements at all times and prior to any purchase or order on or in connection with the Services. In addition, you are responsible for any data access, messaging and other service rates and charges you may incur in connection with your Device and/or use of the Services.

11.3 Usage Rules. Certain Content and Services (in whole or in part) may be accompanied by technology and/or other restrictions (e.g., digital rights management technology) that protect digital information and content from unauthorized use and access and may limit and restrict your usage of such Content and Services in accordance with certain rules and restrictions established by Company and/or Operators ("Usage Rules"). You agree to comply with such Usage Rules at all times, and shall not violate or attempt to violate any security components thereof. You further acknowledge and agree that the Usage Rules may be controlled and monitored by Company and/or its designees for compliance purposes, and Company reserves the right to enforce the Usage Rules with or without notice to you.

11.4 Software License Grant and Restrictions on Use. Any software available in connection with the Services is subject to United States export control laws. No such software may be downloaded or otherwise exported or re-exported in violation of United States export laws. Furthermore, any software is licensed, not sold, to users. Subject to these Terms, Company agrees to permit you, on a non-exclusive, revocable, non-transferable, non-sublicensable, limited basis, to install and/or use the software on a single Device that you own or control, provided that your installation and/or use of the software is solely (a) for your own personal use; and (b) in accordance with the restrictions and limitations set forth in these Terms. Without limiting the generality of the foregoing, you shall not: (a) rent, lease, timeshare, license, distribute, sublicense or otherwise transfer the software or any portion thereof; (b) make copies of the software or any portion thereof; (c) reverse engineer, decompile or disassemble any portion of the software; (d) create derivative works of or from the software or any portion thereof; (e) incorporate the software or any portion thereof, into any product or service; (f) use the software or any portion thereof for commercial purposes; and (g) remove, alter or obscure any copyright, trademark, trade name or other proprietary notices, legends, symbols or labels that appear in the software. All rights not expressly granted to you hereunder are reserved to us and our licensors.

11.5 Objectionable Material. You understand that by using the Services, you may encounter Content that may be deemed offensive, indecent, or objectionable by some, which Content may or may not be identified as such. Nevertheless, you agree to use the Services at your sole risk and that Company shall have no liability to you for Content that may be found to be offensive, indecent, or objectionable.

12. Customer Support. For assistance with technical issues or customer support inquiries, please refer to our support page at https://nypost.com/customer-service/ or send an email to help@nypost.com.

13. Third-Party Services and Content. The appearance, availability, or your use of (a) URLs or hyperlinks referenced or included anywhere in connection with the Services or any other form of link or re-direction of your connection to, with or through the Services, or (b) any third-party websites, content, data, information, applications, goods, services or materials (collectively, "Third-Party Services") does not constitute an endorsement by, nor does it incur any obligation, responsibility or liability on the part of Company, its affiliates, or parent company, or any of their respective successors and assigns, directors, officers, employees, representatives, agents, licensors, Advertisers, suppliers, Operators or service providers. We do not verify, endorse, or have any responsibility for Third-Party Services and any third-party business practices (including, without limitation, their collection and use of personal and other information), whether the Services' or Company's logo

ER-188

https://nypost.com/terms/    Go

5,051 captures
9 Sep 2013 – 16 Feb 2021

JUL AUG SEP
◀ 09 ▶
2017 2018 2019

About this capture

14. Advertisements. Access to the Content available on the Services is made available to you in part due to the paid advertising that appears on the Services. You agree that that you will not, and will not permit any third party to, remove, obstruct, modify or otherwise interfere with the delivery or display of advertisements on the Services. We reserve the right to suspend your access to and/or re-insert advertisements in the event we detect any such interference with the delivery or display of advertisements on the Services. Moreover, from time to time, you may choose to communicate with, interact with, or obtain Third-Party Services from our advertisers, sponsors, or other promotional partners (collectively, "Advertisers") found on or through the Services or via a hyperlinked website or platform. All such communication, interaction and participation is strictly and solely between you and such Advertisers and we shall not be responsible or liable to you in any way in connection with these activities or transactions (including, without limitation, any representations, warranties, covenants, contracts or other terms or conditions that may exist between you and the Advertisers or any goods or services you may purchase or obtain from any Advertiser).

15. Promotions, Contests, and Sweepstakes. From time to time, Company, or the Services' operational service providers, suppliers, Operators, and Advertisers may conduct promotions and other activities on, through or in connection with the Services, including, without limitation, contests and sweepstakes (collectively, "Promotions"). Each Promotion may have Additional Terms and/or Rules which shall be posted or otherwise made available to you in connection therewith.

16. Assignment. These Terms, and any rights, licenses and privileges granted herein, may not be transferred or assigned by you, but may be assigned or transferred by Company without restriction, notice or other obligation to you.

17. Indemnity. You agree to indemnify, defend and hold Company, its affiliates, and parent company, and their respective successors and assigns, directors, officers, employees, representatives, agents, licensors, Advertisers, Operators, suppliers and service providers harmless from any and all claims, liabilities, damages, losses, costs and expenses (including reasonable attorneys' fees), arising in any way out of or in connection with (a) your use of the Services, (b) your breach or violation these Terms or (c) your User Postings. Company reserves the right to assume the exclusive defense and control of any matter subject to indemnification by you and all negotiations for its settlement or compromise, and you agree to fully cooperate with us upon our request.

18. DISCLAIMER AND LIMITATIONS OF LIABILITY. THE SERVICES, AND ALL CONTENT, PRODUCTS, SERVICES AND USER POSTINGS MADE AVAILABLE ON, THROUGH OR IN CONNECTION THEREWITH, ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS, WITHOUT ANY REPRESENTATION ORWARRANTY OF ANY KIND, EXPRESS OR IMPLIED, OR ANY GUARANTY OR ASSURANCE THE SERVICES WILL BE AVAILABLE FOR USE, OR THAT ANY PRODUCTS, FEATURES, FUNCTIONS, SERVICES OR OPERATIONS WILL BE AVAILABLE OR PERFORM AS DESCRIBED. ALL IMPLIED REPRESENTATIONS, WARRANTIES AND CONDITIONS RELATING TO THE SERVICES AND THIS SITE, AND ALL CONTENT, PRODUCTS, SERVICES AND USER POSTINGS ARE HEREBY DISCLAIMED. Without limiting the foregoing, we are not responsible or liable for any malicious code, delays, inaccuracies, errors, or omissions arising out of your use of the Services. You understand, acknowledge and agree that you are assuming the entire risk as to the quality, accuracy, performance, timeliness, adequacy, completeness, correctness, authenticity, security and validity of any and all features and functions of the Services, including, without limitation, User Postings and Content associated with your use of the Services.
YOU UNDERSTAND AND AGREE THAT, TO THE FULLEST EXTENT PERMISSIBLE BY LAW, COMPANY, ITS AFFILIATES, SUCCESSORS AND ASSIGNS, AND EACH OF THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, REPRESENTATIVES, LICENSORS, OPERATORS, SERVICE PROVIDERS, ADVERTISERS AND SUPPLIERS, SHALL NOT BE LIABLE FOR ANY LOSS OR DAMAGE, OF ANY KIND, DIRECT OR INDIRECT, IN CONNECTION WITH OR ARISING FROM USE OF THE SERVICES OR FROM THESE TERMS, INCLUDING, WITHOUT LIMITATION, COMPENSATORY, CONSEQUENTIAL, INCIDENTAL, SPECIAL, EXEMPLARY OR PUNITIVE DAMAGES. IN NO EVENT SHALL OUR TOTAL LIABILITY TO YOU FOR ALL DAMAGES LOSSES AND CAUSES OF ACTION, WHETHER BASED IN CONTRACT, TORT, STRICT LIABILITY OR OTHERWISE EXCEED THE LESSER OF THE TOTAL DOLLAR AMOUNT, IF ANY, PAID BY YOU TO COMPANY FOR USE OF THE SERVICES AND $100. Some jurisdictions do not allow for the exclusion of certain warranties or certain limitations on damages and remedies, accordingly some of the exclusions and limitations described in these Terms may not apply to you.

19. Dispute Resolution and Arbitration. You and Company both benefit from establishing a predictable legal environment in regard to the Services. Therefore, you and Company explicitly agree that all disputes, claims or other matters arising from or relating to your use of the Services will be governed by the laws of the State of New York and the federal laws of the United States. You and Company also agree that Company's subsidiaries and affiliates are third-party beneficiaries of this Section 19 and that, solely for purposes of this Section 19, "we", "us", and our include both Company and Company's subsidiaries and affiliates.

https://nypost.com/terms/   Go   JUL **AUG** SEP
5,051 captures   ◀ **09** ▶
9 Sep 2013 – 16 Feb 2021   2017 **2018** 2019   ▼ About this capture

In an attempt to find the quickest and most efficient resolution of our issues, you and we agree to first discuss any issue informally for at least 30 days, except that claims based on infringement or misuses of intellectual property and/or misappropriation of trade secrets may be brought without any advance discussion as further provided below. To do that, please send your full name, your email and/or mailing address, your concern, and your proposed solution by certified mail to us at: NYP Holdings, Inc., 1211 Avenue of the Americas, New York, NY 10036; Attn: Legal Department. If we would like to discuss an issue with you, we will contact you using an email or mailing address we have on file for you.

IF WE DO NOT REACH AN AGREED UPON SOLUTION AFTER OUR DISCUSSIONS FOR AT LEAST 30 DAYS, YOU AND WE AGREE THAT ANY CONTROVERSY, CLAIM OR DISPUTE ARISING OUT OF OR RELATING TO THESE TERMS OR THE SERVICES, OR THE RELATIONSHIP WHICH RESULTS FROM THESE TERMS, INCLUDING WITHOUT LIMITATION, THE PERFORMANCE, BREACH, ENFORCEMENT, EXISTENCE OR VALIDITY OF THE MATTERS PROVIDED FOR IN THESE TERMS OR YOUR USE OF THE SERVICES, OUR RELATIONSHIP WITH EACH OTHER, THIS AGREEMENT TO ARBITRATE OR THE SCOPE OF THIS ARBITRATION AGREEMENT (A "CLAIM"), MUST BE RESOLVED THROUGH PRIVATE AND CONFIDENTIAL BINDING INDIVIDUAL ARBITRATION BEFORE JAMS, PURSUANT TO JAMS' STREAMLINED ARBITRATION RULES AND PROCEDURES LOCATED AT WWW.JAMS.ADR.COM. ALL CLAIMS WILL BE ARBITRATED BEFORE A SINGLE ARBITRATOR ON AN INDIVIDUAL BASIS, AND WILL NOT BE CONSOLIDATED OR JOINED IN ANY ARBITRATION WITH ANY CLAIM OF ANY OTHER PARTY. AS AN EXCEPTION TO THIS ARBITRATION AGREEMENT, EITHER YOU OR WE MAY PURSUE IN SMALL CLAIMS COURT ANY CLAIM THAT IS WITHIN THAT COURT'S JURISDICTION AS LONG AS YOU PROCEED ONLY ON AN INDIVIDUAL BASIS, AND YOU OR WE MAY AT ANY TIME BRING SUIT IN ANY COURT OF COMPETENT JURISDICTION LOCATED IN THE STATE OF NEW YORK, COUNTY OF NEW YORK AGAINST THE OTHER IN RELATION TO CLAIMS BASED ON INFRINGEMENT OR MISUSE OF INTELLECTUAL PROPERTY AND/OR MISAPPROPRIATION OF TRADE SECRETS AND YOU AND WE WAIVE ANY RIGHT TO TRIAL BY JURY.

NOTHING HEREIN SHALL BE CONSTRUED TO PRECLUDE ANY PARTY FROM SEEKING INJUNCTIVE RELIEF IN ORDER TO PROTECT ITS RIGHTS PENDING AN OUTCOME IN ARBITRATION. INJUNCTIVE RELIEF MAY BE SOUGHT IN THE STATE OR FEDERAL COURTS LOCATED IN THE STATE OF NEW YORK, COUNTY OF NEW YORK.
YOU AND WE ALSO AGREE TO ARBITRATE IN EACH OF YOUR AND OUR INDIVIDUAL CAPACITIES ONLY, NOT AS A REPRESENTATIVE OR MEMBER OF A CLASS, AND YOU AND WE EXPRESSLY WAIVE ANY RIGHT COMMENCE OR PARTICIPATE IN ANY CLASS ACTION OR SEEK RELIEF ON A CLASS BASIS AND, WHERE APPLICABLE, YOU AND WE ALSO AGREE TO OPT OUT OF ANY SUCH CLASS PROCEEDING.

If your claim is for $10,000 or less, we agree that the arbitration will be conducted solely on the basis of documents submitted to the arbitrator, unless you request a telephonic or in-person hearing. The arbitration hearings for U.S. residents will be held in New York, New York. If this location is not convenient for you, please let us know and we will work to determine a mutually convenient location. If we cannot agree on such a location, the arbitrator will determine the location of the hearing.

For United States residents, regardless of who initiates the arbitration, we will reimburse you for your share of arbitration fees (not including your attorneys' fees) up to a maximum of $2,500.

If the arbitrator rules against us, in addition to accepting whatever responsibility is ordered by the arbitrator, we will reimburse your reasonable attorneys' fees and costs up to a maximum of $5,000, regardless of who initiated the arbitration. In addition, if the arbitrator rules in our favor, we will not seek reimbursement of our attorney's fees and costs, regardless of who initiated the arbitration unless the arbitrator finds some or all of your claims to be frivolous or to have been brought in bad faith.

You and we agree to maintain the confidential nature of the arbitration proceeding and shall not disclose the fact of the arbitration, any documents exchanged, the proceedings, the arbitrator's decision and the existence or amount of any award, except as may be necessary to prepare for or conduct the arbitration (in which case anyone becoming privy to confidential information must undertake to preserve its confidentiality), or except as may be necessary in connection with a court application for a provisional remedy, the enforcement of an award, or unless otherwise required by law or court order.

IT IS IMPORTANT THAT YOU UNDERSTAND THAT BY ENTERING INTO THIS ARBITRATION AGREEMENT, YOU ARE WAIVING ANY RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION AGAINST US FOR CLAIMS THAT ARE COVERED BY THIS AGREEMENT TO ARBITRATE. THE ARBITRATOR'S DECISION WILL BE CONCLUSIVE AND BINDING AND MAY BE ENTERED AS A JUDGMENT IN ANY COURT OF COMPETENT JURISDICTION.

ER-190

https://nypost.com/terms/          Go        JUL  AUG  SEP
5,051 captures                                                         ◄ 09 ►
9 Sep 2013 – 16 Feb 2021                                           2017  2018  2019      ▼ About this capture

shall be deemed amended to the extent necessary to make it legal, valid and enforceable. Any provision that must survive in order to allow us to enforce its meaning shall survive the termination of these Terms. No action arising out of these Terms or your use of the Services, regardless of form or the basis of the claim, may be brought by you more than one year after the cause of action has arisen (or if multiple causes, from the date the first such cause arose). The failure of Company to exercise or enforce any right or provision of these Terms will not operate as a waiver of such right or provision.

21. Terms Pertaining to Certain Third Party Content, Data and Information Providers and Mobile Application Platforms.

21.1 AP Material. By accessing the Services, you specifically acknowledge and agree that (i) Associated Press text, photo, graphic, video and/or audio material shall not be published, broadcast, rewritten for broadcast or publication or redistributed directly or indirectly in any medium; (ii) No Associated Press materials nor any portion thereof may be stored in a computer except for personal and non-commercial use; (iii) The Associated Press will not be held liable for any delays, inaccuracies, errors or omissions therefrom or in the transmission or delivery of all or any part thereof or for any damages arising from any of the foregoing; (iv) The Associated Press is an intended third party beneficiary of these terms and conditions and it may exercise all rights and remedies available to it; and (v) The Associated Press reserves the right to audit possible unauthorized commercial use of AP materials or any portion thereof at any time.

21.2 Mobile Applications. If you access the Services through a mobile application or other type of third party platform, the applicable End User License Agreement for the platform through which you downloaded the mobile application may apply in addition to these Terms and you agree that you are subject to such terms in addition to these Terms.

ER-191

# Exhibit 18

Michael Levy        09/24/2021
EXHIBIT
**06**
Angela Campagna

1  Troy L. Isaacson, Esq., NV Bar No. 6690
   MADDOX ISAACSON & CISNEROS, LLP
2  11920 Southern Highlands Parkway, Suite 100
   Las Vegas, Nevada 89141
3  Telephone: (702) 366-1900
   Facsimile: (702) 366-1999
4

5  Ryan L. Isenberg
   Georgia Bar No. 384899
6  Isenberg & Hewitt, P.C.
   6600 Peachtree Dunwoody Road
7  600 Embassy Row, Suite 150
   Atlanta, Georgia 30328
8  770-351-4400 (Voice)
   770-828-0100 (Fax)
9  ryan@isenberg-hewitt.com

10

11                    UNITED STATES DISTRICT COURT

12                         DISTRICT OF NEVADA

13 ROBERT MILLER,                          CIVIL ACTION FILE

14        PLAINTIFF,                        NO. 2:18-cv-02097-JAD-VCF

15 V.

16
   4INTERNET, LLC AND
17 JOHN DOES 1-10

18        DEFENDANTS.

19 AND

20 4INTERNET, LLC

21        COUNTERCLAIMANT

22 V.

23 ROBERT MILLER, AND MATHEW HIGBEE,
   AND THE LAW FIRM OF HIGBEE
24 & ASSOCIATES, APC AND
   CHRISTOPHER SADOWSKI
25
          COUNTERCLAIM DEFENDANTS
26

27                        **AMENDED ANSWER**
                                 1
28

COMES NOW, 4Internet, LLC ("Defendant") in the above-styled action, and herein files this its Answer and Counterclaim, and shows this Court as follows:

Defendant responds to the enumerated paragraphs below.

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Defendant lacks sufficient information to form a belief as to the facts alleged in this paragraph.

6. Admitted.

7. Admitted.

8. Defendant admits the literal allegations in this paragraph, but in further response, as described in the counterclaim below, this is just one of over a thousand domains that are part of the 4Search.com, which utilizes a new method used to index and search the internet. These domains cover a wide range of topics including, but not limited to, many different religions, many political viewpoints, the sciences, sports, hobbies, consumer goods, etc. . .

9. Defendant admits only that the 4rightwing.com/about page contains in its description that it "is a search engine for those who are tired of the left-wing liberal bias." The page at the 4rightwing.com URL does not mention 4jewish.com. In further response, as described in the counterclaim below, this is just one of over a thousand domains that are part of the 4Search.com, which

2

utilizes a new method used to index and search the internet. These domains cover

a wide range of topics including, but not limited to, many different religions,

many political viewpoints, the sciences, sports, hobbies, consumer goods, etc. . .

10. Denied.

11. Denied.

12. Defendant lacks sufficient information to form a belief as to the facts alleged in this paragraph.

13. Defendant lacks sufficient information to form a belief as to the facts alleged in this paragraph.

14. Defendant admits that a copyright with the alleged registration number is registered to a Robert Miller. Any other allegation contained in this paragraph is denied.

15. Defendant lacks sufficient information to form a belief as to the facts alleged in this paragraph. In further response, Defendant shows that it believes this to be true, but will not take Plaintiff's allegation as truth.

16. Defendant admits only that there was a credit below in the bottom left corner attributing credit to Robert Miller.

17. Defendant responds to this allegation by showing that a person whose internet protocol address was 69.124.101.106 visited a page on one of Defendant's sites that contained a link and preview of a story and image located on a New York Post server. Defendant further shows that, based on its internet server logs, which identify higbeeassociates.com as part of the referrer string, 69.124.101.106 appears to have been used by an employee or agent of Higbee & Associates.

3

ER-195

Defendant admits only that the image contained in Exhibit E appears to be the subject image that could have been fetched from https://www.4jewish.com/nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york-post/. In further response, Defendant shows that without an unadulterated digital version of Exhibit E, it cannot admit to its authentication. Defendant denies that the NY Post article was "re-posted" and denies any other allegations that may be found or inferred in this paragraph.

18. Denied to the extent that Miller may have granted an implied license by seeding the image on the internet for the purpose of generating a copyright infringement action, or may have granted or released rights to the New York Post that may be identified in discovery. Defendant further denies that any authorization was required or necessary.

19. Defendant admits to receiving correspondence from Plaintiff's counsel, but denies any characterization of such communication as it speaks for itself. In further response, Defendant shows that upon receipt of the letter, the post was removed. Any other allegation that may be inferred from this allegation is denied.

20. Defendant admits that its's counsel corresponded with Plaintiff's counsel, but in further response denies there was any negotiation as Defendant is unwilling to be a victim to Plaintiff's extortionate conduct.

21. Denied.

22. Defendant incorporates paragraphs 1-21 above as if fully set forth herein.

4

23. The allegations in this paragraph are based on a false premise that Defendant needed authorization, consent, or permission, which itself is denied. In further response, Defendant denies the allegations in this paragraph.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Any allegation not specifically admitted is hereby denied.

Defendant raises and asserts the following defenses to Plaintiff's claims.

## Facts Common to Fair Use and DMCA Defense

### ("common facts")

1. Defendant 4Internet operates a search engine.

2. The search engine technology (owned by its sister entity Ubunifu, LLC) utilizes a novel method of internet search described as Dynamic Search Set Creation.

3. A patent application was submitted to the United States Patent and Trademark Office ("USPTO") on February 18, 2015, and a patent was issued and assigned number 14/624,609.

4. The search engine has effectively been live "beta testing" and was not in its final form at the time of the alleged use of the Plaintiff's photograph.

5. 4Internet's search engine is comprised of thousands of domains all containing the number four as a prefix. These domains are topical and combined with the underlying patented process, are designed to produce more relevant results than a user would get using Google®, Yahoo®, or Bing®.

5

6. Search engines are used to find information.

7. Organizations and institutions that seek to attract consumers, users, and viewers, publish information on the World Wide Web.

8. If an organization or institution, such as and including the New York Post, would prefer to have its website not indexed, it can do so.

9. 4Internet uses automated processes to crawl and index the world wide web.

10. When a search is made on one of the 4Internet sites the result displays a title that is pulled directly from the source site, a link to the source, the first sentence or two from the source page, and if there is a picture associated with the source page, a reduced size image is displayed.

11. The image displayed does not reside on the 4Internet server, but resides on the server of the source.

12. When a user views the displayed image accompanying the result, the user's own settings may affect the size and placement of the display.

<div align="center">(Facts Relating to Creativity Defenses)</div>

13. Upon information and belief, there are 1.3 Trillion photographs taken every year.

14. Upon information and belief, at least seventy-seven percent (77%) of Americans own smart phones capable of taking digital photographs.

15. Upon information and belief, when shown photographs taken by an iPhone X and a dSLR camera, individuals are unable to identify which device was used to take the picture.

<div align="center">**First Defense**</div>

Plaintiff has failed to state a claim upon which relief can be granted.

<div align="center">6</div>

## Second Defense

Plaintiff's image lacks the constitutionally required minimal degree of creativity. In furtherance of this defense, 4Internet asserts as follows:

16. The image in question is a picture of a goat that escaped from a farm.

17. The photographer did not choose the subject, background, lighting, or time when the photograph was taken.

18. The photographer did not dress the goat, pose the goat, or tell the goat to smile or where to stand.

19. The image's EXIF data shows the photographer used the Program AE mode, meaning that a computer camera engineer controlled the amount of light allowed through the aperature and the speed of the shutter.

20. A high definition security camera would have recorded the same image.

## Third Defense - Fair Use

Plaintiff's claims are barred as fair use under 17 U.S.C. § 107. In support of this defense, 4Internet incorporates paragraphs 1-15 from its common facts above as if fully set forth herein, and further asserts the following:

16. The image attached to Plaintiff's Complaint as Exhibit E was located on the server of the New York Post.

17. By indexing the article and accompanying image that was displayed by the original source, 4Internet's use served the purpose of improving access to information and was thus transformative.

18. When a user clicks on an image displayed on 4Internet's search result, including the image at issue in this case, the user would be immediately redirected to the source

7

location (here the New York Post). Because the image is used as a mechanism to direct the viewer to the original source, the image is transformed from its original purpose.

19. The image at issue in this case is that is merely a factual observational of an animal.

20. Upon information and belief, there was and is no market for the image at issue, and therefore the market could not have been affected by 4Internet's use.

**Fourth Defense**

In light of Plaintiff's practice of taking photographs of no actual value, for which there is no market, and seeding them on for the purpose of generating revenue through copyright infringement, Plaintiff's claims for equitable relief are barred by unclean hands.

**Fifth Defense**

Stricken by consent.

**Sixth Defense**

By placing photographs of no real value, for which there is no market, on the internet, without providing any copyright notice in the photograph's metadata, Plaintiff has granted an implied revocable license for the use of such photographs.

**Seventh Defense**

The New York Post placed the subject image on Twitter®. In so doing, the terms and conditions found at https://twitter.com/en/tos provide that the license granted to Twitter "authorizes us to make your Content available to the rest of the world *and to let others do the same* (emphasis added). Plaintiff's claims are therefore barred by express license.

8

ER-200

**Eighth Defense**

Plaintiff's photograph lacks sufficient originality such that it does not qualify for registration under 17 U.S.C. § 102.

**Ninth Defense**

4Internet is a service provider under 17 U.S.C. § 512(a) and 512(b) and is entitled to immunity from any claims arising from the display of Plaintiff's photograph. In furtherance of this defense, 4Internet asserts as follows:

21. 4Internet is an internet service provider under 17 U.S.C. § 512(k)(1)(A) as it transmits information between a user and content of the user's choosing without alteration.

22. At all times relevant hereto, 4Internet had in place a policy that informed users that it could terminate access in the event of unauthorized use, including infringing uses.

23. At all times relevant hereto, 4Internet accommodated and did not interfere with standard technical measures, including those intended to prevent the display of copyrighted images.

24. Plaintiff's photograph as shown in Complaint Exhibit E was displayed from the server of the New York Post. That image as displayed was not located on the 4Internet server.

25. 4Internet offers users the ability to search for and view content that is located on other networks.

26. 4Internet plays no active role in selecting or modifying any image that is displayed on or through its system.

9

ER-201

27. 4Internet does not select the recipients of any images or other materials. Any images or materials are only made available as an automatic response to the user's query.

28. Other than for caching purposes, no copies are made or maintained of any images.

29. 4Internet only keeps images that are indexed in its system on a temporary basis.

30. At the time of the alleged infringement, when 4Internet would index an image, that image was downloaded into the system cache for the sole purpose of creating a thumbnail, and the downloaded image was subsequently discarded. Currently, the image is never stored in any form of permanent storage but processed through a filter to create a thumbnail and is not otherwise accessible by any user.

31. At the time of the allege infringement, a user could only view an image on a 4Internet site if that image was made available by a third-party online source.

32. 4Internet's indexing, downloading, caching and thumbnail creation are all automated technical processes that serve the purpose of making information requested by a user more easily available.

### Tenth Defense

Article I, § 8, cl. 8, of the Constitution provides Congress the authority to promote the progress of science and useful arts . . . As of 2015, a New York Times article estimated by 2017, people would take 1.3 Trillion pictures per year. As of 2018, according to a Pew Research Center survey, 77% of Americans own smartphones. In a 2017 article published on the website CNET, anecdotally, individuals were unable to discern between pictures taken by an iPhone X and a dSLR camera. Taking these as facts and assuming them to be true, as applied to photographs, 17 U.S.C. §§ 102 and 410 are unconstitutional.

10

WHEREFORE, as to Plaintiff's claims, Defendant 4Internet, LLC prays that the Complaint be dismissed, with all costs taxed to the Plaintiff, for an award of attorney's fees pursuant to 17 U.S.C. § 505, and for such other and further relief deemed necessary and just by this Court.

Dated this the 10<u>th</u> day of <u>May</u>, 2019.

/s/ Ryan Isenberg
Ryan L. Isenberg

**Certificate of Service**

This is to certify that I have this day served the within and foregoing Amended Answer upon Plaintiff and all other parties of record by filing the same using the CM\ECF system, which will generate notice to the following counsel of record:

Mathew K. Higbee, Esq.
HIGBEE & ASSOCIATES
3481 E Sunset Rd., Suite 100
Las Vegas, NV 89120

/s/ Ryan Isenberg

11

# Exhibit 19

Michael Levy 09/24/2021
**EXHIBIT**
**07**
Angela Campagna

1  Troy L. Isaacson, Esq., NV Bar No. 6690
2  MADDOX ISAACSON & CISNEROS, LLP
   11920 Southern Highlands Parkway, Suite 100
3  Las Vegas, Nevada 89141
   Telephone: (702) 366-1900
4  Facsimile: (702) 366-1999

5  Ryan L. Isenberg
   Georgia Bar No. 384899
6  Isenberg & Hewitt, P.C.
   6600 Peachtree Dunwoody Road
7  600 Embassy Row, Suite 150
   Atlanta, Georgia 30328
8  770-351-4400 (Voice)
   770-828-0100 (Fax)
9  ryan@isenberg-hewitt.com

10

11                    UNITED STATES DISTRICT COURT

12                        DISTRICT OF NEVADA

13  ROBERT MILLER,                    CIVIL ACTION FILE

14          PLAINTIFF,                NO. 2:18-cv-02097-JAD-VCF

15  V.

16
    4INTERNET, LLC AND
17  JOHN DOES 1-10

18          DEFENDANTS.

19  AND

20  4INTERNET, LLC

21          COUNTERCLAIMANT

22  V.

23  ROBERT MILLER, AND MATHEW HIGBEE,
    AND THE LAW FIRM OF HIGBEE
24  & ASSOCIATES, APC AND
    CHRISTOPHER SADOWSKI
25
            COUNTERCLAIM DEFENDANTS
26  _____

27                 **DECLRATION OF MICHAEL LEVY**
                              1
28

1. My name is Michael Levy. I am over the age of 18, and competent, and have personal knowledge of the matters set forth below.

2. I am the Managing Member of 4Internet, LLC. I am also the only person that works on and is familiar with the 4Internet web site, server, log files and server data.

3. I have populated a spreadsheet with data from the 4Internet server showing visits from Copypants from April 30 through October 4, 2018. A true and correct[1] copy of the spreadsheet is attached hereto as Exhibit "A."

4. Column H of Exhibit A contains the user agent, which tells me both that the visit is from a "bot" and for most of the visits they include a copypants.com e-mail address.

5. The results within the sheet that do not reference Copypants are visits from systems that share the Copypants internet protocol (IP) addresses.

6. The visits from Copypants continued through October 4, 2018 when this data was downloaded. Visits are likely to have continued, but any change in the IP address and user agent would make it much more difficult to find. In other words, if the program were deployed from another location using a different computer setup, without the Copypants data, it would be very difficult to detect.

7. I also downloaded visits recorded from Higbee & Associates, a true and correct copy[2] of which I have attached as Exhibit "B." Column J of this spreadsheet records the

---

[1] Certain of the columns that have either data or data immaterial to this motion have been hidden for printing purposes.
[2] Certain of the columns that have either data or data immaterial to this motion have been hidden for printing purposes. The referrer strings for rows 114, 118, and 119 were exceptionally long and have been removed for printing purposes.

2

originating referrer string which is the website the visitor was on just before it visited the page when the session was created. This is the page that would be retrieved if you entered the content from Columns C and E into a web browser.  The copyright.higbeeassociates.com domain in the referrer tells me that the visitor is an employee of Higbee & Associates and from their I can see the internet protocol addresses used to further identify other visits from Higbee & Associates employees.[3]

8. On March 25, 2019, I took screenshots from the copypants.com website, including two that detailed the close relationship between Copypants and Higbee & Associates.  I have attached true and correct copies of those pages as Exhibit "C."  Since that time, the Copypants site appears to have been taken down.

9. Attached as Exhibit "D" are a screenshot of a Higbee & Associates website and a picture of a Higbee & Associates booth in which Higbee & Associates holds itself out as using "several leading search companies" as part of its service, and claims that a "team of technology and legal experts" will find unauthorized use of client images.  To further authenticate the booth image, there is a video of Mr. Higbee in front of the booth that can be viewed at https://www.youtube.com/watch?v=onGTLWe8k9U.

10. Mathew Higbee has founded Image Defenders, a service that claims to provide essentially the same service as Copypants did.  Screenshots of the About Us (located at http://imagedefenders.com/about/) and another Image Defenders page that describes that

---

[3] It is certainly possible that the IP addresses are shared, but given the traffic and user data obtained, it appears that these addresses are related to Copypants.

3

it takes several weeks or a few months for the search engine to a deep dive to find infringing images (located at http://imagedefenders.com/faq/) are attached as Exhibit "E."

11. Image Defenders also represents that after it uses "the technology of multiple search companies" the results are then reviewed by humans. I have attached a screenshot of this page as Exhibit "F" (located at http://imagedefenders.com/faq/).

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


**SPACE LEFT INTENTIONALLY BLANK**


**[SIGNATURE ON NEXT PAGE]**

4

Executed on this the 6<sup>th</sup> day of June, 2019 under penalty of perjury.

Michael A. Levy

5

Exhibit A

| | B | C | D | E | F | H | I |
|---|---|---|---|---|---|---|---|
| 1 | TimeStampVar | DomainName | Page | URL | IPaddress | UserAgent | HTTPreferrer |
| 2 | 4/30/2018 14:26:43 | 4conservative.com | source | /source/nypost.com/?lt= | 52.184.164.235 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/source/nypost.com/?lt=20&pg=2&ncat= |
| 3 | 4/30/2018 14:34:44 | 4conservative.com | source | /source/nypost.com/?lt= | 52.184.164.235 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/source/nypost.com/?lt=20&pg=2&ncat= |
| 4 | 5/1/2018 21:10:48 | 4search.com | NA | / | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/ |
| 5 | 5/1/2018 21:10:52 | 4search.com | privacy | /privacy/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/privacy/ |
| 6 | 5/1/2018 21:10:54 | 4search.com | terms-of-use | /terms-of-use/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/terms-of-use/ |
| 7 | 5/1/2018 21:10:55 | 4search.com | about | /about/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/about/ |
| 8 | 5/1/2018 21:10:56 | 4search.com | contact | /contact/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/contact/ |
| 9 | 5/1/2018 21:10:58 | 4search.com | contact | /contact/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/contact/ |
| 10 | 5/1/2018 21:11:00 | 4search.com | privacy | /privacy | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/privacy |
| 11 | 5/1/2018 21:11:01 | 4search.com | copyright-notice | /copyright-notice/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/copyright-notice/ |
| 12 | 5/1/2018 21:11:04 | 4search.com | privacy | /privacy/privacy-contact- | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/privacy/privacy-contact-form.php |
| 13 | 5/1/2018 21:11:05 | 4search.com | terms-of-use | /terms-of-use/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/terms-of-use/ |
| 14 | 5/1/2018 21:11:07 | 4search.com | privacy-contact-form | /privacy-contact-form/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/privacy-contact-form/ |
| 15 | 5/1/2018 21:11:09 | 4search.com | privacy | /privacy/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/privacy/ |
| 16 | 5/1/2018 21:11:10 | 4search.com | partner | /partner/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/partner/ |
| 17 | 5/1/2018 21:11:11 | 4search.com | add-website | /add-website/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/add-website/ |
| 18 | 5/1/2018 21:11:13 | 4search.com | advertise | /advertise/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4search.com/advertise/ |
| 19 | 5/1/2018 21:11:53 | 4fem.com | NA | / | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/ |
| 20 | 5/1/2018 21:11:56 | 4fem.com | privacy | /privacy/ | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/privacy/ |
| 21 | 5/1/2018 21:11:58 | 4fem.com | terms-of-use | /terms-of-use/ | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/terms-of-use/ |
| 22 | 5/1/2018 21:11:59 | 4fem.com | about | /about/ | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/about/ |
| 23 | 5/1/2018 21:12:01 | 4fem.com | contact | /contact/ | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/contact/ |
| 24 | 5/1/2018 21:12:02 | 4fem.com | copyright-notice | /copyright-notice/ | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/copyright-notice/ |
| 25 | 5/1/2018 21:12:03 | 4fem.com | contact | /contact/ | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/contact/ |
| 26 | 5/1/2018 21:12:04 | 4fem.com | privacy | /privacy | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/privacy |
| 27 | 5/1/2018 21:12:06 | 4fem.com | terms-of-use | /terms-of-use/ | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/terms-of-use/ |
| 28 | 5/1/2018 21:12:07 | 4fem.com | privacy | /privacy/privacy-contact- | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/privacy/privacy-contact-form.php |
| 29 | 5/1/2018 21:12:09 | 4fem.com | privacy-contact-form | /privacy-contact-form/ | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/privacy-contact-form/ |
| 30 | 5/1/2018 21:12:10 | 4fem.com | privacy | /privacy/ | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/privacy/ |
| 31 | 5/1/2018 21:12:11 | 4fem.com | partner | /partner/ | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/partner/ |
| 32 | 5/1/2018 21:12:12 | 4fem.com | add-website | /add-website/ | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/add-website/ |
| 33 | 5/1/2018 21:12:13 | 4fem.com | advertise | /advertise/ | 40.70.7.184 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4fem.com/advertise/ |
| 34 | 5/1/2018 21:21:11 | 4fem.com | source | /source/nytimes.com/ | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4fem.com/source/nytimes.com/ |
| 35 | 5/11/2018 7:50:02 | 4conservative.com | item | /item/3765130/trump-te | 52.184.164.235 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/item/3765130/trump-tells-senator-there-will-be-no-marijuana-crackdown, |
| 36 | 5/11/2018 16:57:18 | 4conservative.com | item | /item/4474597/man-zapp | 52.179.155.58 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/item/4474597/man-zapped-with-stun-gun-in-customer-feud-at-times, |
| 37 | 5/14/2018 13:04:48 | 4conservative.com | item | /item/3740754/dershowi | 13.77.86.223 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4conservative.com/item/3740754/dershowitz-bannon-offer-trump-advice-on-crippling-mueller, |
| 38 | 5/16/2018 22:53:53 | 4conservative.com | NA | / | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/ |
| 39 | 5/16/2018 22:53:56 | 4conservative.com | privacy | /privacy/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/privacy/ |
| 40 | 5/16/2018 22:53:58 | 4conservative.com | terms-of-use | /terms-of-use/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/terms-of-use/ |
| 41 | 5/16/2018 22:54:01 | 4conservative.com | about | /about/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/about/ |
| 42 | 5/16/2018 22:54:05 | 4conservative.com | source | /source/thetruthaboutgu | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/source/thetruthaboutguns.com/ |
| 43 | 5/16/2018 22:54:17 | 4conservative.com | contact | /contact/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/contact/ |
| 44 | 5/16/2018 22:54:18 | 4conservative.com | copyright-notice | /copyright-notice/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/copyright-notice/ |
| 45 | 5/16/2018 22:54:20 | 4conservative.com | privacy | /privacy | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/privacy |
| 46 | 5/16/2018 22:54:21 | 4conservative.com | terms-of-use | /terms-of-use/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/terms-of-use/ |
| 47 | 5/16/2018 22:54:23 | 4conservative.com | privacy | /privacy/privacy-contact- | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/privacy/privacy-contact-form.php |
| 48 | 5/16/2018 22:54:24 | 4conservative.com | privacy-contact-form | /privacy-contact-form/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/privacy-contact-form/ |
| 49 | 5/16/2018 22:54:26 | 4conservative.com | privacy | /privacy/ | 52.184.164.235 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4conservative.com/privacy/ |
| 50 | 6/9/2018 5:37:50 | 4search.com | item | /item/3963848/homeless | 13.68.77.94 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4search.com/item/3963848/homeless-man-stole-ticket-from-don-larsen8217s-1956-perfect-game, |
| 51 | 6/11/2018 15:26:55 | 4entertainment.com | item | /item/5285702/american | 52.184.165.232 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) C | https://www.4entertainment.com/item/5285702/american-gridlock--zero-hedge/ |
| 52 | 6/11/2018 17:24:36 | 4christian.com | NA | / | 52.179.138.23 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/ |
| 53 | 6/11/2018 17:24:37 | 4christian.com | NA | / | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/ |
| 54 | 6/11/2018 17:24:41 | 4christian.com | terms-of-use | /terms-of-use/ | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/terms-of-use/ |
| 55 | 6/11/2018 17:24:42 | 4christian.com | privacy | /privacy/ | 52.179.138.23 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/privacy/ |
| 56 | 6/11/2018 17:24:43 | 4christian.com | privacy | /privacy/ | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/privacy/ |
| 57 | 6/11/2018 17:24:44 | 4christian.com | terms-of-use | /terms-of-use/ | 52.179.138.23 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/terms-of-use/ |
| 58 | 6/11/2018 17:24:44 | 4christian.com | contact | /contact/ | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/contact/ |
| 59 | 6/11/2018 17:24:46 | 4christian.com | about | /about/ | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/about/ |
| 60 | 6/11/2018 17:24:46 | 4christian.com | contact | /contact/ | 52.179.138.23 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/contact/ |
| 61 | 6/11/2018 17:24:48 | 4christian.com | source | /source/pregnancyhelpne | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/source/pregnancyhelpnews.com/ |
| 62 | 6/11/2018 17:24:49 | 4christian.com | about | /about/ | 52.179.138.23 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/about/ |
| 63 | 6/11/2018 17:24:51 | 4christian.com | source | /source/pregnancyhelpne | 52.179.138.23 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/source/pregnancyhelpnews.com/ |
| 64 | 6/11/2018 17:24:51 | 4christian.com | item | /item/5720389/majority- | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/item/5720389/majority-of-americas-oppose-roe-v.-wade-decision-legalizing-virtually, |
| 65 | 6/11/2018 17:24:52 | 4christian.com | item | /item/5720389/majority- | 52.179.138.23 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/item/5720389/majority-of-americas-oppose-roe-v.-wade-decision-legalizing-virtually, |
| 66 | 6/11/2018 17:25:10 | 4christian.com | privacy | /privacy/privacy-contact- | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/privacy/privacy-contact-form.php |
| 67 | 6/11/2018 17:25:12 | 4christian.com | contact | /contact/ | 52.179.138.23 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/contact/ |
| 68 | 6/11/2018 17:25:14 | 4christian.com | privacy-contact-form | /privacy-contact-form/ | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/privacy-contact-form/ |
| 69 | 6/11/2018 17:25:15 | 4christian.com | privacy | /privacy | 52.179.138.23 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/privacy |
| 70 | 6/11/2018 17:25:17 | 4christian.com | contact | /contact/ | 13.68.77.94 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/contact/ |
| 71 | 6/11/2018 17:25:18 | 4christian.com | copyright-notice | /copyright-notice/ | 52.179.138.23 | Mozilla/5.0 (compatible; BotPants/1.0; Linux; +info@copypants.com) KHTM | https://www.4christian.com/copyright-notice/ |

This page is a dense spreadsheet exhibit with columns labeled B through Y. Column B contains date/time stamps (e.g. 6/11/2018 17:25:19, 4/15/2018 12:23:35, etc.), column C contains domain names (4christian.com, 4africanamerican.com, 4nascar.com, 4entertainment.com, 4catholic.com), column D contains page-type keywords (privacy, copyright-notice, terms-of-use, contact, about, item, advertise, partner, source, add-website, NA, privacy-contact-form), column E contains URL path fragments (/privacy/, /copyright-notice/, /terms-of-use/, /contact/, /about/, /privacy/privacy-contact-form/, etc.), column F contains numeric values (13.68.77.94, 52.179.138.23, 13.77.86.223, 52.184.165.232, 52.184.163.232, 40.70.11.114, etc.), column H contains browser user-agent strings (Mozilla/5.0 (compatible; BotPan/2.0; Linux; +info@ecopants.com) KHTML, (Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) ...), and columns O–Y contain full URLs (https://www.4christian.com/privacy/, etc.).

| | B | C | D | E | F | H | I |
|---|---|---|---|---|---|---|---|
| 356 | 9/6/2018 20:32:47 | 4conservative.com | refinery29.com | /refinery29.com/how-exp | 52.179.138.23 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | (https://www.4conservative.com/refinery29.com/how-express-is-trying-to-make-its-retail-shops-relevant-again, |
| 357 | 10/2/2018 9:23:44 | 4search.com | nydailynews.com | /nydailynews.com/state- | 52.179.138.23 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | (https://www.4search.com/nydailynews.com/state-senator-urges-gov-cuomo-to-veto-bill-creating-an-official-humane-to-honor-veterans, |
| 358 | 10/2/2018 11:14:25 | 4search.com | nydailynews.com | /nydailynews.com/dean- | 13.77.86.223 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | (https://www.4search.com/dean-skelos-and-son-lose-bid-to-have-trial-moved-out-of-state, |
| 359 | 10/4/2018 14:30:30 | 4search.com | nydailynews.com | /nydailynews.com/counc | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | (https://www.4search.com/nydailynews.com/council-to-introduce-bills-to-create-help-centers-for-struggling-taxi-drivers, |
| 360 | 10/4/2018 18:38:59 | 4search.com | nydailynews.com | /nydailynews.com/driver | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | (https://www.4search.com/driver-in-park-slope-death-of-two-kids-punched-in-rikers-island-assault-her-lawyer-claims |
| 361 | 10/4/2018 18:39:00 | 4search.com | nypost.com | /nypost.com/city-redesig | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | (https://www.4search.com/city-redesigning-park-slope-street-where-motorist-mowed-down-kids, |
| 362 | 10/4/2018 18:39:01 | 4search.com | nypost.com | /nypost.com/city-redesig | 40.70.14.114 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | (https://www.4search.com/city-redesigning-park-slope-street-where-motorist-mowed-down-kids, |
| 363 | 10/4/2018 18:39:12 | 4search.com | dailymail.co.uk | /dailymail.co.uk/pregnan | 52.179.138.23 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | (https://www.4search.com/pregnant-broadway-actress-rather-arm-miles-loses-her-unborn-baby, |
| 364 | 10/4/2018 18:40:09 | 4search.com | dailymail.co.uk | /dailymail.co.uk/pregnan | 52.179.138.23 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | (https://www.4search.com/pregnant-broadway-actress-rather-arm-miles-loses-her-unborn-baby, |
| 365 | 10/4/2018 18:40:10 | 4search.com | abcactionnews.com | /abcactionnews.com/35-q | 52.179.138.23 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | (https://www.4search.com/pete-redesigning-milk-street-to-add-bike-lanes-crosswalks/ |
| 366 | 10/4/2018 18:40:21 | 4search.com | patch.com | /patch.com/park-slope-lis | 52.179.138.23 | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) | (https://www.4search.com/park-slope-listed-as-one-of-the-citys-most-aging-friendly-roads |

Exhibit

B

| TimeStamp | DomainName | Page | URL | HTTPreferrerOrig | IpAddress | CaseScreeningURL | ClientID |
|---|---|---|---|---|---|---|---|
| 5/2/2018 22:54:23 | 4conservative.com | item | /item/447459?/man-zapped-with-stun-gun-in-customer-feud-at-times/ | https://www.google.com/ | 69.124.101.106 | | |
| 5/2/2018 22:55:05 | 4conservative.com | contact | /contact/ | https://www.google.com/ | 69.124.101.106 | | |
| 5/2/2018 22:55:10 | 4conservative.com | terms-of-use | /terms-of-use/ | https://www.google.com/ | 69.124.101.106 | | |
| 5/2/2018 22:55:40 | 4conservative.com | contact | /contact/ | https://www.google.com/ | 69.124.101.106 | | |
| 5/2/2018 22:55:43 | 4conservative.com | item | /item/447459?/man-zapped-with-stun-gun-in-customer-feud-at-times/ | https://www.google.com/ | 69.124.101.106 | | |
| 5/16/2018 9:53:38 | 4conservative.com | contact | /contact/ | https://www.google.com/ | 69.124.101.106 | | |
| 5/16/2018 9:53:36 | 4conservative.com | item | /item/447459?/man-zapped-with-stun-gun-in-customer-feud-at-times/ | https://www.google.com/ | 69.124.101.106 | | |
| 5/16/2018 9:53:43 | 4conservative.com | contact | /contact/ | https://www.google.com/ | 69.124.101.106 | | |
| 5/16/2018 9:53:46 | 4conservative.com | item | /item/447459?/man-zapped-with-stun-gun-in-customer-feud-at-times/ | https://www.google.com/ | 69.124.101.106 | | |
| 5/16/2018 9:54:46 | 4conservative.com | terms-of-use | /terms-of-use/ | https://www.google.com/ | 69.124.101.106 | | |
| 5/16/2018 10:47:50 | 4conservative.com | item | /item/376513?/trump-tells-senator-there-will-be-no-marijuana-crackdown/ | https://www.google.com/ | 69.124.101.106 | | |
| 5/22/2018 10:26:21 | Highwing.com | item | /item/5293748/mcdonalds-customer-threatens-employee-with-gun-over-wait-for-fr... | https://www.google.com/ | 69.124.101.106 | NA | |
| 5/23/2018 20:40:19 | 4conservative.com | item | /item/406662?/donovan-to-propose-bill-that-targets-sanctuary-city-funding/ | https://www.google.com/ | 69.124.101.106 | | |
| 5/23/2018 20:40:34 | 4conservative.com | contact | /contact/ | https://www.google.com/ | 69.124.101.106 | | |
| 5/23/2018 20:40:42 | 4conservative.com | item | /item/406662?/donovan-to-propose-bill-that-targets-sanctuary-city-funding/ | https://www.google.com/ | 69.124.101.106 | | |
| 5/23/2018 20:40:49 | 4conservative.com | terms-of-use | /terms-of-use/ | https://www.google.com/ | 69.124.101.106 | | |
| 5/23/2018 20:57:16 | 4conservative.com | item | /item/406662?/donovan-to-propose-bill-that-targets-sanctuary-city-funding/ | https://www.google.com/ | 173.198.35.188 | | |
| 6/13/2018 12:18:26 | 4entertainment.com | item | /item/249131?/steamy-snaps-offer-a-glimpse-back-into-the-golden-age/ | https://www.google.com/ | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/ | |
| 6/13/2018 12:20:31 | 4entertainment.com | terms-of-use | /terms-of-use/ | https://www.google.com/ | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/ | |
| 6/13/2018 12:21:03 | 4entertainment.com | copyright-notice | /copyright-notice/ | https://www.google.com/ | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/ | |
| 6/21/2018 18:26:11 | 4conservative.com | item | /item/249131?/steamy-snaps-offer-a-glimpse-back-into-the-golden-age/ | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/ | _dcid=GQXPZ |
| 6/21/2018 18:26:15 | 4conservative.com | item | /item/362142?/another-death-from-synthetic-pot-outbreak-in-illinois-saukvalley.com... | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/ | _dcid=GQXPZ |
| 6/21/2018 18:26:43 | 4conservative.com | item | /item/389053?/71-year-old-central-illinois-woman-charged-in-synthetic-marijuana-ca... | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/ | _dcid=GQXPZ |
| 6/21/2018 18:28:27 | 4conservative.com | item | /item/362142?/another-death-from-synthetic-pot-outbreak-in-illinois-saukvalley.com... | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/ | _dcid=El6KU |
| 6/21/2018 18:30:37 | 4conservative.com | terms-of-use | /terms-of-use/ | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/ | _dcid=El6KU |
| 6/21/2018 18:30:48 | 4conservative.com | item | /item/408367?/21-year-old-central-illinois-woman-charged-in-synthetic-marijuana-ca... | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/ | _dcid=El6KU |
| 6/28/2018 17:06:47 | 4nascar.com | item | /item/408367/2zotra-furman-on-lou-reeds-genius-queerness-is-defined-by/ | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/ | _dcid=El6KU |
| 7/3/2018 17:38:21 | 4conservative.com | terms-of-use | /terms-of-use/ | NA | 69.124.101.106 | NA | |
| 7/18/2018 13:27:07 | breitbart.com | item | /breitbart.com/martin-shkreli-ordered-to-forfeit-74-million-in-assets-including-wu-ta... | NA | 173.198.35.188 | NA | |
| 7/18/2018 13:27:23 | breitbart.com | item | /breitbart.com/martin-shkreli-ordered-to-forfeit-74-million-in-assets-including-wu-ta... | NA | 173.198.35.188 | NA | |
| 7/18/2018 13:27:42 | washingtontimes.com | news | /washingtontimes.com/donation-to-help-illinois-with-synthetic-marijuana-outbreak/ | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/X16NZM | _client_id=ZEQ9 |
| 7/18/2018 13:27:54 | 4search.com | news | /news/?ncat= | NA | 173.198.35.188 | NA | |
| 7/18/2018 13:28:11 | chicago.cbslocal.com | item | /chicago.cbslocal.com/central-illinois-woman-charged-in-synthetic-marijuana-case/ | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/X16NZM | _client_id=X16NZM |
| 7/18/2018 13:28:37 | wpsdlocal6.com | item | /wpsdlocal6.com/man-charged-in-synthetic-death-and-illnesses-in-illinois/ | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/53E9NG | _client_id=53E9NG |
| 7/18/2018 13:28:59 | msn.com | item | /msn.com/third-person-dies-after-more-than-100-sickened-in-tainted-synthetic-mari... | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/X16NZM | _client_id=X16NZM |
| 7/18/2018 13:30:08 | 4conservative.com | terms-of-use | /terms-of-use/ | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/53E9NG | _client_id=53E9NG |
| 7/18/2018 13:31:42 | chicagotribune.com | item | /chicagotribune.com/third-person-dies-after-more-than-100-sickened-in-tainted-... | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/B6VORR | _client_id=B6VORR |
| 7/18/2018 13:31:51 | essence.com | essence | /essence/ | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/B6VORR | _client_id=B6VORR |
| 7/18/2018 13:33:13 | chicagotribune.com | item | /chicagotribune.com/71-year-old-central-illinois-woman-charged-in-synthetic-mari... | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/B6VORR | _client_id=B6VORR |
| 8/6/2018 17:07:25 | essence.com | essence | /essence/ | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/53E9NG | _client_id=B6VORR |
| 8/6/2018 17:09:20 | essence.com | essence | /essence/ | NA | 173.198.35.188 | NA | |
| 8/15/2018 13:11:54 | 4catholic.com | item | /bbc.co.uk/man-27-dies-after-crashing-into-parked-car-in-hopkintown/ | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/ZEQ9 | _client_id=ZEQ9 |
| 8/15/2018 13:20:19 | 4catholic.com | item | /bbc.co.uk/man-27-dies-after-crashing-into-parked-car-in-hopkintown/ | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/1X27 | _client_id=1X27 |
| 8/15/2018 13:26:13 | 4search.com | news | /news/?ncat= | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/1X27 | _client_id=1X27 |
| 8/15/2018 13:20:38 | 4catholic.com | news | /news/?ncat= | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/1X27 | _client_id=1X27 |
| 8/24/2018 15:43:34 | dailymail.co.uk | item | /dailymail.co.uk/woman-whose-boyfriend-tragically-died-claims-shes-having-sex-wit... | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/1X42G | _client_id=1X42G |
| 8/27/2018 12:41:22 | 4entertainment.com | item | /nypost.com/cops-st-one-of-five-men-arrested-for-brutal-mistaken-identity-slaying/ | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/1X27 | _client_id=1X27 |
| 8/27/2018 12:41:43 | 4conservative.com | item | /nypost.com/cops-st-one-of-five-men-arrested-for-brutal-mistaken-identity-slaying/ | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/1X27 | _client_id=1X27 |
| 8/27/2018 12:42:08 | 4catholic.com | item | /nypost.com/man-kills-himself-daughter-in-murder-suicide-after-kidnapping-cops/ | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/1X27 | _client_id=1X27 |
| 8/27/2018 12:42:22 | 4catholic.com | terms-of-use | /terms-of-use/ | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/1X27 | _client_id=1X27 |
| 8/27/2018 12:44:30 | nydailynews.com | item | /nydailynews.com/five-suspects-in-custody-after-brutal-mistaken-identity-slay-of-br... | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/1X27 | _client_id=1X27 |
| 8/27/2018 12:44:44 | 4catholic.com | terms-of-use | /terms-of-use/ | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/1X27 | _client_id=1X27 |
| 8/27/2018 12:44:57 | 4catholic.com | copyright-notice | /copyright-notice/ | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/1X27 | _client_id=1X27 |
| 8/27/2018 12:46:02 | 4search.com | NA | /about/ | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/1X27 | _client_id=1X27 |
| 8/27/2018 12:46:13 | 4search.com | add-website | /add-website/ | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/1X27 | _client_id=1X27 |
| 8/27/2018 12:46:26 | 4search.com | about | /about/ | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/1X27 | _client_id=1X27 |
| 8/27/2018 12:47:30 | 4search.com | item | /item/404153/bay-county-to-begin-aerial-treatment-for-mosquitoes-wnem/ | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/1X27 | _client_id=1X27 |
| 8/27/2018 18:53:48 | 4search.com | item | /item/151598?2/leaning-out-aerial-photography-by-jeffrey-milstein/ | NA | 173.198.35.188 | https://copyright.higheeassociates.com/case_screening/edit/1XDDWS | _client_id=1XDDWS |
| 8/27/2018 22:22:21 | Highwing.com | item | /nypost.com/man-kills-son-his-mother-and-himself-in-murder-suicide-cops/ | NA | 173.198.35.188 | NA | |

| B (DateTime) | C (Site) | D | E (URL) | F (IP) | J |
|---|---|---|---|---|---|
| 8/28/2018 12:22:37 | 4rightwing.com | nypost.com | /nypost.com/man-kills-wife-and-her-parents-in-triple-murder-suicide-cops/ | 173.198.35.188 | NA |
| 8/28/2018 12:23:15 | 4rightwing.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | NA |
| 8/28/2018 12:23:51 | 4rightwing.com | copyright-notice | /copyright-notice/ | 173.198.35.188 | NA |
| 8/28/2018 12:24:19 | 4christian.com | msn.com | /msn.com/brooklyn-rapper-releases-track-dedicated-to-bronx-15-year-old-killed-in | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/case_screening/sighting_intake?filter_client_id=1IX27 |
| 8/28/2018 12:24:40 | 4christian.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/case_screening/sighting_intake?filter_client_id=1IX27 |
| 8/28/2018 12:25:14 | 4christian.com | copyright-notice | /copyright-notice/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/case_screening/sighting_intake?filter_client_id=1IX27 |
| 8/28/2018 12:25:24 | 4baseball.com | dailymail.co.uk | /dailymail.co.uk/pictured-father-who-shot-his-son-his-ex-wife-and-current-wife-in-tri | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/case_screening/sighting_intake?filter_client_id=1IX27 |
| 8/28/2018 12:26:14 | 4baseball.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/case_screening/sighting_intake?filter_client_id=1IX27 |
| 8/28/2018 12:26:20 | 4baseball.com | copyright-notice | /copyright-notice/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/case_screening/sighting_intake?filter_client_id=1IX27 |
| 8/28/2018 12:26:48 | 4jewish.com | nypost.com | /nypost.com/man-kills-wife-and-her-parents-in-triple-murder-suicide-cops/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/case_screening/sighting_intake?filter_client_id=1IX27 |
| 8/28/2018 12:26:59 | 4jewish.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/case_screening/sighting_intake?filter_client_id=1IX27 |
| 8/28/2018 12:27:05 | 4jewish.com | copyright-notice | /copyright-notice/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/case_screening/sighting_intake?filter_client_id=1IX27 |
| 8/29/2018 13:43:30 | 4rightwing.com | yahoo.com | /yahoo.com/new-york-prosecutors-consider-charging-trump-organization-in-cohen-h | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/case_screening/sighting_intake?filter_client_id=1IX27 |
| 8/29/2018 18:46:32 | 4rightwing.com | patch.com | /patch.com/company-hiring-at-newark-airport-job-fair-on-thursday/ | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/case_screening/sighting_intake?filter_client_id=1IX27 |
| 8/29/2018 18:45:57 | 4rightwing.com | patch.com | /patch.com/company-hiring-at-newark-airport-job-fair-on-thursday/ | 69.124.101.106 | https://copyright.higbeeassociates.com/case_screening/case_screening/sighting_intake?filter_client_id=1GZ0WS |
| 8/30/2018 11:34:34 | 4rightwing.com | nydailynews.com | /nydailynews.com/jettia-james-wants-more-info-on-aid-for-disabled-kids/ | 69.124.101.106 | NA |
| 8/30/2018 11:32:07 | 4rightwing.com | contact | /contact/ | 69.124.101.106 | https://www.google.com/ |
| 8/30/2018 11:32:16 | 4rightwing.com | nydailynews.com | /nydailynews.com/jettia-james-wants-more-info-on-aid-for-disabled-kids/ | 69.124.101.106 | https://www.google.com/ |
| 8/30/2018 11:50:01 | 4catholic.com | privacy | /privacy/ | 69.124.101.106 | https://www.google.com/ |
| 8/30/2018 11:50:01 | 4catholic.com | nationalreview.com | /nationalreview.com/hhs-to-investigate-hawaii-over-forced-abortion-info/ | 173.198.35.188 | https://www.google.com/ |
| 8/30/2018 12:17:10 | 4entertainment.com | news.com.au | /news.com.au/millions-sold-for-robinia-pre-release/ | 69.124.101.106 | https://www.google.com/ |
| 8/30/2018 12:17:10 | 4entertainment.com | nypost.com | /nypost.com/man-kills-newlywed-parents-ex-wife-in-murder-suicide/ | 69.124.101.106 | https://www.google.com/ |
| 8/30/2018 13:01:59 | 4rightwing.com | NA | NA | 173.198.35.188 | NA |
| 8/30/2018 13:02:03 | 4rightwing.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | NA |
| 8/30/2018 13:02:14 | 4rightwing.com | copyright-notice | /copyright-notice/ | 173.198.35.188 | NA |
| 8/30/2018 13:05:15 | 4baseball.com | NA | NA | 173.198.35.188 | NA |
| 8/30/2018 13:05:24 | 4baseball.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | NA |
| 8/30/2018 13:05:41 | 4baseball.com | copyright-notice | /copyright-notice/ | 173.198.35.188 | NA |
| 8/30/2018 13:06:19 | 4jewish.com | NA | NA | 173.198.35.188 | NA |
| 8/30/2018 13:06:22 | 4jewish.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | NA |
| 8/30/2018 13:06:44 | 4jewish.com | copyright-notice | /copyright-notice/ | 173.198.35.188 | NA |
| 8/30/2018 13:07:40 | 4jewish.com | contact | /contact/ | 173.198.35.188 | NA |
| 8/30/2018 13:08:29 | 4catholic.com | NA | NA | 173.198.35.188 | NA |
| 8/30/2018 13:08:36 | 4catholic.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | NA |
| 8/30/2018 13:08:40 | 4catholic.com | copyright-notice | /copyright-notice/ | 173.198.35.188 | NA |
| 8/30/2018 13:09:57 | 4entertainment.com | NA | NA | 173.198.35.188 | NA |
| 8/30/2018 13:11:35 | 4christian.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | NA |
| 8/30/2018 13:11:40 | 4christian.com | copyright-notice | /copyright-notice/ | 173.198.35.188 | NA |
| 8/30/2018 13:15:53 | 4christian.com | nypost.com | /nypost.com/man-kills-son-his-mother-and-himself-in-murder-suicide-cops/ | 173.198.35.251 | NA |
| 8/30/2018 16:03:03 | 4rightwing.com | nypost.com | /nypost.com/man-kills-son-his-mother-and-himself-in-murder-suicide-cops/ | 176.16.151.251 | NA |
| 8/30/2018 16:06:20 | 4entertainment.com | NA | NA | 176.16.151.251 | https://copyright.higbeeassociates.com/case_screening/case_screening/edit/2EDXZ3 |
| 8/30/2018 16:10:20 | 4christian.com | msn.com | /msn.com/brooklyn-rapper-releases-track-dedicated-to-bronx-15-year-old-killed-in-tri | 176.16.151.251 | https://copyright.higbeeassociates.com/case_screening/case_screening/edit/92X985 |
| 8/30/2018 16:13:30 | 4baseball.com | dailymail.co.uk | /dailymail.co.uk/pictured-father-who-shot-his-son-his-ex-wife-and-current-wife-in-tri | 176.16.151.251 | https://copyright.higbeeassociates.com/case_screening/case_screening/edit/86RRPR |
| 8/30/2018 16:10:24 | 4catholic.com | nypost.com | /nypost.com/man-kills-himself-daughter-in-murder-suicide-after-kidnapping-cops/ | 176.16.151.251 | https://copyright.higbeeassociates.com/case_screening/case_screening/edit/1EQDXW |
| 8/30/2018 16:09:18 | 4jewish.com | nypost.com | /nypost.com/man-kills-wife-and-her-parents-in-triple-murder-suicide-cops/ | 176.16.151.251 | https://copyright.higbeeassociates.com/case_screening/case_screening/edit/A6DYD4 |
| 8/30/2018 16:09:24 | 4jewish.com | nypost.com | /nypost.com/man-kills-wife-and-her-parents-in-triple-murder-suicide-cops/ | 69.124.101.106 | https://www.google.com/ |
| 8/31/2018 16:21:43 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 69.124.101.106 | Removed for Printing Purposes |
| 8/31/2018 16:01:17 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 69.124.101.106 | https://www.google.com/ |
| 8/31/2018 16:52:52 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 69.124.101.106 | https://www.google.com/ |
| 8/31/2018 18:01:17 | 4search.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 69.124.101.106 | https://www.google.com/ |
| 8/31/2018 19:14:29 | 4rightwing.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 69.124.101.106 | Removed for Printing Purposes |
| 8/31/2018 19:31:40 | 4search.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 69.124.101.106 | Removed for Printing Purposes |
| 8/31/2018 19:30:48 | 4rightwing.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 69.124.101.106 | https://www.google.com/ |
| 8/31/2018 22:12:19 | 4rightwing.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 69.124.101.106 | https://www.google.com/ |
| 9/1/2018 16:24:58 | 4entertainment.com | dailymail.co.uk | /dailymail.co.uk/woman-whose-boyfriend-tragically-died-claims-shes-having-sex-with | 107.190.25.244 | https://copyright.higbeeassociates.com/case_screening/?claim_page=2 |
| 9/2/2018 5:36:43 | 4entertainment.com | dailymail.co.uk | /dailymail.co.uk/woman-whose-boyfriend-tragically-died-claims-shes-having-sex-with | 176.18.147.141 | https://copyright.higbeeassociates.com/case_screening/?claim_page=2 |
| 9/2/2018 22:26:04 | 4search.com | dailymail.co.uk | /dailymail.co.uk/health-regulator-vc-police-to-share-info/ | 69.124.101.106 | https://copyright.higbeeassociates.com/case_screening/?claim_page=2 |
| 9/2/2018 22:07:15 | 4search.com | nydailynews.com | /nydailynews.com/five-suspects-in-custody-after-brutal-mistaken-identity-slay-of-bx | 69.124.101.106 | https://copyright.higbeeassociates.com/case_screening/?claim_page=2 |
| 9/2/2018 22:23:13 | 4conservative.com | nypost.com | /nypost.com/cops-id-one-of-five-men-arrested-for-brutal-mistaken-identity-slaying/ | 69.124.101.106 | https://copyright.higbeeassociates.com/case_screening/?claim_page=2 |
| 9/2/2018 22:29:01 | 4conservative.com | nypost.com | /nypost.com/man-kills-newlywed-parents-ex-wife-in-murder-suicide/ | 69.124.101.106 | https://copyright.higbeeassociates.com/case_screening/?claim_page=2 |
| 9/2/2018 22:29:12 | 4conservative.com | nypost.com | /nypost.com/man-kills-wife-and-her-parents-in-triple-murder-suicide-cops/ | 69.124.101.106 | https://copyright.higbeeassociates.com/case_screening/?claim_page=2 |
| 9/4/2018 12:25:47 | 4search.com | nypost.com | NA | 173.198.35.188 | NA |
| 9/4/2018 12:25:54 | 4search.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | NA |

ER-217

| | B | C | D | E | F | J | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ER-218

| # | C | D | E | F | J | N | O |
|---|---|---|---|---|---|---|---|
| 196 | 4christian.com | ktvq.com | /ktvq.com/elderly-wyoming-man-kills-wife-attempts-suicide/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/D2YWWW | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/D2YWWW | |
| 197 | 4christian.com | nypost.com | /nypost.com/son-kills-newlywed-parents-ex-wife-in-murder-suicide/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/D2YWWW | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/D2YWWW | |
| 198 | 4christian.com | nypost.com | /nypost.com/son-kills-himself-daughter-in-murder-suicide-after-kidnapping-cops/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/D2YWWW | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/D2YWWW | |
| 199 | 4christian.com | upi.com | /upi.com/alabama-man-kills-wife-daughter-then-himself-in-murder-suicide-cops/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/D2YWWW | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/D2YWWW | |
| 200 | 4jewish.com | nypost.com | /nypost.com/man-kills-wife-and-her-parents-in-triple-murder-suicide-cops/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/D2YWWW | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/D2YWWW | |
| 201 | 4rightwing.com | nypost.com | /nypost.com/man-kills-son-his-mother-and-himself-in-murder-suicide-cops/ | 173.198.35.188 | NA | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/D2YWWW | |
| 202 | 4rightwing.com | nypost.com | /nypost.com/man-kills-wife-and-her-parents-in-triple-murder-suicide-cops/ | 173.198.35.188 | NA | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/D2YWWW | |
| 203 | 4rightwing.com | nypost.com | /nypost.com/son-kills-newlywed-parents-ex-wife-in-murder-suicide/ | 173.198.35.188 | NA | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/D2YWWW | |
| 204 | 4rightwing.com | nypost.com | /nypost.com/man-kills-himself-daughter-in-murder-suicide-after-kidnapping-cops/ | 173.198.35.188 | NA | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/D2YWWW | |
| 205 | 4rightwing.com | upi.com | /upi.com/alabama-man-kills-wife-daughter-then-himself-in-murder-suicide-cops/ | 173.198.35.188 | NA | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/D2YWWW | |
| 206 | 4rightwing.com | upi.com | /foxnews.com/alabama-man-kills-wife-child-in-murder-suicide-2-other-children-injured-p/ | 173.198.35.188 | NA | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/D2YWWW | |
| 207 | 4rightwing.com | foxnews.com | /msn.com/alabama-man-kills-wife-child-in-murder-suicide-2-other-children-injured-p/ | 173.198.35.188 | NA | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/D2YWWW | |
| 208 | 4entertainment.com | msn.com | /newyorker.com/the-spectacular-personal-mythology-of-emmelin/ | 74.90.141.33 | NA | https://copyright.higbeeassociates.com/case_screening?claim_page=2 | |
| 209 | 4entertainment.com | newyorker.com | /yahoo.com/new-york-prosecutors-consider-charging-trump-organization-in-cohen-h/ | 74.90.141.33 | https://copyright.higbeeassociates.com/cases/edit/EWOY69 | https://copyright.higbeeassociates.com/case_screening?claim_page=2 | |
| 210 | 4entertainment.com | yahoo.com | /newyorker.com/the-spectacular-personal-mythology-of-emmelin/ | NA | NA | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/EWOY69 | |
| 211 | 4entertainment.com | newyorker.com | /newyorker.com/the-spectacular-personal-mythology-of-emmelin/ | 110.54.232.66 | https://copyright.higbeeassociates.com/cases/edit/EWOY69 | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/EWOY69 | |
| 212 | 4entertainment.com | newyorker.com | /newyorker.com/the-spectacular-personal-mythology-of-emmelin/ | 110.54.232.66 | NA | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/EWOY69 | |
| 213 | 4jewish.com | dailymail.co.uk | /dailymail.co.uk/pictured-father-who-shot-his-son-his-ex-wife-and-current-wife-in-tri/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/P2PV2S | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/P2PV2S | https://copyright.higbeeassociates.com/case_screening/case_screening/sighting_intake?filter_client_id=1X7Z7 |
| 214 | 4conservative.com | nydailynews.com | /nydailynews.com/mississippi-man-kills-1-year-old-daughter-and-himself-in-murder-s/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/P2PV2S | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/P2PV2S | https://copyright.higbeeassociates.com/case_screening/case_screening/sighting_intake?filter_client_id=1X7Z7 |
| 215 | 4conservative.com | dailymail.co.uk | /dailymail.co.uk/pictured-father-who-shot-his-son-his-ex-wife-and-current-wife-in-tri/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/P2PV2S | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/P2PV2S | https://copyright.higbeeassociates.com/case_screening/case_screening/sighting_intake?filter_client_id=1X7Z7 |
| 216 | 4conservative.com | dailymail.co.uk | /cache/images/web/featured/thumbs/thempost files.wordpress.com/4152144-thum/ | 37.42.196.74 | NA | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/P2PV2S | |
| 217 | 4conservative.com | cache | /cache/images/web/featured/thumbs/thempost files.wordpress.com/4152144-thum/ | NA | NA | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/P2PV2S | |
| 218 | 4conservative.com | cache | /cache/images/web/featured/thumbs/thempost files.wordpress.com/4152144-thum/ | 37.42.196.74 | NA | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/P2PV2S | |
| 219 | 4conservative.com | cache | /cache/images/web/featured/thumbs/thempost files.wordpress.com/4152144-thum/ | 37.42.196.74 | NA | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/P2PV2S | |
| 220 | 4conservative.com | cache | /cache/images/web/featured/thumbs/thempost files.wordpress.com/4152144-thum/ | 37.42.196.74 | NA | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/P2PV2S | |
| 221 | 4conservative.com | cache | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york/ | 173.198.35.188 | https://www.4conservative.com/cache/images/web/featured/thumbs/thempost files.wordpress.com/4152144-thumb.jpg | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/4RD5S3 | |
| 222 | 4jewish.com | nypost.com | / | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD5S3 | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/4RD5S3 | https://copyright.higbeeassociates.com/case_screening/case_screening/4RD5S3?tab=internal_tasks |
| 223 | 4jewish.com | NA | /post.com/syrian-jihadist-to-state-position-on-idlib-deal-in-coming-days/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD5S3 | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/4RD5S3 | https://copyright.higbeeassociates.com/case_screening/case_screening/4RD5S3?tab=internal_tasks |
| 224 | 4jewish.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD5S3 | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/4RD5S3 | https://copyright.higbeeassociates.com/case_screening/case_screening/4RD5S3?tab=internal_tasks |
| 225 | 4jewish.com | NA | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD5S3 | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/4RD5S3 | https://copyright.higbeeassociates.com/case_screening/case_screening/4RD5S3?tab=internal_tasks |
| 226 | 4jewish.com | contact | /contact/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD5S3 | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/4RD5S3 | https://copyright.higbeeassociates.com/case_screening/case_screening/4RD5S3?tab=internal_tasks |
| 227 | 4jewish.com | partner | /partner/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD5S3 | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/4RD5S3 | https://copyright.higbeeassociates.com/case_screening/case_screening/4RD5S3?tab=internal_tasks |
| 228 | 4jewish.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD5S3 | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/4RD5S3 | https://copyright.higbeeassociates.com/case_screening/case_screening/4RD5S3?tab=internal_tasks |
| 229 | 4jewish.com | dailymail.co.uk | /dailymail.co.uk/woman-whose-boyfriend-tragically-died-claims-she-having-sex-with | 24.120.9.114 | NA | NA | |
| 230 | 4search.com | NA | /contact/ | 24.120.9.114 | NA | NA | |
| 231 | 4search.com | contact | /contact/ | 24.120.9.114 | NA | NA | |
| 232 | 4search.com | about | /about/ | 24.120.9.114 | NA | NA | |
| 233 | 4search.com | contact | /contact | 24.120.9.114 | NA | NA | |
| 234 | 4search.com | NA | / | 24.120.9.114 | NA | NA | |
| 235 | 4search.com | NA | / | 24.120.9.114 | NA | NA | |
| 236 | 4entertainment.com | dailymail.co.uk | /dailymail.co.uk/woman-whose-boyfriend-tragically-died-claims-she-having-sex-with | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/6P5O1O | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/6P5O1O | https://copyright.higbeeassociates.com/case_screening/case_screening/6P5O1O?tab=internal_tasks |
| 237 | 4entertainment.com | globalresearch.ca | /globalresearch.ca/the-mythology-of-erdogan-and-the-kurds-the-reorientation-of-the | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/ds-G2XYZ | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/ds-G2XYZ | https://copyright.higbeeassociates.com/case_screening/case_screening/sighting_intake?filter_client_id=G2XYZ |
| 238 | 4search.com | nypost.com | /nypost.com/cops-id-one-of-five-men-arrested-for-brutal-mistaken-identity-slaying/ | 110.54.246.208 | NA | NA | |
| 239 | 4search.com | nypost.com | /nypost.com/cops-id-one-of-five-men-arrested-for-brutal-mistaken-identity-slaying/ | 110.54.246.208 | NA | NA | |
| 240 | 4search.com | dailymail.co.uk | /dailymail.co.uk/pictured-father-who-shot-his-son-his-ex-wife-and-current-wife-in-tri/ | 173.198.35.188 | NA | NA | |
| 241 | 4search.com | nydailynews.com | /nydailynews.com/mississippi-man-kills-1-year-old-daughter-and-himself-in-murder-s/ | 110.54.246.208 | NA | NA | |
| 242 | 4search.com | cache | /cache/images/web/featured/thumbs/thempost files.wordpress.com/4152144-thum/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/ONF9NE | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/ONF9NE | https://copyright.higbeeassociates.com/case_screening/case_screening/ONF9NE?tab=internal_tasks |
| 243 | 4search.com | cache | /cache/images/web/featured/thumbs/thempost files.wordpress.com/4152144-thum/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/ONF9NE | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/ONF9NE | https://copyright.higbeeassociates.com/case_screening/case_screening/ONF9NE?tab=internal_tasks |
| 244 | 4search.com | nydailynews.com | /nydailynews.com/mississippi-man-kills-1-year-old-daughter-and-himself-in-murder-s/ | 110.54.246.208 | NA | NA | |
| 245 | 4search.com | dailymail.co.uk | /dailymail.co.uk/pictured-father-who-shot-his-son-his-ex-wife-and-current-wife-in-tri/ | 110.54.246.208 | NA | NA | |
| 246 | 4search.com | nypost.com | /nypost.com/cops-id-one-of-five-men-arrested-for-brutal-mistaken-identity-slaying/ | 173.198.35.188 | NA | NA | |
| 247 | 4search.com | nypost.com | /nypost.com/cops-id-one-of-five-men-arrested-for-brutal-mistaken-identity-slaying/ | 173.198.35.188 | NA | NA | |
| 248 | 4search.com | nypost.com | /nypost.com/cops-id-one-of-five-men-arrested-for-brutal-mistaken-identity-slaying/ | 173.198.35.188 | NA | NA | |
| 249 | 4search.com | dailymail.co.uk | /dailymail.co.uk/pictured-father-who-shot-his-son-his-ex-wife-and-current-wife-in-tri/ | 173.198.35.188 | NA | NA | |
| 250 | 4search.com | dailymail.co.uk | /news/?ncate | 173.198.35.188 | NA | NA | |
| 251 | 4search.com | news | /news/?ncate | 173.198.35.188 | NA | NA | |
| 252 | 4search.com | news | /news/?ncate | 173.198.35.188 | NA | NA | |
| 253 | 4search.com | news | /news/?ncate | 173.198.35.188 | NA | NA | |
| 254 | 4search.com | nydailynews.com | /nydailynews.com/mississippi-man-kills-1-year-old-daughter-and-himself-in-murder-s/ | 173.198.35.188 | NA | NA | |
| 255 | 4search.com | nypost.com | /nypost.com/cops-id-one-of-five-men-arrested-for-brutal-mistaken-identity-slaying/ | 173.198.35.188 | NA | NA | |
| 256 | 4search.com | nypost.com | /nypost.com/cops-id-one-of-five-men-arrested-for-brutal-mistaken-identity-slaying/ | 173.198.35.188 | NA | NA | |
| 257 | 4search.com | nypost.com | /nypost.com/cops-id-one-of-five-men-arrested-for-brutal-mistaken-identity-slaying/ | 173.198.35.188 | NA | NA | |
| 258 | 4search.com | dailymail.co.uk | /dailymail.co.uk/pictured-father-who-shot-his-son-his-ex-wife-and-current-wife-in-tri/ | 173.198.35.188 | NA | NA | |
| 259 | 4search.com | dailymail.co.uk | /dailymail.co.uk/murn-fury-at-men-who-left-her-to-get-attacked-on-london-tube/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/ds-G2XYZ | https://copyright.higbeeassociates.com/case_screening/case_screening/cases/edit/ds-G2XYZ | https://copyright.higbeeassociates.com/case_screening/case_screening/sighting_intake?filter_client_id=G2XYZ |

ER-219

| # | B | C | D | E | F | N |
|---|---|---|---|---|---|---|
| 261 | 10/9/2018 12:32:52 | 4search.com | dailymail.co.uk | dailymail.co.uk/tube-passenger-hunted-over-knife-threat-to-mother-and-baby-is-rev | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/lighting_intake?filter_client_id=G2XPZ |
| 262 | 10/11/2018 17:40:13 | 4search.com | rt.com | rt.com/burundi-footballer-kung-fu-kicks-opponent-in-attempted-tackle-gone-wrong | 173.198.35.188 | NA |
| 263 | 10/11/2018 15:25:00 | 4search.com | rt.com | rt.com/burundi-footballer-kung-fu-kicks-opponent-in-attempted-tackle-gone-wrong | 173.198.35.188 | NA |
| 264 | 10/17/2018 17:04:06 | 4search.com | nottinghampost.com | nottinghampost.com/cyclist-rescues-baby-after-buggy-rolls-into-nottingham-canal | 173.198.35.188 | NA |
| 265 | 10/21/2018 16:58:22 | 4search.com | rt.com | rt.com/burundi-footballer-kung-fu-kicks-opponent-in-attempted-tackle-gone-wrong | 107.190.25.244 | NA |
| 266 | 10/21/2018 16:58:29 | 4search.com | rt.com | rt.com/burundi-footballer-kung-fu-kicks-opponent-in-attempted-tackle-gone-wrong | 107.190.25.244 | NA |
| 267 | 10/26/2018 13:40:55 | 4jewish.com | nypost.com | nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 |
| 268 | 10/26/2018 13:41:19 | 4jewish.com | nypost.com | nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 |
| 269 | 10/26/2018 13:41:21 | 4jewish.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 |
| 270 | 10/26/2018 13:41:31 | 4jewish.com | about | about/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 |
| 271 | 10/26/2018 13:43:46 | 4jewish.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 |
| 272 | 10/26/2018 13:44:51 | 4jewish.com | about | about/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 |
| 273 | 10/26/2018 13:45:28 | 4jewish.com | about | about/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 |
| 274 | 10/26/2018 13:46:24 | 4jewish.com | about | about/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 |
| 275 | 10/26/2018 13:46:30 | 4jewish.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 |
| 276 | 10/26/2018 13:46:33 | 4jewish.com | privacy | privacy/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 |
| 277 | 10/26/2018 13:46:52 | 4jewish.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 |
| 278 | 10/26/2018 13:46:55 | 4jewish.com | about | about/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 |
| 279 | 10/26/2018 13:46:56 | 4jewish.com | about | about/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 |
| 280 | 10/26/2018 13:46:58 | 4jewish.com | terms-of-use | terms-of-use/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 |
| 281 | 10/26/2018 13:47:32 | 4jewish.com | nypost.com | nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 |
| 282 | 10/26/2018 13:53:31 | 4jewish.com | contact | contact/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 |
| 283 | 10/26/2018 13:51:37 | 4jewish.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 |
| 284 | 10/26/2018 13:44:17 | 4jewish.com | about | about/ | 173.198.35.188 | https://www.4jewish.com/ |
| 285 | 10/26/2018 13:44:43 | 4jewish.com | NA | / | 173.198.35.188 | https://www.4jewish.com/ |
| 286 | 10/26/2018 13:44:56 | 4jewish.com | about | about/ | 173.198.35.188 | https://www.4jewish.com/ |
| 287 | 10/26/2018 15:15:29 | 4righrwing.com | nypost.com | nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | NA |
| 288 | 10/26/2018 15:15:31 | 4righrwing.com | NA | / | 173.198.35.188 | NA |
| 289 | 10/26/2018 15:18:42 | 4righrwing.com | about | about/ | 173.198.35.188 | NA |
| 290 | 10/26/2018 15:22:13 | 4righrwing.com | NA | / | 173.198.35.188 | NA |
| 291 | 11/5/2018 9:34:41 | 4righrwing.com | foxnews.com | foxnews.com/vernado-2q-earnings-snapshot/ | 173.198.35.188 | https://www.google.com/ |
| 292 | 10/29/2018 22:38:02 | 4righrwing.com | foxnews.com | foxnews.com/vernado-2q-earnings-snapshot/ | 69.124.101.106 | https://www.google.com/ |
| 293 | 11/5/2018 9:34:41 | 4righrwing.com | macon.com | macon.com/scott-blamed-perdue-for-j-stars-loss-perdue-says-new-plan-a-great-outd | 69.124.101.106 | https://www.google.com/ |
| 294 | 11/9/2018 9:34:43 | 4righrwing.com | tapinto.net | tapinto.net/captain-fire-captain-scott-gaskin-had-great-team | 69.124.101.106 | https://www.google.com/ |
| 295 | 11/9/2018 2:05:15 | 4search.com | tapinto.net | tapinto.net/captain-fire-captain-scott-gaskin-had-great-team | 69.124.101.106 | https://www.google.com/ |
| 296 | 11/9/2018 22:05:21 | 4search.com | news | news/?ncat= | 69.124.101.106 | https://www.google.com/ |
| 297 | 11/9/2018 22:05:03 | 4entertainment.com | news | news/?ncat= | 69.124.101.106 | https://www.google.com/ |
| 298 | 11/14/2018 21:46:41 | 4search.com | hypebeast.com | hypebeast.com/keith-haring-mural-discovered-in-amsterdam-after-30-years/ | 69.124.101.106 | https://www.google.com/ |
| 299 | 11/14/2018 21:47:20 | 4search.com | hypebeast.com | hypebeast.com/keith-haring-mural-discovered-in-amsterdam-after-30-years/ | 69.124.101.106 | https://www.google.com/ |
| 300 | 11/15/2018 3:01:35 | 4search.com | nypost.com | nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 2600:1700:84f0: | https://www.google.com/ |
| 301 | 11/15/2018 3:01:48 | 4search.com | NA | / | 2600:1700:84f0: | https://www.google.com/ |
| 302 | 11/15/2018 3:01:49 | 4righrwing.com | nypost.com | nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 2600:1700:84f0: | https://www.google.com/ |
| 303 | 11/9/2018 22:05:21 | 4search.com | NA | / | 24.120.9.114 | https://www.google.com/ |
| 304 | 11/15/2018 3:01:57 | 4righrwing.com | NA | / | 2600:1700:84f0: | NA |
| 305 | 11/15/2018 3:02:13 | 4search.com | terms-of-use | terms-of-use/ | 2600:1700:84f0: | NA |
| 306 | 11/21/2018 3:02:29 | 4righrwing.com | privacy | privacy/ | 2600:1700:84f0: | NA |
| 307 | 11/15/2018 3:09:34 | 4search.com | nydailynews.com | nydailynews.com/geraldo-riveras-son-weighs-plea-offer-to-take-convicted-batteries | 74.50.141.33 | NA |
| 308 | 11/18/2018 17:53:38 | 4conservative.com | freerepublic.com | freerepublic.com/geraldo-rivera92s-son-busted-for-choking-biting-ex-girlfriend/ | 74.50.141.33 | https://www.google.com/ |
| 309 | 11/26/2018 11:36:39 | 4entertainment.com | dailymail.co.uk | dailymail.co.uk/woman-whose-boyfriend-tragically-died-claims-shes-having-sex-with | 24.120.9.114 | NA |
| 310 | 11/26/2018 11:39:58 | 4entertainment.com | haaretz.com | haaretz.com/whats-behind-the-snub-erdogan-gave-bottom-and-why-some-in-israel-a | 173.198.35.188 | NA |
| 311 | 11/26/2018 11:40:07 | 4entertainment.com | contact | contact/ | 24.120.9.114 | NA |
| 312 | 11/26/2018 11:43:51 | 4entertainment.com | dailymail.co.uk | dailymail.co.uk/woman-whose-boyfriend-tragically-died-claims-shes-having-sex-with | 24.120.9.114 | NA |
| 313 | 11/26/2018 11:54:23 | 4search.com | dailymail.co.uk | dailymail.co.uk/pictured-father-who-shot-his-son-he-ex-wife-and-current-wife-in-int | 173.198.35.188 | NA |
| 314 | 11/29/2018 15:42:11 | 4search.com | terms-of-use | terms-of-use/ | 173.198.35.188 | NA |
| 315 | 11/29/2018 15:42:40 | 4search.com | copyright-notice | copyright-notice | 173.198.35.188 | NA |
| 316 | 11/29/2018 15:43:56 | 4search.com | terms-of-use | terms-of-use/ | 173.198.35.188 | NA |
| 317 | 11/29/2018 15:44:01 | 4search.com | NA | / | 173.198.35.188 | NA |
| 318 | 12/11/2018 16:50:14 | 4atl.com | source | source/essence.com/ | 2600:1700:2890: | https://copyright.higbeeassociates.com/case_screening/claim_page=3 |
| 319 | 12/12/2018 11:07:00 | 4search.com | globalresearch.ca | globalresearch.ca/the-mythology-of-farrakhan-and-the-kurds-the-reorientation-of-the | 74.50.141.33 | https://copyright.higbeeassociates.com/case_screening/?tab=client_review |
| 320 | 12/13/2018 0:09:05 | 4search.com | NA | / | 74.50.141.33 | https://copyright.higbeeassociates.com/case_screening/?tab=client_review |
| 321 | 1/6/2019 15:28:33 | 4jewish.com | nypost.com | nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | https://copyright.higbeeassociates.com/case_screening/?tab=client_review |
| 322 | 1/8/2019 15:28:42 | 4jewish.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 |
| 323 | 1/8/2019 15:29:57 | 4jewish.com | NA | / | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/4RD553 |

| # | B | C | D | E | F | | N |
|---|---|---|---|---|---|---|---|
| 326 | 1/8/2019 15:32:04 | 4jewish.com | nypost.com | news | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/44D553 |
| 327 | 1/8/2019 15:32:06 | 4jewish.com | NA | /news/ | 173.198.35.188 | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/44D553 |
| 328 | 1/8/2019 15:32:15 | 4jewish.com | haaretz.com | news | /haaretz.com/israeli-president-warns-against-irresponsible-attacks-on-shin-bet-securi | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/44D553 |
| 329 | 1/8/2019 15:32:16 | 4jewish.com | news | /news/ | 173.198.35.188 | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/44D553 |
| 330 | 1/8/2019 15:32:42 | 4jewish.com | news | /news/ | 173.198.35.188 | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/44D553 |
| 331 | 1/8/2019 15:32:44 | 4jewish.com | straitstimes.com | /straitstimes.com/oman-wins-notice-for-steering-middle-east-diplomacy-minefield/ | 173.198.35.188 | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/44D553 |
| 332 | 1/8/2019 15:33:37 | 4nightwing.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/44D553 |
| 333 | 1/8/2019 15:33:39 | 4nightwing.com | NA | /news/ | 173.198.35.188 | 173.198.35.188 | NA |
| 334 | 1/8/2019 15:33:41 | 4nightwing.com | news | /news/ | 173.198.35.188 | 173.198.35.188 | NA |
| 335 | 1/8/2019 15:33:44 | 4nightwing.com | timesofisrael.com | /timesofisrael.com/netanyahu-remains-preferred-pm-but-gantz-is-close-behind-poll-s | 173.198.35.188 | 173.198.35.188 | NA |
| 336 | 1/8/2019 15:36:18 | 4nightwing.com | dailymail.co.uk | /dailymail.co.uk/pictured-father-who-shot-his-son-his-ex-wife-and-current-wife-in-tri | 173.198.35.188 | 173.198.35.188 | NA |
| 337 | 1/8/2019 15:36:24 | 4search.com | dailymail.co.uk | /dailymail.co.uk/pictured-delaware-father-who-killed-his-wife-and-three-young-child | 173.198.35.188 | 173.198.35.188 | NA |
| 338 | 1/8/2019 15:36:37 | 4search.com | NA | / | 173.198.35.188 | 173.198.35.188 | NA |
| 339 | 1/8/2019 15:56:45 | 4search.com | NA | / | 173.198.35.188 | 173.198.35.188 | NA |
| 340 | 1/8/2019 15:56:49 | 4search.com | cbsnews.com | about | /cbsnews.com/ex-felons-in-florida-begin-registering-to-vote-as-amendment-takes-eff | 173.198.35.188 | NA |
| 341 | 1/8/2019 15:53:49 | 4jewish.com | nypost.com | about | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/44D553 |
| 342 | 1/8/2019 15:53:51 | 4jewish.com | NA | about | /about/ | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/44D553 |
| 343 | 1/8/2019 15:53:58 | 4jewish.com | about | /about/ | 173.198.35.188 | 173.198.35.188 | NA |
| 344 | 1/8/2019 15:54:26 | 4nightwing.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | 173.198.35.188 | NA |
| 345 | 1/8/2019 15:54:29 | 4nightwing.com | about | /about/ | 173.198.35.188 | 173.198.35.188 | NA |
| 346 | 1/8/2019 16:21:15 | 4nightwing.com | privacy | /privacy/ | 173.198.35.188 | 173.198.35.188 | http://www.4nightwing.com/about/ |
| 347 | 1/8/2019 16:21:17 | 4nightwing.com | about | /about/ | 173.198.35.188 | 173.198.35.188 | http://www.4nightwing.com/about/ |
| 348 | 1/8/2019 16:21:19 | 4nightwing.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | 173.198.35.188 | http://www.4nightwing.com/about/ |
| 349 | 1/8/2019 16:21:29 | 4nightwing.com | copyright-notice | /copyright-notice | 173.198.35.188 | 173.198.35.188 | http://www.4nightwing.com/about/ |
| 350 | 1/8/2019 20:38:29 | 4nightwing.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | http://www.4nightwing.com/about/ |
| 351 | 1/8/2019 20:38:31 | 4nightwing.com | NA | /about/ | 173.198.35.188 | 173.198.35.188 | http://www.4nightwing.com/about/ |
| 352 | 1/8/2019 20:39:38 | 4nightwing.com | about | /about/ | 173.198.35.188 | 173.198.35.188 | http://www.4nightwing.com/about/ |
| 353 | 1/8/2019 20:39:42 | 4nightwing.com | NA | / | 173.198.35.188 | 173.198.35.188 | http://www.4nightwing.com/about/ |
| 354 | 1/8/2019 20:39:46 | 4nightwing.com | contact | /contact/ | 173.198.35.188 | 173.198.35.188 | http://www.4nightwing.com/about/ |
| 355 | 1/8/2019 20:39:48 | 4nightwing.com | NA | /about/ | 173.198.35.188 | 173.198.35.188 | http://www.4nightwing.com/about/ |
| 356 | 1/8/2019 20:40:06 | 4nightwing.com | terms-of-use | /terms-of-use/ | 173.198.35.188 | 173.198.35.188 | http://www.4nightwing.com/about/ |
| 357 | 1/8/2019 20:42:44 | 4nightwing.com | NA | / | 173.198.35.188 | 173.198.35.188 | http://www.4nightwing.com/about/ |
| 358 | 1/8/2019 20:59:33 | 4nightwing.com | timesofisrael.com | /timesofisrael.com/uk-police-arrest-teenage-fan-over-anti-semitic-abuse-during-spurs | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/44D553 |
| 359 | 1/9/2019 19:15:20 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/44D553 |
| 360 | 1/9/2019 19:15:22 | 4jewish.com | NA | / | 173.198.35.188 | 173.198.35.188 | NA |
| 361 | 1/9/2019 19:21:32 | 4nightwing.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | NA |
| 362 | 1/9/2019 19:35:43 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/44D553 |
| 363 | 1/9/2019 19:35:48 | 4jewish.com | nypost.com | /nypost.com/ | 173.198.35.188 | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/44D553 |
| 364 | 1/9/2019 19:35:52 | 4jewish.com | NA | / | 173.198.35.188 | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/44D553 |
| 365 | 1/9/2019 19:35:59 | 4jewish.com | search | /search/?q=donald trump | 173.198.35.188 | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/44D553 |
| 366 | 1/10/2019 20:25:07 | 4jewish.com | NA | / | 173.198.35.188 | 173.198.35.188 | NA |
| 367 | 1/10/2019 20:28:16 | 4jewish.com | NA | / | 173.198.35.188 | 173.198.35.188 | NA |
| 368 | 1/10/2019 20:28:50 | 4jewish.com | NA | / | 173.198.35.188 | 173.198.35.188 | NA |
| 369 | 1/10/2019 20:28:51 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | NA |
| 370 | 1/10/2019 20:28:55 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | NA |
| 371 | 1/10/2019 20:29:02 | 4jewish.com | nypost.com | /nypost.com/ | 173.198.35.188 | 173.198.35.188 | NA |
| 372 | 1/10/2019 20:29:09 | 4jewish.com | nypost.com | /nypost.com/director-secretly-screened-gay-themed-the-wedding-in-the-middle-east | 173.198.35.188 | NA |
| 373 | 1/10/2019 20:29:26 | 4jewish.com | zawya.com | /zawya.com/investo-appoints-new-institutional-sales-director-in-the-middle-east/ | 173.198.35.188 | NA |
| 374 | 1/10/2019 20:30:22 | 4jewish.com | nypost.com | /nypost.com/ | 173.198.35.188 | 173.198.35.188 | NA |
| 375 | 1/10/2019 20:30:23 | 4jewish.com | nypost.com | /nypost.com/ | 173.198.35.188 | 173.198.35.188 | NA |
| 376 | 1/10/2019 20:32:37 | 4jewish.com | NA | / | 173.198.35.188 | 173.198.35.188 | NA |
| 377 | 1/10/2019 20:32:44 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | NA |
| 378 | 1/10/2019 20:33:03 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | NA |
| 379 | 1/10/2019 20:33:04 | 4jewish.com | nypost.com | /nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york | 173.198.35.188 | NA |
| 380 | 1/10/2019 20:38:25 | 4search.com | patch.com | /patch.com/company-hiring-at-newark-airport-job-fair-on-thursday/ | 173.198.35.188 | NA |
| 381 | 1/10/2019 20:39:04 | 4search.com | patch.com | /patch.com/company-hiring-at-newark-airport-job-fair-on-thursday/ | 173.198.35.188 | NA |
| 382 | 1/10/2019 20:43:03 | 4baseball.com | cache | /cache/images/web/featured/thumbs/ulsecurea.mlb.com/3095195-thumb.jpg | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/2M1D82 |
| 383 | 1/10/2019 20:43:10 | 4baseball.com | cache | /cache/images/web/featured/thumbs/ulsecurea.mlb.com/3095195-thumb.jpg | 173.198.35.188 | https://copyright.higbeeassociates.com/cases/edit/2M1D82 |
| 384 | 1/29/2019 18:27:19 | 4search.com | newyorker.com | /newyorker.com/the-spectacular-personal-mythology-of-emmylhenry/ | 173.198.35.188 | NA |
| 385 | 1/28/2019 20:32:14 | 4search.com | rt.com | /rt.com/burundi-footballer-kung-fu-kicks-opponent-in-attempted-tackle-gone-wrong/ | 107.190.25.244 | NA |
| 386 | 1/28/2019 23:48:23 | 4search.com | news.com.au | /news.com.au/everybody-was-kung-fu-buying/ | 107.190.25.244 | NA |
| 387 | 1/28/2019 23:49:50 | 4search.com | rt.com | /rt.com/burundi-footballer-kung-fu-kicks-opponent-in-attempted-tackle-gone-wrong/ | 107.190.25.244 | NA |





# Higbee & Associates Partnership; The Details

We've partnered with Higbee & Associates to pursue licensing cases on behalf of all of our users. To answer any additional questions you may have, here are the details.

## Images are prioritized

We have shortlisted images which are likely to be infringed and are likely to have a positive outcome in court. This will save you time when deciding which cases to pursue and insure a higher success rate. If there is an image that you would like to pursue that is not immediately shown to you, we are certainly willing to pursue that case. Simply submit a licensing request!

## Additional information will be needed

You will need to confirm the image is yours, and provide us some information that will help with the case, such as price of the image and registration information if you have registered the image. These two pieces will help the lawyers determine what to ask for when opening the case. Images *do not* need to be registered with the Copyright Office in order to be pursued, and we will still pursue cases if the image(s) has not been registered.

## Payment, Fees, etc.

Higbee & Associates will be pursuing all cases on contingency. Which means that you will not pay legal feels until, and unless the case is successful.

The fees will be 50% of the reward upon successful litigation or settlement. This is only charged after a successful case, unless you mislead your legal council in any way that leads to a loss.

Why 50%? For two reasons:

- First, we would like to be able to go after all cases, even the low value ones. In order to do this we need to have a higher rate to average it out.
- The second reason is because Copypants and Higbee are taking on the cost of protecting all of your images, and only receiving payment for the one's where you benefit.

**Exhibit**

**C-1**

ER-222

- Copypants and Higbee are committed to acting professionally and with respect towards alleged infringers. In the end, we see them as your potential customers and we rather you have future customers, than past opponents.

If there is something that has not yet been answered, do no hesitate to contact our awesome support team; support@copypants.com. We're excited to see the results that this partnership brings!

# 4 Comments



**Rocco Macri** on December 20, 2016 at 5:51 pm

Hi:

How do I send you images to search?

Reply



**copypants** on December 22, 2016 at 1:07 pm

Hi Rocco,

You agreed to be added to the list last month when the trial started. H&A is reviewing every image match from each of the users that signed up. The images that you've sync'd with us from your Instagram will be reviewed by the legal team.

Let us know if you'd like to make any changes.

Reply



**Rocco Macri** on December 20, 2016 at 5:51 pm

Hi:

How do I send you images to search?

Reply

**copypants** on December 22, 2016 at 1:07 pm



Hi Rocco,

You agreed to be added to the list last month when the trial started. H&A is reviewing every image match from each of the users that signed up. The images that you've sync'd with us from your Instagram will be reviewed by the legal team.

Let us know if you'd like to make any changes.

Reply

**Recent Posts**

Important things to know; Copypants, Higbee & Associates, and Litigation

Copypants Chronicles: Undercutting your infringer

Copypants Chronicles: First Licensing Case

Licensing vs. Litigation

Getting started with Copypants

 

Copypants © 2018 All Rights Reserved





# Important things to know; Copypants, Higbee & Associates, and Litigation

So this is your first litigation case? That's super exciting! Sorry about the jerk stealing your image(s)! Or maybe it's not. Maybe you're here because you want to know how we handle litigation cases. Maybe you need some bedtime reading material… Sorry, this is going to be the most stimulating thing you've read all day!

Whether you've found this article yourself, or we've referred you here from a new case, the purpose here is to fully explain how we handle Litigation cases at Copypants. Strap in!

What we need from you

When you're finished submitting the case request

Information about Higbee & Associates

H&A x Copypants Partnership

Payment & Fees

Privacy

When to use litigation

First off, if we've referred you here from a case email, we probably need a couple things from you. To begin a litigation case, we need as much information about the image as possible. You can fill in the form via the link we provided in the email, or you can visit the case page that has been created for you under the Cases tab on the app.

## We'll need:

- A signed Power of Attorney document
  - This will give Higbee & Associates the power to pursue your cases on your behalf, negotiate settlement amounts, and represent your in court.
- Your full legal name

Exhibit

C-2    ER 225

- Sorry, no usernames or aliases.
- The approximate date that you first published the image, online or otherwise
  - Month and Year are enough
- As much relevant information about the image as possible
  - Have you licensed this image before?
  - If so, how many times?
  - When?
  - On average, how much did you charge for licensing this image?
  - What kind of licensing rights were given to the publisher?
- The image's registration information
  - If you've registered the image with the U.S. copyright office we will need
    - The registration number
    - The date (day, month, year) that the image was registered
- Your desired settlement amounts
  - The initial amount in USD
    - This will be the proposed amount
  - The minimum settlement value in USD
    - This is the lowest value you will be willing to settle this case for

Once you've provided all this information your case can be submitted. Of course, if you are opening a litigation case on your own, all of this still applies. ***Your images do not need to be registered with the Copyright office to be pursued.*** The big benefit of registering your images is it allows you to sue for statutory damages and attorney fees.

The reason we require so much information is because it makes a MUCH stronger case. When you have all of your "i's" dotted, and your "t's" crossed, it leads to quicker settlements and less negotiations.

## What do you need to do when you're finished?

After you've finished submitting all the information you're finished! It's being taken care of from this point on. We will update you as soon as progress has been made on your case. Go ahead and relax, you've earned it!

In the event that your case goes to court, you will ***not*** need to be present in court. Higbee & Associates are acting on your behalf, and will represent you in court.

Again, **you do not need to be present in court for these cases!** Isn't that awesome!?

## Who is Higbee & Associates?

Higbee & Associates is a California based law firm that specializes in copyright. They provide a wide range of copyright related services designed to help creative professionals maximize their potential and protect their livelihood. They can help with everything from registration, licensing, enforcement— including pre-litigation negotiation, and litigation.

## What is H&A doing with Copypants?

Higbee & Associates is providing Litigation services for our users. All of their work is done on contingency. This means that they will accept and pursue your case with no upfront cost to you. The only time you will pay for this service is when your case wins. Payment is based on a percentage of your settlement and will be deducted once the case is closed. If your case does not settle, you pay **nothing**.

Two attorneys at Higbee & Associates will have the ability to review your results which include your image, the websites where they are found, and the contact information of the people using your content.

From time to time, they may suggest opening cases for certain matches that they believe have a high chance of settling.

## Payment & Fees

The fees will be 50%**\*** of the reward upon successful litigation or settlement. This is only charged after a successful case, unless you mislead your legal counsel in any way that leads to a loss.

Why 50%? For two reasons:

- First, we would like to be able to go after *all* cases, even the low value ones. In order to do this we need to have a higher rate to average it out.
- The second reason is because Copypants and Higbee are taking on the cost of protecting all of your images, and only receiving payment for the ones where you benefit.
- Copypants and Higbee are committed to acting professionally and respectfully towards the alleged infringers. In the end, we see them as your potential customers and we rather you have future customers, than past opponents.

*\*Fees are subject to change.*

## Privacy

Your privacy is important to us and none of your personal information or content will leave Copypants.com. As mentioned before, two attorneys will have access to information about your matches, including the location, and the contact information of the publisher.

## When should you open a Litigation case?

We suggest using the Litigation action when:

ER-227

- You've had trouble contacting this publisher in the past
- This image is particularly valuable, and a quickly closed case is important
- You are asking a large licensing fee
  - Unfortunately it is common for publishers to simply ignore the licensing request, and in place take an image down, thinking they will not have to pay. This is not the case. Once legal counsel is involved, your case will continue to be pursued even if the image has been removed.
- If this is an important image of yours and it is being used commercially by a big organization, Litigation is the best option.

As always, if you have any further questions or need some clarification please leave a comment or email support@copypants.com, and our awesome team will be thrilled to assist you!

## Recent Posts

Important things to know; Copypants, Higbee & Associates, and Litigation

Copypants Chronicles: Undercutting your infringer

Copypants Chronicles: First Licensing Case

Licensing vs. Litigation

Getting started with Copypants



Copypants © 2018 All Rights Reserved







# imageDEFENDERS

How It Works    FAQ    About    Contact

Sign In

Why does your bottom line keep dwindling even though image use on the Internet is on the rise? The fact is, more images are being stolen from professional creators than ever before. Chances are, your images are being used right now without permission or compensation.

Loss prevention strategies are important to every business— they are especially important in the photography business where images are so easily and frequently stolen.

Do you want to see how you can implement a loss prevention strategy that reduces unauthorized use of your images while dramatically increasing your revenue?

Many photographers are more than doubling their annual revenue by outsourcing their loss prevention. With the help of Image Defenders we can show you how to create this revenue stream.

Photographer and entrepreneur Michael Grecco and copyright attorney Mathew Higbee founded Image Defenders after working together successfully to take control of Michael's image rights and win numerous cases resulting in Michael getting compensated for his work.





exhibitsticker.com

**Exhibit**

**E-1**



Frequently Asked Questions

**The Service**

+ How do I sign up?

+ Do I have any financial risk?

× How long does it take for a case to be solved?

It takes several weeks or a few months for the search engine to do a search first to find your work on the internet, then it usually takes a few months from initial contact with the infringer to settling a case and receiving payment. Cases worth litigating might take longer, they could potentially be over a year, but we calculate their value and will discuss all long terms plans with you.

+ What are your fees?

+ How Are Non-US Cases Handled

**The Dashboard**

+ How do I upload my pictures?

+ How many images can I upload?

+ What size do the images need to be?

+ How are the found images filtered?

**Exhibit**

**E-2**

exhibitsticker.com

iD imageDEFENDERS

How It Works   FAQ   About   Contact   Sign In

# Frequently Asked Questions

## The Service

+ How do I sign up?

+ Do I have any financial risk?

+ How long does it take for a case to be solved?

+ What are your fees?

+ How Are Non-US Cases Handled

## The Dashboard

+ How do I upload my pictures?

+ How many images can I upload?

+ What size do the images need to be?

× How are the found images filtered?

Our reverse image search leverages the technology of multiple search companies. This provides the best possible results. We then have humans review the results before we present them to you with a recommendation to pursue the claim. We value your time and do not want to waste your time having to review results for claims that are not pursuable or false-positives

Don't wait to start recovering lost fees...
Get in touch with us to get your account started.

Contact Us Today!

Exhibit
F

exhibitsticker.com

# Exhibit 20

The Wayback Machine - http://web.archive.org/web/20180831012216/https://twitt…



# Twitter Terms of Service

**If you live in the United States**, the Twitter User Agreement comprises these <u>Terms of Service</u> (http://web.archive.org/web/20180831012216/https://twitter.com/en/tos#update), our <u>Privacy Policy</u> (http://web.archive.org/web/20180831012216/https://twitter.com/privacy), the <u>Twitter Rules</u> (http://web.archive.org/web/20180831012216/https://twitter.com/rules) and all incorporated policies.

**If you live in the European Union or otherwise outside the United States**, the Twitter User Agreement comprises these <u>Terms of Service</u> (http://web.archive.org/web/20180831012216/https://twitter.com/en/tos?wcmmode=disabled#intlTerms), our <u>Privacy Policy</u> (http://web.archive.org/web/20180831012216/https://twitter.com/privacy), the <u>Twitter Rules</u> (http://web.archive.org/web/20180831012216/https://twitter.com/rules) and all incorporated policies.

## Twitter Terms of Service

### If you live in the United States

These Terms of Service ("Terms") govern your access to and use of our services, including our various websites, SMS, APIs, email notifications, applications, buttons, widgets, ads, commerce services, and our <u>other covered services</u> (http://web.archive.org/web/20180831012216/https://support.twitter.com/articles/20172501) (<u>https://support.twitter.com/articles/20172501</u> (http://web.archive.org/web/20180831012216/https://support.twitter.com/articles/20172501)) that link to these Terms (collectively, the "Services"), and any information, text, links, graphics, photos, audio, videos, or other materials or arrangements of materials uploaded, downloaded or appearing on the Services (collectively referred to as "Content"). By using the Services you agree to be bound by these Terms.

# 1. Who May Use the Services

ER-235

You may use the Services only if you agree to form a binding contract with Twitter and are not a person barred from receiving services under the laws of the applicable jurisdiction. In any case, you must be at least 13 years old, or in the case of Periscope 16 years old, to use the Services. If you are accepting these Terms and using the Services on behalf of a company, organization, government, or other legal entity, you represent and warrant that you are authorized to do so and have the authority to bind such entity to these Terms, in which case the words "you" and "your" as used in these Terms shall refer to such entity.

## 2. Privacy

Our Privacy Policy (http://web.archive.org/web/20180831012216/https://twitter.com/privacy) (https://www.twitter.com/privacy (http://web.archive.org/web/20180831012216/https://www.twitter.com/privacy)) describes how we handle the information you provide to us when you use our Services. You understand that through your use of the Services you consent to the collection and use (as set forth in the Privacy Policy) of this information, including the transfer of this information to the United States, Ireland, and/or other countries for storage, processing and use by Twitter and its affiliates.

## 3. Content on the Services

You are responsible for your use of the Services and for any Content you provide, including compliance with applicable laws, rules, and regulations. You should only provide Content that you are comfortable sharing with others.

Any use or reliance on any Content or materials posted via the Services or obtained by you through the Services is at your own risk. We do not endorse, support, represent or guarantee the completeness, truthfulness, accuracy, or reliability of any Content or communications posted via the Services or endorse any opinions expressed via the Services. You understand that by using the Services, you may be exposed to Content that might be offensive, harmful, inaccurate or otherwise inappropriate, or in some cases, postings that have been mislabeled or are otherwise deceptive. All Content is the sole responsibility of the person who originated such Content. We may not monitor or control the Content posted via the Services and, we cannot take responsibility for such Content.

We reserve the right to remove Content that violates the User Agreement, including for example, copyright or trademark violations, impersonation, unlawful conduct, or harassment. Information regarding specific policies and the process for reporting or appealing violations can be found in our Help Center (https://support.twitter.com/articles/15789#specific-violations (http://web.archive.org/web/20180831012216/https://support.twitter.com/articles/15789#specific-violations) and https://support.twitter.com/articles/15790 (http://web.archive.org/web/20180831012216/https://support.twitter.com/articles/15790)).

If you believe that your Content has been copied in a way that constitutes copyright infringement, please report this by visiting our Copyright reporting form (https://support.twitter.com/forms/dmca (http://web.archive.org/web/20180831012216/https://support.twitter.com/forms/dmca)) or contacting our designated copyright agent at:

Twitter, Inc.
Attn: Copyright Agent
1355 Market Street, Suite 900
San Francisco, CA 94103
Reports: https://support.twitter.com/forms/dmca (http://web.archive.org/web/20180831012216/https://support.twitter.com/forms/dmca)
Email: copyright@twitter.com (http://web.archive.org/web/20180831012216/mailto:copyright@pscp.tv)
(for content on Twitter)

Twitter, Inc.
Attn: Copyright Agent - Periscope
1355 Market Street, Suite 900
San Francisco, CA 94103
Reports: https://support.twitter.com/forms/dmca (http://web.archive.org/web/20180831012216/https://support.twitter.com/forms/dmca)Email: copyright@pscp.tv (http://web.archive.org/web/20180831012216/mailto:copyright@pscp.tv)
(for content on Periscope)

# Your Rights and Grant of Rights in the Content

You retain your rights to any Content you submit, post or display on or through the Services. What's yours is yours — you own your Content (and your incorporated audio, photos and videos are considered part of the Content).

By submitting, posting or displaying Content on or through the Services, you grant us a worldwide, non-exclusive, royalty-free license (with the right to sublicense) to use, copy, reproduce, process, adapt, modify, publish, transmit, display and distribute such Content in any and all media or distribution methods (now known or later developed). This license authorizes us to make your Content available to the rest of the world and to let others do the same. You agree that this license includes the right for Twitter to provide, promote, and improve the Services and to make Content submitted to or through the Services available to other companies, organizations or individuals for the syndication, broadcast, distribution, promotion or publication of such Content on other media and services, subject to our terms and conditions for such Content use. Such additional uses by Twitter, or other companies, organizations or individuals, may be made with no compensation paid to you with respect to the Content that you submit, post, transmit or otherwise make available through the Services.

Twitter has an evolving set of rules for how ecosystem partners can interact with your Content on the Services. These rules exist to enable an open ecosystem with your rights in mind. You understand that we may modify or adapt your Content as it is distributed, syndicated, published, or broadcast by us and our partners and/or make changes to your Content in order to adapt the Content to different media.

You represent and warrant that you have, or have obtained, all rights, licenses, consents, permissions, power and/or authority necessary to grant the rights granted herein for any Content that you submit, post or display on or through the Services. You agree that such Content will not contain material subject to copyright or other proprietary rights, unless you have necessary permission or are otherwise legally entitled to post the material and to grant Twitter the license described above.

# 4. Using the Services

Please review the Twitter Rules (http://web.archive.org/web/20180831012216/https://twitter.com/rules) (and, for Periscope, the Periscope Community Guidelines (http://web.archive.org/web/20180831012216/https://www.pscp.tv/content) at https://www.pscp.tv/content (http://web.archive.org/web/20180831012216/https://www.pscp.tv/content)), which are part of the User Agreement and outline what is prohibited on the Services. You may use the Services only in compliance with these Terms and all applicable laws, rules and regulations.

Our Services evolve constantly. As such, the Services may change from time to time, at our discretion. We may stop (permanently or temporarily) providing the Services or any features within the Services to you or to users generally. We also retain the right to create limits on use and storage at our sole discretion at any time. We may also remove or refuse to distribute any Content on the Services, suspend or terminate users, and reclaim usernames without liability to you.

In consideration for Twitter granting you access to and use of the Services, you agree that Twitter and its third-party providers and partners may place advertising on the Services or in connection with the display of Content or information from the Services whether submitted by you or others. You also agree not to misuse our Services, for example, by interfering with them or accessing them using a method other than the interface and the instructions that we provide. You may not do any of the following while accessing or using the Services: (i) access, tamper with, or use non-public areas of the Services, Twitter's computer systems, or the technical delivery systems of Twitter's providers; (ii) probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures; (iii) access or search or attempt to access or search the Services by any means (automated or otherwise) other than through our currently available, published interfaces that are provided by Twitter (and only pursuant to the applicable terms and conditions), unless you have been specifically allowed to do so in a separate agreement with Twitter (NOTE: crawling the Services is permissible if done in accordance with the provisions of the robots.txt file, however, scraping the Services without the prior consent of Twitter is expressly prohibited); (iv) forge any TCP/IP packet header or any part of the header information in any email or posting, or in any way use the Services to send altered, deceptive or false source-identifying information; or (v) interfere with, or disrupt, (or attempt to do so), the access of any user, host or network, including, without limitation, sending a virus, overloading, flooding, spamming, mail-bombing the Services, or by scripting the creation of Content in such a manner as to interfere with or create an undue burden on the Services. We also reserve the right to access, read, preserve, and disclose any information as we reasonably believe is necessary to (i) satisfy any applicable law, regulation, legal process or governmental request, (ii) enforce the Terms, including investigation of potential violations hereof, (iii) detect, prevent, or otherwise address fraud, security or technical issues, (iv) respond to user support requests, or (v) protect the rights, property or safety of Twitter, its users and the public. Twitter does not disclose personally-identifying information to third parties except in accordance with our Privacy Policy.

ER-239

If you use developer features of the Services, including but not limited to Twitter for Websites (http://web.archive.org/web/20180831012216/https://dev.twitter.com/web/overview) (https://dev.twitter.com/web/overview (http://web.archive.org/web/20180831012216/https://dev.twitter.com/web/overview)), Twitter Cards (http://web.archive.org/web/20180831012216/https://dev.twitter.com/cards/overview) (https://dev.twitter.com/cards/overview (http://web.archive.org/web/20180831012216/https://dev.twitter.com/cards/overview)), Public API (http://web.archive.org/web/20180831012216/https://dev.twitter.com/streaming/public) (https://dev.twitter.com/streaming/public (http://web.archive.org/web/20180831012216/https://dev.twitter.com/streaming/public)), or Sign in with Twitter (http://web.archive.org/web/20180831012216/https://dev.twitter.com/web/sign-in) (https://dev.twitter.com/web/sign-in (http://web.archive.org/web/20180831012216/https://dev.twitter.com/web/sign-in)), you agree to our Developer Agreement (http://web.archive.org/web/20180831012216/https://dev.twitter.com/overview/terms/agreement) (https://dev.twitter.com/overview/terms/agreement (http://web.archive.org/web/20180831012216/https://dev.twitter.com/overview/terms/agreement)) and Developer Policy (http://web.archive.org/web/20180831012216/https://dev.twitter.com/overview/terms/agreement) (https://dev.twitter.com/overview/terms/policy (http://web.archive.org/web/20180831012216/https://dev.twitter.com/overview/terms/policy)). If you want to reproduce, modify, create derivative works, distribute, sell, transfer, publicly display, publicly perform, transmit, or otherwise use the Services or Content on the Services, you must use the interfaces and instructions we provide, except as permitted through the Twitter Services, these Terms, or the terms provided on dev.twitter.com (http://web.archive.org/web/20180831012216/https://dev.twitter.com/).

If you use advertising features of the Services, you must agree to our Twitter Master Services Agreement (http://web.archive.org/web/20180831012216/https://ads.twitter.com/terms) (https://ads.twitter.com/terms (http://web.archive.org/web/20180831012216/https://ads.twitter.com/terms)).

If you use Super Hearts, Coins, or Stars on Periscope, you agree to our Super Hearts Terms (http://web.archive.org/web/20180831012216/https://legal.twitter.com/en/periscope/super/terms.html) (https://legal.twitter.com/en/periscope/super/terms.html (http://web.archive.org/web/20180831012216/https://legal.twitter.com/en/periscope/super/terms.html)).

# Your Account

You may need to create an account to use some of our Services. You are responsible for safeguarding your account, so use a strong password and limit its use to this account. We cannot and will not be liable for any loss or damage arising from your failure to comply with the above.

You can control most communications from the Services. We may need to provide you with certain communications, such as service announcements and administrative messages. These communications are considered part of the Services and your account, and you may not be able to opt-out from receiving them. If you added your phone number to your account and you later change or deactivate that phone number, you must update your account information to help prevent us from communicating with anyone who acquires your old number.

# Your License to Use the Services

Twitter gives you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you as part of the Services. This license has the sole purpose of enabling you to use and enjoy the benefit of the Services as provided by Twitter, in the manner permitted by these Terms.

The Services are protected by copyright, trademark, and other laws of both the United States and foreign countries. Nothing in the Terms gives you a right to use the Twitter name or any of the Twitter trademarks, logos, domain names, and other distinctive brand features. All right, title, and interest in and to the Services (excluding Content provided by users) are and will remain the exclusive property of Twitter and its licensors. Any feedback, comments, or suggestions you may provide regarding Twitter, or the Services is entirely voluntary and we will be free to use such feedback, comments or suggestions as we see fit and without any obligation to you.

# Ending These Terms

You may end your legal agreement with Twitter at any time by deactivating your accounts and discontinuing your use of the Services. See http://support.twitter.com/articles/15358-how-to-deactivate-your-account (http://web.archive.org/web/20180831012216/http://support.twitter.com/articles/15358-how-to-deactivate-your-account) (and for Periscope, https://help.pscp.tv/customer/portal/articles/2460220 (http://web.archive.org/web/20180831012216/https://help.pscp.tv/customer/portal/articles/2460220)) for instructions on how to deactivate your account and the Privacy Policy for more information on what happens to your information.

ER-241

We may suspend or terminate your account or cease providing you with all or part of the Services at any time for any or no reason, including, but not limited to, if we reasonably believe: (i) you have violated these Terms or the Twitter Rules (http://web.archive.org/web/20180831012216/https://twitter.com/rules) or Periscope Community Guidelines (http://web.archive.org/web/20180831012216/https://www.pscp.tv/content), (ii) you create risk or possible legal exposure for us; (iii) your account should be removed due to prolonged inactivity; or (iv) our provision of the Services to you is no longer commercially viable. We will make reasonable efforts to notify you by the email address associated with your account or the next time you attempt to access your account, depending on the circumstances. In all such cases, the Terms shall terminate, including, without limitation, your license to use the Services, except that the following sections shall continue to apply: II, III, V, and VI.

# 5. Disclaimers and Limitations of Liability

## The Services are Available "AS-IS"

Your access to and use of the Services or any Content are at your own risk. You understand and agree that the Services are provided to you on an "AS IS" and "AS AVAILABLE" basis. The "Twitter Entities" refers to Twitter, its parents, affiliates, related companies, officers, directors, employees, agents, representatives, partners, and licensors. Without limiting the foregoing, to the maximum extent permitted under applicable law, THE TWITTER ENTITIES DISCLAIM ALL WARRANTIES AND CONDITIONS, WHETHER EXPRESS OR IMPLIED, OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. The Twitter Entities make no warranty or representation and disclaim all responsibility and liability for: (i) the completeness, accuracy, availability, timeliness, security or reliability of the Services or any Content; (ii) any harm to your computer system, loss of data, or other harm that results from your access to or use of the Services or any Content; (iii) the deletion of, or the failure to store or to transmit, any Content and other communications maintained by the Services; and (iv) whether the Services will meet your requirements or be available on an uninterrupted, secure, or error-free basis. No advice or information, whether oral or written, obtained from the Twitter Entities or through the Services, will create any warranty or representation not expressly made herein.

# Limitation of Liability

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE TWITTER ENTITIES SHALL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, OR ANY LOSS OF PROFITS OR REVENUES, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM (i) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES; (ii) ANY CONDUCT OR CONTENT OF ANY THIRD PARTY ON THE SERVICES, INCLUDING WITHOUT LIMITATION, ANY DEFAMATORY, OFFENSIVE OR ILLEGAL CONDUCT OF OTHER USERS OR THIRD PARTIES; (iii) ANY CONTENT OBTAINED FROM THE SERVICES; OR (iv) UNAUTHORIZED ACCESS, USE OR ALTERATION OF YOUR TRANSMISSIONS OR CONTENT. IN NO EVENT SHALL THE AGGREGATE LIABILITY OF THE TWITTER ENTITIES EXCEED THE GREATER OF ONE HUNDRED U.S. DOLLARS (U.S. $100.00) OR THE AMOUNT YOU PAID TWITTER, IF ANY, IN THE PAST SIX MONTHS FOR THE SERVICES GIVING RISE TO THE CLAIM. THE LIMITATIONS OF THIS SUBSECTION SHALL APPLY TO ANY THEORY OF LIABILITY, WHETHER BASED ON WARRANTY, CONTRACT, STATUTE, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE, AND WHETHER OR NOT THE TWITTER ENTITIES HAVE BEEN INFORMED OF THE POSSIBILITY OF ANY SUCH DAMAGE, AND EVEN IF A REMEDY SET FORTH HEREIN IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE.

# 6. General

We may revise these Terms from time to time. The changes will not be retroactive, and the most current version of the Terms, which will always be at twitter.com/tos (http://web.archive.org/web/20180831012216/https://twitter.com/en/tos), will govern our relationship with you. We will try to notify you of material revisions, for example via a service notification or an email to the email associated with your account. By continuing to access or use the Services after those revisions become effective, you agree to be bound by the revised Terms.

The laws of the State of California, excluding its choice of law provisions, will govern these Terms and any dispute that arises between you and Twitter. All disputes related to these Terms or the Services will be brought solely in the federal or state courts located in San Francisco County, California, United States, and you consent to personal jurisdiction and waive any objection as to inconvenient forum.

If you are a federal, state, or local government entity in the United States using the Services in your official capacity and legally unable to accept the controlling law, jurisdiction or venue clauses above, then those clauses do not apply to you. For

ER-243

such U.S. federal government entities, these Terms and any action related thereto will be governed by the laws of the United States of America (without reference to conflict of laws) and, in the absence of federal law and to the extent permitted under federal law, the laws of the State of California (excluding choice of law).

In the event that any provision of these Terms is held to be invalid or unenforceable, then that provision will be limited or eliminated to the minimum extent necessary, and the remaining provisions of these Terms will remain in full force and effect. Twitter's failure to enforce any right or provision of these Terms will not be deemed a waiver of such right or provision.

These Terms are an agreement between you and Twitter, Inc., 1355 Market Street, Suite 900, San Francisco, CA 94103 U.S.A. If you have any questions about these Terms, please contact us (http://web.archive.org/web/20180831012216/https://support.twitter.com/forms).

**Effective:** May 25, 2018

Archive of Previous Terms (http://web.archive.org/web/20180831012216/https://twitter.com/en/tos/previous)

# Twitter Terms of Service

## If you live outside of the United States

These Terms of Service ("Terms") govern your access to and use of our services, including our various websites, SMS, APIs, email notifications, applications, buttons, widgets, ads, commerce services, and our other covered services (https://support.twitter.com/articles/20172501 (http://web.archive.org/web/20180831012216/https://support.twitter.com/articles/20172501)) that link to these Terms (collectively, the "Services"), and any information, text, links, graphics, photos, audio, videos, or other materials or arrangements of materials uploaded, downloaded or appearing on the Services (collectively referred to as "Content"). By using the Services you agree to be bound by these Terms.

# 1. Who May Use the Services

You may use the Services only if you agree to form a binding contract with Twitter and are not a person barred from receiving services under the laws of the applicable jurisdiction. In any case, you must be at least 13 years old, or in the case of Periscope 16 years old, to use the Services. If you are accepting these Terms and using the Services on behalf of a company, organization, government, or other legal entity, you represent and warrant that you are authorized to do so and have the authority to bind such entity to these Terms, in which case the words "you" and "your" as used in these Terms shall refer to such entity.

# 2. Privacy

Our Privacy Policy (http://web.archive.org/web/20180831012216/https://twitter.com/privacy) (https://www.twitter.com/privacy (http://web.archive.org/web/20180831012216/https://www.twitter.com/privacy)) describes how we handle the information you provide to us when you use our Services. You understand that through your use of the Services you consent to the collection and use (as set forth in the Privacy Policy) of this information, including the transfer of this information to the United States, Ireland, and/or other countries for storage, processing and use by Twitter and its affiliates.

# 3. Content on the Services

You are responsible for your use of the Services and for any Content you provide, including compliance with applicable laws, rules, and regulations. You should only provide Content that you are comfortable sharing with others.

Any use or reliance on any Content or materials posted via the Services or obtained by you through the Services is at your own risk. We do not endorse, support, represent or guarantee the completeness, truthfulness, accuracy, or reliability of any Content or communications posted via the Services or endorse any opinions expressed via the Services. You understand that by using the Services, you may be exposed to Content that might be offensive, harmful, inaccurate or otherwise inappropriate, or in some cases, postings that have been mislabeled or are

web.archive.org/web/20180831012216/https://twitter.com/en/tos

otherwise deceptive. All Content is the sole responsibility of the person who originated such Content. We may not monitor or control the Content posted via the Services and, we cannot take responsibility for such Content.

We reserve the right to remove Content that violates the User Agreement, including for example, copyright or trademark violations, impersonation, unlawful conduct, or harassment. Information regarding specific policies and the process for reporting or appealing violations can be found in our Help Center (https://support.twitter.com/articles/15789#specific-violations (http://web.archive.org/web/20180831012216/https://support.twitter.com/articles/15789#specific-violations) and https://support.twitter.com/articles/15790 (http://web.archive.org/web/20180831012216/https://support.twitter.com/articles/15790)).

If you believe that your Content has been copied in a way that constitutes copyright infringement, please report this by visiting our Copyright reporting form (https://support.twitter.com/forms/dmca (http://web.archive.org/web/20180831012216/https://support.twitter.com/forms/dmca)) or contacting our designated copyright agent at:

Twitter, Inc.
Attn: Copyright Agent
1355 Market Street, Suite 900
San Francisco, CA 94103
Reports: https://support.twitter.com/forms/dmca (http://web.archive.org/web/20180831012216/https://support.twitter.com/forms/dmca)
Email: copyright@twitter.com (http://web.archive.org/web/20180831012216/mailto:copyright@pscp.tv)
(for content on Twitter)

Twitter, Inc.
Attn: Copyright Agent - Periscope
1355 Market Street, Suite 900
San Francisco, CA 94103
Reports: https://support.twitter.com/forms/dmca (http://web.archive.org/web/20180831012216/https://support.twitter.com/forms/dmca)Email: copyright@pscp.tv (http://web.archive.org/web/20180831012216/mailto:copyright@pscp.tv)
(for content on Periscope)

# Your Rights and Grant of Rights in the Content

ER-246

You retain your rights to any Content you submit, post or display on or through the Services. What's yours is yours — you own your Content (and your incorporated audio, photos and videos are considered part of the Content).

By submitting, posting or displaying Content on or through the Services, you grant us a worldwide, non-exclusive, royalty-free license (with the right to sublicense) to use, copy, reproduce, process, adapt, modify, publish, transmit, display and distribute such Content in any and all media or distribution methods (now known or later developed). This license authorizes us to make your Content available to the rest of the world and to let others do the same. You agree that this license includes the right for Twitter to provide, promote, and improve the Services and to make Content submitted to or through the Services available to other companies, organizations or individuals for the syndication, broadcast, distribution, promotion or publication of such Content on other media and services, subject to our terms and conditions for such Content use. Such additional uses by Twitter, or other companies, organizations or individuals, may be made with no compensation paid to you with respect to the Content that you submit, post, transmit or otherwise make available through the Services.

Twitter has an evolving set of rules for how ecosystem partners can interact with your Content on the Services. These rules exist to enable an open ecosystem with your rights in mind. You understand that we may modify or adapt your Content as it is distributed, syndicated, published, or broadcast by us and our partners and/or make changes to your Content in order to adapt the Content to different media.

You represent and warrant that you have, or have obtained, all rights, licenses, consents, permissions, power and/or authority necessary to grant the rights granted herein for any Content that you submit, post or display on or through the Services. You agree that such Content will not contain material subject to copyright or other proprietary rights, unless you have necessary permission or are otherwise legally entitled to post the material and to grant Twitter the license described above.

# 4. Using the Services

Please review the Twitter Rules
(http://web.archive.org/web/20180831012216/https://twitter.com/rules) (and, for Periscope, the
Periscope Community Guidelines
(http://web.archive.org/web/20180831012216/https://www.pscp.tv/content) at
https://pscp.tv/content
(http://web.archive.org/web/20180831012216/https://www.pscp.tv/content)), which are part of the

User Agreement and outline what is prohibited on the Services. You may use the Services only in compliance with these Terms and all applicable laws, rules and regulations.

Our Services evolve constantly. As such, the Services may change from time to time, at our discretion. We may stop (permanently or temporarily) providing the Services or any features within the Services to you or to users generally. We also retain the right to create limits on use and storage at our sole discretion at any time. We may also remove or refuse to distribute any Content on the Services, suspend or terminate users, and reclaim usernames without liability to you.

In consideration for Twitter granting you access to and use of the Services, you agree that Twitter and its third-party providers and partners may place advertising on the Services or in connection with the display of Content or information from the Services whether submitted by you or others. You also agree not to misuse our Services, for example, by interfering with them or accessing them using a method other than the interface and the instructions that we provide. You may not do any of the following while accessing or using the Services: (i) access, tamper with, or use non-public areas of the Services, Twitter's computer systems, or the technical delivery systems of Twitter's providers; (ii) probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures; (iii) access or search or attempt to access or search the Services by any means (automated or otherwise) other than through our currently available, published interfaces that are provided by Twitter (and only pursuant to the applicable terms and conditions), unless you have been specifically allowed to do so in a separate agreement with Twitter (NOTE: crawling the Services is permissible if done in accordance with the provisions of the robots.txt file, however, scraping the Services without the prior consent of Twitter is expressly prohibited); (iv) forge any TCP/IP packet header or any part of the header information in any email or posting, or in any way use the Services to send altered, deceptive or false source-identifying information; or (v) interfere with, or disrupt, (or attempt to do so), the access of any user, host or network, including, without limitation, sending a virus, overloading, flooding, spamming, mail-bombing the Services, or by scripting the creation of Content in such a manner as to interfere with or create an undue burden on the Services. We also reserve the right to access, read, preserve, and disclose any information as we reasonably believe is necessary to (i) satisfy any applicable law, regulation, legal process or governmental request, (ii) enforce the Terms, including investigation of potential violations hereof, (iii) detect, prevent, or otherwise address fraud, security or technical issues, (iv) respond to user support requests, or (v)

ER-248

protect the rights, property or safety of Twitter, its users and the public. Twitter does not disclose personally-identifying information to third parties except in accordance with our Privacy Policy.

If you use developer features of the Services, including but not limited to Twitter for Websites (http://web.archive.org/web/20180831012216/https://dev.twitter.com/web/overview) (https://dev.twitter.com/web/overview (http://web.archive.org/web/20180831012216/https://dev.twitter.com/web/overview)), Twitter Cards (http://web.archive.org/web/20180831012216/https://dev.twitter.com/cards/overview) (https://dev.twitter.com/cards/overview (http://web.archive.org/web/20180831012216/https://dev.twitter.com/cards/overview)), Public API (http://web.archive.org/web/20180831012216/https://dev.twitter.com/streaming/public) (https://dev.twitter.com/streaming/public (http://web.archive.org/web/20180831012216/https://dev.twitter.com/streaming/public)), or Sign in with Twitter (http://web.archive.org/web/20180831012216/https://dev.twitter.com/web/sign-in) (https://dev.twitter.com/web/sign-in (http://web.archive.org/web/20180831012216/https://dev.twitter.com/web/sign-in)), you agree to our Developer Agreement (http://web.archive.org/web/20180831012216/https://dev.twitter.com/overview/terms/agreement) (https://dev.twitter.com/overview/terms/agreement (http://web.archive.org/web/20180831012216/https://dev.twitter.com/overview/terms/agreement)) and Developer Policy (http://web.archive.org/web/20180831012216/https://dev.twitter.com/overview/terms/policy) (https://dev.twitter.com/overview/terms/policy (http://web.archive.org/web/20180831012216/https://dev.twitter.com/overview/terms/policy)). If you want to reproduce, modify, create derivative works, distribute, sell, transfer, publicly display, publicly perform, transmit, or otherwise use the Services or Content on the Services, you must use the interfaces and instructions we provide, except as permitted through the Twitter Services, these Terms, or the terms provided on dev.twitter.com (http://web.archive.org/web/20180831012216/https://dev.twitter.com/).

If you use advertising features of the Services, you must agree to our Twitter Master Services Agreement (http://web.archive.org/web/20180831012216/https://ads.twitter.com/terms) (https://ads.twitter.com/terms (http://web.archive.org/web/20180831012216/https://ads.twitter.com/terms)).

If you use Super Hearts, Coins, or Stars on Periscope, you agree to our Super Hearts Terms (http://web.archive.org/web/20180831012216/https://legal.twitter.com/en/periscope/super/terms.html)

ER-249

(https://legal.twitter.com/en/periscope/super_terms.html
(http://web.archive.org/web/20180831012216/https://legal.twitter.com/en/periscope/super_terms.html)).

# Your Account

You may need to create an account to use some of our Services. You are responsible for safeguarding your account, so use a strong password and limit its use to this account. We cannot and will not be liable for any loss or damage arising from your failure to comply with the above.

You can control most communications from the Services. We may need to provide you with certain communications, such as service announcements and administrative messages. These communications are considered part of the Services and your account, and you may not be able to opt-out from receiving them. If you added your phone number to your account and you later change or deactivate that phone number, you must update your account information to help prevent us from communicating with anyone who acquires your old number.

# Your License to Use the Services

Twitter gives you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you as part of the Services. This license has the sole purpose of enabling you to use and enjoy the benefit of the Services as provided by Twitter, in the manner permitted by these Terms.

The Services are protected by copyright, trademark, and other laws of both the United States and foreign countries. Nothing in the Terms gives you a right to use the Twitter name or any of the Twitter trademarks, logos, domain names, and other distinctive brand features. All right, title, and interest in and to the Services (excluding Content provided by users) are and will remain the exclusive property of Twitter and its licensors. Any feedback, comments, or suggestions you may provide regarding Twitter, or the Services is entirely voluntary and we will be free to use such feedback, comments or suggestions as we see fit and without any obligation to you.

# Ending These Terms

You may end your legal agreement with Twitter at any time by deactivating your accounts and discontinuing your use of the Services. See http://support.twitter.com/articles/15358-how-to-deactivate-your-account (http://web.archive.org/web/20180831012216/http://support.twitter.com/articles/15358-how-to-deactivate-your-account) (and for Periscope,

https://help.pscp.tv/customer/portal/articles/2460220 (http://web.archive.org/web/20180831012216/https://help.pscp.tv/customer/portal/articles/2460220)) for instructions on how to deactivate your account and the Privacy Policy for more information on what happens to your information.

We may suspend or terminate your account or cease providing you with all or part of the Services at any time for any or no reason, including, but not limited to, if we reasonably believe: (i) you have violated these Terms or the Twitter Rules (http://web.archive.org/web/20180831012216/https://twitter.com/rules) or Periscope Community Guidelines (http://web.archive.org/web/20180831012216/https://www.pscp.tv/content), (ii) you create risk or possible legal exposure for us; (iii) your account should be removed due to unlawful conduct, (iv) your account should be removed due to prolonged inactivity; or (v) our provision of the Services to you is no longer commercially viable. We will make reasonable efforts to notify you by the email address associated with your account or the next time you attempt to access your account, depending on the circumstances. In all such cases, the Terms shall terminate, including, without limitation, your license to use the Services, except that the following sections shall continue to apply: II, III, V, and VI. If you believe your account was terminated in error you can file an appeal following the steps found in our Help Center (http://web.archive.org/web/20180831012216/https://support.twitter.com/forms/general?subtopic=suspended) (https://support.twitter.com/forms/general?subtopic=suspended (http://web.archive.org/web/20180831012216/https://support.twitter.com/forms/general?subtopic=suspended)).

# 5. Limitations of Liability

By using the Services you agree that Twitter, its parents, affiliates, related companies, officers, directors, employees, agents representatives, partners and licensors, liability is limited to the maximum extent permissible in your country of residence.

# 6. General

We may revise these Terms from time to time. The changes will not be retroactive, and the most current version of the Terms, which will always be at twitter.com/tos (http://web.archive.org/web/20180831012216/https://twitter.com/en/tos), will govern our relationship with you. Other than for changes addressing new functions or made for legal reasons, we will notify you 30 days in advance of making effective changes to these Terms that impact the rights or obligations of any party to these Terms, for

ER-251

example via a service notification or an email to the email associated with your account. By continuing to access or use the Services after those revisions become effective, you agree to be bound by the revised Terms.

In the event that any provision of these Terms is held to be invalid or unenforceable, then that provision will be limited or eliminated to the minimum extent necessary, and the remaining provisions of these Terms will remain in full force and effect. Twitter's failure to enforce any right or provision of these Terms will not be deemed a waiver of such right or provision.

These Terms are an agreement between you and Twitter International Company, an Irish company with its registered office at One Cumberland Place, Fenian Street Dublin 2, D02 AX07 Ireland. If you have any questions about these Terms, please contact us (http://web.archive.org/web/20180831012216/https://support.twitter.com/forms).

**Effective:** May 25, 2018

Archive of Previous Terms
(http://web.archive.org/web/20180831012216/https://twitter.com/en/tos/previous)

© 2018 Twitter, Inc.
Cookies (http://web.archive.org/web/20180831012216/https://support.twitter.com/articles/20170520)
Privacy (http://web.archive.org/web/20180831012216/https://twitter.com/privacy)
Terms and Conditions (http://web.archive.org/web/20180831012216/https://twitter.com/tos)

# Exhibit 21



# Exhibit 22

ER-255



**4Jewish.com**
Jewish Search Engine & News

🔍 SEARCH  ☰ NEWS  👤 SOCIAL  🛒 SHOP  ☎ SERVICES

Search in all verticals...                           🔍

**Rogue goat may have helped dozens of farm animals escape - New York Post**
**¨ Source:** nypost.com

Aug 9, 2018 7:44 PM - 3 weeks, 20 hours, 37 minutes, 32 seconds ago

➕ f 🐦 💬 🔺 🔴 ✉ 💬 Ⓖ



**Description:**

Rogue goat may have helped dozens of farm animals escape

"Fred" the goat.

Robert Miller

Dozens of goats and sheep brought for slaughter escaped from a New Jersey livestock auction house Wednesday night — and the facility's manager believes another goat who had bolted to freedom more than a year ago helped them to make their getaway.

The animals escaped through an unsecured gate at the Hackettstown Livestock Auction House on West Stiger Street around 9:30 p.m., cops said.

see also

A small New Jersey town became an open pasture for... It took about an hour for police and locals to herd about 60 of the livestock back to their pens with a rope and cracked corn, before police re-secured the gate with a piece of rope, police spokesman Sgt. Darren Tynan told the Post.

Auction house manager Bouwe Postma said that those were the only animals who had escaped — but Tynan said that between 10 and 20 more were believed to still be on the loose.

Locals jokingly point the finger at another goat nicknamed Fred that escaped from the same auction market more than a year ago and sporadically pops up around the town. In fact, cops received reports that Fred was in the area a couple of hours before the escape.

On Thursday afternoon, after the escape, Fred showed up at the facility and headbutted the gate holding newly corralled animals multiple times, in an apparent effort to let them back out.

Postma managed to shoo him away, but the sighting made him suspect that Fred was also behind Wednesday night's escape.

"It was him [last night]," Postma declared. "I think he's the culprit. He must have banged that fence and let him out last night. I'm almost positive. He must have put a lot of force into that."

A sheep and goat on the loose in Hackettstown, N.J. after escaping.Hackettstown Police

The auctionhouse holds sales every Tuesday, and this herd was purchased by one owner who hadn't picked up his haul yet due to a broken down truck.

"People tend to rally for the escapees," Hackettstown Mayor Maria DiGiovanni said. "I kind of like when they break free, but I see both sides. It is a business."

Tynan was thankful the animals' bolt for freedom didn't spark trouble on the roads.

"There could have been accidents — people could have crashed into them," he said. "We don't know the mind of a sheep or a goat or what they'll do."

The escape came less than a week after about 100 goats went on the lam in Idaho, munching their way through a suburban Boise neighborhood in an incident dubbed "Goat-a-Palooza 2018."

The animals were later wrangled onto a truck ...

Read the Article, CLICK HERE.

**All Extracted Terms** (Click to add to search.) Rogue goat may have helped dozens of farm animals escape - New York Post    police spokesman Sgt    Robert Miller Dozens    accidents people    West Stiger Street    New Jersey town    Rogue goat    Rent Goats    Boise neighborhood    Wednesday night    Thursday afternoon    auction market    Darren Tynan    farm animals

**Discovered Stories**



NYPOST.COM

**Rogue goat may have helped dozens of farm animals escape**
Aug 9, 2018 7:56 PM - 3 weeks, 20 hours, 25 minutes, 33 seconds ago



NYTIMES.COM

**Tassi the Goat Gives Birth to Goat Twins During Goat Yoga**
May 24, 2018 7:08 PM - 3 months, 6 days, 21 hours, 12 minutes, 40 seconds ago



SUN-SENTINEL.COM

**Man faces felony charges after 304 animals rescued from goat farm**
Aug 13, 2018 7:52 PM - 2 weeks, 3 days, 20 hours, 29 minutes, 33 seconds ago



BUSTLE.COM

**Tassi The Goat Gave Birth To Twins During Goat Yoga & It's The Sweetest Story Ever**
May 26, 2018 5:38 PM - 3 months, 4 days, 22 hours, 43 minutes, 20 seconds ago

THEEAGLE.COM

**The Eagle**

**45th Annual Sheep and Goat Field Day, Texas Sheep and Goat Expo set for Aug. 17-18 | Agrilifetoday | theeagle.com**
Jul 24, 2018 6:24 PM - 1 month, 6 days, 21 hours, 57 minutes, 33 seconds ago



NEW9HERALD.COM

**Goat vote: Panama City man brings goat to vote in Florida**

ER-256



News Herald - Panama City, FL
Aug 29, 2018 1:52 PM · 2 days, 2 hours, 29 minutes, 31 seconds ago

**THENATION.COM**

Claudia Gómez González Wasn't Killed by a Rogue Border Agent—She Was Killed by a Rogue Agency | The Nation
May 31, 2018 12:54 AM · 3 months, 15 hours, 27 minutes, 19 seconds ago

**markets.businessinsider.com**

Antelope Valley Nissan showcases features, capabilities of 2018 Nissan Rogue vs. Rogue Sport | Markets Insider
Aug 1, 2018 11:32 AM · 4 weeks, 2 days, 4 hours, 49 minutes, 32 seconds ago

**bizjournals.com**

Antelope Valley Nissan showcases features, capabilities of 2018 Nissan Rogue vs. Rogue Sport
Aug 1, 2018 12:12 PM · 4 weeks, 2 days, 4 hours, 9 minutes, 33 seconds ago



**WHATCULTURE.COM**

Star Wars: Rogue Squadron IS Named After Rogue One Team
Aug 2, 2018 4:52 AM · 4 weeks, 1 day, 11 hours, 29 minutes, 33 seconds ago

**markets.businessinsider.com**

As Wildfires in Southern Oregon Threaten the Rogue River Region, Morrisons Rogue Wilderness Adventures Carries On | Markets Insider
Aug 12, 2018 7:26 AM · 2 weeks, 5 days, 8 hours, 55 minutes, 33 seconds ago

**NYPOST.COM**

Adventures Carries On | Markets Insider
Aug 12, 2018 7:26 AM · 2 weeks, 5 days, 8 hours, 55 minutes, 33 seconds ago



**NYPOST.COM**

Nearly 75 animals escape from livestock auction in New Jersey
Aug 9, 2018 2:16 PM · 3 weeks, 1 day, 2 hours, 5 minutes, 33 seconds ago

See More

**The statements and opinions expressed are solely those of the author and do not necessarily reflect those of this website or it's affiliates. The opinions expressed here should not be understood as advocated by or sanctioned by this website or it's affiliates. Information contained on this site is provided on an "as is" basis with no guarantees of completeness, accuracy, usefulness or timeliness and should not be relied upon. You use this website, information, and content at your own risk. This includes information and content linked to and from this website. Content displayed may contain copyrighted material the use of which has not always been specifically authorized by the copyright owner. We are making such material available in our efforts to report the news, advance understanding of the issues, and discover content. We believe this constitutes fair use of any such copyrighted material. Content is removed on a case by case basis. To request that content be removed, contact us using the following form: Contact Us. 4Internet LLC, its members, owners, employees, contractors, customers, users, agents, affiliates, and/or assigns, will not be liable for any damages.**

Home  About  Contact  Advertise  Add Website  Partner  Terms  Privacy

ER-257

ER-258

Mathew K. Higbee, Esq., SBN 11158
Ryan E. Carreon, *pro hac vice*
**HIGBEE & ASSOCIATES**
2445 Fire Mesa St., Suite 150
Las Vegas, NV 89128
(714) 617-8373
(714) 597-6729 facsimile
Email: mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

Attorney for Plaintiff,
ROBERT MILLER

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| ROBERT MILLER, | Case No. 2:18-cv-02097-JAD-VCF |
| Plaintiff, | **NOTICE OF APPEAL** |
| v. | |
| 4INTERNET, LLC; and DOES 1 through 10 inclusive, | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Robert Miller in the above-referenced case, hereby appeals to the United States Court of Appeals for the Ninth Circuit the Order dated July 5, 2022, at Dkt. 117, attached hereto as Exhibit A, the Judgment dated July 5, 2022 at Dkt. 118, attached as Exhibit B.

True and correct copies of these documents are attached as exhibits hereto.

Dated: August 4, 2022                          Respectfully submitted,

**/s/ Ryan E. Carreon**
Ryan E. Carreon, Esq.
Cal. Bar No. 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8336
(714) 597-6559 facsimile
*Counsel for Plaintiff*

1       **REPRESENTATION STATEMENT**

2       **Plaintiff/Appellant**

3       Robert Miller

4       c/o Higbee & Associates

5       1504 Brookhollow Dr., Suite 112

6       Santa Ana, CA 92705

7

8       **Represented By**

9       Mathew K. Higbee, Esq.,

10      **HIGBEE & ASSOCIATES**

11      1504 Brookhollow Dr., Suite 112

12      Santa Ana, CA 92705

13      (714) 617-8300

14      Email: mhigbee@higbeeassociates.com

15

16      Ryan E. Carreon, Esq.,

17      **HIGBEE & ASSOCIATES**

18      1504 Brookhollow Dr., Suite 112

19      Santa Ana, CA 92705

20      (714) 617-8300

21      Email: rcarreon@higbeeassociates.com

22

23      Naomi M. Sarega, Esq.,

24      **HIGBEE & ASSOCIATES**

25      1504 Brookhollow Dr., Suite 112

26      Santa Ana, CA 92705

27      (714) 617-8300

28      Email: nsarega@higbeeassociates.com

1  **Defendant/ Appellee**

2  4Internet, LLC

3  c/o Isenberg & Hewitt, P.C.

4  6600 Peachtree Dunwoody Road

5  600 Embassy Row, Suite 150

6  Atlanta, Georgia 30328

7  770-351-4400

8

9  **Represented By**

10  Ryan L. Isenberg

11  Isenberg & Hewitt, P.C.

12  6600 Peachtree Dunwoody Road

13  600 Embassy Row, Suite 150

14  Atlanta, Georgia 30328

15  770-351-4400

16  ryan@ihlaw.us

17

18  Troy L. Isaacson, Esq.,

19  Isaacson Law

20  9900 Covington Cross Drive, Suite 210B

21  Las Vegas, NV 89144

22  Telephone: (702) 529-5229

23  Troy@IsaacsonLawLV.com

24

25

26

27

28

4

# PROOF OF SERVICE

I, the undersigned, say:

     I am a citizen of the United States, am over the age of 18 and not a party to the within action. My business address is 2445 Fire Mesa St., Suite 150, Las Vegas, NV 89128.

     On August 4, 2022 I caused to be served the foregoing documents:

**NOTICE OF APPEAL**

X     I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada using the CM/ECF system which will send notice of such filing to the following registered CM/ECF users:

Ryan Isenberg ryan@ihlaw.us
Troy L. Isaacson     Troy@IsaacsonLawLV.com

     I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 4, 2022 at Wilmington, Delaware.

*/s/ Ryan E. Carreon*
Ryan E. Carreon

# Exhibit "A"

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Robert Miller, | Case No.: 2:18-cv-02097-JAD-BNW |
| Plaintiff | |
| v. | **Order Denying *Landis* Stay and Granting Summary Judgment for Defendant** |
| 4Internet, LLC, | [ECF Nos. 94, 97, 110] |
| Defendant | |

After successfully escaping his own confinement, the subject of this litigation allegedly staged a daring rescue of dozens of his compatriots. When his mass-breakout efforts were thwarted by the residents and law enforcement of Hackettstown, New Jersey, he remained undeterred, returning to free the recaptured. Robert Miller, a freelance photographer for the *New York Post*, rushed to Hackettstown to photograph the scene and the hero himself—Fred the goat. Miller's efforts paid off, and *The Post* ran a story titled "Rogue goat may have helped dozens of farm animals escape" that featured Miller's photo of Fred front and center.

According to Miller, without first obtaining licensing rights, 4Internet, LLC featured the image on two of its subsidiary websites via inline link for about a month. He sues the company for copyright infringement, seeking statutory and special damages and injunctive relief, and the parties crossmove for summary judgment. Miller also moves to stay this case under *Landis v. North American Company*, noting that a similar case challenging the current test for copyright infringement involving digital images is pending before the Ninth Circuit. Because I find it unnecessary to await the court of appeals' decision in that case, I deny Miller's motion to stay. I further grant summary judgment in 4Internet's favor because the operative test forecloses Miller's claim.

**Discussion**

**I.     Miller's motion to stay under *Landis* [ECF No. 110]**

A district court has the inherent power to stay cases to control its docket and promote the efficient use of judicial resources.[1]  When determining whether a stay is appropriate pending the resolution of another case—often called a "*Landis* stay"—the district court must weigh: (1) the possible damage that may result from a stay, (2) any "hardship or inequity" that a party may suffer if required to go forward, (3) "and the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law" that a stay will engender.[2]

Miller asks me to stay this case because the appeal in *Hunley v. Instagram, LLC*, currently pending before the Ninth Circuit, directly challenges the continued viability of the "server test," the current standard for copyright infringement involving digital images.[3]  But the server test is still good law in this circuit, and until the court of appeals sits en banc to reconsider it,[4] its viability is not truly threatened.  And beyond the fact that *Hunley* presents the question, there is no indication that the court of appeals has retreated from or narrowed the existing test in the fifteen years it has existed; nor does Miller present compelling arguments that the court is likely to do so now.  Staying every case that relates to a pending appeal hinders—not promotes judicial economy.  And the interests of the parties to this case, already in its fourth year, would not be served by a stay that further delays its adjudication.  When balanced against the possible

---

[1] *Landis v. North American Co.*, 299 U.S. 248, 254–55 (1936); *Dependable Highway Exp., Inc. v. Navigators Ins. Co.*, 498 F.3d 1059, 1066 (9th Cir. 2007).

[2] *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1110 (9th Cir. 2005).

[3] *Hunley v. Instagram, LLC*, Case No. 22-15293 (filed March 1, 2022).

[4] *Hart v. Massanari*, 266 F.3d 1155, 1171 (9th Cir. 2001) ("[T]he first panel to consider an issue sets the law not only for all the inferior courts in the circuit, but also future panels of the court of appeals.  Once a panel resolves an issue in a precedential opinion, the matter is deemed resolved, unless overruled by the court itself sitting en banc, or by the Supreme Court.").

2

1  damage and hardship that may result from a stay, the likelihood of benefit is insufficiently

2  weighty to justify one.  So I deny Miller's motion for a stay.

3  **II.      The parties' crossmotions for summary judgment [ECF Nos. 94, 97]**

4        **A.      Summary-judgment standard**

5        Summary judgment is appropriate when the pleadings and admissible evidence "show

6  that there is no genuine issue as to any material fact and that the movant is entitled to judgment

7  as a matter of law."[5]  "By its very terms, this standard provides that the mere existence of some

8  alleged factual dispute between the parties will not defeat an otherwise properly supported

9  motion for summary judgment; the requirement is that there be no genuine issue of material

10  fact."[6]  A fact is material if it could affect the outcome of the case.[7]

11        On summary judgment, the court must view all facts and draw all inferences in the light

12  most favorable to the nonmoving party.[8]  So the parties' burdens on an issue at trial are critical.

13  When the movant bears the burden of proof, "it must come forward with evidence [that] would

14  entitle it to a directed verdict if the evidence went uncontroverted at trial."[9]  If it does, the burden

15  shifts to the nonmoving party, who "must present significant probative evidence tending to

16  support its claim or defense."[10]  But when the moving party does not bear the burden of proof on

17  the dispositive issue at trial, it is not required to produce evidence to negate the opponent's

18

19  [5] *See Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986) (citing Fed. R. Civ. P. 56(c)).  The court's ability to grant summary judgment on certain issues or elements is inherent in Federal

20  Rule of Civil Procedure (FRCP) 56.  *See* Fed. R. Civ. P. 56(a).

[6] *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248–49 (1986).

21  [7] *Id.* at 249.

22  [8] *Kaiser Cement Corp. v. Fischbach & Moore, Inc.*, 793 F.2d 1100, 1103 (9th Cir. 1986).

23  [9] *C.A.R. Transp. Brokerage Co. v. Darden Rests., Inc.*, 213 F.3d 474, 480 (9th Cir. 2000) (quoting *Houghton v. South*, 965 F.2d 1532, 1536 (9th Cir. 1992)).

[10] *Id.*

3

1  claim—its burden is merely to point out the evidence showing the absence of a genuine material

2  factual issue.[11]  The movant need only defeat one element of a claim to garner summary

3  judgment on it because "a complete failure of proof concerning an essential element of the

4  nonmoving party's case necessarily renders all other facts immaterial."[12]  "When simultaneous

5  cross-motions for summary judgment on the same claim are before the court, the court must

6  consider the appropriate evidentiary material identified and submitted in support of"—and

7  against—"both motions before ruling on each of them."[13]

8

9  **B.  Because the goat photo never left the *Post*'s servers, 4Internet couldn't have infringed Miller's copyright.**

10  The Copyright Act gives a copyright owner the exclusive right to "display the

11  copyrighted work publicly."[14]  Under the act, "display" means "to show a copy of it, either

12  directly or by means of a film, slide, television image, or any other device or process . . . ."[15]

13  And "copies" are "material objects . . . in which a work is fixed by any method . . . and from

14  which the work can be perceived, reproduced, or otherwise communicated, either directly or with

15  the aid of a machine or device."[16]  The act further provides that a work is "fixed in a tangible

16  medium of expression when its embodiment in a copy . . . , by or under the authority of the

17

18

19
_____

20  [11] *Celotex*, 477 U.S. at 323.

   [12] *Id.* at 322.

21  [13] *Tulalip Tribes of Wash. v. Washington*, 783 F.3d 1151, 1156 (9th Cir. 2015) (citing *Fair Hous. Council of Riverside Cnty., Inc. v. Riverside Two*, 249 F.3d 1132, 1134 (9th Cir. 2001)).

22  [14]  17 U.S.C. § 106(5).

23  [15] *Id.* at § 101.

   [16] *Id.*

4

ER-268

author, is sufficiently permanent or stable to permit it to be perceived, reproduced, or otherwise communicated for a period of more than transitory duration."[17]

The Ninth Circuit in *Perfect 10, Inc. v. Amazon.com, Inc.* adopted the "server test" to determine when a website's display of a copyrighted image amounts to infringement.[18] Under that test, "a [web-based] photographic image is a work that is fixed in a tangible medium of expression [only] when embodied (i.e., stored) in a computer's server (or hard disk, or other storage device)."[19] And "the image stored in the computer is the copy of the work for purposes of copyright law."[20] So long as a website does not store a copy of the copyrighted image on its own server, it cannot communicate a copy of it and thereby infringe upon the copyright owner's exclusive-display rights.[21]

4Internet offers a host of arguments supporting its summary-judgment motion and opposing Miller's, including that (1) Miller's copyright is invalid because the goat photo isn't sufficiently creative or original; (2) because the photo never left *The Post*'s servers, 4Internet couldn't have infringed Miller's copyright under the server test; and (3) even if the copyright is valid and 4Internet did infringe it, 4Internet's display of the photo was fair use. Miller rejects all of 4Internet's arguments, but he concedes that "4Internet did not make a direct copy of the goat photograph on to its server, but instead displayed the goat photograph via an inline link directly from the [*Post*]'s website."[22]

---

[17] *Id.*

[18] *Perfect 10, Inc. v. Amazon.com, Inc.*, 508 F.3d 1146, 1159–61 (9th Cir. 2007).

[19] *Id.* at 1160 (cleaned up).

[20] *Id.* (cleaned up).

[21] *See id.* at 1159–61.

[22] ECF No. 97 at 11.

ER-269

Assuming the copyright is valid, the only way that 4Internet could have infringed it is if inline linking to the goat photo on *The Post*'s servers is tantamount to copying and storing it on 4Internet's own servers. But Miller presents no case law narrowing the server test as laid out by the Ninth Circuit in *Perfect 10*—which itself involved inline-linked images—that would allow that to be the case. Because the parties agree that the goat photo never left *The Post*'s servers and no law in this circuit imposes copyright-infringement liability for inline-linked images, Miller's claim cannot succeed.

Miller suggests that the server test is invalid under the Copyright Act's text and that *Perfect 10* has been indirectly overturned or limited by the Supreme Court's decision in *American Broadcasting Companies, Inc. v. Aereo, Inc.*[23] In *Aereo*, the High Court reversed the denial of a preliminary injunction against a service that relayed and recorded live network television without a license, finding that the service "perform[ed]" copyrighted works publicly in violation of copyright holders' exclusive rights.[24] But the Ninth Circuit, whose precedent binds this court, crafted the server test out of the "plain language" of the Copyright Act and has continued to apply that test years after *Aereo*.[25] So until the Ninth Circuit sits en banc to reconsider the server test, in light of *Aereo* or otherwise, I cannot find that it is invalid. To the extent that Miller argues otherwise, he should "present these arguments to the Ninth Circuit."[26]

---

[23] *Am. Broadcasting Cos., Inc. v. Aereo, Inc.*, 573 U.S. 431 (2014).

[24] *See id.* at 445–51.

[25] *Perfect 10*, 508 F.3d at 1160; *see, e.g.*, *Bell v. Wilmott Storage Servs.*, LLC, 12 F.4th 1065, 1072 (9th Cir. 2021).

[26] *Hunley v. Instagram, LLC*, 2022 WL 298570, at *2 (N.D. Cal. Feb. 1, 2022).

6

**Conclusion**

IT IS THEREFORE ORDERED that 4Internet, LLC's motion for summary judgment **[ECF No. 97] is GRANTED** and Robert Miller's motion for summary judgment **[ECF No. 94] is DENIED**.  The Clerk of Court is directed to ENTER SUMMARY JUDGMENT in favor of the defendant and CLOSE THIS CASE.

IT IS FURTHER ORDERED that Miller's motion to stay **[ECF No. 110] is DENIED**.

_____
U.S. District Judge Jennifer A. Dorsey
July 5, 2022

7

# Exhibit "B"

AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Robert Miller,

                                                                    JUDGMENT IN A CIVIL CASE

                              Plaintiff,

     v.                                                  Case Number: 2:18-cv-02097-JAD-BNW

4Internet, LLC,

                              Defendant.

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

that summary judgment is in favor of Defendant 4Internet, LLC, and against Plaintiff Robert Miller.

7/5/2022                                                    DEBRA K. KEMPI
Date                                                           Clerk

                                                               /s/ Y. Williams
                                                               Deputy Clerk

ER-273

R  Create an Alert for This Case on RECAP

CLOSED,APPEAL,AO-120/121

# United States District Court
## District of Nevada (Las Vegas)
### CIVIL DOCKET FOR CASE #: 2:18-cv-02097-JAD-VCF

Miller v. 4Internet, LLC. et al                                  Date Filed: 10/31/2018
Assigned to: Judge Jennifer A. Dorsey                            Date Terminated: 07/05/2022
Referred to: Magistrate Judge Cam Ferenbach                      Jury Demand: Plaintiff
Case in other court: Ninth Circuit Court of Appeals, 22-16195    Nature of Suit: 820 Copyright
Cause: 17:101 Copyright Infringement                             Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2018 | 1 R | COMPLAINT against 4Internet, LLC., DOES 1 through 10, inclusive (Filing fee $400 receipt number 0978-5305042) by Robert Miller. Proof of service due by 1/29/2019. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Civil Cover Sheet)(Higbee, Mathew)<br><br>NOTICE of Certificate of Interested Parties requirement: Under Local Rule 7.1-1, a party must immediately file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. (Entered: 10/31/2018) |
| 10/31/2018 | 2 | CERTIFICATE of Interested Parties by Robert Miller that identifies all parties that have an interest in the outcome of this case. Other Affiliate Christopher Sadowski for Robert Miller added. (Higbee, Mathew) (Entered: 10/31/2018) |
| 10/31/2018 |  | Case assigned to Judge Jennifer A. Dorsey and Magistrate Judge Cam Ferenbach. (JM) (Entered: 11/01/2018) |
| 11/01/2018 | 3 | AO 121 - REPORT on the filing or determination of an action or appeal regarding a copyright. Mailed to the Register of Copyrights, Copyright Office. (JM) (Entered: 11/01/2018) |
| 11/26/2018 | 4 | PROPOSED SUMMONS to be issued by Plaintiff Robert Miller. (Higbee, Mathew) (Entered: 11/26/2018) |
| 11/26/2018 | 5 | Summons Issued as to 4Internet, LLC. (JM) (Entered: 11/26/2018) |
| 01/10/2019 | 6 | WAIVER OF SERVICE Returned Executed by Robert Miller re 5 Summons Issued. 4Internet, LLC. waiver sent on 1/9/2019, answer due 3/10/2019. (Higbee, Mathew) (Entered: 01/10/2019) |
| 02/06/2019 | 7 | MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Ryan L. Isenberg and DESIGNATION of Local Counsel Troy L. Isaacson (Filing fee $ 250 receipt number 0978-5420485) by Defendant 4Internet, LLC.. (Isaacson, Troy) (Entered: 02/06/2019) |
| 02/06/2019 | 8 | ORDER granting 7 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Ryan Lance Isenberg for 4Internet, LLC. and approving Designation of Local Counsel Troy Isaacson. Signed by Judge Jennifer A. Dorsey on 2/6/2019. Any Attorney not yet registered with the Court's CM/ECF System shall submit a |

ER-274

| | | |
|---|---|---|
| | | Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF - JM) (Entered: 02/07/2019) |
| 03/05/2019 | 9 🆁 | ANSWER to 1 🆁 Complaint,, (, Discovery Plan/Scheduling Order due by 4/19/2019.), COUNTERCLAIM against Robert Miller, Mathew Higbee, The Law Firm of Higbee & Associates, APC, Christopher Sadowski by 4Internet, LLC.. filed by 4Internet, LLC.. (Attachments: # 1 Local Rule 7.1-1 Disclosure, # 2 Summons, # 3 Summons, # 4 Summons)(Isenberg, Ryan)<br><br>NOTICE of Certificate of Interested Parties requirement: Under Local Rule 7.1-1, a party must immediately file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. (Entered: 03/05/2019) |
| 03/05/2019 | 10 🆁 | NOTICE of Filing Exhibit "A" re 9 🆁 Counterclaim, by 4Internet, LLC. ,.. (Isenberg, Ryan) (Entered: 03/05/2019) |
| 03/06/2019 | 11 | Summons Issued as to Mathew Higbee, Christopher Sadowski, The Law Firm of Higbee & Associates, APC. (JM) (Entered: 03/06/2019) |
| 03/19/2019 | 12 | First STIPULATION FOR EXTENSION OF TIME (First Request) re 11 Summons Issued, 10 🆁 Notice (Other), 9 🆁 Answer to Complaint,,, Counterclaim,, by Counter Defendant Robert Miller. (Attachments: # 1 Proposed Order) (Higbee, Mathew) (Entered: 03/19/2019) |
| 03/21/2019 | 13 🆁 | ORDER granting 12 Stipulation; Robert Miller answer due 5/7/2019. Signed by Magistrate Judge Cam Ferenbach on 3/21/2019. (Copies have been distributed pursuant to the NEF - JM) (Entered: 03/21/2019) |
| 03/26/2019 | 14 | MOTION to Strike 9 🆁 Answer to Complaint,,, Counterclaim,, by Plaintiff Robert Miller. Responses due by 4/9/2019. (Higbee, Mathew) (Entered: 03/26/2019) |
| 04/07/2019 | 15 | STIPULATION FOR EXTENSION OF TIME (First Request) re 14 Motion to Strike by Defendant 4Internet, LLC.. (Attachments: # 1 Proposed Order) (Isenberg, Ryan) (Entered: 04/07/2019) |
| 04/08/2019 | 16 🆁 | ORDER granting 15 Stipulation; Re: 14 Motion to Strike. Responses due by 4/16/2019. Signed by Magistrate Judge Cam Ferenbach on 4/8/2019. (Copies have been distributed pursuant to the NEF - JM) (Entered: 04/08/2019) |
| 04/16/2019 | 17 | RESPONSE to 14 Motion to Strike by Defendant 4Internet, LLC.. Replies due by 4/23/2019. (Attachments: # 1 Exhibit A) (Isenberg, Ryan) (Entered: 04/16/2019) |
| 04/16/2019 | 18 | WAIVER OF SERVICE Returned Executed by 4Internet, LLC.. Mathew Higbee waiver sent on 3/8/2019, answer due 5/7/2019. (Isenberg, Ryan) (Entered: 04/16/2019) |
| 04/16/2019 | 19 | WAIVER OF SERVICE Returned Executed by 4Internet, LLC.. The Law Firm of Higbee & Associates, APC waiver sent on 3/8/2019, answer due 5/7/2019. (Isenberg, Ryan) (Entered: 04/16/2019) |
| 04/19/2019 | 20 | PROPOSED Discovery Plan/Scheduling Order by Plaintiff Robert Miller (Higbee, Mathew) (Entered: 04/19/2019) |
| 04/22/2019 | 21 🆁 | ORDER re 20 Joint Discovery Plan. Discovery Hearing set for 5/1/2019 at 01:00 PM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach. The call-in telephone number is (888)273-3658, access code: 3912597. Signed by Magistrate Judge Cam Ferenbach on 4/22/2019. (Copies have been distributed pursuant to the NEF - JM) (Entered: 04/22/2019) |

ER-275

| 04/23/2019 | 22 | REPLY to Response to 14 Motion to Strike by Plaintiff Robert Miller. (Higbee, Mathew) (Entered: 04/23/2019) |
|---|---|---|
| 04/30/2019 | 23 **R** | ORDER granting in part and denying in part 14 Motion to Strike; Defendant will have until May 14, 2019 to file the amended defenses. Signed by Magistrate Judge Cam Ferenbach on 4/30/2019. (Copies have been distributed pursuant to the NEF - JM) (Entered: 05/01/2019) |
| 05/01/2019 | 24 | MINUTES OF PROCEEDINGS - Hearing re proposed discovery plan and scheduling order 20 held on 5/1/2019 before Magistrate Judge Cam Ferenbach. Crtrm Administrator: *J. Ries*; Pla Counsel: *Mathew Higbee*; Def Counsel: *Troy Isaacson and Ryan Isenberg*; Recording start and end times: *1:02 - 1:06*; Courtroom: *3D*; The court canvasses and hears representations from the parties. Proposed Discovery Plan and Scheduling Order 20 is not approved at this time. Parties advise that a motion to dismiss will be filed in the near future. ORDERED that if no motion to dismiss is filed, the parties are to submit a proposed discovery plan and scheduling order by 5/21/19. If a motion to dismiss is filed, the parties are to submit a proposed discovery plan and scheduling order two weeks after the decision on motion to dismiss. **(no image attached)** (Copies have been distributed pursuant to the NEF - JAR) (Entered: 05/01/2019) |
| 05/07/2019 | 25 **R** | MOTION to Dismiss by Counter Defendants Mathew Higbee, Robert Miller, Christopher Sadowski, The Law Firm of Higbee & Associates, APC, Plaintiff Robert Miller. Responses due by 5/21/2019. Discovery Plan/Scheduling Order due by 6/21/2019. (Attachments: # 1 **R** Declaration of Eugene Sadowski, # 2 **R** Declaration of Mathew K. Higbee) (Higbee, Mathew)<br><br>NOTICE of Certificate of Interested Parties requirement: Under Local Rule 7.1-1, a party must <u>immediately</u> file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. (Entered: 05/07/2019) |
| 05/07/2019 | 26 | CERTIFICATE of Interested Parties by Christopher Sadowski. There are no known interested parties other than those participating in the case (Higbee, Mathew) (Entered: 05/07/2019) |
| 05/07/2019 | 27 | CERTIFICATE of Interested Parties by The Law Firm of Higbee & Associates, APC. There are no known interested parties other than those participating in the case (Higbee, Mathew) (Entered: 05/07/2019) |
| 05/07/2019 | 28 | CERTIFICATE of Interested Parties by Mathew Higbee. There are no known interested parties other than those participating in the case (Higbee, Mathew) (Entered: 05/07/2019) |
| 05/10/2019 | 29 **R** | AMENDED ANSWER to 1 **R** Complaint,, filed by 4Internet, LLC..(Isenberg, Ryan) (Entered: 05/10/2019) |
| 05/13/2019 | 30 | WAIVER OF SERVICE Returned Executed by 4Internet, LLC.. Christopher Sadowski waiver sent on 3/8/2019, answer due 5/7/2019. (Isenberg, Ryan) (Entered: 05/13/2019) |
| 05/14/2019 | 31 | FIRST STIPULATION FOR EXTENSION OF TIME re 25 **R** Motion to Dismiss, filed by Counter Defendant Robert Miller. (Attachments: # 1 Proposed Order) (Higbee, Mathew) (Entered: 05/14/2019) |
| 05/14/2019 | 32 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Jennifer A. Dorsey on 5/14/2019. Re 31 Stipulation to Extend Time. Local Rule IA 6-2 requires stipulations to incorporate an order in the form of a signature block that must not begin on a separate page but instead appear approximately 1 inch below the end of the stipulation |

|  |  | itself. Because the parties Joint Stipulation for an Extension of Time 31 offers a proposed order in a separate document and not incorporated into the stipulation itself, the stipulation 31 is REJECTED without prejudice to the filing of a proper stipulation in the court-required form. **(no image attached)** (Copies have been distributed pursuant to the NEF - CS) (Entered: 05/14/2019) |
| 05/14/2019 | 33 | SECOND STIPULATION FOR EXTENSION OF TIME re 25 R Motion to Dismiss, filed by Counter Defendant Robert Miller. (Higbee, Mathew) (Entered: 05/14/2019) |
| 05/17/2019 | 34 R | ORDER granting 33 Stipulation; Re: 25 R Motion to Dismiss, Responses due by 6/7/2019. Replies due by 6/21/2019. Signed by Judge Jennifer A. Dorsey on 5/17/2019. (Copies have been distributed pursuant to the NEF - JM) (Entered: 05/17/2019) |
| 06/07/2019 | 35 R | RESPONSE to 25 R Motion to Dismiss,, by Defendant 4Internet, LLC.. Replies due by 6/14/2019. (Attachments: # 1 R Declaration of Michael Levy) (Isenberg, Ryan) (Entered: 06/07/2019) |
| 06/21/2019 | 36 | REPLY to Response to 25 R Motion to Dismiss,, by Counter Defendants Mathew Higbee, Robert Miller, Christopher Sadowski, The Law Firm of Higbee & Associates, APC, Plaintiff Robert Miller. (Attachments: # 1 Exhibit Exhibit A) (Higbee, Mathew) (Entered: 06/21/2019) |
| 06/21/2019 | 37 R | REQUEST for Judicial Notice re 36 Reply, by Counter Defendants Mathew Higbee, Robert Miller, Christopher Sadowski, The Law Firm of Higbee & Associates, APC, Plaintiff Robert Miller. (Attachments: # 1 R Exhibit Exhibit B) (Higbee, Mathew) (Entered: 06/21/2019) |
| 07/03/2019 | 38 | RESPONSE to 37 R Request for Judicial Notice, by Defendant 4Internet, LLC.. (Isenberg, Ryan) (Entered: 07/03/2019) |
| 01/08/2020 | 39 R | ORDER granting in part 25 R Motion to Dismiss; 4Internet has until January 20, 2020, to file its amended counter-complaint. Signed by Judge Jennifer A. Dorsey on 1/8/2020. (Copies have been distributed pursuant to the NEF - JM) (Entered: 01/08/2020) |
| 01/19/2020 | 40 R | Amended COUNTERCLAIM against Mathew Higbee, Robert Miller, Christopher Sadowski, The Law Firm of Higbee & Associates, APC by 4Internet, LLC.. (Attachments: # 1 R Exhibits A-D, # 2 R Exhibit E) (Isenberg, Ryan) (Entered: 01/19/2020) |
| 02/09/2020 | 41 R | MOTION to Dismiss re 40 R Amended Counterclaims by Counter Defendants Mathew Higbee, Mathew Higbee, Robert Miller, Robert Miller, Christopher Sadowski, Christopher Sadowski, The Law Firm of Higbee & Associates, APC, The Law Firm of Higbee & Associates, APC, Plaintiff Robert Miller. Responses due by 2/23/2020. (Attachments: # 1 R Declaration of Jason Dora, # 2 R Exhibit A, # 3 R Exhibit B) (Higbee, Mathew) Modified to link to underlying document on 2/10/2020 (EDS). (Entered: 02/09/2020) |
| 02/21/2020 | 42 | Joint MOTION Continue Stay of Discovery re 24 Miscellaneous Hearing,,, by Defendant 4Internet, LLC.. Responses due by 3/6/2020. (Isenberg, Ryan) (Entered: 02/21/2020) |
| 02/21/2020 | 43 R | RESPONSE to 41 R Motion to Dismiss, by Counter Claimant 4Internet, LLC.. Replies due by 2/28/2020. (Isenberg, Ryan) (Entered: 02/21/2020) |
| 02/26/2020 | 44 R | ORDER granting 42 Motion; discovery is STAYED until 14 days after the court's decision on the Motion to Dismiss the Amended Counterclaim (ECF No. 42). |

| | | |
|---|---|---|
| | | IT IS FURTHER ORDERED that the parties must file a proposed discovery plan and scheduling order 14 days after the court's decision on the Motion to Dismiss the Amended Counterclaim.<br><br>Status Hearing set for 10/14/2020 at 10:30 AM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.<br><br>Signed by Magistrate Judge Cam Ferenbach on 2/25/2020. (Copies have been distributed pursuant to the NEF - JM) (Entered: 02/26/2020) |
| 02/28/2020 | 45 R | REPLY to 43 R Response to 41 R Motion to Dismiss by Counter Defendants Mathew Higbee, Mathew Higbee, Robert Miller, Robert Miller, Christopher Sadowski, Christopher Sadowski, The Law Firm of Higbee & Associates, APC, The Law Firm of Higbee & Associates, APC, Plaintiff Robert Miller. (Higbee, Mathew) <u>Modified to link to underlying motion on 3/2/2020 (EDS).</u> (Entered: 02/28/2020) |
| 07/09/2020 | 46 | NOTICE of Change of Address by Troy l. Isaacson. (isaacson, Troy) (Entered: 07/09/2020) |
| 07/10/2020 | 47 R | ORDER granting 41 R Motion to Dismiss. 4Internet's counterclaims are DISMISSED with prejudice, except for its counterclaim against Sadowski seeking a declaration of noninfringement, which is DISMISSED without prejudice. Signed by Judge Jennifer A. Dorsey on 7/10/2020.(Copies have been distributed pursuant to the NEF - HAM) (Entered: 07/10/2020) |
| 07/23/2020 | 48 | NOTICE *of Service of Subpoena* by 4Internet, LLC.. (Isenberg, Ryan) (Entered: 07/23/2020) |
| 07/23/2020 | 49 | NOTICE *of Constitutional Challenge* by 4Internet, LLC.. (Isenberg, Ryan) (Entered: 07/23/2020) |
| 07/23/2020 | 50 | **VIEW 53 corrected image to** Joint Proposed Discovery Plan and Scheduling Order by Defendant 4Internet, LLC.. (Isenberg, Ryan) Modified on 7/27/2020 (MMM). (Entered: 07/23/2020) |
| 07/23/2020 | 51 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Cam Ferenbach on 7/23/2020. Re: 50 Joint Proposed Discovery Plan and Scheduling Order by Defendant 4Internet, LLC. Motion Hearing set for 7/28/**2020** at 10:00 AM in LV Chambers - Telephonic before Magistrate Judge Cam Ferenbach. The call-in telephone number is (888) 273-3658, access code: 3912597. (Copies have been distributed pursuant to the NEF - JM) (JM) Modified to attach on 7/23/2020 (JM). (Entered: 07/23/2020) |
| 07/24/2020 | 52 | CLERK'S NOTICE of violation of Local Rule LR IC 5-1. Attorney Action Required to ECF No. 50 . Document not signed by filing attorney(s).<br><br>Attorney Ryan Isenberg is advised to correct the deficiency and refile using the event *Notice of Corrected Image/Document* and link to 50 . Do not link to this notice.<br><br>**(no image attached)** (MMM) (Entered: 07/24/2020) |
| 07/27/2020 | 53 | NOTICE of Corrected Image/Document re 50 Discovery Plan and Scheduling Order by Defendant 4Internet, LLC.. (Service of corrected image is attached.) (Isenberg, Ryan) (Entered: 07/27/2020) |
| 07/27/2020 | 54 | SCHEDULING ORDER granting 50 Discovery Plan and Scheduling Order Discovery due by 3/1/2021. Motions due by 3/31/2021. Proposed Joint Pretrial Order due by 4/30/2021. The discovery hearing scheduled for July 28, 2020, is VACATED. Signed |

| | | |
|---|---|---|
| | | by Magistrate Judge Cam Ferenbach on 7/27/2020.(Copies have been distributed pursuant to the NEF - JM) (Entered: 07/27/2020) |
| 07/27/2020 | 55 | NOTICE PURSUANT TO LOCAL RULE IB 2-2: In accordance with 28 USC § 636(c) and FRCP 73, the parties in this action are provided with a link to the "AO 85 Notice of Availability, Consent, and Order of Reference - Exercise of Jurisdiction by a U.S. Magistrate Judge" form on the Court's website - www.nvd.uscourts.gov. **AO 85 Consent forms should NOT be electronically filed.** Upon consent of all parties, counsel are advised to manually file the form with the Clerk's Office. (A copy of form AO 85 has been mailed to parties not receiving electronic service.) **(no image attached)** (JM) (Entered: 07/27/2020) |
| 09/06/2020 | 56 | MOTION to Quash *Subpoena to NYP Holdings, Inc*. re 48 Notice (Other) by Plaintiff Robert Miller. (Higbee, Mathew) (Entered: 09/06/2020) |
| 09/06/2020 | 57 | MOTION to Quash *Subpoena to NYP Holdings, Inc*. re 48 Notice (Other) by Movant Christopher Sadowski. (Higbee, Mathew) (Entered: 09/06/2020) |
| 09/06/2020 | 58 | MOTION to Stay Discovery re 48 Notice (Other) by Plaintiff Robert Miller. (Higbee, Mathew) (Entered: 09/06/2020) |
| 09/06/2020 | 59 | MOTION to Stay Discovery re 48 Notice (Other) by Movant Christopher Sadowski. (Higbee, Mathew) (Entered: 09/06/2020) |
| 09/11/2020 | 60 R | RESPONSE to 59 Motion to Stay Discovery, 56 Motion to Quash, 58 Motion to Stay Discovery, 57 Motion to Quash by Defendant 4Internet, LLC.. Replies due by 9/18/2020. (Attachments: # 1 R Declaration of Ryan Isenberg) (Isenberg, Ryan) (Entered: 09/11/2020) |
| 09/11/2020 | 61 | CLERK'S NOTICE of violation of Local Rules. Attorney Action Required to ECF No. 60 R . Document was not filed pursuant to LR IC 2-2(b). For each type of relief requested or purpose, a separate document must be filed. Attorney **Ryan Isenberg** is advised to refile ECF No. 60 R using the correct "Motion for Attorney's Fees" event to be in compliance with LR IC 2-2(b) and LR IC 2-2(c) by filing two separate documents for each request or purpose. Do NOT refile the Response. **(no image attached)** (MMM) (Entered: 09/11/2020) |
| 09/20/2020 | 62 | REPLY to Response to 59 Motion to Stay Discovery, 56 Motion to Quash, 58 Motion to Stay Discovery, 57 Motion to Quash by Plaintiff Robert Miller, Movant Christopher Sadowski. (Attachments: # 1 Declaration of Mathew K. Higbee, # 2 Exhibit A, # 3 Exhibit B) (Higbee, Mathew) (Entered: 09/20/2020) |
| 09/22/2020 | 63 | MOTION for Leave to File *Surreply* re 62 Reply, by Defendant 4Internet, LLC.. (Attachments: # 1 Proposed Surreply) (Isenberg, Ryan) (Entered: 09/22/2020) |
| 09/24/2020 | 64 R | NOTICE *Acknowledgement of Constitutional Challenge* by AMERICA UNITED STATES OF re 49 Notice (Other). (Pearson, Skyler) (Entered: 09/24/2020) |
| 10/06/2020 | 65 | Joint MOTION (Joint Request) for Clarification Re: Status Hearing Scheduled for 10/14 re 44 R Order on Motion,,,,, by Defendant 4Internet, LLC.. Responses due by 10/20/2020. (Isenberg, Ryan) (Entered: 10/06/2020) |
| 10/07/2020 | 66 R | ORDER that the status hearing scheduled for October 14, 2020, is VACATED. Signed by Magistrate Judge Cam Ferenbach on 10/6/2020. (Copies have been distributed pursuant to the NEF - JM) (Entered: 10/07/2020) |

ER-279

| 10/09/2020 | 67 R | ORDER denying 56 Motion to Quash; ORDER denying 57 Motion to Quash; ORDER denying 58 Motion to Stay Discovery; ORDER denying 59 Motion to Stay Discovery; ORDER denying 63 Motion for Leave to File Document; ORDER denying as moot 65 Motion; Signed by Magistrate Judge Cam Ferenbach on 10/9/2020. (Copies have been distributed pursuant to the NEF - JM) (Entered: 10/09/2020) |
|---|---|---|
| 11/30/2020 | 68 | MOTION to Compel by Defendant 4Internet, LLC.. Responses due by 12/14/2020. (Attachments: # 1 Brief in Support of Motion to Compel, # 2 Declaration of Counsel Regarding Efforts to Meet and Confer) (Isenberg, Ryan) (Entered: 11/30/2020) |
| 12/14/2020 | 69 | RESPONSE to 68 Motion to Compel by Plaintiff Robert Miller. Replies due by 12/21/2020. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Higbee, Mathew) (Entered: 12/14/2020) |
| 12/17/2020 | 70 | REPLY to Response to 68 Motion to Compel by Defendant 4Internet, LLC.. (Isenberg, Ryan) (Entered: 12/17/2020) |
| 12/21/2020 | 71 R | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Cam Ferenbach on 12/21/2020. Re: 68 MOTION to Compel by Defendant 4Internet, LLC. Motion Hearing set for 1/26/2021 at 01:00 PM in LV Courtroom 3D by videoconference before Magistrate Judge Cam Ferenbach. (Copies have been distributed pursuant to the NEF - JM) (Entered: 12/28/2020) |
| 12/28/2020 | 72 | Joint STATUS REPORT by Defendant 4Internet, LLC.. (Isenberg, Ryan) (Entered: 12/28/2020) |
| 01/15/2021 | 73 | MOTION for Protective Order by Plaintiff Robert Miller. (Attachments: # 1 Declaration of Saba A. Basria, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C) (Higbee, Mathew) (Entered: 01/15/2021) |
| 01/20/2021 | 74 | RESPONSE to 73 Motion for Protective Order by Defendant 4Internet, LLC.. Replies due by 1/27/2021. (Isenberg, Ryan) (Entered: 01/20/2021) |
| 01/22/2021 | 75 | ORDER. IT IS HEREBY ORDERED that a video conference hearing on 73 the Motion for Protective Order is scheduled for 1:00 PM, 1/26/2021. Signed by Magistrate Judge Cam Ferenbach on 1/22/2021. (Copies have been distributed pursuant to the NEF - MR) (Entered: 01/22/2021) |
| 01/26/2021 | 76 | MINUTES OF PROCEEDINGS - Motion Hearing held on 1/26/2021 before Magistrate Judge Cam Ferenbach. Crtrm Administrator: *T. Renfro*; Pla Counsel: *Mathew Higbee*; Def Counsel: *Troy Isaacson, Ryan Isenberg*; Recording start and end times: *12:56 - 1:47 PM*; Courtroom: *3D*;<br><br>All parties appeared via video conference. The Court makes preliminary remarks and hears representations of counsel. ORDERED that 68 Motion to Compel is GRANTED in PART. The deadline to answer interrogatories and produce documents is March 26, 2021. FURTHER ORDERED that 73 Motion for Protective Order is GRANTED. The courtroom deputy will send an audio file to counsel.<br><br>(Copies have been distributed pursuant to the NEF - TR) (Entered: 01/26/2021) |
| 02/03/2021 | 77 | Joint STIPULATION FOR EXTENSION OF TIME (First Request) *on all Unexpired Case Deadlines* by Defendant 4Internet, LLC... (Isenberg, Ryan) (Entered: 02/03/2021) |
| 02/03/2021 | 78 | ORDER granting 77 Stipulation to Extend Discovery. Discovery due by 4/30/2021. Motions due by 6/1/2021. Proposed Joint Pretrial Order due by 7/1/2021. Signed by |

| | | Magistrate Judge Cam Ferenbach on 2/3/2021. (Copies have been distributed pursuant to the NEF - HAM) (Entered: 02/03/2021) |
|---|---|---|
| 02/09/2021 | 79 | OBJECTION/APPEAL Magistrate Judge order or ruling under LR IB 3-1 re 76 Order on Motion to Compel,,, Order on Motion for Protective Order,,, Motion Hearing,, by Plaintiff Robert Miller. Responses due by 2/23/2021. (Higbee, Mathew) (Entered: 02/09/2021) |
| 02/19/2021 | 80 | RESPONSE to 79 Objection/Appeal Magistrate Judge Order/Ruling LR IB 3-1 by Defendant 4Internet, LLC.. (Isenberg, Ryan) (Entered: 02/19/2021) |
| 02/22/2021 | 81 | **VIEW 83 corrected image to** MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Ryan E. Carreon and DESIGNATION of Local Counsel Mathew K. Higbee (Filing fee $ 250 receipt number 0978-6377461) by Plaintiff Robert Miller. (Attachments: # 1 Exhibit A, # 2 Certificate of Good Standing for Ryan E. Carreon) (Higbee, Mathew) Modified on 3/15/2021 (MMM). (Entered: 02/22/2021) |
| 03/01/2021 | 82 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Jennifer A. Dorsey on 3/1/2021. Re: 81 Motion for Permission to Practice Pro Hac Vice - Verified Petition. The verified petition does not comply with LR IA 11-2(b)(3). Counsel failed to attach the required "certification issued within six months before the date of filing of the verified petition [showing] that the applicant's membership is in good standing **from the state bar or from the clerk of court of the supreme court or highest admitting court of every state, territory, or insular possession of the United States** in which the applicant has been admitted to practice law." The certificate that counsel submitted from the United States District Court for the Central District of California does not satisfy this requirement. Counsel is advised to obtain the required certification, attach it to an amended petition, file the amended petition under the event titled "Notice of Corrected Image/Document," and link the amended petition to the originally filed petition. **(no image attached)** (Copies have been distributed pursuant to the NEF - CH) (Entered: 03/01/2021) |
| 03/15/2021 | 83 | NOTICE of Corrected Image/Document re 81 MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice 82 Minute Order, by Plaintiff Robert Miller. (Service of corrected image is attached.) (Attachments: # 1 Exhibit A, # 2 R Certificate of Good Standing for Ryan E. Carreon) (Higbee, Mathew) Modified on 3/15/2021 to reflect correct docket entry relationship (MMM). (Entered: 03/15/2021) |
| 03/17/2021 | 84 | Joint MOTION to Stay Case re 79 Objection/Appeal Magistrate Judge Order/Ruling LR IB 3-1, 78 Order on Stipulation,, Scheduling Order, by Defendant 4Internet, LLC.. (Attachments: # 1 Proposed Order) (Isenberg, Ryan) (Entered: 03/17/2021) |
| 03/18/2021 | 85 R | ORDER granting 84 Motion to Stay Discovery. The parties will confer and submit a joint stipulation as to the deadlines within seven days after the Court has ruled on the Objection. Signed by Magistrate Judge Cam Ferenbach on 3/18/2021. (Copies have been distributed pursuant to the NEF - DRS) (Entered: 03/18/2021) |
| 03/19/2021 | 86 | ORDER granting 81 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Ryan Carreon for Robert Miller and approving Designation of Local Counsel Mathew Higbee. Signed by Judge Jennifer A. Dorsey on 3/19/2021. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF - DRS) (Entered: 03/19/2021) |
| 07/27/2021 | 87 R | ORDER. IT IS THEREFORE ORDERED that 79 Plaintiff Robert Miller's Objection to Order Granting Motion to Compel is OVERRULED. The parties must confer and submit a joint stipulation regarding deadlines by August 4, 2021.Signed by Judge |

| | | |
|---|---|---|
| | | Jennifer A. Dorsey on 7/27/2021. (Copies have been distributed pursuant to the NEF - YAW) Modified on 7/28/2021 (EDS). (Entered: 07/27/2021) |
| 08/04/2021 | 88 | Joint STIPULATION re Discovery Deadlines re 78 Order, by Defendant 4Internet, LLC. (Isenberg, Ryan) (Entered: 08/04/2021) |
| 08/05/2021 | 89 | ORDER Denying 88 Stipulation Extending Unexpired Deadlines. IT IS HEREBY ORDERED that the Stipulation Extending Unexpired Deadlines (ECF NO. 88 ) is DENIED without prejudice. Signed by Magistrate Judge Cam Ferenbach on 8/5/2021. (Copies have been distributed pursuant to the NEF - YAW) (Entered: 08/06/2021) |
| 08/12/2021 | 90 | Joint STIPULATION FOR EXTENSION OF TIME (Second Request) re Discovery re 85 ℝ Order on Motion to Stay Case,,, 87 ℝ Order on Objection/Appeal Magistrate Judge Order/Ruling LR IB 3-1,,, 78 Order on Stipulation,, Scheduling Order, by Defendant 4Internet, LLC.. (Isenberg, Ryan) (Entered: 08/12/2021) |
| 08/13/2021 | 91 | ORDER Granting 90 Amended Stipulation Extending Unexpired Deadlines (Second Request) re 85 ℝ Order on Motion to Stay Case, 87 ℝ Order on Objection/Appeal Magistrate Judge Order/Ruling LR IB 3-1, 78 Order on Stipulation, Scheduling Order. Discovery due by 10/4/2021. Motions due by 11/1/2021. Proposed Joint Pretrial Order due by 12/1/2021. Signed by Magistrate Judge Cam Ferenbach on 8/13/2021. (Copies have been distributed pursuant to the NEF - YAW) (Entered: 08/13/2021) |
| 08/31/2021 | 92 | STIPULATED PROTECTIVE ORDER by Plaintiff Robert Miller. (Carreon, Ryan) (Entered: 08/31/2021) |
| 08/31/2021 | 93 ℝ | PROTECTIVE ORDER. ORDER Granting 92 Stipulated Protective Order. Signed by Magistrate Judge Cam Ferenbach on 8/31/2021. (Copies have been distributed pursuant to the NEF - YAW) (Entered: 09/01/2021) |
| 11/01/2021 | 94 ℝ | MOTION for Summary Judgment by Defendant 4Internet, LLC.. Responses due by 11/22/2021. (Attachments: # 1 Exhibit (A) Deposition Excerpts of Robert Miller, # 2 Exhibit (A-1) Miller Depo. Ex. 1 (NYP Production), # 3 Exhibit (A-2) Miller Depo. Ex. 2 (Rachman E-mail), # 4 Exhibit (A-3) Miller Depo. Ex. 3 (Fred the Goat Story), # 5 Exhibit (A-4) Miller Depo. Ex. 6 (GS to RM E-mail), # 6 Exhibit (A-5) Miller Depo. Ex. 7 (GS to RM E-mail), # 7 Exhibit (A-6) Miller Depo. Ex. 8 (Goat copyright certificate), # 8 Exhibit (A-7) Miller Depo. Ex. 11 (Miller Resp. to ROGS), # 9 Exhibit (A-8) Miller Depo. Ex. 14 (unsigned license), # 10 Exhibit (B) Deposition Excerpts of Michael Levy, # 11 Exhibit (B-1) Levy Depo. Ex. 4 (result page), # 12 Exhibit (B-2) Levy Depo. Ex. 8 (html of 4jewish.com page), # 13 Exhibit (B-3) Levy Depo. Ex. 10 (html of NYP story page (10/01/2018), # 14 Exhibit (B-4) Levy Depo. Ex. 11 (Higbee Visits) (Filed Manually), # 15 Exhibit (B-5) Levy Depo. Ex. 13 (html of NYP story page (01/11/2018), # 16 Exhibit (B-6) Levy Depo. Ex. 14 (Blacklisted images) (Filed Manually), # 17 Exhibit (B-7) Levy Depo. Ex. 18 (NYP RSS feed 01/20/20), # 18 Exhibit (B-8) Levy Depo. Ex. 20 (visits to the goat page) (Filed Manually), # 19 Exhibit (B-9) Levy Depo. Ex. 22 (Amended Expert Report), # 20 Exhibit (C) Levy Declaration, # 21 Exhibit (D) Google Documents, # 22 Exhibit (E) Deposition Excerpts of Christopher Sadowski, # 23 Exhibit (F) Deposition Excerpts of Eugene Sadowski, # 24 Exhibit (F-1) Eugene Depo. Ex. 2 (nutty news demand), # 25 Exhibit (F-2) Eugene Depo. Ex. 7 (pages 3-4 only)) (Isenberg, Ryan) (Entered: 11/01/2021) |
| 11/01/2021 | 95 | NOTICE of Manual Filing by Defendant 4Internet, LLC. re 94 ℝ Motion for Summary Judgment,,,,,,. Object: Thumb/Flash Drive, Volume(s): 1, Description: Docket Nos. 94-14, 94/16, and 94-18, manually filed with the Clerk's Office. (Isenberg, Ryan) (Entered: 11/01/2021) |
| 11/01/2021 | 96 | NOTICE of Change of Address by Troy L. Isaacson. (isaacson, Troy) (Entered: |

| | | |
|---|---|---|
| | | 11/01/2021 |
| 11/01/2021 | 97 🆁 | MOTION for Summary Judgment by Counter Defendants Robert Miller, Robert Miller, Plaintiff Robert Miller. Responses due by 11/22/2021. (Attachments: # 1 Separate Statement of Undisputed Facts, # 2 Index of Exhibits and Evidence, # 3 Declaration of Robert Miller, # 4 Declaration Eugene Sadowski, # 5 Declaration of Ryan E. Carreon) (Carreon, Ryan) (Entered: 11/01/2021) |
| 11/03/2021 | 98 | MOTION for Sanctions for Spoliation of Evidence and re 76 Order, filed by Defendant 4Internet, LLC.. Responses due by 11/17/2021. (Attachments: # 1 Exhibit (A) (Plaintiff's Initial Disclosures), # 2 Exhibit (B) (Sample Demand Letters), # 3 Exhibit (C) (Miller Depo. Excerpts), # 4 Exhibit (C-1) Miller Depo. Ex. 6, # 5 Exhibit (D) (C. Sadowski Depo. Excerpts), # 6 Exhibit (E) (E. Sadowski Depo. Excerpts)) (Isenberg, Ryan) (Entered: 11/03/2021) |
| 11/09/2021 | 99 | NOTICE *of Refiling of Index of Exhibits and Evidence* by Robert Miller re 97 🆁 Motion for Summary Judgment,. (Attachments: # 1 Index of Exhibits And Evidence) (Carreon, Ryan) (Entered: 11/09/2021) |
| 11/16/2021 | 100 | RESPONSE to 98 Motion for Sanctions,, by Plaintiff Robert Miller. Replies due by 11/23/2021. (Attachments: # 1 Declaration of Ryan E. Carreon) (Higbee, Mathew) (Entered: 11/16/2021) |
| 11/17/2021 | 101 🆁 | RESPONSE to 94 🆁 Motion for Summary Judgment,,,,,, by Interested Party United States of America. Replies due by 12/1/2021. (Pearson, Skyler) (Entered: 11/17/2021) |
| 11/19/2021 | 102 | NOTICE *of Refiling of Declaration of Ryan E. Carreon* by Robert Miller. (Attachments: # 1 Declaration of Ryan E. Carreon) (Higbee, Mathew) (Entered: 11/19/2021) |
| 11/19/2021 | 103 | RESPONSE to 97 🆁 Motion for Summary Judgment, by Defendant 4Internet, LLC.. Replies due by 12/3/2021. (Attachments: # 1 Exhibit G (Levy Depo. Excerpts), # 2 Exhibit H (Eugene Depo. Excerpts), # 3 Exhibit I (Miller Depo Excerpts), # 4 Exhibit J (Miller Depo Ex. 5), # 5 Exhibit K (Miller Depo. Ex. 13), # 6 Exhibit L (Isenberg Declaration with Exhibits)) (Isenberg, Ryan) (Entered: 11/19/2021) |
| 11/22/2021 | 104 🆁 | NOTICE of Refiling of Index of Exhibits and Evidence re 97 🆁 Motion for Summary Judgment by Robert Miller. (Attachments: # 1 Index of Exhibits and Evidence) (Carreon, Ryan) Modified text on 11/23/2021 (MR). (Entered: 11/22/2021) |
| 11/22/2021 | 105 🆁 | RESPONSE to 94 🆁 Motion for Summary Judgment,,,,,, by Plaintiff Robert Miller. Replies due by 12/6/2021. (Attachments: # 1 Statement of Genuine Disputes, # 2 Index of Exhibits And Evidence, # 3 Second Declaration of Eugene Sadowski, # 4 Second Declaration of Ryan E. Carreon, # 5 Evidentiary Objections) (Carreon, Ryan) (Entered: 11/22/2021) |
| 11/23/2021 | 106 | REPLY to Response to 98 Motion for Sanctions,, by Defendant 4Internet, LLC.. (Attachments: # 1 Exhibit (1) Miller Depo. Excerpts, # 2 Exhibit (2) Chris Depo. Excerpts, # 3 Exhibit (3) Eugene Depo. Excerpts, # 4 Exhibit (4) Levy Depo. Excerpts, # 5 Exhibit (5) Isenberg Declaration) (Isenberg, Ryan) (Entered: 11/23/2021) |
| 12/03/2021 | 107 | REPLY to Response to 97 🆁 Motion for Summary Judgment, by Counter Defendants Robert Miller, Robert Miller, Plaintiff Robert Miller. (Carreon, Ryan) (Entered: 12/03/2021) |
| 12/06/2021 | 108 | REPLY to Response to 94 🆁 Motion for Summary Judgment,,,,,, by Defendant 4Internet, LLC.. (Attachments: # 1 Excerpts of Deposition of Michael Levy, # 2 Response to Plaintiff's Evidentiary Objection) (Isenberg, Ryan) (Entered: 12/06/2021) |

| 02/22/2022 | [109](#) | ORDER Setting Hearing on [98](#) MOTION for Sanctions. Motion Hearing set for 3/21/2022 at 11:00 AM by Videoconference before Magistrate Judge Cam Ferenbach. Signed by Magistrate Judge Cam Ferenbach on 2/22/2022. (Copies have been distributed pursuant to the NEF - HAM) (Entered: 02/23/2022) |
|---|---|---|
| 03/21/2022 | [110](#) | MOTION to Stay Case by Plaintiff Robert Miller. Responses due by 4/4/2022. (Carreon, Ryan) (Entered: 03/21/2022) |
| 03/21/2022 | 111 | MINUTES OF PROCEEDINGS - Motion Hearing held on 3/21/2022 before Magistrate Judge Cam Ferenbach. Crtrm Administrator: *T. Renfro*; Pla Counsel: *Ryan Carreon*; Def Counsel: *Troy Isaacson, Ryan Isenberg*; Recording start and end times: *10:58 - 11:26 am*; Courtroom: *3D*;<br><br>All parties appeared via video conference for this hearing. The Court makes preliminary remarks and hears representations of the parties. The plaintiff concedes that there is no relevant image on the defendant's website. The only issue is that there is an online link. IT IS ORDERED that [98](#) Motion for Sanctions is DENIED WITHOUT PREJUDICE.<br><br>(Copies have been distributed pursuant to the NEF - TR) (Entered: 03/21/2022) |
| 03/22/2022 | [112](#) | RESPONSE to [110](#) Motion to Stay Case by Defendant 4Internet, LLC.. Replies due by 3/29/2022. (Isenberg, Ryan) (Entered: 03/22/2022) |
| 03/29/2022 | [113](#) | REPLY to [112](#) Response to [110](#) Motion to Stay Case by Plaintiff Robert Miller. (Higbee, Mathew) Modified to link to underlying motion on 3/30/2022 (EDS). (Entered: 03/29/2022) |
| 03/30/2022 | 114 | CLERK'S NOTICE Regarding Local Rule IC 5-1(b). ECF No. [113](#) was not filed pursuant to LR IC 5-1(b). Please note the signatory must be the attorney or pro se party who electronically files the document. No further action is required concerning this document at this time. **(no image attached)** (EDS) (Entered: 03/30/2022) |
| 04/20/2022 | 115 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Jennifer A. Dorsey on 4/20/2022. **NOTICE of ACTION required.** ECF No. [97](#) R was not filed in compliance with Local Rules IC 2-2 and IA 10-3. These rules require a party filing exhibits to provide an index of exhibits; each exhibit must include a cover sheet describing the exhibit's contents; and each exhibit must be attached as a separate file (not as part of the base document). Please **refile this document and its exhibits in a manner that complies with these rules within 5 days.** Failure to do so may result in the denial of this motion without prejudice.<br><br>(Copies have been distributed pursuant to the NEF - AT) (Entered: 04/20/2022) |
| 04/20/2022 | [116](#) | EXHIBIT *INDEX* to [97](#) R Motion for Summary Judgment, by Plaintiff Robert Miller. (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4, # [5](#) Exhibit 5, # [6](#) Exhibit 6, # [7](#) Exhibit 7, # [8](#) Exhibit 8, # [9](#) Exhibit 9, # [10](#) Exhibit 10, # [11](#) Exhibit 11, # [12](#) Exhibit 12, # [13](#) Exhibit 13, # [14](#) Exhibit 14, # [15](#) Exhibit 15, # [16](#) Exhibit 16, # [17](#) Exhibit 17, # [18](#) Exhibit 18, # [19](#) Exhibit 19, # [20](#) Exhibit 20, # [21](#) Exhibit 21, # [22](#) Exhibit 22) (Higbee, Mathew) (Entered: 04/20/2022) |
| 07/05/2022 | [117](#) R | ORDER. IT IS THEREFORE ORDERED that 4Internet, LLC's motion for summary judgment [ECF No. [97](#) R ] is GRANTED and Robert Miller's motion for summary judgment [ECF No. [94](#) R ] is DENIED. The Clerk of Court is directed to ENTER SUMMARY JUDGMENT in favor of the defendant and CLOSE THIS CASE.<br>IT IS FURTHER ORDERED that Miller's motion to stay [ECF No. [110](#) ] is DENIED. |

| | | Signed by Judge Jennifer A. Dorsey on 7/5/2022. (Copies have been distributed pursuant to the NEF - YAW) (Entered: 07/05/2022) |
|---|---|---|
| 07/05/2022 | [118] R | JUDGMENT entered in favor of Defendant 4Internet, LLC., and against Plaintiff Robert Miller. Signed by Clerk of Court Debra K. Kempi on 7/5/2022. (Copies have been distributed pursuant to the NEF - YAW) (Entered: 07/05/2022) |
| 07/06/2022 | [119] | AO 121 - REPORT on the filing or determination of an action or appeal regarding a copyright. Mailed to the Register of Copyrights, Copyright Office. (Attachments: # [1] Order - Summary Judgment, # [2] Judgment) (YAW) (Entered: 07/06/2022) |
| 07/06/2022 | [120] | BILL OF COSTS by Defendant 4Internet, LLC.. Objection to Bill of Costs due by 7/20/2022. Tax Bill of Costs by 7/27/2022. (Attachments: # [1] Declaration) (Isenberg, Ryan) (Entered: 07/06/2022) |
| 07/11/2022 | [121] | MOTION for Attorney Fees by Defendant 4Internet, LLC.. (Postjudgment) by Defendant 4Internet, LLC.. Responses due by 7/25/2022. (Attachments: # [1] Miller Deposition Excerpts, # [2] Levy Deposition Excerpts, # [3] Brief in Support of Motion) (Isenberg, Ryan) (Entered: 07/11/2022) |
| 07/11/2022 | [122] | DECLARATION of Ryan Isenberg in Support of Motion for Attorney's Fees re [121] Motion for Attorney Fees, by Defendant 4Internet, LLC... (Attachments: # [1] Exhibit A (Spreadsheet of Fees and Expenses Charged by Ryan Isenberg), # [2] Exhibit B (Fees and Expenses Charged by Troy Isaacson), # [3] Exhibit C (Certain Expense Backup)) (Isenberg, Ryan) (Entered: 07/11/2022) |
| 07/19/2022 | [123] | MOTION for Attorney Fees *pursuant to 28 U.S.C. § 1927* re [47] R Order on Motion to Dismiss, [39] R Order on Motion to Dismiss, by Counter Defendants Mathew Higbee, Mathew Higbee, The Law Firm of Higbee & Associates, APC, The Law Firm of Higbee & Associates, APC. (Postjudgment) Responses due by 8/2/2022. (Attachments: # [1] Declaration of Ryan E. Carreon)(Higbee, Mathew) (Entered: 07/19/2022) |
| 07/25/2022 | [124] | STIPULATION FOR EXTENSION OF TIME (First Request) re [123] Motion for Attorney Fees, by Defendant 4Internet, LLC.. (Attachments: # [1] Proposed Order) (Isenberg, Ryan) (extend) (nondispositive) (Entered: 07/25/2022) |
| 07/25/2022 | [125] | RESPONSE to [121] Motion for Attorney Fees, by Plaintiff Robert Miller. Replies due by 8/1/2022. (Attachments: # [1] Declaration of Ryan E. Carreon)(Higbee, Mathew) (Entered: 07/25/2022) |
| 07/26/2022 | 126 | CLERK'S NOTICE Regarding Local Rule IC 5-1(b). ECF No. [125] was not filed pursuant to LR IC 5-1(b) by attorneys Mathew K. Higbee and Ryan E. Carreon. Please note the signatory must be the attorney or pro se party who electronically files the document. No further action is required concerning this document at this time. **Do not refile document. (no image attached)** (SLD) (Entered: 07/26/2022) |
| 07/26/2022 | [127] R | STIPULATION FOR EXTENSION OF TIME (First Request) to File Reply to [125] Response to [121] MOTION for Attorney Fees, by Defendant 4Internet, LLC. (Attachments: # [1] Proposed Order)(Isenberg, Ryan) (extend) (nondispositive) Modified on 7/26/2022 to relink document (SLD). (Entered: 07/26/2022) |
| 08/03/2022 | 128 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Jennifer A. Dorsey on 8/3/2022. Good cause appearing, IT IS ORDERED that the stipulations to extend briefing deadlines [124] [127] R are GRANTED. 4Internet's deadline to file a reply in support of its motion for fees [121] is extended to August 12, 2022, and its deadline to respond to the Higbee Counterclaim Defendants' motion for fees [123] is extended to |

| | | August 23, 2022. (Copies have been distributed pursuant to the NEF - JAD) (Entered: 08/03/2022) |
|---|---|---|
| 08/04/2022 | 129 Ⓡ | NOTICE OF APPEAL by Plaintiff Robert Miller. Filing fee $ 505, receipt number ANVDC-6999310. E-mail notice (NEF) sent to the US Court of Appeals, Ninth Circuit. (Higbee, Mathew) (Entered: 08/04/2022) |
| 08/05/2022 | 130 | Designation of Transcripts and Transcript Order forms and instructions for 129 Ⓡ Notice of Appeal. The forms may also be obtained on the Court's website at www.nvd.uscourts.gov. (Attachments: # 1 transcript order form) (EDS) (Entered: 08/05/2022) |
| 08/08/2022 | 131 | COSTS TAXED in the amount of $ 6,067.15 against Robert Miller re 120 Bill of Costs. (TRW) (Entered: 08/08/2022) |
| 08/09/2022 | 134 | USCA ORDER for Time Schedule as to 129 Ⓡ Notice of Appeal filed by Robert Miller. **USCA Case Number 22-16195**. (Copies have been distributed pursuant to the NEF - KF) (Entered: 08/12/2022) |
| 08/11/2022 | 132 | RESPONSE to 123 Motion for Attorney Fees, by Defendant 4Internet, LLC.. Replies due by 8/18/2022. (Attachments: # 1 Declaration of Ryan Isenberg, # 2 Excerpts from Deposition of Robert Miller)(Isenberg, Ryan) (Entered: 08/11/2022) |
| 08/11/2022 | 133 | REPLY to Response to 121 Motion for Attorney Fees, by Defendant 4Internet, LLC.. (Isenberg, Ryan) (Entered: 08/11/2022) |
| 08/12/2022 | 135 | MOTION for Bond by Defendant 4Internet, LLC.. Responses due by 8/26/2022. (Isenberg, Ryan) (Postjudgment) (Entered: 08/12/2022) |
| 08/22/2022 | 136 | Joint STIPULATION FOR EXTENSION OF TIME (First Request) to File Reply re 123 MOTION for Attorney Fees pursuant to 28 U.S.C. § 1927 by Plaintiff Robert Miller. (Attachments: # 1 Proposed Order)(Higbee, Mathew) (extend) (nondispositive) Modified to link to underlying motion on 8/23/2022 (EDS). (Entered: 08/22/2022) |
| 08/24/2022 | 137 | REPLY to Response to 123 Motion for Attorney Fees, by Counter Defendant The Law Firm of Higbee & Associates, APC. (Carreon, Ryan) Modified text on 8/25/2022 (EDS). (Entered: 08/24/2022) |
| 08/26/2022 | 138 | RESPONSE to 135 Motion for Bond by Plaintiff Robert Miller. Replies due by 9/2/2022. (Carreon, Ryan) (Entered: 08/26/2022) |
| 08/30/2022 | 139 | ORDER Granting 136 Stipulation to Extend Deadlines to File a Reply to 123 Motion. Replies due by 8/24/2022. Signed by Judge Jennifer A. Dorsey on 8/30/2022.(Copies have been distributed pursuant to the NEF - KF) (Entered: 08/30/2022) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/10/2022 20:52:02 | | |
| **PACER Login:** | rcarreon311668 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:18-cv-02097-JAD-VCF |
| **Billable Pages:** | 12 | **Cost:** | 1.20 |