# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 22-16195

**Case Name** Miller v. 4Internet

**Hearing Location** (*city*) San Francisco

**Your Name** Ryan Isenberg

List the sitting dates for the three sitting months you were asked to review:

May 8-12, June 5-9, July 10-14

Do you have an unresolvable conflict on any of the above dates?  ⦿ Yes   ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

May 8-12. Jury trial in state court in North Carolina.

There is a good chance this case settles but I will not know before this form has to be filed.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes   ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Ryan Isenberg         **Date** 01/26/2023

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

Form 32                                                                 New 12/01/2018