# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 22-16195

**Case Name** Robert Miller v. 4Internet et al.

Hearing Location (*city*) Las Vegas

Your Name Ryan E. Carreon

List the sitting dates for the three sitting months you were asked to review:

October 2-6, 2023

Do you have an unresolvable conflict on any of the above dates? ○ Yes  ● No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

N/A

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

● Yes  ○ No

If yes, list the number, name, and hearing city of each of the other case(s):

N/A

**Signature** /s/ Ryan E. Carreon  **Date** June 12, 2023

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**  *New 12/01/2018*