UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 7 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT MILLER, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> 4INTERNET, LLC, <br><br> Defendant-Appellee, <br><br> and <br><br> CHRISTOPHER SADOWSKI, <br><br> Counter-defendant, <br><br> UNITED STATES OF AMERICA, <br><br> Real-party-in-interest. | No. 22-16195 <br><br> D.C. No. 2:18-cv-02097-JAD-VCF <br> District of Nevada, <br> Las Vegas <br><br> ORDER |
| ROBERT MILLER, <br><br> Plaintiff, <br><br> v. <br><br> 4INTERNET, LLC, <br><br> Defendant-Appellee, <br><br> v. <br><br> MATHEW HIGBEE; HIGBEE & ASSOCIATES, APC, | No. 23-15102 <br><br> D.C. No. 2:18-cv-02097-JAD-VCF |

> Counter-defendants-Appellants,
>
> and
>
> CHRISTOPHER SADOWSKI,
>
> Counter-defendant,
>
> UNITED STATES OF AMERICA,
>
> Real-party-in-interest.

Appellant Robert Miller's motion to stay appellate proceedings (Dkt. No. 35) in 22-16195 is GRANTED. The companion appeal 23-15102 is also stayed. Oral argument for both appeals, currently scheduled for October 4, 2023, in Las Vegas, Nevada is VACATED.

Appellate proceedings are stayed pending this court's resolution of *Hunley v. Instagram*, 22-15293, or until further order of this court.

Appellant shall notify the court by filing a status report within 7 days of the resolution of *Hunley v. Instagram*.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT